## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | C/A No.: 7:20-cv-00947-TMC |
| Plaintiffs, | |
| vs. | |
| COLLINS MURPHY, LIMESTONE COLLEGE, MINDGEEK HOLDING SARL a/k/a MINDEGEEK USA INC. a/k/a MG HOLDINGS USA CORP., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, | ACCEPTANCE OF SERVICE |
| Defendants. | |

The undersigned attorney, accepts and acknowledges the due personal service of the Summons, Amended Complaint and Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories on behalf of Limestone College on this __18__ day of __May__ 2020 at the address __Rahimi, Hughes & Padgett, LLC, 33 Bull Street Suite 590, Savannah, Georgia 31401__ and the receipt of a true copy is hereby acknowledged.

SWORN to before me this __18th__ day of __May__ 2020

Signature: _____

Notary Public for ~~South Carolina~~ **Georgia**
My Commission Expires: __06/09/2023__

Title: __Attorney__
Address: __33 Bull Street, Suite 590__
__Savannah, Georgia 31401__

