AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Does 1-9 | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:20-cv-00947-TMC |
| Murphy et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Limestone College.

Date:     June 9, 2020

s/Joseph Y. Rahimi, II
*Attorney's signature*

Joseph Y. Rahimi, II 9670
*Printed name and bar number*
Rahimi, Hughes & Padgett, LLC
33 Bull St., Ste 590
Savannah, GA 31401

*Address*

jrahimi@rhp-law.com
*E-mail address*

(912) 421-9988
*Telephone number*

(912) 421-9989
*FAX number*

[Print]  [Save As...]     [Reset]