UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,** | **Case No.: 7:20-CV-947-TMC** |
| **Plaintiffs,** | |
| **vs.** | |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MINDGEEK HOLDING SARL a/k/a MINDEGEEK USA INC., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | **WAIVER OF SERVICE** |
| **Defendants.** | |

Plaintiffs' hereby filed the Summons, Amended Complaint and Plaintiff's Pre Suit Answers to 26.01 Interrogatories and submits the attached executed Waiver of Service.

Respectfully Submitted,

**BELL LEGAL GROUP, LLC**
*s/J. Edward Bell, III*
J. EDWARD BELL, III (#1280)
219 Ridge Street
Georgetown, SC 29440
(843) 546-2408 TEL
(843) 546-9604 FAX
ebell@edbelllaw.com

**ATTORNEY FOR PLAINTIFFS**

June 9, 2020
Georgetown, SC