**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-CV-947-TMC |
| **Plaintiffs,** | |
| vs. | **CONSULTATION CERTIFICATE** |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MINDGEEK HOLDING SARL a/k/a MINDEGEEK USA INC., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | |
| **Defendants.** | |

Counsel for Plaintiffs', pursuant to Local Rule 7.02, hereby submits to the Court this Certificate of Consultation on Motion to Extend Time. Plaintiff's counsel has conferred with opposing counsel regarding Plaintiffs' Motion for Extension of time. Counsel for Defendant Murphy and Defendant Limestone College have provided consent to Plaintiffs' Motion. Counsel submits this certification in good faith.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

Respectfully Submitted,

BELL LEGAL GROUP, LLC
*s/J. Edward Bell, III*
J. EDWARD BELL, III (#1280)
219 Ridge Street
Georgetown, SC 29440
(843) 546-2408 TEL
(843) 546-9604 FAX
ebell@edbelllaw.com

**ATTORNEY FOR PLAINTIFFS**

June 16, 2020
Georgetown, SC