# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COLLINS MURPHY, LIMESTONE COLLEGE, MINDGEEK HOLDING SARL a/k/a MINDEGEEK USA INC. a/k/a MG HOLDINGS USA CORP., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,<br><br>　　　　　Defendants. | Civil Action No. 7:20-cv-00947-TMC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that L. Grant Close III of the law firm of Nexsen Pruet, LLC, hereby makes an appearance in the above-captioned case as counsel for Defendant Limestone College, and respectfully requests that all notice given or required to be given in these proceedings be given to and served upon him at the address below.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ L. Grant Close III
　　　　　　　　　　　　　　　　　L. Grant Close III (Fed ID No. 10810)
　　　　　　　　　　　　　　　　　NEXSEN PRUET, LLC
　　　　　　　　　　　　　　　　　55 East Camperdown Way, Suite 400 (29601)
　　　　　　　　　　　　　　　　　Post Office Drawer 10648
　　　　　　　　　　　　　　　　　Greenville, South Carolina 29603-0648
　　　　　　　　　　　　　　　　　Telephone: 864.282.1102
　　　　　　　　　　　　　　　　　Facsimile: 864.477-2624
　　　　　　　　　　　　　　　　　GClose@nexsenpruet.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant Limestone College*

June 17, 2020
Greenville, South Carolina