**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> v. <br><br> COLLINS MURPHY, LIMESTONE COLLEGE, MINDGEEK HOLDING SARL a/k/a MINDEGEEK USA INC. a/k/a MG HOLDINGS USA CORP., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, <br><br> Defendants. | Civil Action No. 7:20-cv-00947-TMC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jennifer S. Cluverius of the law firm of Nexsen Pruet, LLC, hereby makes an appearance in the above-captioned case as counsel for Defendant Limestone College, and respectfully requests that all notice given or required to be given in these proceedings be given to and served upon her at the address below.

                                                           Respectfully submitted,

                                                           s/Jennifer S. Cluverius
                                                           Jennifer S. Cluverius (Federal ID No. 9992)
                                                           NEXSEN PRUET, LLC
                                                           55 East Camperdown Way, Suite 400 (29601)
                                                           Post Office Drawer 10648
                                                           Greenville, South Carolina 29603-0648
                                                           Telephone:  864.370.2211
                                                           Facsimile:  864.282.1177
                                                           jcluverius@nexsenpruet.com

                                                          *Attorney for Defendant Limestone College*

June 17, 2020
Greenville, South Carolina