UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(SPARTANBURG DIVISION)

| | |
|---|---|
| **JANE DOES 1-9**, )<br>Plaintiff/Petitioner/USA, )<br>)<br>v. )<br>**COLLINS MURPHY et. al.**, )<br>Defendant/Respondent. )<br>) | Case No. 7:20-cv-00947-TMC<br><br>**Motion**<br>**in Support of**<br>***Pro Hac Vice* Application** |

    The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Tyler S. Thompson be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
   - [x] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [x] does not intend to oppose
   - [ ] Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____
   - [ ] No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Bell Legal Group | J. Edward Bell, III |
| Firm Name | Name of Local Counsel |
| 219 North Ridge Street | s/J. Edward Bell, III |
| Street Address or Post Office Box | Signature of Local Counsel |
| Georgetown, SC, 29440 | Local Counsel for the Plaintiff |
| City, State, Zip Code | |
| (843) 546-2408 | District of South Carolina |
| Telephone Number | Federal Bar Number  1280 |
| Jeb@edbelllaw.com | |
| E-Mail Address | revised 09/19/05 |