

**Kelly Stephens**
**Clerk**

OFFICE OF THE CLERK
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

# CERTIFICATION

I, Kelly Stephens, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Tyler Smyth Thompson_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __October 10, 1986__, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Tyler Smyth Thompson_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __28th__ day of __February__, __2020__.

KELLY STEPHENS
CLERK

By: _/s/ Karen Cole_
Deputy Clerk

# KENTUCKY BAR ASSOCIATION
## 514 WEST MAIN STREET
## FRANKFORT, KENTUCKY 40601-1812
### (502) 564-3795
### FAX (502) 564-3225
### www.kybar.org

**OFFICERS**
J. Stephen Smith
President

Thomas N. Kerrick
President-Elect

J.D. Meyer
Vice President

Douglas C. Ballantine
Immediate Past President

Zachary A. Horn
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Melinda G. Dalton
Susan Montalvo-Gesser
Todd V. McMurtry
Eileen M. O'Brien
James M. Ridings
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent
J. Tanner Watkins



### THIS IS TO CERTIFY THAT

**TYLER SMYTH THOMPSON**
*Dolt Thompson Shepherd & Conway PSC*
*13800 Lake Point Circle*
*Louisville, Kentucky 40223-4219*

### Membership No. 81736

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 26th day of February, 2020.*



**JOHN D. MEYERS**
**REGISTRAR**

By: _Michele Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar