

| Kelly Stephens<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# C E R T I F I C A T I O N

I, Kelly Stephens, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Liz Jeannette Shepherd_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on __October 11, 1991__, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Liz Jeannette Shepherd_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __3ʳᵈ__ day of __March__, __2020__.

KELLY STEPHENS
CLERK

By: *Karen Cole*
Deputy Clerk

## KENTUCKY BAR ASSOCIATION
**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J. Stephen Smith
*President*

Thomas N. Kerrick
*President-Elect*

J.D. Meyer
*Vice President*

Douglas C. Ballantine
*Immediate Past President*

Zachary A. Horn
*Chair, Young Lawyers Division*

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Melinda G. Dalton
Susan Montalvo-Gesser
Todd V. McMurtry
Eileen M. O'Brien
James M. Ridings
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent
J. Tanner Watkins



### THIS IS TO CERTIFY THAT

*LIZ JEANNETTE SHEPHERD*
*Dolt Thompson Shepherd & Conway PSC*
*13800 Lake Point Circle*
*Louisville, Kentucky 40223-4219*

### Membership No. 84033

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 26th day of February, 2020.

**JOHN D. MEYERS**
**REGISTRAR**



By: _Michele Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar