**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,**<br><br>  **Plaintiffs,**<br><br>vs.<br><br>**COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,**<br><br>  **Defendants.** | Case No.: 7:20-cv-00947-TMC<br><br><br>**MOTION TO AMEND COMPLAINT** |

Plaintiffs, Jane Does 1-9, by and through their undersigned counsel, respectfully moves this Court for leave to amend their Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Plaintiffs request leave to amend their Complaint in order to properly name a foreign Defendant Pornhub.com. Plaintiffs' counsel has conferred with counsel for the foreign Defendant Pornhub.com and has reached an agreement. Once the Complaint is amended such that it reflects the correct corporate entity for Pornhub.com, Defendants will waive service, resolving Plaintiffs current problems with service of the foreign entity, Defendant Pornhub.com

A copy of the proposed Second Amended Complaint is attached hereto as Exhibit 1. In support of this Motion, Plaintiffs rely on the statements herein, the pleadings filed in this case, the rules of Court and such other matters as may be properly presented to the Court. Plaintiffs have conferred with counsel for the Defendants Limestone College and Murphy prior to filing this Motion and received no objections from Defendant Limestone College. Defendant Murphy provided consent to amend.

Therefore, the Plaintiffs respectfully requests this Court enter an Order granting Plaintiffs' Motion to file a Second Amended Complaint.

| | |
|---|---|
| **WE SO MOVE:** | **WE SO CONSENT:** |
| **BELL LEGAL GROUP, LLC** | **HALL, BOOTH, SMITH, P.C.** |
| *s/ J. Edward Bell,III* | */s/ Alan Belcher* |
| J. Edward Bell, III (#1280) | Alan R. Belcher, Jr., Esquire, Bar No. 9342 |
| Joshua M. W. Salley (#13214) | 111 Coleman Blvd., Suite 301 |
| 219 North Ridge Street | Mt. Pleasant, SC 29464 |
| Georgetown, SC 29440 | Telephone: (843) 720-3460 |
| TEL.: (843) 546-2408 | Facsimile: (843) 720-3458 |
| **ATTORNEYS FOR THE PLAINTIFFS** | **ATTORNEY FOR DEFENDANT MURPHY** |

June 15, 2020
Georgetown, South Carolina