**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,**<br><br>    **Defendants.** | Case No.: 7:20-CV-947-TMC<br><br><br>**WAIVER OF SERVICE** |

Plaintiffs' hereby filed the Summons, Second Amended Complaint and Plaintiff's Pre Suit Answers to 26.01 Interrogatories and submits the attached executed Waiver of Service.

                                                Respectfully Submitted,

                                                **BELL LEGAL GROUP, LLC**
                                                *s/J. Edward Bell, III*
                                                J. EDWARD BELL, III (#1280)
                                                219 Ridge Street
                                                Georgetown, SC 29440
                                                (843) 546-2408 TEL
                                                (843) 546-9604 FAX
                                                ebell@edbelllaw.com

                                                **ATTORNEY FOR PLAINTIFFS**

July 16, 2020
Georgetown, SC