IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>    Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES LTD d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>    Defendants. | Civil Action Number: 7:20-cv-00947-TMC<br><br><br>**NOTICE OF<br>APPEARANCE OF COUNSEL<br>FOR DEFENDANT MG FREESITES** |

YOU ARE NOTIFIED that J. Kenneth Carter of the law firm Turner, Padget, Graham and Laney, P.A. ("Counsel") appears for Defendant MG FREESITES LTD d/b/a PORNHUB.COM ("Defendant MG Freesites") in the instant action. Counsel requests that the parties and the Clerk of Court add them as attorney of record for all purposes of the instant action.

As soon as practicably possible Defendant MG Freesites will move the Court for an order permitting Marc Mayer and David Steinberg of the law firm Mitchell Silberberg & Knupp to appear pro hac vice.

*[signature page follows]*

Respectfully submitted,

| | |
|---|---|
| DATED August 4, 2020 | TURNER, PADGET, GRAHAM AND LANEY, P.A. |
| Greenville, South Carolina | By: */s/ J. Kenneth Carter*<br>J. Kenneth Carter \| Attorney ID: 05108<br>email \| kcarter@turnerpadget.com<br>direct \| 864-552-4611<br><br>Post Office Box 1509<br>Greenville, South Carolina 29602<br>facsimile \| 864-282-5993 |
| TPGL 10495380v1 16881.00101 | *Attorneys for Defendant MG Freesites Ltd* |