**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| **JANE DOES 1-9,** | ) | |
| | ) | **Case No: 7:20-cv-00947-TMC** |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **LIMESTONE UNIVERSITY f/k/a** |
| | ) | **LIMESTONE COLLEGE'S** |
| **COLLINS MURPHY, LIMESTONE** | ) | **ANSWERS TO RULE 26.01** |
| **COLLEGE, MG FREESITES, LTD., d/b/a** | ) | **INTERROGATORIES** |
| **PORNHUB.COM and HAMMY MEDIA** | ) | |
| **LTD. d/b/a XHAMSTER.COM,** | ) | **(Jury Trial Demanded)** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Defendant **LIMESTONE UNIVERSITY f/k/a LIMESTONE COLLEGE** responds to those interrogatories required to be answered under Local Civ. Rule 26.01 (D.S.C) as follows:

(A)    State the full name, address, and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:  None.**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:  Jury, as this Defendant is entitled to trial by jury in this personal injury action.**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: This Defendant is not a publicly owned company. 1) None. 2) None. 3) None.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

**RESPONSE: This Defendant is not challenging the appropriateness of the division.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same 26 or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.15

**RESPONSE: None.**

(F)    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: This Defendant is improperly identified as "Limestone College." Defendant's proper legal name is "Limestone University." Counsel will accept service of an amended summons and pleading reflecting the correct identification.**

(G)    If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE: Defendant Limestone denies any liability to Plaintiffs. Defendant Limestone contends that Defendant Collins Murphy is liable to Defendant Limestone for costs, attorneys' fees, and any judgment rendered against Defendant Limestone in favor of Plaintiffs. In addition, Defendant Limestone contends that Defendant Collins Murphy is liable to it for damages to Defendant Limestone's reputation and other economic and noneconomic, nominal, consequential, compensatory, exemplary, and other damages as may be proved at trial.**

**Defendant Collins Murphy was Defendant Limestone's employee during relevant periods, as reflected in the Plaintiffs' Second Amended Complaint and further detailed in Defendant Limestone's Answer and Cross-claims. Plaintiffs' claims against Defendant Limestone are based on *respondeat superior* liability for Defendant Murphy's actions, and Defendant Limestone's alleged negligent hiring/supervision. Defendant Limestone contends that it was not negligent in hiring or supervising Defendant Collins Murphy and that Defendant Collins Murphy acted outside of the course and scope of his employment in all wrongdoing committed against Plaintiffs leaving him liable to Limestone and to Plaintiffs for those actions.**

**Defendant Limestone does not at this time contend that any other person or legal entity not named in the caption of this Case is liable to Plaintiffs but reserves its right to amend this response through the course of this Case with regard to other persons or entities that it may learn have liability to Plaintiffs.**

**(SIGNATURES ON FOLLOWING PAGE)**

This 10th day of August, 2020.

**RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**JENNIFER S. CLUVERIUS**
SC Bar No. 74893
**L. GRANT CLOSE III**
(SC Bar No. 76030)
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE**

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **LIMESTONE UNIVERSITY f/k/a LIMESTONE COLLEGE'S ANSWERS TO RULE 26.01 INTERROGATORIES** has been served on counsel for all parties by placing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon and/or via electronic mail to all other counsel of record to ensure delivery to:

**Attorney for Plaintiffs**

J. Edward Bell, III
Bell Legal Group, LLC
219 North Ridge Street
Georgetown, SC 29440

ebell@edbelllaw.com

**Attorneys for Plaintiffs**

Liz Jeanette Shepherd
Jordan Alexander Stanton
Tyler Smyth Thompson
Dolt Thompson Shepherd and Conway
PSC
13800 Lake Point Circle
Louisville, KY 40223

lshepherd@kytrial.com
jstanton@kytrial.com
tthompson@kytrial.com

**Attorneys for Murphy**

Alan R Belcher Jr.
Conner E. Johnson
Hall Booth Smith, P.C.
111 Coleman Boulevard, Suite 301
Mount Pleasant, SC 29464

abelcher@hallboothsmith.com
cjohnson@hallboothsmith.com

**Attorneys for MG Freesites**

R. Taylor Speer
J. Kenneth Carter
Turner, Padget, Graham and Laney, P.A.
P.O. Box 1509
Greenville, SC 29602

tspeer@turnerpadgett.com
kcarter@turnerpadget.com

**Attorneys for Limestone**

Jennifer S. Cluveris
L. Grant Close III
Nexen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603

jcluverius@nexsenpruet.com
gclose@nexsenpruiet.com

   This 10th day of August, 2020.

Hammy Media Ltd. d/b/a xHamster.com
79 Spyrou Kyprianou
Protopapas Building 2nd Floor, Flat 201
3076 Limassol
Cyprus

**RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com