# ATTACHMENT TO APPLICATION FOR *PRO HAC ADMISSION*

(MARC E. MAYER)

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 10, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARC ELLIS MAYER, #190969 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1997 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that **Marc Ellis Mayer**, Bar No. **190969** was duly admitted to practice in this Court on **December 2nd, 1997**, and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California on **August 10th, 2020**

KIRY K. GRAY
Clerk of Court

By *Andrea Kannike*, Deputy Clerk



G-52 (10/15)    CERTIFICATE OF GOOD STANDING



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MARC ELLIS MAYER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MARC ELLIS MAYER, #190969, was on the 2nd day of December 1997, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 21st day of September 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk