UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-cv-00947-TMC |
| **Plaintiffs,** | |
| vs. | MOTION TO AMEND COMPLAINT |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | |
| **Defendants.** | |

Plaintiffs, Jane Does 1-9, by and through their undersigned counsel, respectfully moves this Court for leave to amend their Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Specifically, Plaintiff requests leave to amend the pleadings to add two additional causes of action.

A copy of the proposed Third Amended Complaint is attached hereto as Exhibit 1. In support of this Motion, Plaintiffs rely on their Memorandum in Support, the statements herein, the pleadings filed in this case, the rules of Court and such other matters as may be properly presented to the Court.

In accordance with Local Civil Rule 7.02, Counsel for the Plaintiff has conferred or attempted to confer with Counsel for the Defendants in good faith to resolve the matter contained in the motion.

**WHEREFORE**, the Plaintiffs respectfully request this Court enter an Order granting them leave to file their amended Complaint.

[SIGNATURE BLOCK ON FOLLOWING PAGE.]

          Respectfully submitted,

                 **BELL LEGAL GROUP, LLC**

                    *s/J. Edward Bell, III*
                   J. Edward Bell, III (1280)
                 Joshua M. W. Salley (13214)
                   BELL LEGAL GROUP, LLC
                   219 North Ridge Street
                    Georgetown, SC  29440
                     TEL.: (843) 546-2408
                     FAX: (8430 546-9604
                     ebell@edbelllaw.com

          **DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

             Tyler S. Thompson (admitted *Pro Hac Vice*)
               Liz J. Shepherd (admitted *Pro Hac Vice*)
              Jordan A. Stanton (admitted *Pro Hac Vice*)
           DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
                  13800 Lake Point Circle
                    Louisville, KY 40223
                  Telephone: (502) 244-7772
                  tthompson@kytrial.com
                   lshepherd@kytrial.com
                    jstanton@kytrial.com

               **ATTORNEYS FOR PLAINTIFFS**

Georgetown, SC
October 4, 2020