UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| JANE DOES 1-9, | ) | |
| | ) | Case No: 7:20-cv-00947-TMC |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | LIMESTONE UNIVERSITY f/k/a |
| | ) | LIMESTONE COLLEGE'S |
| COLLINS MURPHY, LIMESTONE | ) | NOTICE OF STIPULATION OF |
| COLLEGE, MG FREESITES, LTD., d/b/a | ) | EXTENSION OF TIME TO ANSWER |
| PORNHUB.COM and HAMMY MEDIA | ) | PLAINTIFFS' THIRD AMENDED |
| LTD. d/b/a XHAMSTER.COM, | ) | COMPLAINT |
| | ) | |
| Defendants. | ) | (Jury Trial Demanded) |
| | ) | |

**NOW COMES LIMESTONE UNIVERSITY** (incorrectly identified as "Limestone College"), a Defendant to the above-captioned action, and hereby provides notice to the Court that it has received an extension of time to answer Plaintiffs' Third Amended Complaint, showing the following:

1.

Pursuant to the filing of the Third Amended Complaint (ECF No. 60), Plaintiffs electronically served Defendant Limestone on or about November 3, 2020.

2.

Pursuant to the Rules and the Summons, Defendant Limestone has fourteen (14) days to answer or otherwise respond to Plaintiffs' Third Amended Complaint, making Defendant Limestone's response to Plaintiffs' Third Amended Complaint due on or about November 17, 2020.

3.

On November 16, 2020, Plaintiffs' counsel granted counsel for Defendant Limestone a fourteen (14) day extension to respond to Plaintiffs' Third Amended Complaint. Plaintiffs' counsel confirmed this extension in writing.

4.

This is the first extension granted to Defendant Limestone related to Plaintiffs' Third Amended Complaint.

5.

Pursuant to LR 12.01, "A party may grant in writing one extension to any pleading asserting a claim, provided the extension does not exceed the lesser of twenty-one (21) days or the number of days within which the response was originally due."

6.

The instant extension complies with LR 12.01, and Defendant Limestone's initial response to Plaintiffs' Third Amended Complaint, whether pleading, motion, or otherwise, is now due on December 1, 2020.

This 17th day of November, 2020.

**RAHIMI, HUGHES & PADGETT, LLC**

/s/ JOSEPH Y. RAHIMI II
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANT LIMESTONE UNIVERSITY**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

          **JENNIFER S. CLUVERIUS**
          SC Bar No. 74893
          **L. GRANT CLOSE III**
          (SC Bar No. 76030)
          **ATTORNEYS FOR DEFENDANT**
          **LIMESTONE UNIVERSITY**

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **NOTICE OF STIPULATION OF EXTENSION OF TIME FOR DEFENDANT LIMESTONE TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT** has been served on counsel for all parties by placing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon and/or via electronic mail to all other counsel of record to ensure delivery to:

| **Attorney for Plaintiffs** | **Attorneys for Plaintiffs** |
|---|---|
| J. Edward Bell, III<br>Bell Legal Group, LLC<br>219 North Ridge Street<br>Georgetown, SC 29440<br><br>ebell@edbelllaw.com | Liz Jeanette Shepherd<br>Jordan Alexander Stanton<br>Tyler Smyth Thompson<br>Dolt Thompson Shepherd and Conway PSC<br>13800 Lake Point Circle<br>Louisville, KY 40223<br><br>lshepherd@kytrial.com<br>jstanton@kytrial.com<br>tthompson@kytrial.com |
| **Attorneys for Murphy** | **Attorneys for MG Freesites** |
| Alan R Belcher Jr.<br>Conner E. Johnson<br>Hall Booth Smith, P.C.<br>111 Coleman Boulevard, Suite 301<br>Mount Pleasant, SC 29464<br><br>abelcher@hallboothsmith.com<br>cjohnson@hallboothsmith.com | R. Taylor Speer<br>J. Kenneth Carter<br>Turner, Padget, Graham and Laney, P.A.<br>P.O. Box 1509<br>Greenville, SC 29602<br><br>tspeer@turnerpadgett.com<br>kcarter@turnerpadget.com |

**Attorneys for Limestone**

Jennifer S. Cluveris
L. Grant Close III
Nexen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603

jcluverius@nexenpruet.com
gclose@nexenpruiet.com

   This 17th day of November, 2020.

                                     **RAHIMI, HUGHES & PADGETT, LLC**

                                     **/s/ JOSEPH Y. RAHIMI II**
                                   **JOSEPH Y. RAHIMI II**
                                   Federal ID No. 9670
                                   **JOHN A. HUBERT**
                                   Federal ID No. 13154
                                   **ATTORNEYS FOR DEFENDANT LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com