















#### The World's Biggest XXX Porno Tube

The Pornhub team is always updating and adding more porn videos every day. It's all here and 100% free porn. We have a huge free DVD selection that you can download or stream. Pornhub is the most complete and revolutionary porn tube site. We offer streaming porn videos, downloadable DVDs, photo albums, and the number 1 free sex community on the net. We're always working towards adding more features that will keep your love for porno alive and well. Send us feedback if you have any questions/comments.

Sitemap
Terms & Conditions
Privacy Policy
DMCA
2257

Content Partners
Advertise
Webmasters
Model Program
Press
Jobs

Content Removal
Contact Support
FAQ
Trust and Safety
Parental Controls
Feedback

Pornhub Blog
Insights Blog
Sexual Wellness Center
Mobile

Visually Impaired
More

English