IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

|  |  |  |
|---|---|---|
| JANE DOES 1-9 | ) | CA: 7:20-cv-00947-TMC |
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) | **RULE 26(f) REPORT** |
| v. | ) |  |
|  | ) |  |
| COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/aXHAMSTER.COM | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed on November 9, 2020 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

**PLAINTIFF(S)**                                                      **DEFENDANT(S)**

_s/J. Edward Bell, III_____                               _s/Taylor Speer_____
*Signature of Plaintiff's Counsel*                                     *Signature of Defendant's Counsel*


_J. Edward Bell, III for Does 1-9_____                              Taylor Speer for MG Freesites, LTD d/b/a Pornhub
*Printed Name of Plaintiff's Counsel*                                  *Printed Name of Defendant's Counsel*
*and Party Represented*                                                *and Party Represented*


_____                                s/Joseph Y. Rahimi, II_____
*Signature of Plaintiff's Counsel*                                     *Signature of Defendant's Counsel*


_____                                Joseph Y. Rahimi, II for Limestone College_____
*Printed Name of Plaintiff's Counsel*                                  *Printed Name of Defendant's Counsel*
*and Party Represented*                                                *and Party Represented*


_____                                s/Alan Belcher_____
*Signature of Plaintiff's Counsel*                                     *Signature of Defendant's Counsel*


_____                                _Alan Belcher for Collins Murphy_____
*Printed Name of Plaintiff's Counsel*                                  *Printed Name of Defendant's Counsel*
*and Party Represented*                                                *and Party Represented*


_____                                _____
*Signature of Plaintiff's Counsel*                                     *Signature of Defendant's Counsel*


_____                                _____
*Printed Name of Plaintiff's Counsel*                                  *Printed Name of Defendant's Counsel*
*and Party Represented*                                                *and Party Represented*


*Dated:*                                                               *Dated:*