# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Collins Murphy, Limestone College, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com,<br><br>　　　　　　Defendants. | Civil Action No.:  7:20-cv-00947-TMC |

## ALTERNATIVE DISPUTE RESOLUTION ("ADR")

## STATEMENT AND CERTIFICATION

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this 15th day of December, 2020

**(Signature page to follow)**

---

[1] This statement must be filed and served.  Local Rule 16.03, D.S.C.  A separate statement and certification is required for each party represented.

**HALL, BOOTH, SMITH, P.C.**

/s/ Alan Belcher

_____

Alan R. Belcher, Jr., Esquire, Bar No. 9342
Thomas A.D. Barrow, Esquire, Bar No. 13364
111 Coleman Blvd., Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Facsimile: (843) 720-3458
alan.belcher@hallboothsmith.com
tbarrow@hallboothsmith.com

*Attorneys for Collins Murphy*