IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>　　　　Defendants. | Civil Action Number: 7:20-cv-00947-TMC<br><br>**DEFENDANT MG FREESITES' ADR STATEMENT AND CERTIFICATION** |

　　　　Pursuant to Local Civil Rule 16.03 (D.S.C.), the undersigned certifies he (1) provided the party he represents [Defendant MG Freesites, LTD ("Defendant")] with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel. As required by the Court's November 9, 2020 Conference and Scheduling Order (ECF 62), *as amended* (ECF 78), Defendant states it agrees to mediation.

*[signature page follows]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 15, 2020 | TURNER, PADGET, GRAHAM AND LANEY, P.A. |
| Greenville, South Carolina | By: */s/ R. Taylor Speer*<br>R. Taylor Speer \| Attorney ID: 12267<br>email \| tspeer@turnerpadget.com<br>direct \| 864-552-4618<br><br>J. Kenneth Carter \| Attorney ID: 05108<br>email \| kcarter@turnerpadget.com<br>direct \| 864-552-4611<br><br>Post Office Box 1509<br>Greenville, South Carolina 29602<br>facsimile \| 864-282-5993<br><br>*Attorneys for Defendant MG Freesites, Ltd.*<br><br>MITCHELL SILBERBERG & KNUPP LLP<br><br>Marc E. Mayer \| admitted *pro hac vice*<br>email \| mem@msk.com<br>direct \| 310-312-3154<br><br>2049 Century Park East<br>18th Floor<br>Los Angeles, California 90067<br>facsimile \| 864-282-5993<br><br>*Attorneys for Defendant MG Freesites, Ltd.* |

TPGL 10863264v1 16881.00101