IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

_____ DIVISION

|                     |   |           |
|---------------------|---|-----------|
|                     | ) |           |
|                     | ) | C/A No.:  |
|                     | ) |           |
| Plaintiff(s),       | ) |           |
| v.                  | ) |           |
|                     | ) |           |
|                     | ) |           |
|                     | ) |           |
|                     | ) |           |
| Defendant(s).       | ) |           |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**

**STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this \_\_\_\_\_ day of _____, 20\_\_\_.

Signature: _____

Printed Name and Address:

ATTORNEY FOR _____

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.