# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| **JANE DOES 1-9,** | ) | |
| | ) | Case No: 7:20-cv-00947-JD |
| **Plaintiffs,** | ) | |
| | ) | **CONSENT MOTION FOR** |
| vs. | ) | **EXTENSION OF TIME** |
| | ) | |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOW COMES LIMESTONE UNIVERSITY** (incorrectly identified as "Limestone College"), a Defendant to the above-captioned action, and hereby pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure moves the Court for an order extending the time within which Defendant Limestone may file a reply to Plaintiffs' Response to Limestone's Partial Motion to Dismiss Plaintiffs' Third Amended Complaint, showing the following:

1.

Pursuant to the filing of Plaintiffs' Response in Opposition to Defendant, Limestone University's Partial Motion to Dismiss Plaintiffs' Third Amended Complaint ("Plaintiffs' Response," ECF No. 94), Plaintiffs electronically served Defendant Limestone on or about January 12, 2021.

2.

Pursuant to the Rules, Defendant Limestone has seven (7) days to reply to Plaintiffs' Response, making Defendant Limestone's reply to Plaintiffs' Response due on or about January 19, 2021.

3.

Upon conferring, Plaintiffs' counsel granted counsel for Defendant Limestone a seven (7) day extension to reply to Plaintiffs' Response. Plaintiffs' counsel confirmed this extension in writing.

4.

This is the first extension granted to Defendant Limestone related to Plaintiffs' Response. The new due date would be January 26, 2021.

5.

This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings.

6.

This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court. In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum will serve no useful purpose.

**WHEREFORE**, Defendant Limestone respectfully requests this Court grant Defendant Limestone's Motion and enter an order extending the time in which it may file a Reply by seven (7) days.

**(SIGNATURES ON FOLLOWING PAGE)**

This 19th day of January, 2021.

**RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**JENNIFER S. CLUVERIUS**
SC Bar No. 74893
**L. GRANT CLOSE III**
(SC Bar No. 76030)
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com

HAVING SEEN AND AGREED:

**BELL LEGAL GROUP, LLC**

**/s/ J. EDWARD BELL, III**
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
**COUNSEL FOR PLAINTIFFS**

219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com

                                            **DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

                                            **/s/ TYLER S. THOMPSON**
                                            Tyler S. Thompson (admitted *Pro Hac Vice*)
                                            Liz J. Shepherd (admitted *Pro Hac Vice*)
                                            Jordan A. Stanton (admitted *Pro Hac Vice*)
                                            **COUNSEL FOR PLAINTIFFS**

13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

# CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** has been served on counsel for all parties by placing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon and/or via electronic mail to all other counsel of record to ensure delivery to:

| | |
|---|---|
| **Attorney for Plaintiffs** | **Attorneys for Plaintiffs** |
| J. Edward Bell, III<br>Bell Legal Group, LLC<br>219 North Ridge Street<br>Georgetown, SC 29440<br><br>ebell@edbelllaw.com | Liz Jeanette Shepherd<br>Jordan Alexander Stanton<br>Tyler Smyth Thompson<br>Dolt Thompson Shepherd and Conway PSC<br>13800 Lake Point Circle<br>Louisville, KY 40223<br><br>lshepherd@kytrial.com<br>jstanton@kytrial.com<br>tthompson@kytrial.com |
| **Attorney for Plaintiffs** | **Attorneys for Collins Murphy** |
| Joshua Michael Wesley Salley<br>Bell Legal Group<br>PO Box 2590<br>Georgetown, SC 29442<br><br>jsalley@edbelllaw.com | Alan R Belcher Jr.<br>Conner E. Johnson<br>Hall Booth Smith, P.C.<br>111 Coleman Boulevard, Suite 301<br>Mount Pleasant, SC 29464<br><br>abelcher@hallboothsmith.com<br>cjohnson@hallboothsmith.com |
| **Attorneys for MG Freesites** | **Attorneys for MG Freesites** |
| Marc E Mayer<br>Mitchell Silberberg and Knupp LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br><br>mem@msk.com | R. Taylor Speer<br>J. Kenneth Carter<br>Turner, Padget, Graham and Laney, P.A.<br>P.O. Box 1509<br>Greenville, SC 29602<br><br>tspeer@turnerpadgett.com<br>kcarter@turnerpadget.com |

**Attorneys for Limestone**

Jennifer S. Cluveris
L. Grant Close III
Nexen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603

jcluverius@nexsenpruet.com
gclose@nexsenpruiet.com

This 19th day of January, 2021.

                         **RAHIMI, HUGHES & PADGETT, LLC**

                         **/s/ JOSEPH Y. RAHIMI II**
                         **JOSEPH Y. RAHIMI II**
                         Federal ID No. 9670
                         **JOHN A. HUBERT**
                         Federal ID No. 13154
                         **ATTORNEYS FOR DEFENDANT LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com