UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| **JANE DOES 1-9,** | ) | |
| | ) | **Case No: 7:20-cv-00947-TMC** |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **LIMESTONE UNIVERSITY'S** |
| | ) | **PARTIAL MOTION TO DISMISS** |
| **COLLINS MURPHY, LIMESTONE** | ) | **PLAINTIFFS' FOURTH AMENDED** |
| **COLLEGE, MG FREESITES, LTD., d/b/a** | ) | **COMPLAINT** |
| **PORNHUB.COM and HAMMY MEDIA** | ) | |
| **LTD. d/b/a XHAMSTER.COM,** | ) | **(Jury Trial Demanded)** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOW COMES LIMESTONE UNIVERSITY** (incorrectly identified as "Limestone College" and hereinafter referred to as "Limestone"), a Defendant to the above-captioned action, and moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing this action in part. Specifically, Limestone respectfully requests that the First, Second, Third, and Fourth Causes of Action in Plaintiffs' Fourth Amended Complaint (ECF No. 99) be dismissed as to Defendant Limestone.

Pursuant to Local Rule 7.04, this motion is supported by a memorandum arguing that four of Plaintiffs' six causes of action against Limestone fail to state a claim upon which relief can be granted. As to Limestone, Plaintiffs causes of action One, Two, Three, and Four are based upon *respondeat superior* for the alleged actions of a former employee, Defendant Collins Murphy. However, Plaintiffs fail to allege that Collins Murphy was acting in the course and scope of his employment when he allegedly committed his tortious actions. Furthermore, parts of the tortious actions, as alleged in causes of action One-Four, occurred five years after Collins

Murphy's employment with Limestone terminated and thus Limestone cannot be vicariously responsible.

Limestone is not moving to dismiss Causes of Action Five and Six against it, which are based on a different theory of liability. Therefore, this is only a partial motion to dismiss as to Limestone. While a defendant typically does not file an answer until a motion to dismiss is decided, in an abundance of caution Limestone is filing an Answer to Plaintiffs' Fourth Amended Complaint responding to the remaining causes of action.

On these grounds and as set out more fully in the supporting memorandum, Limestone respectfully requests this Court partially dismiss the action with prejudice.

A certificate of compliance under Local Rule 7.02 is not provided, as is not required per subsection (A).

This 10th day of February, 2021.         **RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**JENNIFER S. CLUVERIUS**
Federal ID No. 9992
**L. GRANT CLOSE III**
Federal ID No. 10810

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)    **ATTORNEYS FOR DEFENDANT**
Greenville, South Carolina 29603-0648        **LIMESTONE UNIVERSITY**
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **LIMESTONE UNIVERSITY'S PARTIAL MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT** has been served on counsel for all parties by placing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon and/or via electronic mail to all other counsel of record to ensure delivery to:

| **Attorney for Plaintiffs** | **Attorneys for Plaintiffs** |
|---|---|
| J. Edward Bell, III<br>Bell Legal Group, LLC<br>219 North Ridge Street<br>Georgetown, SC 29440<br><br>ebell@edbelllaw.com | Liz Jeanette Shepherd<br>Jordan Alexander Stanton<br>Tyler Smyth Thompson<br>Dolt Thompson Shepherd and Conway PSC<br>13800 Lake Point Circle<br>Louisville, KY 40223<br><br>lshepherd@kytrial.com<br>jstanton@kytrial.com<br>tthompson@kytrial.com |
| **Attorneys for Murphy** | **Attorneys for MG Freesites** |
| Alan R Belcher Jr.<br>Conner E. Johnson<br>Hall Booth Smith, P.C.<br>111 Coleman Boulevard, Suite 301<br>Mount Pleasant, SC 29464<br><br>abelcher@hallboothsmith.com<br>cjohnson@hallboothsmith.com | R. Taylor Speer<br>J. Kenneth Carter<br>Turner, Padget, Graham and Laney, P.A.<br>P.O. Box 1509<br>Greenville, SC 29602<br><br>tspeer@turnerpadgett.com<br>kcarter@turnerpadget.com |

**Attorneys for Limestone**

Jennifer S. Cluveris
L. Grant Close III
Nexen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603

jcluverius@nexsenpruet.com
gclose@nexsenpruiet.com

This 10th day of February, 2021.

                                          **RAHIMI, HUGHES & PADGETT, LLC**

                                          **/s/ JOSEPH Y. RAHIMI II**
                                          **JOSEPH Y. RAHIMI II**
                                          Federal ID No. 9670
                                          **JOHN A. HUBERT**
                                          Federal ID No. 13154
                                          **ATTORNEYS FOR DEFENDANT LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com