IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>Defendants. | Civil Action Number: 7:20-cv-00947-TMC<br><br><br>**DEFENDANT MG FREESITES' MOTION TO DISMISS FOURTH AMENDED COMPLAINT** |

Defendant MG FREESITES, LTD ("Defendant") moves this Court, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure ("Rule 12(b)(6)"), and Rule 7.01, Local Civil Rules, for an Order granting dismissal with prejudice and without leave to amend on each and every allegation, cause of action, and/or prayer for damages or other relief contained in Plaintiffs' Fourth Amended Complaint. *(Dkt. # 99.)*

Pursuant to Rule 7.04, Local Civil Rules, the instant motion is supported by a memorandum arguing that Plaintiffs JANE DOES 1-9 ("Plaintiffs") failed to state a claim upon which relief can be granted, in contravention of Rule 12(b)(6) and *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007), among other sources. In summary, Plaintiffs fail to state a claim because:

1. Plaintiffs fail to allege any unlawful conduct on behalf of Defendant, as to the various claims of invasion of privacy and intentional infliction of emotional distress;

2. Plaintiffs' claims are barred by Section 230(c)(1) of the Communications Decency Act, which provides complete immunity from Plaintiffs' claims; and finally,

3.   Plaintiff's agency and conspiracy allegations are purely conclusory and without any factual basis.

On these grounds and as set out more fully in the supporting memorandum, Defendant respectfully requests this Court dismiss the action in its entirety and with prejudice.

A certificate of consultation under Rule 7.02, Local Civil Rules, is not provided as not required by subsection (A) of the same rule relative to motions to dismiss.  Local Civ. Rule 7.02(A) (D.S.C.).

*[signature page follows]*

Respectfully submitted,

| | |
|---|---|
| DATED February 10, 2021 | TURNER, PADGET, GRAHAM AND LANEY, P.A. |
| Greenville, South Carolina | By:    */s/ R. Taylor Speer* <br> R. Taylor Speer \| Attorney ID: 12267 <br> email \| tspeer@turnerpadget.com <br> direct \| 864-552-4618 <br><br> J. Kenneth Carter \| Attorney ID: 05108 <br> email \| kcarter@turnerpadget.com <br> direct \| 864-552-4611 <br><br> Post Office Box 1509 <br> Greenville, South Carolina 29602 <br> facsimile \| 864-282-5993 <br><br> *Attorneys for Defendant MG Freesites Ltd* |
| DATED February 10, 2021 | MITCHELL SILBERBERG & KNUPP LLP |
| Los Angeles, California | By:    */s/ Marc E. Mayer* <br> Marc E. Mayer \| Attorney ID: *pro hac vice* <br> email \| mem@msk.com <br> direct \| 310-312-3154 <br><br> 2049 Century Park East <br> 18th Floor <br> Los Angeles, California 90067 <br> facsimile \| 864-282-5993 <br><br> *Attorneys for Defendant MG Freesites Ltd* |
| TPGL 10998743v1 | |