# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Collins Murphy, Limestone College, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com,<br><br>　　　　　Defendants. | Civil Action No.: 7:20-cv-00947-JD<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Alan R. Belcher, counsel for Defendant Collins Murphy, respectfully requests this Honorable Court's protection from appearing in this case from July 15, 2021 through July 30, 2021 for long-standing vacation plans.

**HALL, BOOTH, SMITH, P.C.**

/a/ Alan R. Belcher
_____
Alan R. Belcher, Jr., Esquire, Bar No. 9342
111 Coleman Blvd., Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Facsimile: (843) 720-3458
alan.belcher@hallboothsmith.com
tbarrow@hallboothsmith.com

*Attorneys for Collins Murphy*

This 16th day of April, 2021