# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-cv-00947-JD |
| **Plaintiffs,** | |
| vs. | **CONSENT MOTION TO AMEND THE SCHEDULING ORDER** |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | |
| **Defendants.** | |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civ. Rules 6.01 and 16.02, the Plaintiffs and Defendant MG Freesites, Ltd. and Defendant Limestone, by and through their undersigned counsel, jointly and respectfully submit this motion to amend the Consent Amended Scheduling Order (ECF No. 78) as proposed within this motion and the attached proposed Second Amended Scheduling Order.

Upon conferring counsel for Defendant MG Freesites, Ltd., Defendant Limestone, and Plaintiffs Does 1-9 agree with this amendment. The parties attempted to confer with counsel for Defendant Murphy, however they were unable to.

Thus, the parties respectfully move to extend the remaining deadlines by sixty (60) days, as reflected in the Second Amended Scheduling Order, which is attached as Exhibit 1.

This motion is based upon the good faith efforts of the parties, the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court.

The undersigned counsel is informed and believes a supporting memorandum is not required because an explanation of the motion consistent with the requirements of Local Civil Rule 7.04 is contained herein and a memorandum would serve no further useful purpose.

HAVING SEEN AND AGREED:

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiffs*

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

**TURNER, PADGET, GRAHAM AND LANEY, P.A.**

*/s/ R. Taylor Speer (with permission)*
R. Taylor Speer
J. Kenneth Carter
P.O. Box 1509
Greenville, SC 29602
Telephone: (864) 552-4600
tspeer@turnerpadget.com
kcarter@turnerpadget.com
*Counsel for Defendant, MG Freesites, Ltd.*

**MITCHELL SILBERBERG & KNUPP LLP**

Marc E. Mayer | Attorney ID: *pro hac vice*
email | mem@msk.com
direct | 310-312-3154
2049 Century Park East
18th Floor

2

Los Angeles, California 90067
facsimile | 864-282-5993

**RAHIMI, HUGHES & PADGETT, LLC**

/s/ JOSEPH Y. RAHIMI II
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

JENNIFER S. CLUVERIUS
Federal ID No. 9992
L. GRANT CLOSE III
Federal ID No. 10810

**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com