# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| ALEXANDRA CHAPPELL ARNETTE, BLAKE EMERSON ARNETTE, EMILY SCANLON, CARLEY BRENGOSZ, ALISON FREDERICK and ASHLEY JAMES HARROP, | ) ) ) ) ) ) Case No: 7:20-cv-04260-JD |
| Plaintiffs, | ) ) LIMESTONE UNIVERSITY'S |
| vs. | ) MOTION AMEND ANSWER AND ) CROSS-CLAIMS ) |
| LIMESTONE COLLEGE, COLLINS MURPHY, JANIE COREY and WALT GRIFFIN, | ) ) ) ) |
| Defendants. | ) |

**NOW COMES LIMESTONE UNIVERSITY** (incorrectly identified as "Limestone College" and hereinafter referred to as "Limestone"), by and through its undersigned counsel, respectfully moves this Court for leave to amend its Answer and Cross-Claims (ECF No. 103) to Plaintiffs' Fourth Amended Complaint (ECF No. 99) pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Specifically, Limestone requests leave to amend the pleadings to add one additional defense under the South Carolina Solicitation of Charitable Funds Act (S.C. Code Ann. Section 33-56-10 *et seq.*). Limestone University is a charitable organization, as defined in Section 33-56-170 of the Solicitation of Charitable Funds Act. Following the commencement of this action, the undersigned counsel was made aware that the plaintiffs' allegations in this action are governed by the Solicitation of Charitable Funds Act. As such, Limestone University is afforded the immunities and defenses available under the Solicitation of Charitable Funds Act, including the statutory cap on damages set forth in S.C. Code Ann. Section 33-56-180. A copy of the

1

proposed Amended Answer to Plaintiffs' Fourth Amended Complaint and Cross-Claims against Collins Murphy is attached hereto as Exhibit "1".

Pursuant to Local Rule 7.04, this motion is supported by an attached memorandum, showing that the deadline to amend pleadings has not passed, the discovery period has not expired, and due to several outstanding motions to dismiss filed by Limestone and Defendant MG Freesites, Ltd., d/b/a Pornhub.com the pleadings are not settled. As such, leave should be granted to allow Limestone to amend its Answer to Plaintiffs' Fourth Amended Complaint.

On these grounds and as set out more fully in the supporting memorandum, Limestone respectfully requests this Court grant it leave to amend its Answer. Pursuant to Local Rule 7.02, the undersigned counsel has conferred or attempted to confer with Counsel for all parties in good faith to resolve the matter contained in the motion, however, was unable to receive consent from counsel for the other parties to this action.

This 25th day of May, 2021.

**RAHIMI, HUGHES & PADGETT, LLC**

| | |
|---|---|
| /s/ JOSEPH Y. RAHIMI II | JENNIFER S. CLUVERIUS |
| **JOSEPH Y. RAHIMI II** | Federal ID No. 9992 |
| Federal ID No. 9670 | **L. GRANT CLOSE III** |
| **JOHN A. HUBERT** | Federal ID No. 10810 |
| Federal ID No. 13154 | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR DEFENDANT** | **LIMESTONE UNIVERSITY** |
| **LIMESTONE UNIVERSITY** | **NEXSEN PRUET, LLC** |
| 33 Bull Street, Suite 590 | 55 East Camperdown Way, Suite 400 (29601) |
| Savannah, Georgia 31401 | Post Office Drawer 10648 |
| (912) 421-9988 | Greenville, South Carolina 29603-0648 |
| jrahimi@rhp-law.com | Phone: (864) 370-2211 |
| jhubert@rhp-law.com | jcluverius@nexsenpruet.com |
| | gclose@nexsenpruet.com |

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **LIMESTONE UNIVERSITY f/k/a LIMESTONE COLLEGE'S MOTION TO AMEND** has been served on counsel for all via electronic mail to all other counsel of record to ensure delivery to:

| **Attorney for Plaintiffs** | **Attorneys for Plaintiffs** |
|---|---|
| J. Edward Bell, III<br>Bell Legal Group, LLC<br>219 North Ridge Street<br>Georgetown, SC 29440<br><br>ebell@edbelllaw.com | Liz Jeanette Shepherd<br>Jordan Alexander Stanton<br>Tyler Smyth Thompson<br>Dolt Thompson Shepherd and Conway PSC<br>13800 Lake Point Circle<br>Louisville, KY 40223<br><br>lshepherd@kytrial.com<br>jstanton@kytrial.com<br>tthompson@kytrial.com |
| **Attorneys for Murphy** | **Attorneys for MG Freesites** |
| Alan R Belcher Jr.<br>Conner E. Johnson<br>Hall Booth Smith, P.C.<br>111 Coleman Boulevard, Suite 301<br>Mount Pleasant, SC 29464<br><br>abelcher@hallboothsmith.com<br>cjohnson@hallboothsmith.com | R. Taylor Speer<br>J. Kenneth Carter<br>Turner, Padget, Graham and Laney, P.A.<br>P.O. Box 1509<br>Greenville, SC 29602<br><br>tspeer@turnerpadgett.com<br>kcarter@turnerpadget.com |

**Attorneys for Limestone**

Jennifer S. Cluveris
L. Grant Close III
Nexen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603

jcluverius@nexenpruet.com
gclose@nexenpruiet.com

This 25th day of May, 2021

                              **RAHIMI, HUGHES & PADGETT, LLC**

                              **/s/ JOSEPH Y. RAHIMI II**
                              **JOSEPH Y. RAHIMI II**
                              Federal ID No. 9670
                              **JOHN A. HUBERT**
                              Federal ID No. 13154
                              **ATTORNEYS FOR DEFENDANT LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com