**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Jane Does 1-9, | |
|                 Plaintiffs, | Case No.: 7:20-cv-00947 |
| vs. | |
| Collins Murphy, Limestone College, MG Freesites, LTD., d/b/a Pornhub.com, and Hammy Media LTD. d/b/a Xhamster.com, | **NOTICE OF APPERANCE** |
|                 Defendants. | |

PLEASE TAKE NOTICE that Hannah Rogers Metcalfe hereby enters an appearance in the above-referenced case as counsel for Hammy Media LTD, and hereby authorizes you to enter such appearance and to do all that is necessary in connection herewith.

Defendant request that copies of all notices and pleading given or filed in this case be given to and served upon the undersigned.

                                                    **/s/ Hannah Rogers Metcalfe**
                                                    Hannah Rogers Metcalfe, Fed ID. 9943
                                                    Metcalfe & Atkinson, LLC
                                                    1395 South Church Street
                                                    Greenville, South Carolina 29605
                                                    (864) 214-2319
                                                    *Attorney for Defendant Hammy Media LTD*

October 25, 2021
Greenville, South Carolina