# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> Collins Murphy, Limestone College, MG Freesites, LTD., d/b/a Pornhub.com, and Hammy Media LTD. d/b/a Xhamster.com, <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br> **Motion <br> in Support of** <br> ***Pro Hac Vice*** **Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Valentin D. Gurvits** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Metcalfe & Atkinson, LLC <br> Firm Name <br> 1395 S. Church Street | Hannah Rogers Metcalfe <br> Name of Local Counsel <br> **s/ Hannah Rogers Metcalfe** |

| | |
|---|---|
| Street Address or Post Office Box | Signature of Local Counsel |
| Greenville, SC  29605 | Local Counsel for *Hammy Media, LTD* |
| City, State, Zip Code | |
| 843-577-4435 | |
| Telephone Number | District of South Carolina |
| hmetcalfe@malawfirmsc.com | Federal Bar Number 9943 |
| E-Mail Address | |