UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Collins Murphy, Limestone College, MG Freesites, LTD., d/b/a Pornhub.com, and Hammy Media LTD. d/b/a Xhamster.com,<br><br>                    Defendants. | Case No.: 7:20-cv-00947<br><br>**Motion**<br>**in Support of**<br>***Pro Hac Vice* Application** |

    The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Frank B. Scardino** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☐   Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐   Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

☐   No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Metcalfe & Atkinson, LLC<br>Firm Name<br>1395 S. Church Street | Hannah Rogers Metcalfe<br>Name of Local Counsel<br>**s/ Hannah Rogers Metcalfe** |

| | |
|---|---|
| Street Address or Post Office Box | Signature of Local Counsel |
| Greenville, SC  29605 | Local Counsel for *Hammy Media, LTD* |
| City, State, Zip Code | |
| 843-577-4435 | |
| Telephone Number | District of South Carolina |
| hmetcalfe@malawfirmsc.com | Federal Bar Number 9943 |
| E-Mail Address | |