# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| **JANE DOES 1-9,** | ) | |
| | ) | Case No: 7:20-cv-00947-JD |
| Plaintiffs, | ) | |
| | ) | **CONSENT MOTION FOR** |
| vs. | ) | **EXTENSION OF TIME** |
| | ) | |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOW COMES LIMESTONE UNIVERSITY** (incorrectly identified as "Limestone College"), a Defendant to the above-captioned action, and hereby pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure moves the Court for an order extending the time within which Defendant Limestone may file a reply to Plaintiffs' Fourth Motion to Amend/Correct the Complaint ("Plaintiffs' Motion") (ECF No. 145), showing the following:

1.

Plaintiffs filed and electronically served Defendant Limestone with Plaintiffs' Motion on or about November 9, 2021.

2.

Pursuant to the Rules, Defendant Limestone Defendant Limestone's reply to Plaintiffs' Response is due on or about November 23, 2021.

3.

Upon conferring, Plaintiffs' counsel granted counsel for Defendant Limestone a fourteen (14) day extension to reply to Plaintiffs' Motion. Plaintiffs' counsel confirmed this extension in writing.

4.

This is the first extension granted to Defendant Limestone related to Plaintiffs' Motion. The new due date would be December 7, 2021.

5.

This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings.

6.

This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court. In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum will serve no useful purpose.

**WHEREFORE**, Defendant Limestone respectfully requests this Court grant Defendant Limestone's Motion and enter an order extending the time in which it may file a Reply by fourteen (14) days.

**(SIGNATURES ON FOLLOWING PAGE)**

This 19th day of November, 2021.

**RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**JENNIFER S. CLUVERIUS**
SC Bar No. 74893
**L. GRANT CLOSE III**
(SC Bar No. 76030)
**ATTORNEYS FOR DEFENDANT**
**LIMESTONE UNIVERSITY**

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com

HAVING SEEN AND AGREED:

**BELL LEGAL GROUP, LLC**

**/s/ J. EDWARD BELL, III**
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
**COUNSEL FOR PLAINTIFFS**

219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

**/s/ TYLER S. THOMPSON**
Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
**COUNSEL FOR PLAINTIFFS**

13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

# CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** has been served on counsel for all parties by placing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon and/or via electronic mail to all other counsel of record to ensure delivery to:

**Attorney for Plaintiffs**

J. Edward Bell, III
Bell Legal Group, LLC
219 North Ridge Street
Georgetown, SC 29440

ebell@edbelllaw.com

**Attorneys for Plaintiffs**

Liz Jeanette Shepherd
Jordan Alexander Stanton
Tyler Smyth Thompson
Dolt Thompson Shepherd and Conway PSC
13800 Lake Point Circle
Louisville, KY 40223

lshepherd@kytrial.com
jstanton@kytrial.com
tthompson@kytrial.com

**Attorney for Plaintiffs**

Joshua Michael Wesley Salley
Bell Legal Group
PO Box 2590
Georgetown, SC 29442

jsalley@edbelllaw.com

**Attorneys for Collins Murphy**

Alan R Belcher Jr.
Conner E. Johnson
Hall Booth Smith, P.C.
111 Coleman Boulevard, Suite 301
Mount Pleasant, SC 29464

abelcher@hallboothsmith.com
cjohnson@hallboothsmith.com

**Attorneys for MG Freesites**

Marc E Mayer
Mitchell Silberberg and Knupp LLP
2049 Century Park East 18th Floor
Los Angeles, CA 90067

mem@msk.com

**Attorneys for MG Freesites**

R. Taylor Speer
J. Kenneth Carter
Turner, Padget, Graham and Laney, P.A.
P.O. Box 1509
Greenville, SC 29602

tspeer@turnerpadgett.com
kcarter@turnerpadget.com

**Attorneys for Limestone**

Jennifer S. Cluveris
L. Grant Close III
Nexen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603

jcluverius@nexsenpruet.com
gclose@nexsenpruiet.com

  This 19th day of November, 2021.

                                **RAHIMI, HUGHES & PADGETT, LLC**


                                **/s/ JOSEPH Y. RAHIMI II**
                                **JOSEPH Y. RAHIMI II**
                                Federal ID No. 9670
                                **JOHN A. HUBERT**
                                Federal ID No. 13154
                                **ATTORNEYS FOR DEFENDANT LIMESTONE**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com