**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Jane Does 1-9, <br><br> Plaintiffs, <br> vs. <br><br> Collins Murphy, Limestone College, MG Freesites, LTD., d/b/a Pornhub.com, and Hammy Media LTD. d/b/a Xhamster.com, <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br> **CONSENT MOTION FOR EXTENSION OF TIME** |

COMES NOW the Defendant, Hammy Media, LTD ("Defendant Hammy Media"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves the Court for an order enlarging the time to file its response to Plaintiffs' Fourth Motion to Amend the Complaint (ECF 145), showing the following:

1.   Plaintiffs filed a Fourth Motion to Amend the Complaint on November 9, 2021.

2.   Defendant Hammy Media's response is due on November 23, 2021.

3.   Undersigned counsel consulted with Plaintiffs' counsel who granted undesigned counsel for Defendant Hammy Media a fourteen (14) day extension to reply to Plaintiff's Fourth Motion to Amend the Complaint.

4.   This is the first extension granted to Defendant Hammy Media related to Plaintiffs' Fourth Motion to Amend the Complaint. The new due date would be December 7, 2021.

5.   This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings.

6.   This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court

1

**WHEREFORE**, Defendant Hammy Media respectfully requests this Court grant Defendant Hammy Media's Motion and enter an order extending the time in which it may file a Reply by fourteen (14) days.

This 22nd day of November 2021.

**/s/ Hannah Rogers Metcalfe**
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319
hmetcalfe@malawfirmsc.com

Evan M Fray-Witzer
Ciampa Fray-Witzer LLC
20 Park Plaza
Suite 505
Boston, MA 02360
617-426-0000
evan@cfwlegal.com

Frank B. Scardino
Boston Law Group PC
825 Beacon Street
Suite 20
Newton, MA 02459
617-928-1805
frank@bostonlawgroup.com

Valentin D Gurvits
Boston Law Group PC
825 Beacon Street
Suite 20
Newton, MA 02459
617-928-1804
vgurvits@bostonlawgroup.com

*Counsels for Defendant Hammy Media LTD*

HAVING SEEN AND AGREED:

**/s/ Joshua M. W. Salley**
Joshua M. W. Salley (#13214)
J. Edward Bell, III (#1280)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jsalley@edbelllaw.com
jeb@edbelllaw.com


Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
DOLT, THOMPSON, SHEPHERD &
CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

*Counsel for Plaintiffs*