# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9, <br><br> Plaintiffs, <br><br> v. <br><br> Collins Murphy, Limestone College, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com, <br><br> Defendants. | Civil Action No.: 7:20-cv-00947-JD <br><br><br> **CONSENT MOTION FOR EXTENSION OF TIME** |

COMES NOW the Defendant, Collins Murphy ("Defendant Murphy"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves the Court for an order enlarging the time to file its response to Plaintiffs' Fourth Motion to Amend the Complaint (ECF 145), showing the following:

1. Plaintiffs filed a Fourth Motion to Amend the Complaint on November 9, 2021.

2. Defendant Murphy's response is due on November 23, 2021.

3. Undersigned counsel consulted with Plaintiffs' counsel who granted undesigned counsel for Defendant Murphy a fourteen (14) day extension to reply to Plaintiff's Fourth Motion to Amend the Complaint.

4. This is the first extension granted to Defendant Murphy related to Plaintiffs' Fourth Motion to Amend the Complaint. The new due date would be December 7, 2021.

5. This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings.

6. This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court.

**WHEREFORE**, Defendant Murphy respectfully requests this Court grant Defendant Murphy's Motion and enter an order extending the time in which it may file a Reply by fourteen (14) days.

This 23rd day of November 2021.

**HALL, BOOTH, SMITH, P.C.**

/s/ Alan Belcher

---

Alan R. Belcher, Jr., Esquire, Bar No. 9342
Thomas A.D. Barrow, Esquire, Bar No. 13364
111 Coleman Blvd., Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Facsimile: (843) 720-3458
alan.belcher@hallboothsmith.com
tbarrow@hallboothsmith.com

*Attorneys for Collins Murphy*