**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Jane Does 1-9, <br><br> Plaintiffs, <br> vs. <br><br> Collins Murphy, Limestone College, MG Freesites, LTD., d/b/a Pornhub.com, and Hammy Media LTD. d/b/a Xhamster.com, <br><br> Defendants. | Case No.: 7:20-cv-00947 |

## DECLARATION OF MARDIROS HALADJIAN

Mardiros Haladjian, being duly sworn, does hereby depose and state:

1. My name is Mardiros Haladjian. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am a Director of Hammy Media, Ltd d/b/a xHamster.com ("xHamster").

3. The xHamster website hosts more than 7,895,000 videos. *Id.* Users of the website upload approximately 1,000 videos a day. *Id.*

4. In November of 2019, xHamster was contacted by Brian Blanton, a Detective with the Gaffney Police Dept. Detective Blanton informed xHamster – for the first time – that the surreptitiously-recorded videos had been uploaded by a user to the xHamster website. A true and accurate copy of the emails between xHamster and Detective Blanton are attached hereto at Tab 1.

5. Detective Blanton first requested information about the uploader of the video and xHamster immediately provided him with all of the information that it possessed.

6.  Detective Blanton then requested that he be provided access to the videos so that they could be downloaded for evidence and, following such downloading, that the videos be taken down. xHamster complied with each of these requests.

7.  Prior to being contacted by Detective Blanton, xHamster was unaware of the existence of the videos or that they had been recorded without consent.

8.  The videos at question in this litigation were uploaded to xHamster by a user with the username "cwdistribution."

9.  At the time the cwdistribution account was created, it was possible for users to upload videos without first going through an identity verification process.

10. xHamster does not know the identity of user "cdwdistribution."

11. xHamster has since changed its systems so that uploads are accepted only from accounts which have gone through an identity verification process, which includes providing a copy of a government-issued identification.

12. xHamster has never paid any compensation of any sort to the user "cwdistribution."

13. xHamster has never had any written or verbal communications with the user "cwdistribution."

Signed under the pains and penalties of perjury this 7th day of December, 2021.

*Mardiros Haladjian*
Mardiros Haladjian (Dec 7, 2021 22:16 GMT+2)

Mardiros Haladjian, Director
Hammy Media, Ltd., d/b/a xHamster.com

# EXHIBIT 1

┌─ Ticket History ─────────────────────────────────────────

**Cherry xHamster** (Staff) Posted On: 19 November 2019 02:16 PM

Dear Officer!

Thank you for your email.
Videos have been removed.

Kind regards,
Cherry
xHamster Team

**Anonymous** (Client) Posted On: 19 November 2019 01:06 PM

Yes ma'am, remove them. Thank you so much for your help in this matter

Sent from my iPhone

On Nov 19, 2019, at 8:04 AM, Cherry xHamster <help@xhamster.com> wrote:

Dear Officer!

Thank you for your email.
We do not have any other information available other than:
User Name cwdistribution
Join Date Aug 4, 2014
Last Login Nov 15, 2019 13:59 GMT
Email Address ernieshacks123@gmx.com<mailto:ernieshacks123@gmx.com>
Users IP 50.233.38.45
ISP: Comcast Business

Would you like for us to proceed with the video removals ?

Kind regards,
Cherry
xHamster Team

Ticket History
Anonymous (Client) Posted On: 19 November 2019 12:44 PM

**Cherry xHamster** (Staff) Posted On: 19 November 2019 01:04 PM

Dear Officer!

Thank you for your email.
We do not have any other information available other than:
User Name cwdistribution
Join Date Aug 4, 2014
Last Login Nov 15, 2019 13:59 GMT

Email Address ernieshacks123@gmx.com
Users IP 50.233.38.45
ISP: Comcast Business

Would you like for us to proceed with the video removals ?

Kind regards,
Cherry
xHamster Team

**Anonymous** (Client) Posted On: 19 November 2019 12:44 PM

Yes, that is correct. We have already had them removed from other websites. Do you have any further information about the user name that uploaded them?

Sent from my iPhone

On Nov 19, 2019, at 4:37 AM, Foxy xHamster <help@xhamster.com> wrote:

Hi,

Would you like us to remove these videos:

https://xhamster.com/videos/hidden-locker-3-12197035

https://xhamster.com/videos/hidden-locker-4-12197033

https://xhamster.com/videos/hidden-locker-1-12197032

https://xhamster.com/videos/hidden-locker-2-12197034

https://xhamster.com/videos/hidden-locker-6-12197037

https://xhamster.com/videos/hidden-locker-5-12197036 ?

Kind Regards,
Foxy
xHamster Team

Ticket History
Anonymous (Client) Posted On: 18 November 2019 07:16 PM

**Foxy xHamster** (Staff) Posted On: 19 November 2019 09:37 AM

Hi,

Would you like us to remove these videos:

https://xhamster.com/videos/hidden-locker-3-12197035

https://xhamster.com/videos/hidden-locker-4-12197033

https://xhamster.com/videos/hidden-locker-1-12197032

https://xhamster.com/videos/hidden-locker-2-12197034

https://xhamster.com/videos/hidden-locker-6-12197037

https://xhamster.com/videos/hidden-locker-5-12197036 ?

Kind Regards,
Foxy
xHamster Team

**Anonymous** (Client) Posted On: 18 November 2019 07:16 PM

Hey sorry for the confusion, we just downloaded the videos in question. It is ok to delete them at this time. Can we also get any user name information that you may have for csdistribution to include names, ip addresses etc. Thank you for your help in this matter.

From: Foxy xHamster <help@xhamster.com>
Sent: Monday, November 18, 2019 11:10 AM
To: Brian Blanton <bblanton@gaffneypd.org>
Subject: [#NNB-996-57011]: XHamster Mobile Support: Voyeurism Videos - My name is Brian Blanton and I am a Detective with the Gaffney Police Dept. Several of th...

Hi,

These videos are still active:

https://xhamster.com/videos/hidden-locker-3-12197035

https://xhamster.com/videos/hidden-locker-4-12197033

https://xhamster.com/videos/hidden-locker-1-12197032

https://xhamster.com/videos/hidden-locker-2-12197034

https://xhamster.com/videos/hidden-locker-6-12197037

https://xhamster.com/videos/hidden-locker-5-12197036

Please check it again.

Kind Regards,
Foxy
xHamster Team

Ticket History Anonymous (Client) Posted On: 18 November 2019 03:09 PM

**Foxy xHamster** (Staff) Posted On: 18 November 2019 04:10 PM

Hi,

These videos are still active:

https://xhamster.com/videos/hidden-locker-3-12197035

https://xhamster.com/videos/hidden-locker-4-12197033

https://xhamster.com/videos/hidden-locker-1-12197032

https://xhamster.com/videos/hidden-locker-2-12197034

https://xhamster.com/videos/hidden-locker-6-12197037

https://xhamster.com/videos/hidden-locker-5-12197036

Please check it again.

Kind Regards,
Foxy
xHamster Team

**Anonymous** (Client) Posted On: 18 November 2019 03:09 PM

We just tried to access them by your webpage and it says they have all been deleted. Is there anyway we can get a copy of them along with detailed information about user: cwdistribution?

Sent from my iPhone

> On Nov 18, 2019, at 4:10 AM, Frey xHamster <help@xhamster.com> wrote:
>

**Frey xHamster** (Staff) Posted On: 18 November 2019 09:09 AM

Hello,

You can download the videos right from our website.
Try accessing the videos once again they should be available for you to download.
Contact us so we can proceed with the video removal as soon as you are done.

Best regards,
Frey
xHamster Team.

**Anonymous** (Client) Posted On: 15 November 2019 08:05 PM

https://xhamster.com/videos/hidden-locker-7-<https://xhamster.com/videos/hidden-locker-7-12197038>

12197038<https://xhamster.com/videos/hidden-locker-7-12197038> https://xhamster.com/videos/hidden-locker-8-12197039<https://xhamster.com/videos/hidden-locker-8-12197039>

https://xhamster.com/videos/hidden-locker-3-12197035

https://xhamster.com/videos/hidden-locker-4-12197033

https://xhamster.com/videos/hidden-locker-1-12197032

https://xhamster.com/videos/hidden-locker-2-12197034

https://xhamster.com/videos/hidden-locker-6-12197037

https://xhamster.com/videos/hidden-locker-5-12197036

We also would like the videos to be taken down if possible. The females shown in the videos are female collegiate athletes that were illegally recorded in a locker room on a the college campus here in my jurisdiction.

Sent from my iPhone

On Nov 15, 2019, at 2:56 PM, Cherry xHamster <help@xhamster.com> wrote:

Dear Officer!

Thank you for your email.
This user does not have any videos with title that starts or contain word "locker room"
Please provide direct links to the videos in question.

Kind regards,
Cherry
xHamster Team

Ticket History
Anonymous (Client) Posted On: 15 November 2019 07:08 PM

**Cherry xHamster** (Staff) Posted On: 15 November 2019 07:56 PM

Dear Officer!

Thank you for your email.
This user does not have any videos with title that starts or contain word "locker room"
Please provide direct links to the videos in question.

Kind regards,
Cherry
xHamster Team

**Anonymous** (Client) Posted On: 15 November 2019 07:08 PM

All the videos under that username that begin with "locker room" are part of our investigation. Is there any way that we can obtain a copy of those on a disc? I can issue a search warrant for the videos if need be. I would also need the anything that the person used to create the user name "cwdistribution" like names, dates of birth etc. Thank you for the fast reply. This is an ongoing case that originated on Pornhub.com so I've been sending out subpoenas/search warrants in hopes of identifying the person responsible

Sent from my iPhone

On Nov 15, 2019, at 2:01 PM, Cherry xHamster <help@xhamster.com> wrote:

Dear Officer!

Thank you for your email.
Here is the information about this user:
User Name cwdistribution
Join Date Aug 4, 2014
Last Login Nov 15, 2019 13:59 GMT
Email Address ernieshacks123@gmx.com
Users IP 50.233.38.45
ISP: Comcast Business
Please let me know if there is anything else I could do for you.

Kind regards,
Cherry
xHamster Team

Ticket History

Anonymous (Client) Posted On: 15 November 2019 06:57 PM

**Cherry xHamster** (Staff) Posted On: 15 November 2019 07:01 PM

Dear Officer!

Thank you for your email.
Here is the information about this user:
User Name cwdistribution
Join Date Aug 4, 2014
Last Login Nov 15, 2019 13:59 GMT
Email Address ernieshacks123@gmx.com
Users IP 50.233.38.45
ISP: Comcast Business
Please let me know if there is anything else I could do for you.

Kind regards,
Cherry
xHamster Team

**Anonymous** (Client) Posted On: 15 November 2019 06:57 PM

My name is Brian Blanton and I am a Detective with the Gaffney Police Dept. Several of the videos under user name "cwdistribution" we're illegally recorded and are part of a bigger investigation that we are currently working on. I need to submit a search warrant for user name information along with account holder details and IP address information. Can you someone from your company please contact me at 864-761-6182 or through my work email address?

Ticket Details

Ticket ID: NNB-996-57011
Department: Mobile
Type: Issue
Status: Answered
Priority: High

Helpdesk: http://help.xhamster.com/index.php?