# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

JANE DOES 1-9,

           Plaintiffs,

v.

COLLINS MURPHY, LIMESTONE
COLLEGE, MG FREESITES, LTD d/b/a
PORNHUB.COM, and HAMMY MEDIA,
LTD. d/b/a XHAMSTER.COM,

           Defendants.

Case No:: 7:20-cv-00947-JD

**Application/Affidavit for**
***Pro Hac Vice* Admission**

(1)   <u>Name.</u>   <u>Theresa</u>     <u>Brownell</u>     <u>Bowman</u>
                           First            Middle         Last

(2)   <u>Residence</u>. I reside in the following state:  <u>Washington, DC</u>
     If a South Carolina resident, indicate months/years of residence:

(3)   <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the
     following firm:

     Firm name:  <u>Mitchell Silberberg & Knupp LLP</u>
     Mailing address: <u>1818 N Street NW, 7th Floor</u>      City/State/Zip <u>Washington, DC 20036</u>
     Telephone number: <u>202-470-2752</u>
     Facsimile number: <u>202-470-2776</u>
     E-mail address:  <u>tbb@msk.com</u>
     (Application will not be considered without an e-mail address to receive electronic notification.)

(4)   <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to
     comply with the applicable statutes, laws, and rules of the State of South Carolina, with all
     applicable federal statutes, laws, and rules, including Local Rules of the United States District
     Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local
     Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the
     District of South Carolina in all matters of attorney conduct.[1]

(5)   Regular Practice of Law. I am a member in good standing of the bar of the highest court of the
     <u>District of Columbia</u> where I regularly practice law. **Attached is my certificate of good standing.**

---

      [1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules
of procedure and related materials may be obtained.

(6)     Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court                          Date Admitted | Good Standing |
|---|---|
| U.S. District Court for the District of Columbia – 04/13/2015 | ☒Yes ☐No |
| U.S. District Court for the Eastern District of Virginia – 03/17/2017 | ☒Yes ☐No |
| U.S. Supreme Court – 11/04/2019 | ☒Yes ☐No |
| U.S. Court of Appeals for the District of Columbia Circuit – 03/20/2020 | ☒Yes ☐No |
| State Bar of the Commonwealth of Virginia – 10/14/2011 | ☒Yes ☐No |
| State Bar of the District of Columbia  – 03/08/2013 | ☒Yes ☐No |

(7)     Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8)     Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9)     Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10)    Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11)    Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  ☒ No

(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12)    Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Attorney Name:                                  R. Taylor Speer

Firm Name:                                       Turner Padget Graham & Laney, PA

Street Address or Post Office Box:    PO Box 1509

City, State, and Zip Code:                 Greenville, SC 29602

Telephone Number:                          (864) 552-4600

E-Mail Address:                               tspeer@turnerpadget.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____

_____

(14)    Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)    Electronic Notification. By submitting this application, I consent to electronic notification.

(16)    Represented Party/Parties. I seek to represent the following party/parties:

MG Freesites, Ltd

_____

_____

_____

(17)    I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

**Sworn to and subscribed before me**
this ___9th___ day of __December__ , 20_21_ .

_____
A Notary Public
of the ~~State of~~ District of Columbia

My Commission expires: __2/14/2024__



Pamela S. Burchette
Notary Public, District of Columbia
My Commission Expires __2/14/2024__

# ATTACHMENT TO APPLICATION FOR *PRO HAC ADMISSION*

## (THERESA BROWNELL BOWMAN)

# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT **THERESA BROWNELL BOWMAN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. BOWMAN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 14, 2011**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.*

*Issued November 9, 2021*

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Theresa Brownell Bowman*

was duly qualified and admitted on March 8, 2013 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on December**
**9, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.