IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>     Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES LTD d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>     Defendants. | Civil Action Number: 7:20-cv-00947-JD<br><br><br>**CONSENT MOTION FOR SUBSTITUTION OF COUNSEL OF DEFENDANT MG FREESITES LTD** |

The undersigned attorney, Mark B. Goddard, Esq., of Turner Padget Graham & Laney, P.A. hereby moves this Court for an Order substituting him as counsel of record on behalf of Defendant MG Freesites LTD ("Defendant"), in place of R. Taylor Speer, Esq. formerly of Turner Padget Graham & Laney, P.A. R. Taylor Speer has recently moved to Fox Rothschild, LLP and Defendant wishes the case to stay with Turner Padget Graham & Laney, P.A. By his signature below, Mr. Speer has consented to this substitution. The parties therefore request that this Court enter an Order for Substitution of Counsel and direct all future pleadings, notices, and other matters concerning or required to be served on Defendant be directed to Mr. Goddard at the below indicated address. A proposed Order is being filed together herewith for the Court's consideration.

*(signature page to follow)*

| | |
|---|---|
| WE SO MOVE: | WE SO CONSENT |
| TURNER PADGET | FOX ROTHSCHILD, LLP |
| */s/ Mark B. Goddard* | */s/ R. Taylor Speer* |
| Mark B. Goddard, Fed. ID # 9691 | R. Taylor Speer, Fed. ID #12267 |
| Turner Padget | Fox Rothschild, LLP |
| P.O. Box 1473 | 2 West Washington Street, Suite 1100 |
| Columbia, SC 29202 | Greenville, SC 29601 |
| Phone: (803) 227-4334 | Phone: (864) 751-7600 |
| mgoddard@turnerpadget.com | tspeer@foxrothschild.com |