# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,**<br><br>**Defendants.** | **Case No.: 7:20-cv-00947-JD** |

## PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT

Plaintiffs, by and through their undersigned counsel, pursuant to Rule 59 (b) of the Federal Rules of Civil Procedure, move this court to alter or amend its Text Order denying Plaintiffs' Motion to Amend dated March 21, 2022 (Dkt. No.172). In support of this Motion, Plaintiffs rely upon the pleadings filed in this case; their memorandum in support of this Motion, the rules of Court and such other matters as may be properly presented to the Court.

As explained in the accompanying Memorandum, the Court's decision was based on a clear error of law. For this reason, Plaintiffs respectfully request that this Motion be granted and that the Court's Text Order issued on March 21, 2022 be altered/amended to grant Plaintiffs leave to amend their Complaint.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*s/J. Edward Bell, III*
J. Edward Bell, III (1280)
Joshua M. W. Salley (13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC  29440
TEL.: (843) 546-2408
FAX: (8430 546-9604
ebell@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**ATTORNEYS FOR PLAINTIFF**

Georgetown, SC
March 30, 2022