**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-cv-00947-JD |
| **Plaintiffs,** | |
| vs. | **CONSENT MOTION FOR EXTENSION OF TIME** |
| **COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | |
| **Defendants.** | |

Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure move the Court for an order extending the time within which the Plaintiff may file a response to Defendant Hammy Media Ltd.'s Motion for Judgment on the Pleadings. (See Dkt. No. 174).

This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings. Upon conferring, counsel for the Defendant consents to allow Plaintiffs to extend the time to file a Response by ten (10) days. The current due date is April 12, 2022. The new due date would be April 22, 2022.

This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court. In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum will serve no useful purpose.

**WHEREFORE**, the Plaintiffs, respectfully requests this Court grant Plaintiffs' Motion and enter an order extending the time in which they may file a Response by an additional five (5) days.

HAVING SEEN AND AGREED:

**BELL LEGAL GROUP, LLC**

<u>/s/ J. Edward Bell, III</u>
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiffs*

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

**Metcalfe & Atkinson, LLC**

<u>/s/ Hannah Rogers Metcalfe</u>
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
**Attorneys for Defendant Hammy Media LTD**

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer (pro hac vice application to follow)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com
**Attorneys for Defendant Hammy Media LTD**

**BOSTON LAW GROUP, PC**

Valentin D. Gurvits (pro hac vice application to follow)
Frank Scardino (pro hac vice application to follow)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com
**Attorneys for Defendant Hammy Media LTD**

April 12, 2022
Georgetown, SC