

X
We need your support!
# 1MillionForDigitalRights
Click to donate

#### Porn platform
# The men behind xHamster

The bosses at xHamster have been in hiding for years. Now research reveals for the first time two leading minds behind Germany's most visited porn site.

October 15, 2021 at 1:07 pm- Sebastian Meineck - in public - 15 additions



The corporate network surrounding xHamster is much larger than it seems at first glance. (Symbol image)
- Limassol: IMAGO / Panthermedia, logo: xHamster.com / press material, processing: netzpolitik.org

*Rafael Buschmann, Roman Höfner, Nicola Naber and Anton Rainer did research for SPIEGEL; for STRG_F Yannah Alfering, Annette Kammerer, Patrizia Schlosser, Salome Zadegan and Sebastian Meineck. The STRG_F research was supported by a grant from* [Journalismfund.eu](Journalismfund.eu) *.*

To this day, Hanna doesn't know who secretly filmed her. But she knows tens of thousands of people have seen her naked against their will. The story begins in 2017 in a sauna in Lower Saxony. Hanna would like to relax there with her sister. Naked people all around, some with towels and bathrobes. But on that day a guest has something else with them, something that is forbidden: a camera. When Hanna is getting out of the pool naked, the camera is pointed at her without her knowledge.

The video lands on xHamster, Germany's most visited porn site . Hanna would probably never have found out about it had it not been for this one buddy who discovered the recording by accident. "I saw you on a porn site," he tells her on the phone.

That was in 2019, meanwhile the video is no longer online. xHamster deleted it after Hanna complained personally . But pictures of other women from the same sauna are online until Hanna sends another email in October 2021. How is that possible?

The porn platform on which the recordings were distributed is one of the most visited websites ever . In Germany, xHamster is called up more often than Tagesschau.de or PayPal. If you don't just want to look, but also want to comment or upload something, you need an account. According to xHamster, around 250,000 accounts are active at least once a month in Germany. According to its own information, xHamster had around 10.3 million visitors from Germany in August.

XHamster has become so big not least because until recently everyone could upload photos and videos anonymously. Uploads without the consent of those involved were not allowed, but it was difficult to control.

## Looking for Mr. xHamster

Many other people, especially women, have experienced something similar to Hanna. xHamster showed videos from toilet cubicles and from the shower tent of German music festivals . xHamster showed nude photos that were never intended for the eyes of a stranger, partly from ex-partners: distributed internally , partly captured by hacks from cloud providers .

Such recordings are accessible to an audience of millions on xHamster. This also applies to recordings that may show minors or sexual violence. In 2020, VICE research showed how xHamster used volunteers to weed out such photos. The photos were already public.

Those responsible for other large online platforms are known. For Facebook, for example, it is Mark Zuckerberg, who has already had to comment on allegations several times, who publicly said " Sorry ". At xHamster, no leader has shown face and given explanations to the public. Who are the people behind this platform?

Research by the news magazine SPIEGEL and STRG_F, the NDR's reporting format for funk, now shows for the first time more precisely who is behind Germany's most popular porn site. There are a number of companies related to xHamster, the trail of which leads first to Cyprus, then to the Caribbean. During the research, the team ended up at an IT party in the beach club under the palm trees - and on ancient porn sites with names like "rapeisland", in German: island of rape.

In the porn videos on xHamster, people show everything. Behind the scenes at xHamster, people keep a low profile. The leading minds at xHamster avoid the public. Some even hide their identities from their employees, as research shows. And the one name that has been used in connection with xHamster statements for years has evidently turned out to be a fake.

Nevertheless, SPIEGEL and STRG_F can identify at least two people who have played a central role at xHamster since the first few years: Oleg Netepenko and Dmitry Gusev, more on that later. Neither of them answered emails with detailed questions.

Netzpolitik.org can summarize the results because the author of this text was part of the research team. The complete research was published by SPIEGEL . A video documentary will appear on the STRG_F YouTube channel on Sunday .

## How xHamster hides from the public

A Cypriot company called "Hammy Media LTD" is named as the operator on xHamster.com. But research by STRG_F and SPIEGEL shows: This company is above all a facade.

According to company documents, its managing director is Mardiros H. from Cyprus. In late summer, the reporters drive to his home address. Mardiros H., an elderly gentleman, is actually at home. In broken English, H. says he has stopped working and is retired. When the reporters want to know more, H. breaks off the conversation and calls someone. Then H. says that he phoned his boss and doesn't want to speak anymore: "Sorry. Bye Bye."

Is H. now retired - or does he have a boss? The research team emailed him these and other questions about Hammy Media. There was no answer.

To understand xHamster, you have to dig deeper. Hammy Media is just one of many Cypriot companies from the xHamster cosmos. If you want to advertise on xHamster.com, you have to do it through the company "TrafficStars LTD". Anyone who chats with naked models on xHamsterLive does so on a website from the company "Technius LTD". And the company "Tecom LTD" runs Faphouse, a site for paid porn, just one click away from xHamster.com. The offer used to be called xHamsterPremium.

Tecom and Techinus, in turn, are majority owned by a holding company in the British Virgin Islands. So the trail of xHamster leads to tax havens. There is also a holding company in Antigua and Barbuda that holds the rights to the "xHamster" brand.

In another Cypriot company, a noticeably large number of threads come together: "Wisebits LTD". Wisebits not only owns the holding company in the British Virgin Islands, but also a large part of TrafficStars. When it comes to Wisebits' online presence, there is absolutely nothing to suggest a connection to a porn platform.

## Wisebits: "dream career" and porn

When you open Wisebits.com, you first see aerial photos of the Cypriot seaside resort of Limassol. The turquoise blue sea turns into a beach with parasols, palm trees grow between white skyscrapers. According to the website, Wisebits has more than 350 employees. "Would you like to work at Wisebits and have a dream career in our innovative IT company?" It says in English. "Apply now."



Instead of a hamster, Wisebits has an owl as its logo - with a noticeably large brain.
- All rights reserved Screenshot: wisebits.com

Dozens of vacancies are advertised on the website at the beginning of October, among other things for software development and data analysis, for customer support and "content moderation", also known as deletion work.

What Wisebits does not reveal here: According to STRG_F and SPIEGEL research, the IT company takes care of xHamster, as people from the company environment confirm. Wisebits left a questionnaire sent by e-mail about the exact connection with xHamster unanswered.

Fire-fighting workers at Wisebits should view photos and videos according to the job description. They work in shifts: nine hours a day, four days a week. Even at night and on weekends. There is no mention of porn here. Is the advertisement a job for xHamster or a completely different IT project for the company? Wisebits did not answer any queries about this.

Wisebits, on the other hand, describes the benefits in great detail on its own website. According to the company's website, there is a daily lunch buffet, as well as "unlimited" snacks. The company pays the mobile phone contract, the health insurance for the whole family, throws parties and sports events. And those who emigrate to Cyprus for work are promised plane tickets for themselves and their families, plus a month of free accommodation and a taxi.

In Cyprus, the reporters from STRG_F meet a former Wisebits employee. She wants to remain anonymous. Working for the porn industry is taboo for many, especially in Orthodox Cyprus. At first she hesitates to even pronounce the name "Wisebits". It was a good employer. You get used to the porn on the computer screens.

The secrecy in the industry goes far. In everyday life at Wisebits you can keep your name secret, as the former employee confirms. A nickname is sufficient in e-mails and in the Slack chat software. Wisebits even advertises this on Instagram. In an Instagram post it says: Such a nickname can be "fun" and reveal other sides of the personality. Wisebits' Instagram profile is now private.

## These are the men behind xHamster

Nicknames also have leading minds at xHamster. For years, a certain Alex Hawkins has spoken out publicly as vice-president of xHamster. Quotes from him can be found in

7:20-cv-00947-DCC    Date Filed 04/21/22    Entry Number 184-1    Page 6 of 17

international news media from VICE to SPIEGEL, from Forbes to the Tyrolean daily newspaper.

Only - there has never been an Alex Hawkins.

"Alex is the pseudonym of our former vice boss," writes a man who apparently ought to know. He describes himself as the "CEO" of xHamster - his email address is accordingly. In the middle of his research, he apparently contacted SPIEGEL about another topic. The "CEO" does not reveal the real name of his vice boss, nor does his own surname. He signed his email with "Oleg R.". The team cannot verify whether he is actually the CEO of xHamster. He declines contact by phone or video chat. Why so closed?

"Oleg R." writes that caution is appropriate. Certain groups of people have negative attitudes towards the porn industry. "Oleg R." mentions the alleged arson in the villa of Pornhub boss Feras Antoon. The property burned down in April 2021, perpetrators unknown. Pornhub is one of xHamster's biggest competitors. Several women are suing the platform for spreading footage of sexual violence.

Nicknames have been around at xHamster for a long time, right from the start. The porn platform is said to have two founders, writes "Oleg R.", but he doesn't want to reveal who that is. "You have been involved in other businesses for the past five years and are not actively involved in xHamster's operations."

Research by SPIEGEL and STRG_F can identify two people who have played a key role at xHamster since the first few years. One of them has the same first name as "Oleg R.": It is Oleg Netepenko, nickname "tigus", born in Russia.

## The mysterious "tigus"



Apparently, Netepenko was already involved in the industry as a young man. Old porn websites can be found on the Internet, some of them on archive pages, the traces of which lead to Netepenko. This is evidenced by entries in domain archives, email addresses used and the nickname: "tigus". The pages have names like "rapeisland". Apparently the

"Only porn, no bullshit" - that was the slogan of xHamster.com when it was founded in 2007.

- All rights reserved Screenshot: xhamster.com/ web.archive.org, pixelation: netzpolitik.org

oldest went online in 2003, when Netepenko is just around twenty. His date of birth is in official documents.

Photos of Netepenko can be found indirectly on social media. A slim man with a young face. Short, reddish hair. He could almost be a brother of Mark Zuckerberg.

In 2007 xHamster.com went online. Later entries from domain archives reveal an e-mail address with the name "tigus" and a postal address in Moscow. According to SPIEGEL and STRG_F research, both the email address and the house in Moscow lead to Netepenko.

Today xHamster is an internet giant, Netepenko is in his late thirties and is now a citizen of Cyprus, as official documents show. He has a powerful position in the xHamster cosmos. Netepenko has shares in several companies. And he is the main shareholder with 90 percent of Wisebits - the IT company with high staffing requirements, where many threads come together.

At an IT party in Cyprus, the reporters from STRG_F meet a Wisebits employee. Fireworks are set off in the beach club under the palm trees. The employee says his bosses have nicknames. One of them: "tigus".

The research team gives Netepenko the opportunity to express themselves in detail, on the nickname "tigus" and on the old porn sites, on the companies related to xHamster. A list of more than 40 questions will be sent to two email addresses. Wisebits received another email asking them to let Netepenko know. Even after days there is no answer.



The diagram for at least some companies from the xHamster cosmos shows how threads come together at Wisebits. - CC-BY-NC-SA 4.0 netzpolitik.org

## xHamster does not answer any questions: "private"

Besides Netepenko, there is another person who owns shares in Wisebits. It is Dmitry Gusev, whose paths cross several times with those of Netepenko and xHamster. Recordings of Gusev are easier to find. It appears in photos and company videos from Wisebits: beard, short, dark hair, polo shirt.

Gusev can also be assigned mail addresses and associated nicknames. The information comes from, among other things, online profiles and domain archives. Research by STRG_F and SPIEGEL shows: Gusev's nickname is "Hawkins".

Was it Gusev who played Alex Hawkins all these years? Are Gusev and Netepenko the two men behind one of the largest porn platforms in the world? In addition to Netepenko, Gusev also leaves the research team's detailed catalog of questions unanswered.

It is possible that there are other people besides Gusev and Netepenko who have great responsibility for xHamster. It can also not be ruled out that other people may have used their accounts or nicknames over the years. As long as those involved remain silent, this cannot be conclusively clarified.

The team received the only reaction up to the time of going to press from "Oleg R.", the alleged "CEO" of xHamster. The team wanted to know from him, for example, whether

Netepenko and Gusev were the xHamster founders. Further questions related to the function of the companies around xHamster. How can it be that Mardiros H. is allegedly retired - and at the same time managing director of Hammy Media? Do you use Hammy Media to hide the fact that Netepenko and Gusev are behind xHamster?

"Oleg R." initially does not answer any of the 29 questions. He asks counter questions. He wants to know how the team got "private" information from the "private" company. It remains unclear which of the information "Oleg R." considers private. Data from the commercial register are not private, but public.

"Oleg R." also wants to know the names of the "alleged" journalists who are involved in the research. He receives such a list of names, along with a renewed request to answer the questions by the deadline. "Oleg R." announces a response that will arrive several days after the editorial deadline. We will add to the article if necessary.

## xHamster is now required to provide identification

While the "CEO" of xHamster remains closed for the time being, users should reveal more about themselves. Because Germany's most visited porn site now has an identification requirement - at least for everyone who publishes videos there. Anyone who wants to go blank on xHamster should first present a selfie with an ID card to the platform. Photos cannot currently be uploaded at all. The website says: "The photo upload feature is being revised and will be available again later."



Identity check at xHamster: once from the front, once from the back and once with a selfie.

- All rights reserved. Screenshot: xHamster.com

Anonymity made xHamster great, now that seems to be a thing of the past.

One reason for this is certainly the public pressure that porn platforms have been feeling since 2020 at the latest. Activists and politicians in Europe and the USA are calling for stricter regulation, the news media are exposing grievances , and competitor Pornhub had to answer to the Canadian parliament .

New uploads are now to be expected primarily from commercial porn studios, no longer from amateurs. xHamster itself justifies the changes with the fact that the platform should offer a "safe and pleasant experience". This is what it says on the platform's official xHamster account, which is simply called "xHamster". Comments are piling up on this account's wall.

"I've NEVER seen such boring porn on xHamster as in the last few days," one grumbled in English. "Only BORING videos from porn companies." Another writes: "xHamster is in the shit". A third: "What's going on here? My wife and I have enjoyed the site for years. Now we can't upload anything anymore. "

Remaining anonymous is a legitimate interest when people choose to voluntarily post nude and sex videos of themselves. For some it is a hobby, others earn money with it, even without a large porn studio behind you. Depending on where you live, you could be discriminated against , persecuted or even killed for doing so . Verification with ID is a risk for many. Even if xHamster writes on the website: "This information is only intended for our eyes."

On the other hand, verification can prevent people from distributing recordings without consent. Videos like the one from the sauna with Hanna, who never wanted to be shown naked on the Internet. Hanna says: "If you own a porn site, you have a responsibility", and xHamster did not take on this responsibility. xHamster promoted structures "which systematically render women defenseless and expose men to abuse of power". It is important that there are porn sites. "But then please let them do it correctly."

The pictures from the sauna in Lower Saxony disappeared after Hanna reported them. Photos of women from other German saunas can still be found online in at least two picture galleries. Apparently these are screenshots from xHamster videos that have since been deleted. The research team asked xHamster why these images are still there. Can't xHamster prevent material that has already been deleted from simply being uploaded again? No Answer.

While the men behind xHamster claim privacy for themselves, the sauna images are still being clicked on. And with every click, the privacy of the women shown is violated again. A photo gallery has already had 258,376 clicks since it was uploaded a good two years ago, which corresponds to more than 300 a day.

*Correction: In an earlier version it was said that Cyprus was dominated by Catholicism, but that it was influenced by Orthodox law. We have corrected the relevant passage.*

### # 1MillionForDigitalRights

We need one million euros for one year netzpolitik.org. One million for a whole year of critical and independent journalism: food for thought, reports from Brussels, analyzes, reports, comments, clarification, investigative research and leaks. We put pressure on for fundamental rights and freedoms in the digital world. There is still a lot of money missing before we reach our donation goal. Because of this:

**Click here and donate immediately!**

About the author

# Sebastian

Sebastian Meineck ist seit 2021 Redakteur bei netzpolitik.org. Außerdem schreibt er einen Newsletter über Online-Recherche. Er war unter anderem Chefredakteur von Motherboard Deutschland, Autor beim SPIEGEL und Student der Deutschen Journalistenschule München. Das Medium Magazin hat ihn 2020 zu einem der Top 30 unter 30 im Journalismus gekürt. Twitter: @SebMeineck. Sebastian verschlüsselt schreiben: sebmeineck.de.

**Veröffentlicht**
15.10.2021 um 13:07

**Kategorie**
Öffentlichkeit

**Schlagworte**
Digitale Gewalt, Dmitry Gusev, Hammy Media LTD, Limassol, Oleg Netepenko, pornhub, Pornoplattformen, xHamster, Zypern

# 15 Ergänzungen

**follow the money** sagt:
15. Oktober 2021 um 14:06 Uhr

\>\> Hammy Media Officially Launches „Cancer Doesn't Care" Foundation
\>\> Hammy Media, parent company of xHamster announces their latest charitable effort.

https://www.prnewswire.com/news-releases/hammy-media-officially-launches-cancer-doesnt-care-foundation-300249034.html

**Rene** sagt:
15. Oktober 2021 um 23:29 Uhr

Was hier hängen bleibt – und ich frage mich warum?
„Er könnte fast ein Bruder von Mark Zuckerberg sein. "

Aber:
Das hier macht mir viel mehr Sorgen:
„Wer auf xHamster blank ziehen will, soll der Plattform zuerst ein Selfie mit Personalausweis vorlegen."

Mal ehrlich – die haben den Schuß noch nicht gehört!

Spätestens seitdem Jeder seinen Perso kopiert um über ein (Fake-)Portal ne Ferienwohnung oder ne Hotelbuchung zu bekommen und genau diese Ausweise sich später wieder bei Love-Scammern wiederfinden, ist das doch eine weitere Aufforderung dazu, diesem Treiben noch mehr Speed zu geben.

Darüber(!) gehört aufgeklärt.
Vollumfänglich!
Was ich in den letzten Jahren an Mails mit Perso/Pass-Kopien gesehen habe, reicht für 100 Jahre.

Wie so ein Foto in dem Persodocument ausgetauscht werden kann, ist ja nun hinlänglich bekannt…

**Hen** sagt:
16. Oktober 2021 um 06:02 Uhr

Wurden von Betroffenen die Datenschutzbehörde informiert? Und wenn ja, was ist von denen aus passiert?

**Anonymouse** sagt:
16. Oktober 2021 um 11:46 Uhr

Vorherigen Kommentar bitte löschen, Zeilenumbrüche gingen verloren.

Irgendwie verstehe ich die Intention des Artikels nicht ganz. In einem Teil wird darüber berichtet, wie die Persönlichkeitsrechte von Frauen verletzt werden. Das ist schlimm und muss strafrechtlich verfolgt werden.
Und ja, die Kritik an xHamster über zu wenig Verifikation der Rechte an den hochgeladenen Inhalten kann ich auch nachvollziehen.

Aber welchen Zweck es haben soll, zu wissen, ob xHamster von Max Mustermann oder Erika Musterfrau betrieben wird, erschließt sich mir nicht. Eine vielleicht intendierte gesellschaftliche Ächtung kann ja letztendlich nicht erfolgen, da nicht alle Namen verifiziert wurden und damit auch nicht veröffentlicht wurden. Zudem stellt es die Betreiber gefährlich nahe an die Personen, welche die Persönlichkeitsrechte der Frauen verletzt haben, ohne dass es ersichtlich ist, dass die Betreiber Mittäter bei infrage stehenden Straftaten sind.

Letztendlich macht der Artikel auch nichts anderes als die Persönlichkeitsrechte der Betreiber zu verletzen, indem sie teilweise namentlich genannt werden, ihr Aussehen beschrieben wird und ihre Wohnorte veröffentlicht werden.
Diese haben bewusst Strukturen gewählt, die es ihnen ermöglichen unbekannt zu bleiben. Vielleicht wurde die Unternehmensstruktur auch nur gewählt, um Steuern zu sparen. Das ist weder illegal noch verwerflich!

Im Kontrast dazu berichtet ihr hier regelmäßig (zu Recht) negativ darüber, wenn Politiker die Identifikation von Bürgern im Internet oder an sonstigen Stellen fordern.

**Anonymous** sagt:
20. Oktober 2021 um 21:43 Uhr

Ihre Frage kann ich beantworten.
Wer ein Unternehmen führt, sollte auch in Haftung genommen werden bei illegalen Handlungen. Geldwäsche, Steuerhinterziehungen, Datenmissbrauch, Kinderpornographie. Jeder der in seinem selbst gegründeten Unternehmen das zulässt, muss zur Verantwortung gezogen werden. Darum geht es.

**Anonymouse** sagt:
25. Oktober 2021 um 20:34 Uhr

@Anonymous: Um Haftung geht es eben nicht. Ich kann nicht erkennen, dass netzpolitik.org die Betreiber der Plattform für irgend etwas in Haftung nehmen will.

Wie sich aus dem Artikel ergibt, haben auch die Betroffenen keine Probleme damit gehabt, Klage gegen die Plattform einzureichen. („Mehrere Frauen verklagen die Plattform wegen […]."') Zudem erfolgte das Hochladen der in Frage stehenden Videos nicht durch die Betreiber der Plattform sondern durch Dritte.
Ob sich die Plattform bzw. die Betreiber eine Schuldpflichtverletzung schuldig gemacht haben, indem sie angeblich nicht schnell genug gehandelt haben, ist durch Gerichte zu klären.

Der Artikel ist eine schlichte Bloßstellung der Betreiber ohne sachlichen Grund.

**gast1234** sagt:
31. Oktober 2021 um 11:23 Uhr

Interessant auch am Ende die Empörung, dass xHamster nicht bereits gelöschtes Material beim erneuten Hochladen erkennt. Sonst war netzpolitik.org immer skeptischer, wenn es um Uploadfilter ging.

**Sebastian Meineck** sagt:
2. November 2021 um 11:30 Uhr

Hi :) Du sprichst automatische Filter an. Darauf geht der Text nicht näher ein und nimmt auch keine Wertung vor. Das Thema ist so wichtig, dass es weitere Recherchen verdient. Schon jetzt setzen viele Plattformen in der Branche so etwas wie Uploadfilter ein, u.a. gegen bereits bekannte Aufnahmen sexualisierter Gewalt gegen Minderjährige. Wie xHamster im Detail solche oder ähnliche Filter einsetzt ist mir bislang nicht bekannnt. Das zu wissen wäre für eine kritische Einordnung wichtig.

**gast1234** sagt:
2. November 2021 um 14:31 Uhr

Leider kann ich unter dem Beitrag von Sebastian Meineck nicht auf „Antworten" klicken, deshalb wird es jetzt etwas unchronologisch.

Im Artikel steht: „Das Rechercheteam hat xHamster gefragt, warum diese Bilder noch da sind. Kann xHamster nicht verhindern, dass bereits gelöschtes Material einfach wieder hochgeladen wird? Keine Antwort."

Wenn ich es richtig „einordne", betrifft die Frage das a) Hochladen und nicht b) das Erkennen und schnelle Entfernen nach individueller Prüfung. Also wurde mit dem Impetus „muss doch möglich sein" eher nach dem gefragt, was so gängig unter „Uploadfilter" läuft.

**Christoph Schmees PC-Fluesterer. info** sagt:
16. Oktober 2021 um 12:21 Uhr

Links zu Quellen:
– Der Beitrag im Spiegel steht hinter einer Paywall. :-(
– funk.net ist öffentlich-rechtlich und hat eine eigene Website. Wieso wird

hier auf den YouTube (also Google-Verfolgung) Kanal verlinkt, statt auf das Original?

**Durchwinker** sagt:
16. Oktober 2021 um 18:42 Uhr

Naja, jetzt übertreibst du aber etwas mit deiner Google-Verfolgung. Auf den meisten Websites läuft auch Google Analytics.

**Christoph Schmees PC-Fluesterer. info** sagt:
17. Oktober 2021 um 13:41 Uhr

„Auf den meisten Websites läuft auch Google Analytics"

bei mir nicht. Erstens habe ich Google Analytics und andere Spitzeldienste für das ganze Netzwerk im Router in die Sperrliste eingetragen, zweitens in jedem Browser per NoScript o.ä. angeklemmt. Letzteres, damit ich auch geschützt bin, wenn ich mal unterwegs ins Internet gehe, ohne das VPN nach hause zu verwenden.
Bei mir hat Google höchstens 5% (hoch gegriffen) der Ernte wie bei „normalen" Usern.

**Bit-te-1-Bit** sagt:
18. Oktober 2021 um 07:26 Uhr

Christoph Schmees: Bravo! und dito! :) Sollten alle machen.

**Anonymous** sagt:
17. Oktober 2021 um 16:16 Uhr

Deswegen ja Verfolgung, oder nicht?

**Paul** sagt:
17. Oktober 2021 um 00:01 Uhr

Respekt, Respekt, Respekt. Aber leider wie man sieht nicht streng genug.

Tatsächlich ist es so, das viele aus meinem Freundeskreis, einschließlich meiner selbst, Pornoseiten seit 2-4 Jahren komplett meiden. Nicht nur weil dort Material hochgeladen wurde, der äußerst verstörend, moralisch

abscheulich (Kinder&Jugendliche die für Erwachsene herhalten müssen) sondern eben auch Zeug wo betroffene Personen nichts von wussten.
Bin ziemlich froh darüber, das das endlich öffentlich thematisiert wird.
Pornos: Ja

Von mir aus gerne Amateur-Zeug, aber wenn nicht gewährleistet ist, das illegale Dinge schnell gemeldet und anschließend gelöscht werden, muss man halt strenge Regeln einführen. Gerade wenn es solch intime Dinge geht. Ist ja schließlich keine illegale Kinoseite oder so wo man nur nen Film guckt. Hier werden Menschen ausgebeutet. Über eines kann man sich sicher sein, leider: Nur weil es gesperrt wird, heißt es noch lange nicht, das Töter aufhören. Solange der Staat nicht rigoros dagegen vorgeht, kann man nur auf guten Journalismus hoffen.
Das ist mir aber ehrlich gesagt ein bisschen zu wenig (auch wenn es wichtig ist). Ich wünsch mir, das die Personen gefasst werden, deren Fre**e überall im Internet zu sehen ist und die oben drauf einige hundert Sozialstunden bekommen mit einem Schild, warum sie zu Sozialstunden verdonnert wurden „Ich habe heimlich eine nackte Frau in der Sauna gefilmt, während sie sich einfach nur entspannen wollte" oder „Ich hab meine Freundin heimlich beim Se* gefilmt und auf xHamster hochgeladen ohne Einverständnis".

Das würde mich zufrieden stellen ^^

With friendly support from

PALASTHOTEL