

- video
- Live sex
- Porn star
- Creators
- Channel
- Photo
- Fap House
- Find a sex partner

upload

**BECOME YOUR OWN BOSS** 🍸

# Earn up to $ 30,000 each month

One account – many possibilities:

- Get free traffic
- Advertising revenue generated
- Build your fan base and sell videos
- Become a camera model
- Easy to block any country or state

| User account | **Creator account** |

username *

Email *

password *

○ Creator ⓘ
○ Producer, studio ⓘ

**register**    Are you already a member?
               **Login here**

By clicking "Register for free", you agree to the terms of use . Check below:
xHamster Terms of Service , xHamsterLive Terms of Service .

## How to earn with xHamster



**Make money on every video view**

Earn 100% of the Ad revenue on free-to-watch videos



**Boost your site with new visitors**

Promote your paysite or store with xHamster's tools — it's 100% free!



**$ 12,000 in Contest prizes**

$ 12,000 in monthly contests and more $ in regular events



**xHamsterLive 60%**

Up to 60% revenue share and $ 24,000 in monthly contests



**Create your exclusive Fan Club**

Amaze your fans and earn 68% off video sales and re-bills



**Start monetizing on FapHouse**

Get a cut of our monthly revenue. 90,000 active members and counting



**Sell individual videos**

Set any price per video and get paid for all sold videos

Cookies help us provide our services. By using this website you consent to the use of cookies. **learn more**    OK

## Earn every time you play a video

Create excellent and catchy content. xHamster pays for replay

- Get additional revenue based on the ads around your video
- If the content is good, the profit will increase.

Start making money

## Place a banner below the video to get free traffic

Promote your content on xHamster to get free traffic and earn even more revenue

- Posting to xHamster is 100% free
- We only make money if you make money from your revenue sharing program
- Studios get a direct non-affiliate link for full videos

Start making money

## Multiple revenue streams on FapHouse

- Fan Clubs will bring you 68% from sales and re-bills, along with view-share revenue
- Get a cut of our monthly subsription revenue
- Set any price per video and get paid for all sold videos

Cookies help us provide our services. By using this website you consent to the use of cookies. learn more    OK

Start making money

## xHamster モデルコンテスト:
## 毎月最高 $12,000 を当てましょう

ビデオをアップロードして xHamster のベストクリエーターになりましょう

- 賞金総額は、毎月 $12,000
- 上位70名のクリエーターは、$20~$1,000を獲得するチャンスがあります
- 閲覧数上位70のビデオは、$20~$1,000を獲得するチャンスがあります
- More cash prizes in regular events monthly

## 自分のショーから収益をゲットしましょう

- 14 日のブースト
- 最大60%件のレベニューシェア
- $24,000月および時間毎のコンテスト
- 任意の地域をブロック
- チャージバックの保護

収益を得始める

Cookies help us provide our services. By using this website you consent to the use of cookies. learn more  OK

## What xHamster Creators say about us

‹

Joining the xHamster content program was a great decision for me. Great ad revenue program, awards every month, and awesome creator service. I highly recommend it to all content creators.



**Alex Adams**
👁 495.8M    📶 70.3K

›

## xHamster は
## 世界最大級のアダルトサイト
## です

| 毎日の訪問者数は 120 百万以上です | 訪問数は 世界でも指折りです | 最も活動が活発な 素人 アダルトコミュニティ | 41百万人 以上の登録ユーザー | 2007年よりユーザーの皆様にハッピーな時間を提供 |

➕ xHamsterにはどれほどのトラフィックがありますか？

➕ I'm a registered user, do I need to apply for a new account?

➕ What is the difference between a model and a producer account?

➕ How can I earn money with xHamster?

➕ Do I need to own the rights to the video?

➕ I don't have a pay site, can I make money with a content program?

Cookies help us provide our services. By using this website you consent to the use of cookies.    **learn more**    [ OK ]

はじめて有料のクリエーターになる：名声とお金を手に入れる | xHamster

+ How Much Can I Make From Video Sales?

+ How to become a camera model and start distribution?

+ What is the Ad revenue feature about?

+ What are the minimum requirements for the Ad revenue feature activation?

## Now is the time to get started! Start earning money now!

1　Create a model account on xHamster

2　Authenticate yourself and enable features that creators can use

3　Get free traffic, sell videos, start a camera show

Four Ready! Now, the profit is right in front of you!

Start making money

© 2007-2022, xHamster.com　　　Mobile version　　 　　18 USC 2257 Record-Keeping Requirements Compliance Statement　

Cookies help us provide our services. By using this website you consent to the use of cookies. learn more　OK