## Goddard, Mark B.

| | |
|---|---|
| **From:** | Mayer, Marc <MEM@msk.com> |
| **Sent:** | Monday, November 29, 2021 11:59 PM |
| **To:** | 'ebell@edbelllaw.com'; 'jsalley@edbelllaw.com'; 'abelcher@hallboothsmith.com'; 'cjohnson@hallboothsmith.com'; 'hmetcalfe@malawfirmsc.com'; 'jrahimi@rhp-law.com'; 'jhubert@rhp-law.com'; 'jcluverius@nexsenpruet.com'; 'gclose@nexsenpruet.com'; 'lshepherd@kytrial.com'; 'jstanton@kytrial.com'; 'vgurvits@bostonlawgroup.com'; 'tthompson@kytrial.com'; 'evan@cfwlegal.com' |
| **Cc:** | Melara, Suguey; Steinberg, David; Bowman, Theresa; Speer, Taylor; Carter, J. Kenneth |
| **Subject:** | MG Freesites' Responses To Plaintiffs' Second Set of RFPs |
| **Attachments:** | Responses to 2d RFPs to MG(13773171.1).pdf |

Counsel:

Attached please find MG Freesites' responses to Plaintiffs' Second Set of Requests for Production.



**Marc Mayer | Partner, through his professional corporation**
T: 310.312.3154 | mem@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

