For high traffic websites    For low traffic websites

- Increase Revenue
- Fast Hosting
- Improve SEO
- Hire Freelancers
- More Tools

- Homepage
- Website Value Calculator
- Business Valuation Bot
- Sell Sites & Digital Assets
- Buy Sites & Digital Assets
- Search Engine Radar
- For Webmasters

- Affiliate Ecosystem
- Forum (Reddit)

- Homepage
- Website Value Calculator
- Business Valuation Bot
- 1000 Niche Ideas
- Affiliate Program Database

- Increase Revenue
- Fast Hosting
- Improve SEO

Sell Digital Properties  ·  Buy Digital Properties

# Website Value Calculator

You can find the website value, revenue, visits & pageviews estimates, Alexa Traffic Rank & charts, and Worth Of Web Rank for any website with our website value calculator.

## Analyze a Website

- ☐ Hire Freelancers ☐
- ☐ More Tools ☐

Start your website analysis here:

---

☐ **20,000,000+ websites have been evaluated since 2011.**

---

**Income tip for website owners:**

Worth Of Web Team recommends diversification in two ways.

First, within your affiliate links. Try various affiliate programs simultaneously and do not stick with one only. For example, Amazon can slash its rates even further tomorrow. Be prepared for unforeseen risks. Check Affiliate Program Database (APDB) to discover profitable niches and high ticket affiliate programs.

Second, use display ads near your affiliate links. Google AdSense is the go-to source for many. However, AdSense provides one of the lowest RPMs (page revenue per thousand impressions) in the industry. There is a legit way to triple (yes, 3X, and even more) your AdSense income. Choose your website type below to learn more:

[ High traffic website ]     [ Low traffic website ]

---

Our reports include these sections:

- ☐ How much is a website worth?
- ☐ How much can this website make?
- ☐ Website Traffic Estimate
- ☐ Search Engines & Social Media
- ☐ User Experience (UX) & User Interface (UI)
- ☐ Domain & Hosting

---

\* Do you wonder how our calculator works? You can find detailed explanations below or on the report page of a website.

\*\* Are you experiencing problems using our website value calculator? Send us a message: team@worthofweb.com

## How does our calculator work?

Our users often come up with these questions:

"How did you calculate the worth of this website?"

"How did you estimate the numbers of visitors and pageviews?"

"How did you calculate daily, monthly revenue? We don't make any money with our website."

We will try to explain the basics about our algorithm here.

**Input**

We use public traffic ranking data to start with our calculations. We use Alexa Traffic Rank to estimate traffic figures; visits and pageviews.

**Revenue of a Website**

We use our traffic estimation to calculate "potential" advertising revenue of a website. We know that every website is unique.

Some sell stuff online which is impossible for us to know how much they make. Some do not use advertising or any other type of revenue source, so our figures will show only the potential of that website.

We "assume" that the website is using ads and affiliate programs to make money.

**Ranking of a Website**

*Estimated website worth:* We calculate it based on our estimation for daily, monthly, annual revenue.

*Worth Of Web Rank:* We calculate it based on traffic figures we used.

**Accuracy of Our Calculator**

Our mission is to provide a comparison tool to help you track your progress. Improving websites, blogs, and online businesses is a difficult task. Automated tools like our website value calculator come in handy by creating a score/ranking to track your progress and compare yourselves with your competitors.

We are totally aware that it is practically impossible to be accurate with these estimations. After all, we are using public ranking systems which are not so accurate in the first place. We build our report based on these numbers and on our assumption that website is working on advertising/affiliate revenue model.

So please don't expect anything 100% accurate from this automated algorithm.

However, if you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

*Disclosure: This page may contain affiliate links, meaning we get a commission if you decide to make a purchase through our links, at no additional cost to you.*

Advertise on this website

Contact us: team@worthofweb.com

Follow Affiliate Program Database (APDB): Facebook · Twitter · LinkedIn · YouTube · Medium · Instagram · Pinterest

Forum: Affiliate Marketing 24/7 (Reddit)

© 2011-2022 - Worth Of Web - All rights reserved.

Privacy Policy