WoW

3X Ad Income:   For high traffic websites   For low traffic websites

Sell Digital Properties · Buy Digital Properties

# xhamster.com Website Analysis

You can find the website value, revenue, visits & pageviews estimates, Alexa Traffic Rank & charts, and Worth Of Web Rank for xhamster.com on this page.

Analyze another website:

**Income tip for website owners:**

Worth Of Web Team recommends diversification in two ways.

First, within your affiliate links. Try various affiliate programs simultaneously and do not stick with one only. For example, Amazon can slash its rates even further tomorrow. Be prepared for unforeseen risks. Check Affiliate Program Database (APDB) to discover profitable niches and high ticket affiliate programs.

Second, use display ads near your affiliate links. Google AdSense is the go-to source for many. However, AdSense provides one of the lowest RPMs (page revenue per thousand impressions) in the industry. There is a legit way to triple (yes, 3X, and even more) your AdSense income. Choose your website type below to learn more:

High traffic website    Low traffic website

The report below is **9 days** old.

Update

## Accuracy Of Our Calculator

Please check our detailed explanation to understand how this automated calculator works and how accurate it is.

If you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

## Sections

You can jump to the sections below using these links.

- How much is xhamster.com worth?
- How much can this website make?
- Website Traffic Estimate
- Search Engines & Social Media
- User Experience (UX) & User Interface (UI)
- Domain & Hosting

## How much is xhamster.com worth?

In this section, you can find the estimated website value for xhamster.com in US Dollars. We calculate it based on our estimation for daily, monthly, and annual revenue. You can view these revenue figures in the next section.

Worth Of Web Rank is a score to compare a website with the best websites in the world.

## Data

Estimated worth of this website:

## $2,290,000,000

Worth Of Web Rank

92%

## Action

☐

If you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

☐ Business Valuation Bot

☐

Do you have a money-making website or web-based business? Do you want to sell your digital assets for top dollar?

☐ Sell Digital Properties

☐

Are you looking to buy a money-making website or web-based business? Do you want to add a profitable digital asset to your portfolio?

☐ Buy Digital Properties

For high traffic websites    For low traffic websites

- Increase Revenue
- Fast Hosting
- Improve SEO
- Hire Freelancers
- More Tools

- Homepage
- Website Value Calculator
- Business Valuation Bot
- Sell Sites & Digital Assets
- Buy Sites & Digital Assets
- Search Engine Radar
- For Webmasters

- Affiliate Ecosystem
- Forum (Reddit)

- Homepage
- Website Value Calculator
- Business Valuation Bot
- 1000 Niche Ideas
- Affiliate Program Database
- Increase Revenue
- Fast Hosting
- Improve SEO

Sell Digital Properties · Buy Digital Properties

# walmart.com Website Analysis

You can find the website value, revenue, visits & pageviews estimates, Alexa Traffic Rank & charts, and Worth Of Web Rank for walmart.com on this page.

Analyze another website:

- Hire Freelancers
- More Tools

**Income tip for website owners:**

Worth Of Web Team recommends diversification in two ways.

First, within your affiliate links. Try various affiliate programs simultaneously and do not stick with one only. For example, Amazon can slash its rates even further tomorrow. Be prepared for unforeseen risks. Check Affiliate Program Database (APDB) to discover profitable niches and high ticket affiliate programs.

Second, use display ads near your affiliate links. Google AdSense is the go-to source for many. However, AdSense provides one of the lowest RPMs (page revenue per thousand impressions) in the industry. There is a legit way to triple (yes, 3X, and even more) your AdSense income. Choose your website type below to learn more:

[High traffic website]  [Low traffic website]

The report below is **32 days** old.

Update

## Accuracy Of Our Calculator

Please check our detailed explanation to understand how this automated calculator works and how accurate it is.

If you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

## Sections

You can jump to the sections below using these links.

- How much is walmart.com worth?
- How much can this website make?
- Website Traffic Estimate
- Search Engines & Social Media
- User Experience (UX) & User Interface (UI)
- Domain & Hosting

## How much is walmart.com worth?

In this section, you can find the estimated website value for walmart.com in US Dollars. We calculate it based on our estimation for daily, monthly, and annual revenue. You can view these revenue figures in the next section.

Worth Of Web Rank is a score to compare a website with the best websites in the world.

Data

Estimated worth of this website:

$982,000,000

Worth Of Web Rank

90%

Action

If you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

  Business Valuation Bot

Do you have a money-making website or web-based business? Do you want to sell your digital assets for top dollar?

  Sell Digital Properties

Are you looking to buy a money-making website or web-based business? Do you want to add a profitable digital asset to your portfolio?

  Buy Digital Properties

## How much can this website make?

In this section, you can find the estimated revenue of walmart.com in US Dollars.

We use our traffic estimation to calculate "potential" advertising revenue of a website.

We know that every website is unique. Some sell stuff online which is impossible for us to know how much they make. Some do not use advertising or any other type of revenue source, so our figures will show only the potential of that website. We "assume" that the website is using ads and affiliate programs to make money.

You can see the estimated website traffic numbers in the next section.

Worth Of Web

For high traffic websites    For low traffic websites

- Increase Revenue
- Fast Hosting
- Improve SEO
- Hire Freelancers
- More Tools

- Homepage
- Website Value Calculator
- Business Valuation Bot
- Sell Sites & Digital Assets
- Buy Sites & Digital Assets
- Search Engine Radar
- For Webmasters

- Affiliate Ecosystem
- Forum (Reddit)

- Homepage
- Website Value Calculator
- Business Valuation Bot
- 1000 Niche Ideas
- Affiliate Program Database
- Increase Revenue
- Fast Hosting
- Improve SEO

Sell Digital Properties   ·   Buy Digital Properties

# mcdonalds.com Website Analysis

You can find the website value, revenue, visits & pageviews estimates, Alexa Traffic Rank & charts, and Worth Of Web Rank for mcdonalds.com on this page.

Analyze another website:

☐    Hire Freelancers ☐

☐    More Tools ☐

**Income tip for website owners:**

Worth Of Web Team recommends diversification in two ways.

First, within your affiliate links. Try various affiliate programs simultaneously and do not stick with one only. For example, Amazon can slash its rates even further tomorrow. Be prepared for unforeseen risks. Check Affiliate Program Database (APDB) to discover profitable niches and high ticket affiliate programs.

Second, use display ads near your affiliate links. Google AdSense is the go-to source for many. However, AdSense provides one of the lowest RPMs (page revenue per thousand impressions) in the industry. There is a legit way to triple (yes, 3X, and even more) your AdSense income. Choose your website type below to learn more:

High traffic website    Low traffic website

The report below is **102 days** old.

Update

Accuracy Of Our Calculator

Please check our detailed explanation to understand how this automated calculator works and how accurate it is.

If you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

Sections

You can jump to the sections below using these links.

- ☐ How much is mcdonalds.com worth? ☐
- ☐ How much can this website make? ☐
- ☐ Website Traffic Estimate ☐
- ☐ Search Engines & Social Media ☐
- ☐ User Experience (UX) & User Interface (UI) ☐
- ☐ Domain & Hosting ☐

## How much is mcdonalds.com worth?

In this section, you can find the estimated website value for mcdonalds.com in US Dollars. We calculate it based on our estimation for daily, monthly, and annual revenue. You can view these revenue figures in the next section.

Worth Of Web Rank is a score to compare a website with the best websites in the world.

Data

Estimated worth of this website:

$41,450,000

Worth Of Web Rank

84%

Action

If you have access to the real traffic and earnings data, please check the Business Valuation Bot. You can chat with this expert bot and get a free online business valuation. The bot uses your inputs and compares data to 1000's of similar sites that have sold before.

 Business Valuation Bot

Do you have a money-making website or web-based business? Do you want to sell your digital assets for top dollar?

 Sell Digital Properties

Are you looking to buy a money-making website or web-based business? Do you want to add a profitable digital asset to your portfolio?

 Buy Digital Properties

## How much can this website make?

In this section, you can find the estimated revenue of mcdonalds.com in US Dollars.

We use our traffic estimation to calculate "potential" advertising revenue of a website.