

 

# What is Cloudflare?

Cloudflare is one of the world's largest networks of edge servers ↗.

When you add your application to Cloudflare, we use this edge network to sit in between requests and your origin server ↗.



This position allows us to do several things — speeding up content delivery and user experience ( CDN ↗ ), protecting your website from malicious activity ( DDoS ↗, Firewall ↗ ), routing traffic ( Load balancing , Waiting room ), and more.

> For more details about what Cloudflare is and does, refer to the Learning Center ↗.

## What Cloudflare is not

Cloudflare is not generally a hosting provider. Cloudflare generally cannot remove content from the Internet that it does not host.

Edit on GitHub ↗    ·    Updated 4 hours ago