×

Attend Connect 2022 NYC on May 12th to learn from experts and Cloudflare customers.

**Learn more >**

# The Cloudflare global network

Our vast global network, which is one of the fastest on the planet, is trusted by millions of web properties.

With direct connections to nearly every service provider and cloud provider, the Cloudflare network can reach 95% of the world's population within 50 ms.



# 250

cities in 100+ countries, including mainland China

# 10,000

networks directly connect to Cloudflare, including every major ISP, cloud provider, and enterprise

# 121 Tbps

global network edge capacity, consisting of transit connections, peering and private network interconnects

# 50 ms

from 95% of the world's Internet-connected population



🔍  Log In  |  🌐 ⌄   ☰

---

# Data Center Locations

**View Cloudflare's system status ❯**

---

### North America

Ashburn, US
Atlanta, US
Boston, US
Buffalo, US

Chicago, US
Columbus, US
Dallas, US
Denver, US

Buffalo, US
Calgary, CA
Charlotte, US

Houston, US
Indianapolis, US
Jacksonville, US
Kansas City, US
Las Vegas, US
Los Angeles, US
Mcallen, US
Memphis, US
Miami, US
Minneapolis, US
Montgomery, US
Montréal, CA
Nashville, US
Newark, US
Norfolk, US
Omaha, US
Ottawa, CA

Denver, US
Detroit, US
Honolulu, US

Philadelphia, US
Phoenix, US
Pittsburgh, US
Portland, US
Richmond, US
Sacramento, US
Salt Lake City, US
San Diego, US
San Jose, US
Saskatoon, CA
Seattle, US
St. Louis, US
Tallahassee, US
Tampa, US
Toronto, CA
Vancouver, CA
Winnipeg, CA

## Latin America & the Caribbean

Americana, BR
Arica, CL
Asuncion, PY
Belo Horizonte, BR
Belém, BR
Blumenau, BR
Bogota, CO
Brasília, BR
Buenos Aires, AR
Campinas, BR
Caçador, BR
Cordoba, AR
Curitiba, BR
Florianópolis, BR
Fortaleza, BR
Goiânia, BR
Guatemala City, GT
Guayaquil, EC
Itajaí, BR
Joinville, BR
Juazeiro do Norte, BR
Lima, PE

Manaus, BR
Medellín, CO
Mexico City, MX
Neuquen, AR
Panama City, PA
Paramaribo, SR
Port-Au-Prince, HT
Porto Alegre, BR
Queretaro, MX
Quito, EC
Ribeirão Preto, BR
Rio de Janeiro, BR
Salvador, BR
San José, CR
Sorocaba, BR
St. George's, GD
São José do Rio Preto, BR
São Paulo, BR
Tegucigalpa, HN
Uberlândia, BR
Valparaíso, CL
Willemstad, CW

## Africa

| | |
|---|---|
| Accra, GH | Kigali, RW |
| Algiers, DZ | Lagos, NG |
| Antananarivo, MG | Luanda, AO |
| Cape Town, ZA | Maputo, MZ |
| Casablanca, MA | Mombasa, KE |
| Dakar, SN | Monrovia, LR |
| Dar Es Salaam, TZ | Nairobi, KE |
| Djibouti, DJ | Port Louis, MU |
| Durban, ZA | Reunion, FR |
| Harare, ZW | Tunis, TN |
| Johannesburg, ZA | Tunis, TN |

## Europe

| | |
|---|---|
| Amsterdam, NL | Luxembourg City, LU |
| Athens, GR | Madrid, ES |
| Barcelona, ES | Manchester, GB |
| Belgrade, RS | Marseille, FR |
| Berlin, DE | Milan, IT |
| Brussels, BE | Minsk, BY |
| Bucharest, RO | Moscow, RU |
| Budapest, HU | Munich, DE |
| Chişinău, MD | Nicosia, CY |
| Copenhagen, DK | Oslo, NO |
| Cork, IE | Palermo, IT |
| Dublin, IE | Paris, FR |
| Düsseldorf, DE | Prague, CZ |
| Edinburgh, GB | Reykjavík, IS |
| Ekaterinburg, RU | Riga, LV |
| Frankfurt, DE | Rome, IT |
| Geneva, CH | Sofia, BG |
| Gothenburg, SE | St. Petersburg, RU |
| Hamburg, DE | Stockholm, SE |
| Helsinki, FI | Tallinn, EE |
| Istanbul, TR | Thessaloniki, GR |
| Khabarovsk, RU | Vienna, AT |
| Krasnoyarsk, RU | Vilnius, LT |
| Kyiv, UA | Warsaw, PL |
| Lisbon, PT | Zagreb, HR |
| London, GB | Zürich, CH |

## Middle East

| | |
|---|---|
| Amman, JO | Jeddah, SA |
| Baghdad, IQ | Kuwait City, KW |
| Beirut, LB | Manama, BH |
| Dammam, SA | Muscat, OM |
| Doha, QA | Ramallah |
| Dubai, AE | Riyadh, SA |
| Erbil, IQ | Tel Aviv, IL |
| Haifa, IL | |

## Asia

| | |
|---|---|
| Ahmedabad, IN | Kolkata, IN |
| Almaty, KZ | Kuala Lumpur, MY |
| Baku, AZ | Lahore, PK |
| Bandar Seri Begawan, BN | Macau |
| Bangkok, TH | Male, MV |
| Bengaluru, IN | Mandalay, MM |
| Bhubaneshwar, IN | Manila, PH |
| Cagayan, PH | Mumbai, IN |
| Cebu, PH | Nagpur, IN |
| Chennai, IN | Naha, JP |
| Chiang Mai, TH | New Delhi, IN |
| Chittagong, BD | Osaka, JP |
| Colombo, LK | Patna, IN |
| Dhaka, BD | Phnom Penh, KH |
| Fukuoka, JP | Seoul, KR |
| Hanoi, VN | Singapore, SG |
| Ho Chi Minh City, VN | Surat Thani, TH |
| Hong Kong | Taipei |
| Hyderabad, IN | Tashkent, UZ |
| Islamabad, PK | Tbilisi, GE |
| Jakarta, ID | Thimphu, BT |
| Jashore, BD | Tokyo, JP |
| Johor Bahru, MY | Ulaanbaatar, MN |
| Kanpur, IN | Vientiane, LA |
| Karachi, PK | Yangon, MM |
| Kathmandu, NP | Yerevan, AM |

## Mainland China

Anquing, CN

Beijing, CN
Changde, CN
Changzhou, CN
Chengdu, CN
Chengmai, CN
Dalian, CN
Foshan, CN
Fuzhou, CN
Guangzhou, CN
Guiyang, CN
Haikou, CN
Hohhot, CN
Huainan, CN
Jinan, CN
Jinhua, CN
Langfang, CN
Lanzhou, CN
Maoming, CN

Baoji, CN

Nanchang, CN
Qingdao, CN
Qinhuangdao, CN
Quanzhou, CN
Quzhou, CN
Shanghai, CN
Shenyang, CN
Shiyan, CN
Suqian, CN
Taizhou, CN
Wuxi, CN
Xianyang, CN
Xining, CN
Xinyu, CN
Yichang, CN
Yiyang, CN
Zhengzhou, CN

## Oceania

Adelaide, AU
Auckland, NZ
Brisbane, AU
Canberra, AU
Guam, GU

Melbourne, AU
Noumea, NC
Perth, AU
Sydney, AU

# Cloudflare plans to extend its network to over 1,000 office buildings

**Learn more**

# One network — everywhere



Global
network

Every
data center

Every
server

Every
service

The Cloudflare global network runs every service in every data center so your users have a consistent experience everywhere — whether they are in Chicago or Cape Town. This means all customer traffic is processed at the data center closest to its source, with no backhauling or performance tradeoffs. And with single-pass inspection, security is streamlined and built-in.

# What can the Cloudflare network do for you?

Every day, Cloudflare customers use our network to deliver applications to users around the world, secure corporate assets with a Zero Trust model, and streamline WAN architectures. Whether you are storing objects, deploying serverless code, or blocking cyber attacks, all our security and performance capabilities extend globally, making configuration a breeze.

## Developers

Deploy serverless code everywhere across our network instantly.

## Enterprise architects

Simplify application delivery architecture and ensure a seamless experience for all users globally.

## IT security

Protect users in the office and working remotely with consistent Zero Trust security.

## Network administrators

Improve the performance, reliability, and security of your WAN by using the Cloudflare network.

# What is your latency to our network?

**Run test**

## Blazing fast performance

With Cloudflare, your corporate network can run faster than the Internet, thanks to a customized Linux server platform, industry-leading innovations, and direct connections to nearly every service provider, cloud provider, and major enterprise.

**Learn more** ›

## Security without tradeoffs

We do not just secure the network — we secure the whole company. And we use our own security products. We ensure TLS encryption for all data in transit and maintain strict physical security standards. We lead the industry in enforcing security hygiene and protecting the fundamental layers of the Internet such as DNS and BGP.

**Learn more** ❯

## Privacy first

Cloudflare builds data privacy into everything we do. Since we do not generate revenue from advertising, we default against the collection and retention of personal data we process on your behalf. We have committed to challenging government requests for access to encryption and authentication keys.

**Learn more** ❯

# Get to any network — faster

Interconnected with over 10,000 major service providers, cloud providers, and enterprise networks, Cloudflare is your own fast lane on the Internet. By avoiding network hops and optimizing traffic paths, we drastically reduce latency while improving application performance and the end user experience.

---

# Compliance and privacy – built-in

We give customers control over information passing over our network and make it easy to enforce country-specific rules for access management. Our Data Localization Suite provides granular controls on where data is inspected to ease compliance burdens. We engineer our products to meet the highest standards of security and user privacy, including by championing security best practices like BGP RPKI and new standards like Oblivious DNS over HTTP.

# The Cloudflare difference

## Anycast network

Minimize latency and increase resiliency with a global Anycast network that can effortlessly stop even the largest DDoS attacks.

## Smart routing

Connect any user to any application up to 30% faster, with a rich application and performance data set that intelligently routes around congestion.

## 100% renewable

Reduce your carbon footprint by using a network that is 100% powered by renewable energy with net zero emissions.

## China network

Ensure a fast and consistent experience for users inside and outside mainland China with our growing presence in the region.

## Fastest DNS

Keep your Internet browsing safe and private with 1.1.1.1, the world's fastest DNS resolver — powered by the Cloudflare global network.

## Serverless edge compute

Build and deploy serverless apps instantly across the globe with exceptional reliability, performance, and scale using Cloudflare Workers.

# Trusted by millions of Internet properties

**View case studies** ›

# Resources

## How our network maintains data privacy

This white paper describes how data travels on the Cloudflare network, data collection and privacy, and our protection of encryption keys.

**Download PDF** ›

## Magic Transit protects networks and improves performance

Review results of app performance tests that demonstrate that latency decreased when traffic was routed over Magic Transit.

**Download PDF** ›

## Addressing data locality and privacy obligations in Europe

Learn about our privacy commitments, our long history of working with European companies, and how our services help organizations meet their data protection needs.

**Download PDF** ›

## Improving DNS privacy with oblivious DoH in 1.1.1.1

The ODoH protocol — co-authored by Cloudflare engineers — is a practical approach for prioritizing user privacy without compromising performance and user experience on the Internet.

**Read blog post** ›

# See what our network can do for your business

**Sign up**

**Contact sales**

## Sales

Enterprise Sales

Become a Partner

Contact Sales:

+1 (888) 99 FLARE

Getting Started

Community

Developers

Support

Company



© 2022 Cloudflare, Inc.     Privacy Policy     Terms of Use     Report Security Issues     Cookie Preferences     Trademark