IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9,<br><br>    Plaintiffs,<br>vs.<br><br>Collins Murphy, Limestone College, MG Freesites, LTD., d/b/a Pornhub.com, and Hammy Media LTD. d/b/a Xhamster.com,<br><br>    Defendants. | Case No.: 7:20-cv-00947<br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES<br>(8/3/22-8/17/22) |

  I, Hannah Rogers Metcalfe, counsel for Defendant, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter from August 3, 2022 through August 17, 2022 during which time I am scheduled to be out of state on a previously-planned family vacation.

              Respectfully requested,

              s/ Hannah Rogers Metcalfe
              Hannah Rogers Metcalfe, Fed. I.D.# 9943
              Metcalfe & Atkinson, LLC
              1395 South Church Street
              Greenville, South Carolina 29605
              Telephone: (864) 214-2319
              Facsimile: (864) 214-3067
              hmetcalfe@malawfirmsc.com

              *Attorney for Hammy Media, LTD*

May 27, 2022
Greenville, South Carolina