IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD<br><br>　　　　Defendants. | Civil Action Number: 7:20-cv-00947-JD<br><br><br><br>**DEFENDANT MG FREESITES LTD'S MOTION TO STAY PURSUANT TO 18 U.S.C. § 1595(B)** |

　　　　Defendant MG Freesites, Ltd ("Defendant"), by and through its undersigned counsel, pursuant to 18 U.S.C. § 1595(B) moves to stay the within action. In support of its Motion, Defendant submits the accompanying Memorandum in Support of its Motion. Pursuant to Local Rule 7.02 of the U.S. District Court, District of South Carolina, prior to filing this motion, counsel for Defendant conferred with opposing counsel and attempted in good faith to resolve the matter contained in this motion to no avail.

　　　　Wherefore, Defendant respectfully requests that the Court grants its Motion to stay and grant it further relief the Court deems just and proper.

　　　　　　　　　　　　**[SIGNATURE ON FOLLOWING PAGE]**

Respectfully submitted,

DATED June 20, 2022 | TURNER, PADGET, GRAHAM AND LANEY, P.A.

Greenville, South Carolina | By: */s/ Mark Goddard*
Mark Goddard | Attorney ID: 09691
email | mgoddard@turnerpadget.com
direct | 803-227-4334

J. Kenneth Carter | Attorney ID: 05108
email | kcarter@turnerpadget.com
direct | 864-552-4611

Post Office Box 1509
Greenville, South Carolina 29602
facsimile | 864-282-5993

*Attorneys for Defendant MG Freesites Ltd*

MITCHELL SILBERBERG & KNUPP LLP

Los Angeles, California | Marc E. Mayer | Admitted Pro Hac Vice
email | mem@msk.com
direct | 310-312-3154

2049 Century Park East
18th Floor
Los Angeles, California 90067
facsimile | 864-282-5993

*Attorneys for Defendant MG Freesites Ltd*

12243830.3