# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br> v. <br><br> COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, <br><br> Defendants. | CASE NO. 7:20-CV-00947-JD |

## DECLARATION OF MARC E. MAYER

I, Marc E. Mayer, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California. I have been admitted on a *pro hac vice* basis to practice before this Court in connection with this matter. I am, through my professional corporation, a partner of the law firm Mitchell Silberberg & Knupp LLP, counsel of record for Defendant MG Freesites Ltd ("MG Freesites") in this action. I make the following declaration in support of MG Freesites' Motion to Stay pursuant to 18 U.S.C. § 1595(b). I make all of the following statements of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a police report from the Gaffney Police Department ("Gaffney PD"), printed on October 22, 2019. This document was produced to my office by Plaintiffs in response to discovery requests on August 27, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of a police report from the Gaffney Police Department ("Gaffney PD"), printed on December 31, 2019. This document was produced to my office by Plaintiffs in response to discovery requests on August 27, 2021.

14288737.2

4.     The Gaffney PD has sought the participation of MG Freesites to aid in the active investigation referenced within Exhibits A and B.  On October 21, 2019, the Gaffney PD served a search warrant upon MG Freesites.  The search warrant (executed by Judge Kaye Allison of the Gaffney Municipal Court) identified and sought the same videos allegedly at issue in this case.  The warrant stated that it was "based upon an ongoing investigation by the Gaffney Police Dept. in reference to Voyeurism and Invasion of Privacy."  The search warrant further stated its purpose was to obtain information "critical in possibly identifying the person(s) responsible for uploading the video clips."

5.     MG Freesites cooperated fully with the search warrant and provided information to the Gaffney PD, including information concerning the identity of a person that uploaded the content to the Website.

6.     Attached hereto as **Exhibit C** is a true and correct copy of a screen capture of a story from the WYFF Channel 4 website titled "Police chief names person of interest after video from Limestone college surfaces on porn site," located at the URL https://www.wyff4.com/article/police-chief-names-person-of-interest-after-video-from-limestone-college-surfaces-on-porn-site/32631558#.  I caused this web page to be captured by my office on June 16, 2022.

7.     Attached hereto as **Exhibit D** is a true and correct copy of a subpoena issued by my office to the Gaffney PD on or about October 12, 2021.  The subpoena was served on the Gaffney PD on or about October 15, 2021.

8.     Attached hereto as **Exhibit E** is a true and correct copy of documents I received from the Office of the City Attorney of the City of Gaffney in response to the October 12, 2021 subpoena.  These documents, which include an Affidavit of Gerald Knight, were received by my

office in late December 2021 or early January 2022.  To date, MG Freesites has not received any further substantive documents from the Gaffney PD related to this action or to its investigation.

9.      During the course of this lawsuit, I have had several conversations with counsel for Collins Murphy, Alan Belcher.  Mr. Belcher has advised me that Mr. Murphy intends to exercise his Fifth Amendment rights with respect to discovery in this matter.  Accordingly, I have reason to believe that Mr. Murphy will decline to answer questions concerning criminal conduct that he is alleged to have engaged in (and that MG Freesites is alleged to have participated in or conspired to effectuate.)  To date, Mr. Murphy has not produced any documents in this action, including in response to a document request served by MG Freesites.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 17th day of June, 2022 at Calabasas, California.

_____
Marc E. Mayer