# Gaffney Police Department

201 North Limestone Street
Gaffney, SC 29342
(864) 489-8115



Case GInc1902637 - UNAPPROVED DRAFT                              Printed on October 22, 2019

| | |
|---|---|
| **Status** | Active |
| **Report Type** | Incident |
| **Primary Officer** | Gaby Bridges |
| **Investigator** | Brian Blanton |
| **Reported At** | 10/10/19 10:07 |
| **Incident Date** | 10/07/19 10:07 - 10/10/19 11:00 |
| **Incident Code** | Peeping Tom |
| **Location** | 1115 College Dr, GAFFNEY, SC 29340 (Limestone College College Dr) |
| **Zone** | |
| **Beat** | |
| | |
| **Disposition** | Under Investigation |
| **Disposition Date/Time** | 10/10/19 10:26 |
| **Review for Gang Activity** | None |
| | |
| **Status Indicator** | Administrative Filler |
| **Status Change Date** | 10/10/19 |

## Offense Information

| | |
|---|---|
| **Offense** | SEX/PEEPING VOYEURISM OR AGGRAVATED VOYEURISM |
| **Statute** | 16-17-470(A) |
| **SCIBRS Code** | 90H - Peeping Tom |
| **Counts** | 1 |
| **Date** | 10/10/19 |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Bias Motivation** | None (no bias) |
| **Location** | School - College/University |
| **Entry Forced** | No |
| **DID YOU FILL OUT THE SCIBRS CODE?** | YES |

## Complainant

**LIMESTONE COLLEGE**

1115 COLLEGE DR
GAFFNEY, SC 29340

(864) 488-4608 Business
(864) 488-8344 Cell

16-17-470(A) - SEX/PEEPING VOYEURISM OR AGGRAVATED VOYEURISM

## Victim



**LIMESTONE COLLEGE**

1115 COLLEGE DR

GAFFNEY, SC 29340

(864) 488-4608 Business
(864) 488-8344 Cell

16-17-470(A) - SEX/PEEPING VOYEURISM OR AGGRAVATED VOYEURISM

## Primary Narrative By Gaby Bridges

On 10/10/2019 at 10:13 AM, SRGT Huggin arrived at the City of Gaffney Police Department located within the City Limits of Gaffney, SC 29340 to file a report.  Huggin stated that there had been 5 different video surveillance  of 5 different female teams in the male  soccer locker room. Huggins stated that the surveillance was between the dates of 09/2012- 10/2013 of the females changing clothes and taking showers. Huggin stated that the video shows the entrance to the shower and the changing area of the locker room. Huggins stated that two months ago the 5 videos were uploaded on a Porn Hub website. Huggin stated that the security division is unsure who would be responsible  for the videos. Huggin stated that the video seemed to be sitting on a sink in the males locker room recording the females.  Huggin stated that he talked to Captain Ron Ramsey and was advised to file a police report. No further information was given at this time.

