# FREEDOM OF INFORMATION REQUEST FOR PUBLIC RECORDS

**To:** City of Gaffney  
P. O. Box 2109  
Gaffney, SC 29342  

**Email:** cityclerk@cityofgaffney-sc.gov

| FOIA Activity | | Associated Charges |
|---|---|---|
| Search Retrieval Time Per Hour | | $17.50 |
| Black & White Copies | 8 ½" x 11" | 10¢ per page |
| | 8 ½" x 14" | 13¢ per page |
| | 11" x 17" | 20¢ per page |
| Color Copies | 8 ½" x 11" | 42¢ per page |
| | 8 ½" x 14" | 42¢ per page |
| | 11" x 17" | 75¢ per page |
| DVD Copy | | $15.00 per DVD |
| Accident Report | | $5.00 each copy |
| Standard Maps/Plots | Up to 11" x 17" | $10.00 each |
| | 24" x 36" | $20.00 each |

**Description of records requested:** Copies of all reports, notes, prepared by any city attorney or city official, including Gaffney County Police Dept; copies of all interviews of witnesses, either written or recorded, colored photographs, if taken, copies of any videos, if taken, by the city attorney or city official, including Gaffney County Police Dept regarding their investigation commencing on 10/07/2019, Case 1902637, involving Limestone College and events that transpired during September 2012 - October 2013, Offense Code 16-17-470(A)

**Are you asking for these records for a commercial use/purpose?** ☐ Yes  ☑ No  
*SC Law provides that it is a crime to knowingly obtain or use personal information from a public body for commercial solicitation.*

**Please indicate the format in which you would like the City to respond to your request. Please know the City may not be able to accommodate the requested format. Cost from fee schedule may be applied to any of these formats.**

☐ Inspection Only      ☑ Hard Copy      ☐ Email: _____  
☐ Fax: _____      ☐ Other Format: _____

By my signature, I hereby state that I have received information about the City of Gaffney's FOIA process and a copy of the Fee Schedule outlining possible charges I may incur as part of this request.

**Signature:** *[signed]*                **Date:** 12/30/2019  
**Printed Name:** Tyler S Thompson       **Phone No.:** (502) 244-7772

---

**For Office Use Only:**

**Date Received** _____  **Due Date** _____  **Response Date** _____

**Department and Staff Member Responsible for Response** _____



EXHIBIT B

0115

# Gaffney Police Department

201 North Limestone Street
Gaffney, SC 29342
(864) 489-8115

Case Glnc1902637



Printed on December 31, 2019

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Incident |
| **Primary Officer** | Gaby Bridges |
| **Investigator** | Brian Blanton |
| **Reported At** | 10/10/19 10:07 |
| **Incident Date** | 10/07/19 10:07 - 10/10/19 11:00 |
| **Incident Code** | Peeping Tom |
| **Location** | 1115 College Dr, GAFFNEY, SC 29340 (Limestone College College Dr) |
| **Zone** | |
| **Beat** | |
| **Disposition** | Under Investigation |
| **Disposition Date/Time** | 10/10/19 10:26 |
| **Review for Gang Activity** | None |
| **Status Indicator** | Administrative Filler |
| **Status Change Date** | 10/10/19 |

## Offense Information

| | |
|---|---|
| **Offense** | SEX/PEEPING VOYEURISM OR AGGRAVATED VOYEURISM |
| **Statute** | 16-17-470(A) |
| **SCIBRS Code** | 370 - Pornography/Obscene Material |
| **Counts** | 1 |
| **Date** | 10/10/19 |
| **Include in NIBRS** | Yes |
| **Completed** | Yes |
| **Bias Motivation** | None (no bias) |
| **Location** | School - College/University |
| **Entry Forced** | No |
| **Criminal Activities** | Cultivating/Manufacturing/Publishing |
| **DID YOU FILL OUT THE SCIBRS CODE?** | YES |

## Complainant

**LIMESTONE COLLEGE**

1115 COLLEGE DR
GAFFNEY, SC 29340

(864) 488-4608 Business
(864) 488-8344 Cell

16-17-470(A) - SEX/PEEPING VOYEURISM OR AGGRAVATED VOYEURISM

## Victim

Made by ZUERCHER    Case Glnc1902637    Page 1 of 2



0116

# Gaffney Police Department

201 North Limestone Street
Gaffney, SC 29342
(864) 489-8115



**Case Notes**　　　　　　　　　　　　　　　　　　　　　　Printed on December 31, 2019

### Brian Blanton, 10/14/19 10:14
CONTACTED SLED ON 10/10/2019 WHO ADVISED PORNHUB IS A CANADIAN BASED COMPANY WHO DOESN'T COMPLY WITH US ISSUED COURT DOCUMENTS.

### Brian Blanton, 10/14/19 15:28
Contacted Alderson Broaddus University in reference to Collin Murphy who was investigated for a similar incident.

### Brian Blanton, 10/14/19 15:42
Contact Tiffany Durst who was the lawyer who represented Alderson Broaddus in the Civil Suit in WV.

EXHIBIT B

0117

# Victim Notification Information
## GAFFNEY POLICE DEPARTMENT

**AGENCY I.D. SC 0110200**

### Victim Information

Case # 1902037

Name of Victim: Limestone College

Victim is ☐ deceased or ☐ minor

Mailing Address: 1115 College Drive Gaffny SC 29340

Telephone #: (H) 864-4888344 (B) _____ Emergency #: _____

Relative or Contact Person: _____

Mailing Address: _____

Telephone #: (H) _____ (B) _____ Emergency #: _____

Additional Information or Comments: _____

---

In order for Law Enforcement to make a reasonable attempt to contact you of the arrest or detention and of the appropriate bond or other pretrial release hearing or procedure, **it is your responsibility to notify the appropriate agency of any change in your address or phone number.**

The information given on this form will be provided to the jail, prison, detention or holding facility having physical custody of the defendant. It will also be made available to the prosecuting agency and the Department of Juvenile Justice System, if the defendant is a juvenile.

---

### Court Date Information (if available at time of report)

State vs _____         Warrant # / Ticket # _____

Date and Time: _____         Location: _____

---

An arrest or juvenile detention can occur anytime during a 24 hour period. Arraignment may take place within several hours of the arrest. A juvenile detention hearing is usually held within 48 hours of the detention, excluding holidays and weekends. Please check the boxes below if you do or do not wish to be notified.

I do ☒   I do not ☐   wish to be notified when the defendant is arrested and when arraignment of juvenile detention hearing may take place, anytime day or night.

I do ☒   I do not ☐   wish to be contacted when bond is set, anytime day or night.

I do ☒   I do not ☐   wish to be contacted when the defendant is released from jail, anytime day or night.

---

As a victim of crime I have received a copy of the Victim Notification Information Form provided to me by the Gaffney Police Department and I agree that the victim information is correct. I have also received a copy of the 1997 Victims and Witness Services Statute.

_Signature of person receiving information_          Date: 10/10/19

_Signature of Reporting Officer_          Date: 10/10/19

**EXHIBIT B**

0118