NOWCAST    Watch on Demand

88°

SEVERE WEATHER    1 / 2
There is currently 1 active weather alert

SHOW TRANSCRIPT

Advertisement

# Police chief names person of interest after video from Limestone college surfaces on porn site

Collins Brandon Murphy named person of interest in case, chief says

Updated: 9:42 AM EDT May 25, 2020


EXHIBIT C


**GAFFNEY, S.C. —** The Gaffney police chief has named a person on interest after videos surfaced on a porn site showing former female-athletes from visiting schools inside Limestone College locker rooms.

The investigation began in October 2019 when a police report was filed by a Gaffney police officer who stated that five different videos were recorded of five different female teams in the soccer locker room.

Advertisement



The videos were taken down from the porn sites, police said. The report said the incidents happened between September 2012 and October 2013.

On Thursday, Gaffney Police Chief Chris Skinner named Collins Brandon Murphy as a person of interest in the case.

Skinner did not say Murphy was charged in the case at Limestone College.

Skinner said Murphy was employed at Limestone College between September 2012 and October 2013. He was previously employed by Alderson Broaddus University in West Virginia, Skinner said.

A new release from Skinner said:

### Recommended



**Investigation underway after suspect's in-custody death in North Carolina, police say**

"Videos were discovered in 2014 in which Murphy admitted to filming, using hidden cameras, in the female locker rooms and dorm rooms on the campus of Alderson Broaddus University. Murphy was named in a civil lawsuit along with Alderson Broaddus in 2018. No criminal charges in reference to the Invasion of Privacy were filed in West Virginia due to the states Statute of Limitations. Murphy, however, was indicted on six counts of Burglary at the beginning of 2020. Murphy, who is a resident of Maryland, is currently out on bond."

Limestone College released the following statement:

"Limestone officials have confirmed that Collins Murphy was employed at the college from August 2012 until October 2014. Murphy was the Director of Intramural Sports and Summer

**EXHIBIT C**

Conferences. He was terminated immediately once Limestone College learned of the allegations made against him at Alderson Broaddus University."

## More background on the case:

All of the women were recorded without their knowledge, according to the police report. According to the police report, in all of the videos, the women can be seen showering and changing clothes.

The videos appear to have been recorded from a sink in the male locker room, the police report said.

Police said the women in the videos were on teams visiting Limestone.

# GOOD HOUSEKEEPING

**Pillow Cube Review: Is a Rectangular Pillow the Answer for Side Sleepers?**

**8 Best Portable Grills to Buy in 2022**



EXHIBIT C

**Kate Hudson Shared the Tinted Sunscreen That Keeps Her Summer Skin Protected and Glowing**

**15+ Celebrity Home Lines To Spiff Up Your House's Interior**

# WYFF GREENVILLE

  

Contact Us
News Team
Apps & Social
Email Alerts

Careers
Internships
Advertise
Digital Advertising Terms & Conditions
Broadcast Terms & Conditions
RSS

EEO Reports
Captioning Contacts
Public Inspection File
Public File Assistance
FCC Applications
News Policy Statements

Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2022, Hearst Television Inc. on behalf of WYFF-TV.

Privacy Notice    Your California Privacy Rights    Interest-Based Ads    Terms of Use    Site 



EXHIBIT C