## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-cv-00947-TMC |
| **Plaintiffs,** | |
| vs. | **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE** |
| **COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS**, **LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,** | |
| **Defendants.** | |

This matter comes before the Court upon Motion to Consolidate and Amend the Scheduling Orders filed by the Plaintiffs on July 6, 2022. Rule 42(a) permits a district court to consolidate separate actions when they involve "a common question of law or fact." Fed.R.Civ.P. 42(a). Upon review of the record in both this case and the associated case, Doe v. Murphy et al 7:21-cv-03139-JD, it appears that both cases involve a common question of both law and fact. Additionally, it appears that consolidation of these matters would best serve the interests efficiency and judicial economy. Further, amendment to the scheduling order for these matters would not create any undue delay and would allow the parties to effectively litigate this action, as such; this Court finds that the dates provided in the Proposed Scheduling Order submitted by Plaintiffs are not intended to create undue delay and shall be entered.

1

**WHEREFORE**, The Court finds, based on the review of the pleadings, documents contained within the record, the law, and other such matters that this Court found relevant, it is therefore ordered that Plaintiffs Motion to Consilidate and Amend the Scheduling Orders is **GRANTED.**

    **IT IS SO ORDERED.**

July _____, 2022     _____
                                                    The Honorable Joseph Dawson, III