UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(SPARTANBURG DIVISION)

| | | |
|---|---|---|
| JANE DOES 1-9, _____ , | ) | |
| Plaintiff/Petitioner/USA, | ) | Case No. 7:20-cv-00947-JD |
| | ) | |
| v. | ) | **Motion** |
| | | **in Support of** |
| COLLINS MURPHY, SHARON HAMMONDS, | | ***Pro Hac Vice* Application** |
| BRENDA F. WATKINS, LIMESTONE UNIVERSITY, | | |
| MG FREESITES, LTD., d/b/a PORNHUB.COM, | | |
| MG FREESITES II LTD., MINDGEEK S.A.R.L., | | |
| MINDGEEK USA, INC., MG BILLING LTD., | | |
| and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, | | |
| TRAFFICSTARS LTD., WISEBITS LTD, | | |
| XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, ) | | |
| Defendant/Respondent. | ) | |
| _____ , | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Danielle Marie Bianculli Pinter be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1.  I will personally sign and include my District of Florida federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.  All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.  Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.  Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.  Certification of Consultation (Local Civil Rule 7.02).

    ☐   Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; ☐does not intend to oppose

    ☐   Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

    _____

    _____

    ☐   No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Bell Legal Group, LLC. | J. Edward Bell, III |
| Firm Name | Name of Local Counsel |
| 219 North Ridge Street | s:/ J. Edward Bell, III |
| Street Address or Post Office Box | Signature of Local Counsel |

Georgetown, SC  29440
City, State, Zip Code
(843) 546-2408
Telephone Number
jeb@belllegalgroup.com
E-Mail Address

Local Counsel for the Plaintiff

District of South Carolina
Federal Bar Number  1280