UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(SPARTANBURG DIVISION)

| | |
|---|---|
| JANE DOES 1-9, <br> Plaintiff/Petitioner/USA, <br><br> v. <br><br> COLLINS MURPHY, SHARON HAMMONDS, <br> BRENDA F. WATKINS, LIMESTONE UNIVERSITY, <br> MG FREESITES, LTD., d/b/a PORNHUB.COM, <br> MG FREESITES II LTD., MINDGEEK S.A.R.L., <br> MINDGEEK USA, INC., MG BILLING LTD., <br> and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, <br> TRAFFICSTARS LTD., WISEBITS LTD, <br> XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, <br> Defendant/Respondent. | Case No. 7:20-cv-00947-JD <br><br> **Motion <br> in Support of <br> *Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Benjamin W. Bull be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of Columbia federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Bell Legal Group, LLC. <br> Firm Name <br> 219 North Ridge Suite <br> Street Address or Post Office Box | J. Edward Bell III <br> Name of Local Counsel <br> s./J. Edward Bell, III <br> Signature of Local Counsel |

Georgetown, SC  29440
City, State, Zip Code
(843) 546-2408
Telephone Number
jeb@belllegalgroup.com
E-Mail Address

Local Counsel for the Plaintiff

District of South Carolina
Federal Bar Number: 1280