# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | Case No.: 7:20-cv-00947-DCC |
| **Plaintiffs,** | |
| vs. | **MOTION FOR EXTENSION OF TIME** |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., | |
| **Defendants.** | |

Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 6(b)(1)(A) and Rule 4(m) of the Federal Rules of Civil Procedure move the Court for an order extending the time within which the Plaintiffs may serve the Summons and Complaint on Defendants HAMMY MEDIA LTD., TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD..

This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings. The current deadline for service was September 1, 2022. On August 25, 2022, the Court held a status conference at which Plaintiffs were directed to file their motion for extension of time to serve the above defendants if necessary. At this time, there have been no requests to extend this deadline, nor has the Court granted any extension to this deadline. Plaintiffs respectfully request an additional six months to serve the Defendant

making the new deadline date March 1, 2023. This extension, if provided, would not interfere with any other deadlines set in this case. These Defendants are key parties to this matter. Plaintiffs seek this extension after having conferred with Defendants and not reaching an agreement regarding service. Plaintiff anticipates that service will be completed within the next six months.

This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court. In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum will serve no useful purpose. Plaintiff attempted to confer with counsel for Defendants; however, Plaintiff did not receive consent regarding Defendants accepting service.

**WHEREFORE**, the Plaintiff, respectfully request this Court grant Plaintiffs Motion for Extension of time and enter an order extending the time in which service is due by an additional 180 days.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

**WE SO MOVE:**

**BELL LEGAL GROUP, LLC**

*s/J. Edward Bell, III*
J. Edward Bell, III (1280)
Joshua M. W. Salley (13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC  29440
TEL.: (843) 546-2408
FAX: (8430 546-9604
ebell@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull ( admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

**ATTORNEYS FOR PLAINTIFF**