| | |
|---|---|
| **From:** | Evan Fray-Witzer |
| **To:** | "Jeffrey Freeman" |
| **Cc:** | "Jordan Stanton"; "Liz Shepherd" |
| **Subject:** | RE: Hammy Media LTD |
| **Date:** | Wednesday, June 30, 2021 7:02:00 PM |

Jeff –

Thank you for sending me the complaint - I had been interested in seeing it just so I knew more about what the case is about.

Just to be clear, and to avoid any confusion, as I told you when we spoke, I have not represented Hammy Media for some time and am not currently representing them (in connection with this or any other matter). I will attempt to contact someone at Hammy Media as I said (though I will not be forwarding them the complaint), but, as we discussed, I have no idea if they will choose to retain me in connection with this matter and I have no idea what their position might be in connection with service of process. Indeed, in my experience, many clients choose not to retain litigation counsel until such time as they have been properly served.

The bottom line is that I am not currently representing Hammy Media and have no authority to accept service on their behalf. I will, however, let you know if I hear back anything.

Evan


Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

**From:** Jeffrey Freeman <jfreeman@kytrial.com>
**Sent:** Wednesday, June 30, 2021 4:58 PM
**To:** evan@cfwlegal.com
**Cc:** Jordan Stanton <jstanton@kytrial.com>; Liz Shepherd <lshepherd@kytrial.com>
**Subject:** Hammy Media LTD

Evan – thanks again for returning my call and agreeing to reach out to Hammy Media to see if we can dispense with the formality of service through the Hague process. I look forward to their response.

I am attaching a copy of the latest Complaint.

Jeffrey L. Freeman
Dolt, Thompson, Shepherd & Conway, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
Facsimile: (502) 244-7776
Visit us at: [www.kytrial.com](www.kytrial.com)

NOTICE: This e-mail and any attachment is an Electronic Communication within the meaning of the Electronic Communications Privacy Act (18 U.S.C. § 2510) and may contain attorney-client and/or work product privileged material. This e-mail is intended only for the addressee(s) to whom specifically directed. If you receive this in error, no waiver of any privilege or permission or authority to use any portion of this e-mail or any attachment is intended or may be inferred. Please contact the undersigned as listed above to receive instructions on how to deal with the unintended e-mail. No attorney-client relationship is formed by receipt of this e-mail.