## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>        Plaintiff,<br><br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD,<br><br>        Defendants. | Case No.: 7:20-cv-00947-DCC |

### DEFENDANT MG FREESITES, LTD.'S CONSENT MOTION
### FOR EXTENSION OF TIME FOR ADDITIONAL PARTIES TO RESPOND TO
### AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant MG Freesites, LTD., d/b/a Pornhub.com ("MG Freesites") files this Consent Motion for Extension of Time for Additional Parties to Respond to Plaintiffs' Fifth Amended Complaint (Dkt. No. 193), and in support thereof states as follows:

    1.    On August 16, 2022, Plaintiffs sent requests for Waivers of Service to counsel for MG Freesites with regard to several entities added by Plaintiffs as defendants to the Fifth Amended Complaint.

    2.    Pursuant to Rule 4(d)(3), an answer is due 60 days after the request is sent for a U.S. party and within 90 days for an international party.

3. Counsel for MG Freesites anticipates filing jurisdictional motions for several of the added entities, one of which is a U.S. entity. Thus, under Rule 4, counsel would normally be required to file one jurisdictional motion on October 17, 2022 and a second jurisdictional motion on November 14, 2022.

4. However, the parties are in agreement that it would substantially serve judicial economy, conserve party resources, and simplify the issues for briefing if the parties are able to undertake one course of briefing on the anticipated jurisdictional challenges.

5. Accordingly, Plaintiffs and counsel for MG Freesites have agreed that it is in the interests of judicial economy and efficiency to set one deadline (November 14, 2022) for Mindgeek S.A.R.L., Mindgeek USA, Inc. and MG Billing, Ltd. to respond to the Fifth Amended Complaint.

6. As for MG Freesites II, Ltd., counsel for MG Freesites intends to submit to this Court documentation that MG Freesites II, Ltd. is a non-existent entity, and thus cannot be served with process regarding, or respond to, this lawsuit. The parties likewise agree that it serves judicial economy for that submission to be made as part of the anticipated jurisdictional motion on or before November 14, 2022.

7. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. The parties agree that the interests of judicial economy and efficiency justify the requested extension.

8. The requested extension is not sought for dilatory reasons or for any other improper purpose, will not affect any other deadlines, and will not prejudice any party or the Court. The parties agree that neither will be prejudiced by the requested extension of time.

9. Plaintiffs consent to Defendant MG Freesites's request.

WHEREFORE, Defendant MG Freesites respectfully requests this Court enter an order enlarging the time within which to respond to the Fifth Amended Complaint until and including November 14, 2022.

**WE SO MOVE:**

| | |
|---|---|
| DATED: October 10, 2022 | TURNER, PADGET, GRAHAM AND LANEY, P.A. |
| Columbia, South Carolina | By: **/s/ Mark B. Goddard** <br> Mark B. Goddard \| Attorney ID: 9361 <br> 1901 Main Street, 17th Floor <br> Columbia, SC 29201 <br> email \| mgoddard@turnerpadget.com <br> direct \| 803-227-4334 <br><br> J. Kenneth Carter \| Attorney ID: 05108 <br> email \| kcarter@turnerpadget.com <br> direct \| 864-552-4611 <br> Post Office Box 1509 <br> Greenville, South Carolina 29602 <br> facsimile \| 864-282-5993 <br> *Attorneys for Defendant MG Freesites, Ltd.* |

**WE CONSENT:**

BELL LEGAL GROUP, LLC
**/s/ J. Edward Bell, III**
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiffs*

DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)

DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

TPGL 13163012v1