**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, | |
| Plaintiffs, | Case No.: 7:20-cv-00947 |
| vs. | |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., | NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES (12/19/22-1/9/23) |
| Defendants. | |

I, Hannah Rogers Metcalfe, counsel for Defendant Hammy Media, LTD, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter from December 19, 2022 through January 9, 2023, during which time I am scheduled to be out of state on a previously-planned family vacation.

Respectfully requested,

s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed. I.D.# 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
Telephone: (864) 214-2319
Facsimile: (864) 214-3067
hmetcalfe@malawfirmsc.com

1

*Attorney for Hammy Media, LTD*

October 19, 2022
Greenville, South Carolina