**INCORPORATENOW**                                          incorporatenow.com

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Hammy Media Ltd |
| Alternative Name(s) of Service Provider (including all names under which the serviceprovider is doing business) | xhamster.com<br>ru-xhamster.com<br>xhamster.xxx<br>xhcdn.com |
| Address of Service Provider | 135 Arch. Makarios III Ave.<br>Emelle Building, 4th Floor<br>Limassol, 3508<br>Cyprus |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent |
| Full Address of Designated Agent to which Notification Should be Sent<br>(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 6750 N. Andrews Ave., Suite 200<br>Fort Lauderdale FL 33309 |
| Telephone Number of Designated Agent: | (800) 371-1217 |
| Facsimile Number of Designated Agent: | (800) 371-0235 |
| Email Address of Designated Agent: | help@xhamster.com |
| Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office | Hammy Media Ltd<br>Filing Date: 8/10/2011 |
| Signature of Officer or Representative of the Designating Service Provider | [redacted] |
| Date | 11/26/2015 |
| Typed or Printed Name and Title: | Valentin Gurvits, Attorney |

**Scanned**
JAN 2 1 2016

**Received**
DEC 0 2 2015
Copyright Office