IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD<br><br>　　　　Defendants. | Civil Action Number: 7:20-cv-00947-DCC<br><br><br>**DEFENDANTS MINDGEEK, S.A.R.L., MINDGEEK USA, INC., AND MG BILLING, LTD'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT** |

Defendants Mindgeek S.à.r.l., Mindgeek USA, Inc., and MG Billing, Ltd (collectively the "Moving Defendants")[1] moves this Court, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.01, Local Civil Rules, for an order granting dismissal with prejudice and without leave to amend on each and every allegation, cause of action, and or prayer for damages or relief contained in Plaintiffs' Fifth Amended Complaint, (Dkt. 193).

In support of this Motion, the Moving Defendants state that: (1) they are not subject to the personal jurisdiction of this Court, and (2) Plaintiffs have failed to state a claim upon which relief may be granted.

---

[1] Plaintiffs have also added MG Freesites II, Ltd as a Defendant in this action. MG Freesites II, Ltd is a non-existent entity that cannot sue or be sued, and therefore, cannot be subject to this jurisdiction of this Court.

On these grounds and as set forth in the supporting memorandum, the Moving Defendants respectfully requests this Court dismiss the action in its entirety and with prejudice and without leave to amend.

A certificate of consultation under Rule 7.02, Local Civil Rules, is not provided as not required by subsection (A) of the same rule relative to motions to dismiss. Local Civ. Rule 7.02(A) D.S.C.

Respectfully submitted,

| | |
|---|---|
| DATED November 14, 2022 | TURNER, PADGET, GRAHAM AND LANEY, P.A. |
| Columbia, South Carolina | |
| | By: */s/ Mark Goddard* |
| | Mark Goddard \| Attorney ID: 9691 |
| | 1901 Main Street, 17th Floor |
| | Columbia, SC 29201 |
| | email \| mgoddard@turnerpadget.com |
| | direct \| 803-227-4334 |
| | |
| | J. Kenneth Carter \| Attorney ID: 05108 |
| | email \| kcarter@turnerpadget.com |
| | direct \| 864-552-4611 |
| | Post Office Box 1509 |
| | Greenville, South Carolina 29602 |
| | facsimile \| 864-282-5993 |
| | |
| | *Attorneys for Defendants Mindgeek S.à.r.l., Mindgeek USA, Inc., and MG Billing, Ltd* |
| | |
| | MITCHELL SILBERBERG & KNUPP LLP |
| | |
| | Marc E. Mayer \| Admitted Pro Hac Vice |
| Los Angeles, California | email \| mem@msk.com |
| | direct \| 310-312-3154 |
| | 2049 Century Park East |
| | 18th Floor |
| | Los Angeles, California 90067 |
| | facsimile \| 864-282-5993 |

Theresa B. Bowman | Admitted Pro Hac Vice
email | tbb@msk.com
direct | 202-470-2752
1818 N Street NW,
7th Floor
Washington, DC, 20036
facsimile | 202-470-2776

*Attorneys for Defendants Mindgeek S.à.r.l., Mindgeek USA, Inc., and MG Billing, Ltd*