## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | Case No.: 7:20-cv-00947-DCC |
| **Plaintiffs,** | |
| **vs.** | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE** |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, | |
| **Defendants.** | |

Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure move the Court for an order extending the time within which the Plaintiffs may file a response to Defendants' Motion to Dismiss. (See Dkt. No.233).

This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings. Upon conferring, counsel for the Defendant consents to allow Plaintiff to extend the time to file a Response by thirty (30) days as long the deadline for Defendant MG Freesites, Ltd's Reply is also extended by thirty (30) days due to a conflict with Defendant's counsel during the first two weeks of January. Plaintiff's current due date is November 28, 2020, and the new due date would be December 28, 2020. Defendant's Reply due date would be January 27, 2023.

This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court. In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum will serve no useful purpose.

**WHEREFORE**, the Plaintiff, respectfully requests this Court grant Plaintiff's Motion and enter an order extending the time in which he may file a Response by an additional thirty (30) days making the new deadline to file December 28, 2022 and making Defendant's Reply deadline January 27, 2023.

HAVING SEEN AND AGREED:

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiffs*

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

*/s/ Mark Goddard (with permission)*
Mark Goddard

J. Kenneth Carter
TURNER, PADGET, GRAHAM AND LANEY, P.A.
P.O. Box 1509
Greenville, SC 29602
Telephone: (864) 552-4600
tspeer@turnerpadget.com
kcarter@turnerpadget.com

**MITCHELL SILBERBERG & KNUPP LLP**

Marc E. Mayer | Attorney ID: *pro hac vice*
email | mem@msk.com
direct | 310-312-3154
2049 Century Park East
18th Floor
Los Angeles, California 90067
facsimile | 864-282-5993
*Counsel for Defendant, MG*
*Freesites, Ltd.*