# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br> **XHAMSTER IP HOLDINGS, LTD.'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2) and 12(b)(6)** |

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Defendant xHamster IP Holdings, Ltd. ("XIH") [1] respectfully moves for the Court to dismiss Plaintiffs' Fifth Amended Complaint ("FAC") as it applies to XIH because: (a) the Court lacks personal jurisdiction over XIH, a foreign company registered in the British Virgin Islands with a principal place of business in St. John's, Antigua; and (b) the FAC fails to state a claim upon which relief may be granted.

In support of this Motion, XIH relies on the accompanying Memorandum of Law.

Respectfully Submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street

---

[1] In February of 2021, XIH changed its name to Online Media IP Holding Ltd. Because the Complaint references XHamster IP Holdings, Ltd, the entity is referred to as "XIH" in this motion.

        Greenville, South Carolina 29605
        (864) 214-2319

        Evan Fray-Witzer (*pro hac vice*)
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, Massachusetts 02116
        Telephone: 617-426-0000
        Facsimile: 617-423-4855
        Evan@CFWLegal.com

        Valentin D. Gurvits (*pro hac vice*)
        Frank Scardino (*pro hac vice*)
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459
        Telephone: 617-928-1804
        Facsimile: 617-928-1802
        vgurvits@bostonlawgroup.com
        frank@bostonlawgroup.com

        *Attorneys for Defendant xHamster IP Holdings, Ltd.*

November 22, 2022
Greenville, South Carolina