# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>        Plaintiffs,<br><br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,<br><br>        Defendants. | Case No.: 7:20-cv-00947<br><br>**WISEBITS IP, LTD.'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2) and 12(b)(6)** |

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Defendant Wisebits IP, Ltd. ("WIP") respectfully moves for the Court to dismiss Plaintiffs' Fifth Amended Complaint ("FAC") as it applies to WIP because: (a) the Court lacks personal jurisdiction over WIP, a foreign company incorporated in Cyprus with a principal place of business in Limassol, Cyprus; and (b) the FAC fails to state a claim upon which relief may be granted.

In support of this Motion, WIP relies on the accompanying Memorandum of Law.

                                        Respectfully Submitted,

                                        /s/ Hannah Rogers Metcalfe
                                        Hannah Rogers Metcalfe, Fed ID. 9943
                                        Metcalfe & Atkinson, LLC
                                        1395 South Church Street
                                        Greenville, South Carolina 29605
                                        (864) 214-2319
                                        hmetcalfe@malawfirmsc.com

Evan Fray-Witzer (*pro hac vice application forthcoming*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice application forthcoming*)
Frank Scardino (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorneys for Wisebits IP, Ltd.*

December 23, 2022
Greenville, South Carolina