# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br> **WISEBITS, LTD.'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2) and 12(b)(6)** |

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Defendant Wisebits, Ltd. ("WL") respectfully moves for the Court to dismiss Plaintiffs' Fifth Amended Complaint ("FAC") as it applies to WL because: (a) the Court lacks personal jurisdiction over WL, a foreign company incorporated in Cyprus with a principal place of business in Limassol, Cyprus; and (b) the FAC fails to state a claim upon which relief may be granted.

In support of this Motion, WL relies on the accompanying Memorandum of Law.

Respectfully Submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319
hmetcalfe@malawfirmsc.com

        Evan Fray-Witzer (*pro hac vice application forthcoming*)
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, Massachusetts 02116
        Telephone: 617-426-0000
        Facsimile: 617-423-4855
        Evan@CFWLegal.com

        Valentin D. Gurvits (*pro hac vice application forthcoming*)
        Frank Scardino (*pro hac vice application forthcoming*)
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459
        Telephone: 617-928-1804
        Facsimile: 617-928-1802
        vgurvits@bostonlawgroup.com
        frank@bostonlawgroup.com

        *Attorneys for Wisebits, Ltd.*

December 23, 2022
Greenville, South Carolina