

**About Kendrick LaHard**

❗I like WOMEN❗ I live in South Carolina. 📷Follow me on Instagram: itsedmoneybae📷

Twitter

Snapchat

Instagram

**Relationship status:** Single
**Interested in:** Girls
**City and Country:** South Carolina, United States
**Gender:** Male
**Birth Place:** United States of America
**Endowment:** 7-9"
**Height:** 5' 9" (175cm)
**Weight:** 140lbs. (64kg)
**Ethnicity:** Black
**Hair Color:** Black

**Tattoos:** Yes
**Piercings:** No
**Hometown:** Barnwell
**Interests and hobbie:** Anime, gaming, playing piano.
**Turn Ons:** Nerdy women, big tits, slim thick, women outside my race.
**Turn Offs:** Girls who smoke. Bitches who wear bonnets in public.🎾
**Video Views:** 170,520