## Searches Related To "South Carolina"

- Southern Accent
- Southern Milf
- **South Carolina** College
- Lime Stone College
- Myrtle Beach
- Amateur Spring Break
- I Know That Girl
- **South Carolina** Locker Room
- Southern Belle
- Columbia **South Carolina** Amateur
- Columbia **South Carolina**
- Black Bike Week
- **South Carolina** Amateur
- Southern Girl
- **South Carolina** Shower
- Locker Room
- South Park
- **South Carolina** Thot
- Charleston **South Carolina**
- Charleston
- Greenville
- North Carolina
- Columbia Sc
- **South Carolina** Amateur Ebony
- **South Carolina** College Locker Room