**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-cv-00947-DCC |
| **PLAINTIFFS** | |
| vs. | |
| **COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.** | |
| **DEFENDANTS** | |

## PLAINTIFFS' MOTION TO SEAL EXHIBITS

YOU WILL PLEASE TAKE NOTICE that the Plaintiffs, by and through counsel, will move before this Honorable Court for an Order allowing the Plaintiffs to file one exhibit under seal, in connection with their Response in Opposition to Defendants Motion to Dismiss. This Motion is made pursuant to Local Civil Rule 5.03.

In support of this motion Plaintiffs file: (1) a Memorandum in Support; (2) a non-confidential index of the documents at issue; (3) Counsel's certification of compliance with Local Rule 5.03; and (4) a separate attachment labeled Confidential Information to be submitted to the Court in connection with Motion to Seal.

Upon consultation, with Counsel for the Defendants, they have consented to this

1

Motion to Seal.

                Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*s/J. Edward Bell, III*
J. Edward Bell, III (1280)
Joshua M. W. Salley (13214)
219 North Ridge Street
Georgetown, SC  29440
TEL.: (843) 546-2408
FAX: (8430 546-9604
ebell@edbelllaw.com


**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com


**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull ( admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org


                **ATTORNEYS FOR PLAINTIFF**

January 5, 2023

Georgetown, SC