UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,**<br><br>**PLAINTIFFS**<br><br>vs.<br><br>**COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,**<br><br>**DEFENDANTS** | **Case No.: 7:20-cv-00947-DCC** |

## NON-CONFIDENTIAL DESCRIPTIVE INDEX OF THE DOCUMENTS AT ISSUE

Local Rule 5.03 provides that the Plaintiff must file, in addition to their motion, a descriptive index of the documents at issue. The Plaintiff submits this descriptive index:

(1) Plf. Ex. 2- 2018 Business Transfer Agreement for MG Freesites, Ltd. and MG Freesites II, Ltd.

        Respectfully submitted,

        BELL LEGAL GROUP, LLC

        *s/J. Edward Bell, III*
        J. Edward Bell, III (1280)
        Joshua M. W. Salley (13214)
        219 North Ridge Street
        Georgetown, SC  29440

TEL.: (843) 546-2408
FAX: (8430 546-9604
ebell@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull ( admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

**ATTORNEYS FOR PLAINTIFF**

January 5, 2023
Georgetown, SC

2