# EXHIBIT C

Τέλος (Σύμφωνα 7:20-cv-00947-DCC   Date Filed 01/06/23   Entry Number 258-3   Page 2 of 6  HE32(I)
με τον περί Εταιρειών Νόμο.

Πληρωτέα τέλη και Δικαιώματα)

**Ο ΠΕΡΙ ΕΤΑΙΡΕΙΩΝ ΝΟΜΟΣ,**
**ΚΕΦ. 113**

| **Αριθμός Εταιρείας** |
|---|
| **ΗΕ** 365144 |

**Ετήσια έκθεση ιδιωτικής εταιρείας με μετοχικό κεφάλαιο.**
Με βάση τα άρθρα 119-121

| **Όνομα Εταιρείας** | TECOM LTD | | |
|---|---|---|---|
| **Ημερομηνία Σύνταξης** | 01 / 01 / 2019 | **Κωδικός Φύσης Εργασίας** | |

Η διεύθυνση του Εγγεγραμμένου Γραφείου βρίσκεται στην:

| | | | |
|---|---|---|---|
| Οδός/Λεωφ. | Αρχ. Μακαρίου III | Αρ. | 132 |
| Κτίριο | SAGRO BUILDING | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | | |
| Επαρχία | Λεμεσός | Ταχ.Κώδικας | 3021 |

Η διεύθυνση του Τόπου Μητρώου Μελών βρίσκεται στην:

| | | | |
|---|---|---|---|
| Οδός/Λεωφ. | | | Αρ. |
| Κτίριο | | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | | |
| Επαρχία | | Ταχ.Κώδικας | |

Η διεύθυνση του Τόπου Μητρώου Κατόχων Χρεωστικών Ομολόγων βρίσκεται στην:

| | | | |
|---|---|---|---|
| Οδός/Λεωφ. | | | Αρ. |
| Κτίριο | | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | | |
| Επαρχία | | Ταχ.Κώδικας | |

**1. Ονομαστικό Μετοχικό Κεφάλαιο.**

| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ |
|---|---|
| Αριθμός Μετοχών | 1000 |
| Ονομαστική αξία κάθε μετοχής | EUR 1 |

**2. Μετοχές κάθε τάξης οι οποίες εκδόθηκαν μέχρι την ημερομηνία σύνταξης αυτής της Έκθεσης.**

| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ |
|---|---|
| Αριθμός Μετοχών | 1000 |

**3. Μετοχές κάθε τάξης οι οποίες εκδόθηκαν με έκπτωση.**

| Τάξη Μετοχών | | | | | |
|---|---|---|---|---|---|
| Αριθμός Μετοχών | | | | | |

**4. Ποσό το οποίο κλήθηκε για πληρωμή ή λογίστηκε ότι πληρώθηκε, για κάθε τάξη μετοχών.**

| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ |
|---|---|
| Αριθμός Μετοχών | 1000 |
| Ποσό κατά Μετοχή | 1 |

**Όνομα και Διεύθυνση για Αλληλογραφία**

| Όνομα | . NORTHIA CORPORATE LTD | | |
|---|---|---|---|
| Διεύθυνση | Τ.Θ.53396,Λεμεσός | | |
| Ταχ. Κώδικας | 3302 | Τηλέφωνο | 25335022 |

*(η οποία είναι η δέκατη τέταρτη ημέρα μετά την ημερομηνία της Ετήσιας Γενικής Συνέλευσης)

**5. Ολικό ποσό το οποίο διάθηκε από κλήσεις πληρωμής και ή λογίστηκε ότι πληρώθηκε.**

EUR 1000

**6. Ολικό ποσό κλήσεων οι οποίες δεν πληρώθηκαν.**

EUR 0

**7. Μετοχές κάθε τάξης οι οποίες κατασχέθηκαν.**

| Τάξη Μετοχών | | | | | |
|---|---|---|---|---|---|
| Αριθμός Μετοχών | | | | | |

Ολικό ποσό το οποίο πληρώθηκε πάνω σε κατασχεθείσες μετοχές | |

**Κατάλογος Μετόχων.**

| Όνομα | | Αρ. Εγγραφής | |
|---|---|---|---|
| Επώνυμο | ON MEDIA HOLDING LIMITED | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | | |
| Οδός/Λεωφ. | P.O. Box 3159 | | Αρ. |
| Κτίριο | QUIJANO CHAMBERS | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | Road Town | Επαρχία | Tortola |
| Ταχ. Κώδικας | | Χώρα | British Virgin Islands |
| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ | | |
| Αριθμός Μετοχών | 1000 | | |
| Σύνολο Μετοχών | 1000 | | |

| Όνομα | | Αρ. Εγγραφής | |
|---|---|---|---|
| Επώνυμο | | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | | |
| Οδός/Λεωφ. | | | Αρ. |
| Κτίριο | | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | Επαρχία | |
| Ταχ. Κώδικας | | Χώρα | |
| Τάξη Μετοχών | | | |
| Αριθμός Μετοχών | | | |
| Σύνολο Μετοχών | | | |

Not for official Use

Κατάλογος μετόχων οίτινες επίσεις παρουσιάζονται επί του μετοχικού κεφαλαίου

| | |
|---|---|
| Όνομα | Αρ. Εγγραφής |
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |
| Τάξη Μετοχών | |
| Αριθμός Μετοχών | |
| Σύνολο Μετοχών | |

| | |
|---|---|
| Όνομα | Αρ. Εγγραφής |
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |
| Τάξη Μετοχών | |
| Αριθμός Μετοχών | |
| Σύνολο Μετοχών | |

| | |
|---|---|
| Όνομα | Αρ. Εγγραφής |
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |
| Τάξη Μετοχών | |
| Αριθμός Μετοχών | |
| Σύνολο Μετοχών | |

Not for official Use

| | |
|---|---|
| **Θέσεις Αξιωματούχου** | Director |

| | | | |
|---|---|---|---|
| Όνομα | AIMANCER LTD | Αρ. Εγγραφής | HE 362743 |
| Επώνυμο | | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Προηγούμενο Όνομα | | Προηγούμενο Επώνυμο | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | Διευθυντής σε άλλη Εταιρία | |
| Οδός/Λεωφ. | Αρχ. Μακαρίου III | Αρ. | 132 |
| Κτίριο | SAGRO BUILDING | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | Επαρχία | Λεμεσός |
| Ταχ. Κώδικας | 3021 | Χώρα | Κύπρος |
| Αντικαταστάτης των Διευθυντών(όνομα) | | Αρ.Ταυτ/Αρ.Εγγρ. | |

| | |
|---|---|
| **Θέσεις Αξιωματούχου** | Secretary |

| | | | |
|---|---|---|---|
| Όνομα | AIMANCER LTD | Αρ. Εγγραφής | HE 362743 |
| Επώνυμο | | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Προηγούμενο Όνομα | | Προηγούμενο Επώνυμο | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | Διευθυντής σε άλλη Εταιρία | |
| Οδός/Λεωφ. | Αρχ. Μακαρίου III | Αρ. | 132 |
| Κτίριο | SAGRO BUILDING | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | Επαρχία | Λεμεσός |
| Ταχ. Κώδικας | 3021 | Χώρα | Κύπρος |
| Αντικαταστάτης των Διευθυντών(όνομα) | | Αρ.Ταυτ/Αρ.Εγγρ. | |

| | |
|---|---|
| **Θέσεις Αξιωματούχου** | |

| | | | |
|---|---|---|---|
| Όνομα | | Αρ. Εγγραφής | |
| Επώνυμο | | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Προηγούμενο Όνομα | | Προηγούμενο Επώνυμο | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | Διευθυντής σε άλλη Εταιρία | |
| Οδός/Λεωφ. | | Αρ. | |
| Κτίριο | | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | Επαρχία | |
| Ταχ. Κώδικας | | Χώρα | |
| Αντικαταστάτης των Διευθυντών(όνομα) | | Αρ.Ταυτ/Αρ.Εγγρ. | |

| | | | |
|---|---|---|---|
| **Υπογραφή** (Γραμματέας ή Διευθυντής) | | ημερομηνία | 08 / 04 / 2020 |