# EXHIBIT D

## ORGANISATION DETAILS

| | |
|---|---|
| ORGANISATION NAME: | TECOM LTD |
| REGISTRATION NUMBER: | 365144 |
| TYPE: | Limited Company |
| SUBTYPE: | Private |
| NAME STATUS: | Current Name |
| REGISTRATION DATE: | 19/01/2017 |
| ORGANISATION STATUS: | Active |
| STATUS DATE: | |
| OBJECTS: | Σύμβουλοι επιχειρήσεων στον τεχνολογικό τομέα και άλλα |

## ADDRESS

| | |
|---|---|
| REGISTERED OFFICE ADDRESS: | Αρχ. Μακαρίου III, 132, SAGRO BUILDING,  3021, Λεμεσός, Κύπρος |

## DIRECTORS & SECRETARIES

**DIRECTORS**

| | |
|---|---|
| NAME : | AIMANCER LTD |
| ADDRESS: | Αρχ. Μακαρίου III, 132 SAGRO BUILDING  3021, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | HE 362743 |

**SECRETARIES**

| | |
|---|---|
| NAME : | AIMANCER LTD |
| ADDRESS: | Αρχ. Μακαρίου III, 132 SAGRO BUILDING  3021, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | HE 362743 |

## SHARE CAPITAL

**AUTHORISED SHARE CAPITAL**

**EUR 1,000.00 divided as :**

| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
|---|---|---|---|
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |

**ISSUED CAPITAL**

**EUR 1,000.00 divided as :**

| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
|---|---|---|---|
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |



ΔΙΑΡΘΡΩΤΙΚΑ ΤΑΜΕΙΑ
της Ευρωπαϊκής Ένωσης στην Κύπρο
οι ιδέες μας, πράξη και ανάπτυξη



ΕΥΡΩΠΑΪΚΗ ΕΝΩΣΗ

7:20-cv-00947-DCC    Date Filed 01/06/23    Entry Number 258-4    Page 3 of 3

## SHAREHOLDERS

| NAME : | ON MEDIA HOLDING LIMITED |
| --- | --- |
| ADDRESS : | P.O. Box 3159 QUIJANO CHAMBERS Road Town , Tortola, British Virgin Islands |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | |

**SHARES OWNED**

| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| --- | --- | --- | --- |
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |



