# EXHIBIT E

XHAMSTER
BENELUXTM 1321550 | BENELUXTM 986331
Filed Date: November 19, 2015
REGISTERED

| | |
|---|---|
| Trademark | Mark: XHAMSTER<br>Languages: English<br>Design Type: WORD ONLY<br>Design Limit: NO<br>Duration: 10 Year(s) |
| Status | Active/Inactive: ACTIVE<br>Status: REGISTERED |
| Identity | Application No.: 1321550<br>Registration No.: 986331<br>Country - Organization: Benelux |
| Date | Application Date: 2015-11-19<br>Registered: 2015-12-03<br>Published: 2015-12-03<br>Will Expire: 2025-11-19 |
| Publication | Journal: BULL. No: 1203 |
| Goods & Services | Goods - Services:<br>[English] Cl 09 Digital media, namely, downloadable video recordings, motion pictures, film clips and images featuring adult entertainment.<br>[English] Cl 35 Promotional services provided via a website, namely, promotion of online third-party offers of adult entertainment, especially videos, images and sound recordings, on the Internet; promotion of online third-party offers by providing a Web site featuring hyperlinks to the websites of others in the field of adult entertainment.<br>[English] Cl 38 Telecommunication services, namely, streaming of adult-oriented audio, visual and audiovisual material via a global computer network; transmission of voice, data and images; streaming and live streaming of audio and video content on the Internet; video broadcasting services over the Internet in the field of adult entertainment; providing on-line forums for transmission of messages among computer |

        users concerning adult-themed materials; providing access to a website that gives computer users the ability to upload, post, show, display and tag adult-themed information, photographs, audio, and video clips; providing access to a social networking website featuring videos, photographs, images, text, and other multimedia content for entertainment purposes; providing access toa a website featuring information on love, romance, and interpersonal relationships.

[English] Cl 41 Entertainment services, via a website featuring adult entertainment; entertainment services, via a website featuring videos, photographs, film clips, and other multimedia materials in the field of adult entertainment; publication of on-line journals, namely, a blog and user message board featuring adult-oriented entertainment, information and stories; providing adult-oriented entertainment in the nature of live show performances.

[English] Cl 42 Web-based hosting of digital adult entertainment content for others, especially images, videos, and sound-recordings, via the Internet.

[English] Cl 45 Internet-based social networking services.

| | |
|---|---|
| Class | International Class(es):<br>09<br>35<br>38<br>41<br>42<br>45 |
| Owner | Current Owner:<br>xHamster IP Holdings Ltd.<br><br>Last Reported Owner:<br>xHamster IP Holdings Ltd.<br>Nevis Street 60<br>St. John's Antigua and Barbuda |
| Affiliate | Agent:<br>V.O.<br>Carnegieplein 5, 2517 KJ Den Haag<br>Netherlands |

| | |
|---|---|
| Historical | EXPEDITED REGISTRATION: BULL. Volume 1203 dated 2015-12-03 |

End of Document

Copyright © 2023 Clarivate Analytics and its licensors. All Rights Reserved.

© 2023 Thomson Reuters. No claim to original U.S. Government Works.