# EXHIBIT F

**Τέλος** 7:20-cv-00947-DCC   Date Filed 01/06/23   Entry Number 258-6   Page 2 of 6
(Σύμφωνα
με τον περί Εταιρειών Νόμο.
Πληρωτέα τέλη και Δικαιώματα)

**HE32(I)**

**Ο ΠΕΡΙ ΕΤΑΙΡΕΙΩΝ ΝΟΜΟΣ**

**ΚΕΦ. 113**

| **Αριθμός Εταιρείας** |
|---|
| **ΗΕ** 348035 |

**Ετήσια έκθεση ιδιωτικής εταιρείας με μετοχικό κεφάλαιο.**
Με βάση τα άρθρα 119-121

| **Όνομα Εταιρείας** | WISEBITS IP LTD | | |
|---|---|---|---|
| **Ημερομηνία Σύνταξης** | 31 / 12 / 2017 | **Κωδικός Φύσης Εργασίας** | |

Η διεύθυνση του Εγγεγραμμένου Γραφείου βρίσκεται στην:

| Οδός/Λεωφ. | Αρχ. Μακαρίου ΙΙΙ | | | Αρ. | 132 |
|---|---|---|---|---|---|
| Κτίριο | SAGRO BUILDING | Όροφος | | Διαμ. | |
| Ενορία/Πόλη/Χωριό | | | | | |
| Επαρχία | Λεμεσός | | Ταχ.Κώδικας | 3021 | |

Η διεύθυνση του Τόπου Μητρώου Μελών βρίσκεται στην:

| Οδός/Λεωφ. | | | Αρ. | |
|---|---|---|---|---|
| Κτίριο | | Όροφος | Διαμ. | |
| Ενορία/Πόλη/Χωριό | | | | |
| Επαρχία | | Ταχ.Κώδικας | | |

Η διεύθυνση του Τόπου Μητρώου Κατόχων Χρεωστικών Ομολόγων βρίσκεται στην:

| Οδός/Λεωφ. | | | Αρ. | |
|---|---|---|---|---|
| Κτίριο | | Όροφος | Διαμ. | |
| Ενορία/Πόλη/Χωριό | | | | |
| Επαρχία | | Ταχ.Κώδικας | | |

**1. Ονομαστικό Μετοχικό Κεφάλαιο.**

| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ |
|---|---|
| Αριθμός Μετοχών | 100000 |
| Ονομαστική αξία κάθε μετοχής | EUR 1 |

**2. Μετοχές κάθε τάξης οι οποίες εκδόθηκαν μέχρι την ημερομηνία σύνταξης αυτής της Έκθεσης.**

| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ |
|---|---|
| Αριθμός Μετοχών | 100000 |

**3. Μετοχές κάθε τάξης οι οποίες εκδόθηκαν με έκπτωση.**

| Τάξη Μετοχών | | | | | | |
|---|---|---|---|---|---|---|
| Αριθμός Μετοχών | | | | | | |

**4. Ποσό το οποίο κλήθηκε για πληρωμή ή λογίστηκε ότι πληρώθηκε, για κάθε τάξη μετοχών.**

| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ |
|---|---|
| Αριθμός Μετοχών | 100000 |
| Ποσό κατά Μετοχή | 1 |

**Όνομα και Διεύθυνση για Αλληλογραφία**

| Όνομα | . NORTHIA CORPORATE LTD | | |
|---|---|---|---|
| Διεύθυνση | Τ.Θ.53396,Λεμεσός | | |
| Ταχ. Κώδικας | 3302 | Τηλέφωνο | 25335022 |

*(η οποία είναι η δέκατη τέταρτη ημέρα μετά την ημερομηνία της Ετήσιας Γενικής Συνέλευσης)

Not for official Use

**5. Ολικό ποσό το οποίο διάθηκε από κλήσεις πληρωμής και ή λογίστηκε ότι πληρώθηκε.**

EUR 100000

**6. Ολικό ποσό κλήσεων οι οποίες δεν πληρώθηκαν.**

EUR 0

**7. Μετοχές κάθε τάξης οι οποίες κατασχέθηκαν.**

| Τάξη Μετοχών | | | | | |
|---|---|---|---|---|---|
| Αριθμός Μετοχών | | | | | |

Ολικό ποσό το οποίο πληρώθηκε πάνω σε κατασχεθείσες μετοχές

**Κατάλογος Μετόχων.**

| Όνομα | | Αρ. Εγγραφής | |
|---|---|---|---|
| Επώνυμο | XHAMSTER IP HOLDINGS LTD | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | | |
| Οδός/Λεωφ. | Nevis Street | Αρ. | 60 |
| Κτίριο | | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | Επαρχία | St. John's |
| Ταχ. Κώδικας | | Χώρα | Antigua |
| Τάξη Μετοχών | ΣΥΝΗΘΕΙΣ | | |
| Αριθμός Μετοχών | 100000 | | |
| Σύνολο Μετοχών | 100000 | | |

| Όνομα | | Αρ. Εγγραφής | |
|---|---|---|---|
| Επώνυμο | | | |
| Όνομα με Λατινικούς χαρακτήρες | | Επώνυμο με Λατινικούς χαρακτήρες | |
| Αρ. Ταυτότητας | | Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | | Χώρα Υπηκοότ. | |
| Επάγγελμα | | | |
| Οδός/Λεωφ. | | Αρ. | |
| Κτίριο | | Όροφος | Διαμ. |
| Ενορία/Πόλη/Χωριό | | Επαρχία | |
| Ταχ. Κώδικας | | Χώρα | |
| Τάξη Μετοχών | | | |
| Αριθμός Μετοχών | | | |
| Σύνολο Μετοχών | | | |

Not for official Use

Κατάλογος μετόχων oίτινες θα παρουσιάζονται ως μέτοχοι μετά τη μεταβίβαση

| | |
|---|---|
| Όνομα | Αρ. Εγγραφής |
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |
| Τάξη Μετοχών | |
| Αριθμός Μετοχών | |
| Σύνολο Μετοχών | |

| | |
|---|---|
| Όνομα | Αρ. Εγγραφής |
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |
| Τάξη Μετοχών | |
| Αριθμός Μετοχών | |
| Σύνολο Μετοχών | |

| | |
|---|---|
| Όνομα | Αρ. Εγγραφής |
| Επώνυμο | |
| Όνομα με Λατινικούς χαρακτήρες | Επώνυμο με Λατινικούς χαρακτήρες |
| Αρ. Ταυτότητας | Αρ. Διαβατηρίου |
| Ημερ. Γεννήσεως | Χώρα Υπηκοότ. |
| Επάγγελμα | |
| Οδός/Λεωφ. | Αρ. |
| Κτίριο | Όροφος    Διαμ. |
| Ενορία/Πόλη/Χωριό | Επαρχία |
| Ταχ. Κώδικας | Χώρα |
| Τάξη Μετοχών | |
| Αριθμός Μετοχών | |
| Σύνολο Μετοχών | |

Not for official Use

| | |
|---|---|
| **Θέσεις Αξιωματούχου** | Διευθυντής |
| Όνομα | ΚΩΝΣΤΑΝΤΙΝΟΣ |
| Επώνυμο | ΧΡΙΣΤΟΦΟΡΟΥ |
| Αρ. Εγγραφής | |
| Όνομα με Λατινικούς χαρακτήρες | CONSTANTINOS |
| Επώνυμο με Λατινικούς χαρακτήρες | CHRISTOFOROU |
| Προηγούμενο Όνομα | |
| Προηγούμενο Επώνυμο | |
| Αρ. Ταυτότητας | 770144 |
| Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | 06 / 10 / 1977 |
| Χώρα Υπηκοότ. | Κύπρος |
| Επάγγελμα | Λογιστής |
| Διευθυντής σε άλλη Εταιρία | |
| Οδός/Λεωφ. | Χλωρίδος |
| Αρ. | 3 |
| Κτίριο | PANTHEA HEIGHTS |
| Όροφος | |
| Διαμ. | |
| Ενορία/Πόλη/Χωριό | |
| Επαρχία | Λεμεσός |
| Ταχ. Κώδικας | 4007 |
| Χώρα | Κύπρος |
| Αντικαταστάτης των Διευθυντών(όνομα) | |
| Αρ.Ταυτ/Αρ.Εγγρ. | |

| | |
|---|---|
| **Θέσεις Αξιωματούχου** | Γραμματέας |
| Όνομα | ΔΗΜΗΤΡΑ |
| Επώνυμο | ΠΑΠΑΧΙΛΛΕΩΣ |
| Αρ. Εγγραφής | |
| Όνομα με Λατινικούς χαρακτήρες | DEMETRA |
| Επώνυμο με Λατινικούς χαρακτήρες | PAPACHILLEOS |
| Προηγούμενο Όνομα | |
| Προηγούμενο Επώνυμο | |
| Αρ. Ταυτότητας | 749548 |
| Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | 26 / 10 / 1975 |
| Χώρα Υπηκοότ. | Κύπρος |
| Επάγγελμα | Δικηγόρος |
| Διευθυντής σε άλλη Εταιρία | |
| Οδός/Λεωφ. | Θεοφίλου |
| Αρ. | 18 |
| Κτίριο | |
| Όροφος | |
| Διαμ. | 21 |
| Ενορία/Πόλη/Χωριό | |
| Επαρχία | Λεμεσός |
| Ταχ. Κώδικας | 3075 |
| Χώρα | Κύπρος |
| Αντικαταστάτης των Διευθυντών(όνομα) | |
| Αρ.Ταυτ/Αρ.Εγγρ. | |

| | |
|---|---|
| **Θέσεις Αξιωματούχου** | |
| Όνομα | |
| Επώνυμο | |
| Αρ. Εγγραφής | |
| Όνομα με Λατινικούς χαρακτήρες | |
| Επώνυμο με Λατινικούς χαρακτήρες | |
| Προηγούμενο Όνομα | |
| Προηγούμενο Επώνυμο | |
| Αρ. Ταυτότητας | |
| Αρ. Διαβατηρίου | |
| Ημερ. Γεννήσεως | |
| Χώρα Υπηκοότ. | |
| Επάγγελμα | |
| Διευθυντής σε άλλη Εταιρία | |
| Οδός/Λεωφ. | |
| Αρ. | |
| Κτίριο | |
| Όροφος | |
| Διαμ. | |
| Ενορία/Πόλη/Χωριό | |
| Επαρχία | |
| Ταχ. Κώδικας | |
| Χώρα | |
| Αντικαταστάτης των Διευθυντών(όνομα) | |
| Αρ.Ταυτ/Αρ.Εγγρ. | |

**Υπογραφή** (Γραμματέας ή Διευθυντής)     ημερομηνία   10 / 04 / 2020

Not for official Use

Not for official Use