# EXHIBIT G

Trademark Search in Europe  >  Trademark Category  >  Advertising, Business & Retail Services  >  XHAMSTER

👍 LIVE  **On 11/4/2020 - Registered**

# XHAMSTER

## XHAMSTER European Union Trademark Information

**By xHamster IP Holdings Ltd.**



The XHAMSTER trademark was assigned an Application Number #018255445 – by the European Union Intellectual Property Office (EUIPO). Trademark Application Number is a unique ID to identify the XHAMSTER mark in EUIPO. The XHAMSTER mark is filed in the category of Advertising, Business & Retail Services , Communications Services , Education and Entertainment Services , Computer & Software Services & Scientific Services , Personal & Legal & Social Services , Computer Product, Electrical & Scientific Products . The legal correspondent for XHAMSTER trademark is Papachilleos , Demetra Papachilleos P.O. BOX 53146 CY-3300 Limassol, CYPRUS . **The current status of the XHAMSTER filing is Registered.**

Based on xHamster IP Holdings Ltd., the XHAMSTER trademark is used in the following business: Promotional services provided via a website, namely promotion of online third party offers of entertainment material, especially videos, images and sound recordings on the internet; promotion of online third party offers by providing a website featuring hyperlinks to the websites of others in the field of entertainment. , Telecommunication services, namely streaming of audio, visual and audiovisual entertainment material via a global computer network; transmission of voice, data and images; streaming and live streaming of audio and video content on the internet; video broadcasting services over the internet in the field of entertainment; providing online forums for transmission of messages among computer users concerning entertainment themed materials; providing access to a website that gives computer users the ability to upload, post, show, display and tag entertainment themed information, photographs, audio and video clips; providing access to a social networking website featuring videos, photographs, images, text and other multimedia content for entertainment purposes; providing access to a website featuring information on love, romance and interpersonal relationships. , Entertainment services via a website; entertainment services via a website featuring videos, photographs, film clips and other multimedia materials in the field of entertainment; publication of online journals, namely a blog and user message board featuring entertainment, information and stories; providing entertainment in the nature of live show performances. , Web based hosting of digital entertainment content for others, especially images, videos and sound recordings via the internet. , Internet based social networking services. , Digital media, namely downloadable video recordings, motion pictures, film clips and images. ,

TrademarkElite can provide you with the best custom-made solutions around your XHAMSTER trademark. You can create a free account on TrademarkElite.com, and add all of your trademarks from one convenient dashboard, and receive free status-updates any time when the status is changed!

| APPLICATION NUMBER |
| --- |
| 018255445 |
| **WORD MARK** |
| XHAMSTER |
| **CURRENT STATUS** |
| Registered |
| **STATUS DATE** |

 FILING DATE

Wednesday, June 17, 2020

 REGISTRATION NUMBER

N/A

 MARK TYPE

Word

 MARK DISTINCTIVENESS

No

 APPLICATION LANGUAGE

English

 SECONDARY LANGUAGE

French

 TRADEMARK OWNER

xHamster IP Holdings Ltd.
St. John's ANTIGUA AND BARBUDA
Owner Type: Legal Entity

 TRADEMARK CORRESPONDENT

Papachilleos
Demetra Papachilleos
P.O. BOX 53146
CY-3300 Limassol
CYPRUS

## Trademark Classification Information

| CLASS INFO | Class 035 - Advertising; business management; business administration; office functions. | 035 |
| CLASS INFO | Class 038 - Telecommunications. | 038 |
| CLASS INFO | Class 041 - Education; providing of training; entertainment; sporting and cultural activities. | 041 |
| CLASS INFO | Class 042 - Scientific and technological services and research and design relating thereto; industrial analysis and research services; design and development of computer hardware and software. | 042 |
| CLASS INFO | Class 045 - Legal services; security services for the protection of property and individuals; personal and social services rendered by others to meet the needs of individuals. | 045 |

apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire extinguishing apparatus.

**009**

## Trademark Goods and Services Description



**DESCRIPTION**

**Class 035 -** Promotional services provided via a website, namely promotion of online third party offers of entertainment material, especially videos, images and sound recordings on the internet; promotion of online third party offers by providing a website featuring hyperlinks to the websites of others in the field of entertainment.

**Class 038 -** Telecommunication services, namely streaming of audio, visual and audiovisual entertainment material via a global computer network; transmission of voice, data and images; streaming and live streaming of audio and video content on the internet; video broadcasting services over the internet in the field of entertainment; providing online forums for transmission of messages among computer users concerning entertainment themed materials; providing access to a website that gives computer users the ability to upload, post, show, display and tag entertainment themed information, photographs, audio and video clips; providing access to a social networking website featuring videos, photographs, images, text and other multimedia content for entertainment purposes; providing access to a website featuring information on love, romance and interpersonal relationships.

**Class 041 -** Entertainment services via a website; entertainment services via a website featuring videos, photographs, film clips and other multimedia materials in the field of entertainment; publication of online journals, namely a blog and user message board featuring entertainment, information and stories; providing entertainment in the nature of live show performances.

**Class 042 -** Web based hosting of digital entertainment content for others, especially images, videos and sound recordings via the internet.

**Class 045 -** Internet based social networking services.

**Class 009 -** Digital media, namely downloadable video recordings, motion pictures, film clips and images.

## CLAIMS - Trademark Publication

| | |
|---|---|
| Date | Jul 23, 2020 |
| Description | Applications published under article 40 CTMR |
| Date | Nov 04, 2020 |
| Description | Registrations with no amendments since the applicationwas published |

## CLAIMS - Trademark Seniority

| | |
|---|---|
| Date | Nov 19, 2015 |
| Description | 0986331 - Accepted (BX) |

protection. **register your trademark in 180+ countries** in the world through TrademarkElite. You are saving 65% through TrademarkElite.com on Trademark Filing, Trademark Renewal, Office Action, and Notice of Allowance Trademark matters.

## #1 High-Tech Trademark Law Firm Made It Easy - Protect Your Brand With Trademark Registration in 180 Countries **Watch how it works »**

### Select the Filing Country:

> EUROPEAN UNION COMMUNITY (CTM)  - European Union

---

### Trademark Registration in European Union

# $599 + Govt Fee*
(1 class)

### Elite Package

---

**Profiled on NYTimes, IEEE, TechCrunch.** Unbeatable Attorney Service in Professionalism and Price.

✅ **Special! - Licensed Lawyers Take Power of Attorney & Represent You at Trademark Office** (~~$199/app.~~ FREE)

✅ **Trademark Filing: $599 X 1 (*$599 first 3 classes*)**

Licensed lawyer works on your case; conducts the knockout search and evaluation on your mark; recommends you the appropriate class(es) and good/service description to best protect your legal rights.

✅ **Generic Trademark Screen; Trademark Status Updates; Opposition Monitoring; and International Filing Reminder.**

✅ **Free Search & Evaluation on Alternative Mark if Your Attorney Thinks There's an Issue with Your First Choice.**

📅 * Govt fee: $1200 X 1 (*$1200 first 3 classes*) ❓ Help

---

### Start Trademark Process »

* The Trademark government fee will be charged when we submit your mark(s) to the Government Trademark Office, which is usually in the next few business days.

## Start Trademark Search

> Search millions of EU trademarks

> Search Now »

---

## Latest Status Update

**On Wednesday, November 4, 2020, the status for the XHAMSTER trademark changes to Registered.**

On Wednesday, June 17, 2020, xHamster IP Holdings Ltd. filed a EU trademark application for XHAMSTER trademark. xHamster IP Holdings Ltd. is located at St. John's ANTIGUA AND BARBUDA.

> Start Trademark Process »



## Free Status Update

It is important for you to keep up to date on the status of your trademark. Missing a deadline could result in your trademark becoming abandoned.

You can get the free status update report for this european union mark. **Click here »**

## Free Trademark Search Tool

🇺🇸 [Trademark Search in USA](#)

🇦🇺 [Trademark Search in Australia](#)

🇨🇦 [Trademark Search in Canada](#)

🇪🇺 [Trademark Search in European](#)

🇬🇧 [Trademark Search in UK](#)

[Trademark Search in the World IP Organization (WIPO)](#)

## TESTIMONIAL

*" As an intellectual property attorney, I understand how important it is to have high quality legal representation for protecting valuable brand names. That is why I chose to have Trademark Elite to register the trademark for my award-winning law blog. Trademark Elite is run by highly experienced trademark counsel who provide personalized attention and outstanding client service. And they are really nice people too! "*

**Michael E. McCabe, Jr**
from IPethicslaw.com

## Ask a Lawyer

**Question:**

Please Ask Your Question Here. e.g., Do I need a Trademark Attorney to file my trademark?

Your Contact Email



[Show another code](#)

Type Captcha Code Here

Ask A Question »

## TRADEMARK SERVICES

Trademark Registration Service

File an International Trademark

Trademark Office Action Service

Trademark Statement of Use

File Statement of Use Extension

Comprehensive Trademark Search Service

Trademark Renewal Service

Trademark Ownership Transfer

Trademark Revival Service

Trademark Monitoring Service

## TRADEMARK DATA

Free U.S. Trademark Search

Free E.U. Trademark Search

Free U.K. Trademark Search

Free Canada Trademark Search

Free Australia Trademark Search

Browse Trademark Categories

Browse Trademark Owners

Browse Logo Trademarks

Browse Daily filed Trademarks

## ABOUT US

About Us

Contact Us

Privacy Policy

Terms of Service

✉ support@trademarkelite.com    📞 1-833-863-5483

© Copyright 2021 Trademark Elite. All rights reserved.