# EXHIBIT J

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

[Company name or number] Search

● Companies  ○ Officers

- Log in/Sign up

# HAMMY MEDIA LTD

Company Number
    HE256933
Status
    Active
Incorporation Date
    29 October 2009 (about 13 years ago)
Company Type
    Limited Company
Jurisdiction
    Cyprus
Registered Address

- Σπύρου Κυπριανού, 79,
  PROTOPAPAS BLDG, Floor 2, Flat/Office 201
  3076, Λεμεσός, Κύπρος
- Cyprus

Directors / Officers

- VINTELLI NOMINEE SERVICES LTD, secretary
- ΜΑΡΤΙΡΟΣ ΧΑΛΑΤΖΙΑΝ, director

Registry Page
    https://efiling.drcor.mcit.gov.cy/Drc...



## Recent filings for HAMMY MEDIA LTD

3 Oct 2022
Transfer of shares

HE57-Transfer of shares of private companies

3 Oct 2022
Transfer of shares

Other Documents
8 Feb 2022
[Transfer of shares](#)

HE57-Transfer of shares of private companies

8 Feb 2022
[Transfer of shares](#)

Other Documents

4 Jan 2018
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

4 Jan 2018
[Filing of Annual Return of private company with share capital](#)

Accounts

29 Nov 2017
[Filing of Annual Return of private company with share capital](#)

HE32-Annual Report

29 Nov 2017
[Filing of Annual Return of private company with share capital](#)

Accounts

[see all filings](#)
**Source** Cyprus Department of Registrar of Companies and Official Receiver, [http://www.mcit.gov.cy/mcit/drcor/drc...](#), 25 Nov 2022
[ update from registry ]

# Latest Events

2009-10-29
   [Incorporated](#)
2009-10-29 - 2019-12-02
   [Addition of officer VINTELLI NOMINEE SERVICES LTD, secretary](#)
2009-10-29 - 2019-12-02
   [Addition of officer ΜΑΡΤΙΡΟΣ ΧΑΛΑΤΖΙΑΝ, director](#)

[See all events](#)

## Corporate Grouping [User Contributed](#)

[xHamster 12](#)

Others in this grouping ([See all 12](#))

- [VINTELLI NOMINEE SERVICES LTD](#) (Cyprus, 6 Apr 2009- )
- [TRAFFIC STARS LTD](#) (Cyprus, 23 Aug 2014- )

- KULITSO LIMITED (Cyprus, 15 Oct 2014- )
- WISEBITS LTD (Cyprus, 24 Jun 2015- )
- CAMON TRADING LTD (Cyprus, 31 Jul 2015- )
- WISEBITS IP LTD (Cyprus, 20 Oct 2015- )
- WISEBITS AD NET LTD (Cyprus, 12 Nov 2015- )
- TECHNIUS LTD (Cyprus, 30 Nov 2015- )
- BODO PROJECT MANAGEMENT LTD (Cyprus, 5 Feb 2016- )
- TECOM LTD (Cyprus, 19 Jan 2017- )

Add to another grouping?
See all corporate groupings

## Similarly named companies

- inactive HAMMY MEDIA LTD (United Kingdom, 22 Dec 2008- 3 Aug 2010)
- HAMMY MEDIA & ADVERTISEMENT LTD (Rwanda, 5 Aug 2013- )

* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed November 26 2022

**Problem/question about this data?** Click here

**API Open Data**

For access please Log in / Sign up

## About us

- About
- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter

- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

## Impact

- [Impact](#)
- [Grants](#)