# EXHIBIT K

# ViewDNS.info

**Tools** | API | Research | Data

ViewDNS.info > Tools > **Ping Tool**

Test the response time to your domain name or IP address from multiple locations around the world. Useful for detecting latency issues on network connections.

Domain / IP Address:

[ GO ]

```
PING Results for xhamster.com
==============
```

| Location | IP Address | Minimum RTT | Maximum RTT | Average RTT | Packet Loss |
|---|---|---|---|---|---|
| Asia | | | | | |
| Seoul, South Korea | 104.18.155.3 | 2.122 | 2.218 | 2.170 | 0% |
| Oceania | | | | | |
| Perth, Australia | 104.18.155.3 | 0.474 | 0.531 | 0.492 | 0% |
| Sydney, Australia | 104.18.156.3 | 0.754 | 0.882 | 0.805 | 0% |
| Europe | | | | | |
| Helsinki, Finland | 104.18.155.3 | 18.004 | 18.069 | 18.047 | 0% |
| London, UK | 104.18.155.3 | 1.190 | 1.274 | 1.236 | 0% |
| Rotterdam, Netherlands | 104.18.156.3 | 3.532 | 3.864 | 3.640 | 0% |
| Sandefjord, Norway | 104.18.156.3 | 20.000 | 20.048 | 20.020 | 0% |
| North America | | | | | |
| Beauharnois, Canada | 104.18.156.3 | 7.934 | 8.007 | 7.963 | 0% |
| Atlanta, USA | 104.18.156.3 | 0.456 | 0.688 | 0.559 | 0% |
| Los Angeles, USA | 104.18.156.3 | 0.595 | 0.746 | 0.687 | 0% |
| New York, USA | 104.18.156.3 | 0.710 | 0.781 | 0.736 | 0% |
| Seattle, USA | 104.18.155.3 | 0.641 | 0.688 | 0.662 | 0% |
| South America | | | | | |
| São Paulo, Brazil | 104.18.155.3 | 1.173 | 1.266 | 1.210 | 0% |

Follow @viewdns

All content © 2023 ViewDNS.info
Feedback / Suggestions / Contact Us - Privacy Policy