# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | |
| Plaintiffs, | Case No.: 7:20-cv-00947 |
| vs. | |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., | MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE IN OPPOSITION TO XHAMSTER IP HOLDINGS, LTD'S MOTION TO DISMISS |
| Defendants. | |

The undersigned counsel requests an extension of time in which to file a reply to Plaintiff's Response in Opposition to Xhamster IP Holdings, LTD's Motion to Dismiss. The current deadline to file Xhamster's reply is January 13, 2023. Counsel for Xhamster respectfully requests a three-week extension of time to file her reply. Undersigned counsel has several other current deadlines that have prevented her from finalizing Xhamster's reply. If this motion is granted, the new deadline for Xhamster's reply would be February 3, 2023. Counsel for Xhamster has conferred with opposing counsel and counsel does not have any objection to an extension of time being granted.

Respectfully requested,

s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed. I.D.# 9943
Metcalfe & Atkinson, LLC

1395 South Church Street
Greenville, South Carolina 29605
Telephone: (864) 214-2319
Facsimile: (864) 214-3067
hmetcalfe@malawfirmsc.com

*Attorney for Xhamster IP Holdings, LTD*

January 13, 2023
Greenville, South Carolina