UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9,<br><br>    Plaintiffs,<br><br>vs.<br><br>Collins Murphy, et al.,<br><br>    Defendants. | Case No.: 7:20-cv-00947 |

## SUPPLEMENTAL DECLARATION OF CONSTANTINOS CHRISTOFOROU

Constantinos Christoforou being duly sworn, does hereby depose and state:

1. My name is Constantinos Christoforou. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am a Director of xHamster IP Holdings, Ltd. ("XIH"), which – in February of 2021 – changed its name to Online Media IP Holding Ltd. Because the complaint in this case references XIH, I will do the same in this declaration.

3. As stated in my declaration dated November 22, 2022 and submitted in this matter, XIH owns and maintains the "xHamster" trademark.

4. XIH has a licensing agreement with Hammy Media Ltd. ("HML"), which allows HML to use the "xHamster" trademark in connection with its operation of the xHamster.com website.

Signed under the pains and penalties of perjury this 25th day of January, 2023.

                                 _____
                                 Constantinos Christoforou, Director
                                 xHamster IP Holdings, Ltd. (now
                                 known as Online Media IP Holdings, Ltd.)