**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br> NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES <br> (03/06/23-03/10/23) |

I, Hannah Rogers Metcalfe, counsel for Defendant Hammy Media, LTD, Trafficstars LTD, Wisebits LTD, Xhamster IP Holdings LTD, and Wisebits IP LTD, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter from March 6, 2023 through March 10, 2023, during which time I am scheduled to be out of state on a previously-planned family vacation.

Respectfully requested,

s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed. I.D.# 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
Telephone: (864) 214-2319
Facsimile: (864) 214-3067
hmetcalfe@malawfirmsc.com

1

*Attorney for Hammy Media, LTD, Trafficstars LTD, Wisebits LTD, Xhamster IP Holdings LTD, and Wisebits IP LTD*

February 6, 2023
Greenville, South Carolina