IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JANE DOES 1-9,<br><br>PLAINTIFFS<br><br>vs.<br><br>COLLINS MURPHY et al.<br><br>DEFENDANTS | C/A No. 7:20-CV-00947-DCC<br><br><br>PLAINTIFFS' MOTION FOR ADDITIONAL PAGES |

Pursuant to Local Rule 7.05, DSC, the undersigned counsel respectfully moves for leave to include up to four additional pages in his brief in this case. Rule 7.05 limits pages to a total of 35 unless the Court grants an exception. The additional pages would increase the total to 39 pages. Although he will make every effort to avoid duplicating arguments, he anticipates needing four additional pages to properly address all relevant points.

Counsel for Defendants do not object to this Motion. Local Rule 7.02, DSC.

[SIGNATURE BLOCK ON THE FOLLOWING PAGE.]

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*s/J. Edward Bell, III*
J. Edward Bell, III (1280)
Joshua M. W. Salley (13214)
219 North Ridge Street
Georgetown, SC  29440
TEL.: (843) 546-2408
FAX: (8430 546-9604
jeb@belllegalgroup.com
jsalley@belllegalgroup.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull (admitted Pro Hac Vic)
Danielle Bianculli Pinter (admitted Pro Hac Vice)
Christen Price (admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

***ATTORNEYS FOR PLAINTIFF***

February 20, 2023
Georgetown, SC