# EXHIBIT F

## ORGANISATION DETAILS

| | |
|---|---|
| ORGANISATION NAME: | WISEBITS LTD |
| REGISTRATION NUMBER: | 344672 |
| TYPE: | Limited Company |
| SUBTYPE: | Private |
| NAME STATUS: | Current Name |
| REGISTRATION DATE: | 24/06/2015 |
| ORGANISATION STATUS: | Active |
| STATUS DATE: | |
| OBJECTS: | Επενδυτικές εργασίες και άλλα |

## ADDRESS

| | |
|---|---|
| REGISTERED OFFICE ADDRESS: | Αρχ. Μακαρίου III, 132, SAGRO BUILDING, 3021, Λεμεσός, Κύπρος |

## DIRECTORS & SECRETARIES

### DIRECTORS

| | |
|---|---|
| NAME : | ΚΩΝΣΤΑΝΤΙΝΟΣ ΧΡΙΣΤΟΦΟΡΟΥ |
| ADDRESS: | Χλώριδος, 3 PANTHEA HEIGHTS COURT, Flat 31  4007, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | Κύπρος |

### SECRETARIES

| | |
|---|---|
| NAME : | TREMELLIAN LTD |
| ADDRESS: | Προδρόμου, 75 ONEWORLD PARKVIEW HOUSE, Floor 4  2063, Λευκωσία, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | HE 418835 |

## SHARE CAPITAL

### AUTHORISED SHARE CAPITAL

**EUR 1,000.00 divided as :**

| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
|---|---|---|---|
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |

### ISSUED CAPITAL

**EUR 1,000.00 divided as :**

| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
|---|---|---|---|
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |





## SHAREHOLDERS

NAME : MINDSERVE (TRUSTEES) LIMITED AS TRUSTEES OF THE EAGLE OWL TRUST

ADDRESS : Σπύρου Κυπριανού, 75 , Floor 1 Ποταμός Γερμασόγειας 4042, Λεμεσός, Κύπρος

COUNTRY OF CITIZENSHIP /
REG. NUMBER :

| SHARES OWNED | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΣΥΝΗΘΕΙΣ | 100 | EUR | 1.00 |

NAME : MINDSERVE (TRUSTEES) LTD AS TRUSTEES OF THE BIGBEE HOLDINGS TRUST

ADDRESS : Σπύρου Κυπριανού, 75 , Floor 1 Ποταμός Γερμασόγειας 4042, Λεμεσός, Κύπρος

COUNTRY OF CITIZENSHIP /
REG. NUMBER :

| SHARES OWNED | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΣΥΝΗΘΕΙΣ | 900 | EUR | 1.00 |



