# EXHIBIT G

## ORGANISATION DETAILS

| | |
|---|---|
| ORGANISATION NAME: | HAMMY MEDIA LTD |
| REGISTRATION NUMBER: | 256933 |
| TYPE: | Limited Company |
| SUBTYPE: | Private |
| NAME STATUS: | Current Name |
| REGISTRATION DATE: | 29/10/2009 |
| ORGANISATION STATUS: | Active |
| STATUS DATE: | |
| OBJECTS: | Γενικές επιχειρήσεις και άλλα |

## ADDRESS

| | |
|---|---|
| REGISTERED OFFICE ADDRESS: | Σπύρου Κυπριανού, 79, PROTOPAPAS BLDG, Floor 2, Flat 201  3076, Λεμεσός, Κύπρος |

## DIRECTORS & SECRETARIES

**DIRECTORS**

| | |
|---|---|
| NAME : | ΜΑΡΤΙΡΟΣ ΧΑΛΑΤΖΙΑΝ |
| ADDRESS: | Αριστόδημου Πηλαβάκη, 4  Αγία Τριάδα 3032, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | Κύπρος |

**SECRETARIES**

| | |
|---|---|
| NAME : | VINTELLI NOMINEE SERVICES LTD |
| ADDRESS: | Αρχ. Μακαρίου ΙΙΙ, 135 EMELLE BUILDING, Floor 4  3508, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | HE 247998 |

## SHARE CAPITAL

**AUTHORISED SHARE CAPITAL**

| EUR 1,000.00 divided as : | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |

**ISSUED CAPITAL**

| EUR 1,000.00 divided as : | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |





## SHAREHOLDERS

NAME : MINDSERVE (TRUSTEES) LTD AS TRUSTEES OF THE BIGBEE HOLDINGS TRUST

ADDRESS : Σπύρου Κυπριανού, 75 , Floor 1 Ποταμός Γερμασόγειας 4042, Λεμεσός, Κύπρος

COUNTRY OF CITIZENSHIP / REG. NUMBER :

| SHARES OWNED | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |


