# EXHIBIT K



Go to TrafficStars          English

Search for articles...

All Collections     Advertising     Advertising Guides     How can I create a campaign?

# How can I create a campaign?

Ad targeting best practices

 Written by Wade Wilson
Updated this week

- [Ad format](#)
- [Categories](#)
- [Scheduling](#)
- [Targeting](#)
- [Retargeting](#)
- [Optimizer](#)
- [Audience](#)
- [Pricing models](#)
- [Creatives](#)
- [Content moderation](#)

In this step by step guide we will show you how to create a banner ad campaign and all the important settings.

[Log in to your account](#) and click **Create campaign**.



# Ad format

Choose an ad format and name your campaign.
For example, **Banner 300x100**.



Then select a banner size. Let's say it will be 300x100.



# Categories

Choose **Whitelist** to receive traffic from the selected categories (adult and mainstream) and tags. Choosing **Blacklist**, you'll not receive traffic from the selected categories and tags.

💡 If Whitelist is selected, then you will not receive traffic from NEW tags.



## Scheduling

Here you can choose your time zone, specify start and end dates of the campaign.

| 📅 **Scheduling** |
|---|

| **Start and end date** | Time zone of the start and end dates |
|---|---|
| | (UTC) Coordinated Universal Time ▾  ❓ |
| | Start date 📅 |
| | End date 📅 |

**Day-time range** ❓   ⦿ ALL   ○ CUSTOM

Also, You can choose the days and hours during which your campaign will be active.

💡 Use presets to quickly select the right time.

ALL    WORKING HOURS    DAY TIME    NIGHT TIME    CLEAR ALL

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MON** | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |
| **TUE** | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |
| **WED** | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |
| **THU** | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |
| **FRI** | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |
| **SAT** | | | | | | | | | | | | | | | | | | | | | | | | |
| **SUN** | | | | | | | | | | | | | | | | | | | | | | | | |

## Targeting

Select required targeting options depending on your campaign goals. Let's take a look at each separately.

### GEO targeting

Here you can find the list of 240 countries. Select required GEOs.

💡 In addition to the standard manual selection of each country, you can use presets, like tier-1, DACH, English speaking countries etc.



You can also target specific regions, for example, Arizona, California etc.

💡 Too narrow target can be the reason for the lack of impressions.




## Languages

We recommend setting up language according to the ad creatives and landing page.

**Choose languages**                                    ✕

🔍 Search for a language                         **SELECT ALL**

☐ English

☑ German

☐ French

## Devices

We recommend creating separate campaigns for each device. The major benefit of this segmentation is more precise bid control.

Devices            ◯ ALL      ⦿ CUSTOM

                   ☐ DESKTOP   ☑ MOBILE   ☐ TABLET

## Operating systems

Targeting by operating system and specific versions giving you granular control over the delivery of your ads to users. This is essential for promoting mobile apps.

💡 Don't mark desktop operating systems if you're targeting mobile devices.

## Choose operating systems                          ✕

🔍 Search for an operating system                    **SELECT ALL**

☑ iOS

☐ Tizen

☐ Android

## Choose operating system versions                  ✕

🔍 Search for an operating system ver:               **SELECT ALL**

➖ iOS  70                                            ⌃

   ☑ 15.9

   ☑ 16.0

   ☑ 15.8

   ☑ 15.7

   ☑ 16.1

   ☐ 3.2

## Browsers

Targeting by browser is needed for advertisers who promote browser-specific products, like extensions. Also, this is an additional option to analyze the effectiveness of your ads.

### Choose browsers                                    ✕

🔍 Search for a browser                    **SELECT ALL**

☐ Chrome

☑ Chrome Mobile

☐ Firefox

☑ Firefox Mobile

☐ IE

## Carriers

Target users by mobile operator (carrier) or cable internet provider (wi-fi).
This targeting is essential if you're promoting a PIN-submit offer that requires a specific carrier.



## Proxy traffic type

Proxy servers enable users to hide their identity on the web. This is most often used by users to access sites that are blocked in their home country. So if you do not want to get impressions from unknown traffic or non-residents – check *only non-proxy traffic*.

Click the Advanced button to expand additional targeting options.



Here you can find additional targeting options for devices. Select a brand, model price and release date for even deeper mobile device targeting.



IP targeting allows you to add specific IP addresses, i.e. show ads at a hyper-focused level.



# Keywords

Keywords are the tags placed on the content of websites. In general, it is similar to category targeting, but keywords have more variations and could be more precise and niche. If a keyword of content matches the keyword in your ad campaign your ad will be shown on the spot of the page.



Keywords   (?)

Keywords

Type words separeted by a comma      Enter     **CLEAR ALL**

top model   ⊗

## Retargeting

This tool allows advertisers to target visitors that visited a landing page, but leave it without making a conversion. Click here to learn how retargeting works and how to set it up.



Retargeting (FAQ)    ○ OFF    ● SIMPLE    ○ ADVANCED

**● INCLUDE**
The ads will only be shown for users in this collection

**○ EXCLUDE**
The ads will be shown for all users except this collection.

User collection
None   ▾  (?)   GET CODE  |  + CREATE NEW

Collect users    ○ OFF    ● COLLECT

THE USERS WHO CLICKED ON YOUR ADS WILL BE SAVED IN THE COLLECTION

User collection
None   ▾  (?)   GET CODE  |  + CREATE NEW

## Optimizer

This is a tool that automatically adds under-performing ad spots to blacklists according to the rules you set. Learn more about Optimizer here.



## Audience

Select the traffic type:

- RON - all ad spots.
- PRIME - Premium ad spots.
- MEMBERS AREA - Ad spots with registered users.

We recommend you to create separate campaigns for each traffic type.

💡 This way you will precisely control your price. Set a higher bid for the *Members area* and a lower bid for *RON* traffic.

Once the campaign is saved, you can not change traffic type.



You can add sites and ad spots to **Whitelists or Blacklists.**

**Whitelist** means that your ads will be shown only to users from the specified sources.

**Blacklist** means that your ads will be NOT be shown to users from the specified sources.

💡 Click *Edit* to check the added domain names.



## Traffic sources

Select both source types or start with direct inventory to test a new offer.



## Pricing models

Select a pricing model by which you will buy traffic:

[CPM](#) - pay for 1000 impressions.

[CPC](#) - pay per click.

[CPA](#) - pay per conversion.

💲 **Pricing**

Advertising model

- ⦿ **CPM**
  Cost per thousand impressions. FAQ
- ◯ **CPC**
  Cost per click. FAQ
- ◯ **CPA**
  Cost per action. FAQ

💡 Besides standard CPM, you can launch ads on **Dynamic CPM**. DCPM allows you to bid at the best price possible without going higher than the bid set by you.

💡 If you choose Native ad format, the **CPMv model** will also be available.

💡 Keep in mind that our **auction based on eCPM**. So, CPM is the most stable and recommended bidding model. Thus, having tested our traffic and found profitable approaches, we recommend running ad campaigns on CPM model.

## Price

Set the bid you're willing to pay for ads.



Price ⓘ

CPM
$ 0.03    ✓ STANDARD    ◯ DYNAMIC

✓ OPTIMAL CHOICE TO RECEIVE TRAFFIC FROM ALL OF YOUR SELECTED TARGET.

| LOWEST | MINIMUM | RECOMMENDED | PREMIUM |
|---|---|---|---|
| △ $ 0.002 | ◯ $ 0.01 | ⬡ $ 0.03 | ◇ $ 0.809 |
| The lowest possible bid for your targeting | The minimum bid to compete for all the targeted traffic | Based on the eCPM of all targeted GEOs and spots | Based on the max eCPM among targeted GEOs and spots |
| • Does not include all of your targeting | • Includes all of your targeting | • Includes all of your targeting | • Includes all of your targeting |
| • Lowest price for traffic within your targeting | • The minimum bid to participate in all auctions for targeted | • The recommended bid to test the selected targeting for optimal auction results | • The highest bid to cover all the selected targeting and win most of the traffic |
| APPLY BID | APPLY BID | APPLY BID | APPLY BID |

## Budget

Set an overall or daily budget limit. The minimum daily budget is $10.

For In-Page Push ad format, the min daily budget is $25.

Budget

Daily budget

$ 10

TOTAL BUDGET

## Distribution

ASAP - tick it if you want to spend your budget as soon as possible.
EVEN - tick this option if you want to distribute the budget evenly throughout the day.

Distribution      ✓ ASAP      ○ EVEN

## Creatives

Upload your banners.
We support images (JPG, JPEG, PNG), including animated (GIF), <u>video</u> and <u>HTML5 banners</u>.
The maximum file size is 4 Mb.



Add one or several banners.

## Priority

Giving priority to banners is basically like increasing their weight inside your ad campaign. In the case where you have 2 banners:

- #1 has priority 1
- #2 has priority 2

The first will receive 33,3% traffic and the second 66.6% traffic. In general the display of the banner to display is "pseudorandom". Priority just increases the probability of choosing the banner with the biggest weight.

For example, if you have 4 banners and weights are respectively 1, 2, 3, 4: the system calculates the sum of all weights (1+2+3+4=10), and for each banner it sets the probability as the weight of banner divided by the sum of all weights (such as 1/10, 2/10, 3/10, 4/10, so the chances will be 10%, 20%, 30%, 40% per banner accordingly). It does not guarantee that the banner with the highest priority will get the 1st impression, but it definitely increases its probability.

💡 We recommend to keep it by default initially, and then adjust, depending your creatives performance.

## Frequency capping

Set the frequency capping and add a link to the promoted offer.



## Tokens

Add required tokens to the link.

💡 Keep in mind that {click_id} token is a must in order to pass conversion information.

Set up S2S tracking to get conversions visible in TrafficStars statistics.



## Content Moderation

If everything is alright, click Publish and the campaign will be sent to moderation.

Moderation usually takes 10 minutes during our working hours, longer on weekends and holidays.



After the campaign is approved, it will start getting traffic. Otherwise, you will receive an email explaining why your campaign or ad creatives were rejected.

>> **The most common reasons for rejection**

Create campaign

Did this answer your question?

  



Website    Terms & Conditions    Privacy Policy    Cookies Policy    DMCA Notice    Guidelines
Job Candidate Privacy Policy

