# EXHIBIT L



Go to TrafficStars    English

Search for articles...

All Collections    Advertising    General Questions    Minimum bids

# Minimum bids

Minimum traffic cost



Written by Wade Wilson
Updated over a week ago

Here you can find our minimum CPM rates:

### RON traffic

| Ad format | Tier 1 | Tier 2 | Tier 3 |
| --- | --- | --- | --- |
| Popunder | $0.5 | $0.15 | $0.1 |
| Video | $0.3 | $0.1 | $0.08 |
| Native | $0.01 | $0.003 | $0.001 |
| Banner | $0.01 | $0.004 | $0.002 |
| Interstitial | $0.4 | $0.2 | $0.1 |
| Push Classic | $0.01 | $0.003 | $0.001 |

### Partner networks traffic

| Ad format | Tier 1 | Tier 2 | Tier 3 |
|---|---|---|---|
| Popunder | $0.25 | $0.125 | $0.05 |
| Video | $0.15 | $0.05 | $0.04 |
| Native | $0.005 | $0.003 | $0.001 |
| Banner | $0.005 | $0.004 | $0.002 |
| Interstitial | $0.2 | $0.1 | $0.05 |
| Push Classic | $0.005 | $0.003 | $0.001 |

**xHamster**

| Tier | Popunder | Video |
|---|---|---|
| Arab world | $0.2 | $0.1 |
| Asian tigers | $0.5 | $0.1 |
| BeNeLux | $1.0 | $0.6 |
| Central Europe and the Baltics | $0.6 | $0.1 |
| DACH | $1.0 | $0.7 |
| East Asia & Pacific | $0.2 | $0.1 |
| Eastern Europe & Central Asia | $0.6 | $0.1 |
| English speaking | $1.0 | $0.7 |
| EUMED 7 | $0.9 | $0.6 |
| Gold but small | $0.4 | $0.2 |
| LatAm & Caribbean | $0.2 | $0.1 |
| Nordics | $1.0 | $0.6 |
| South Asia | $0.1 | $0.1 |
| Africa | $0.4 | $0.1 |

**xHamster, native and banner ads**

| Ad format | Tier 1 | Tier 2 | Tier 3 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Native | $0.01 | $0.003 | $0.001 |
| Banner | $0.01 | $0.004 | $0.002 |

**Tier-1 GEOs:** the wealthiest countries and the most competitive GEOs (Northern and Western Europe, North America, Australia, etc.)

**Tier-2 GEOs:** less competitive locations and lower average income per person (Eastern and Central Europe, Central Asia ,etc.)

**Tier-3 GEOs:** developing countries and consumers with low purchasing power (South and East Asia, LatAm & Caribbean, Africa, etc.).

| AF | Afghanistan | South Asia |
|---|---|---|
| BD | Bangladesh | South Asia |
| BT | Bhutan | South Asia |
| IN | India | South Asia |
| LK | Sri Lanka | South Asia |
| NP | Nepal | South Asia |
| PK | Pakistan | South Asia |
| AX | Åland Islands | Nordics |
| DK | Denmark | Nordics |
| FI | Finland | Nordics |
| FO | Faroe Islands | Nordics |
| GL | Greenland | Nordics |
| IS | Iceland | Nordics |
| NO | Norway | Nordics |
| SE | Sweden | Nordics |

| | | |
|---|---|---|
| SE | Sweden | Nordics |
| SJ | Svalbard and Jan Mayen | Nordics |
| AR | Argentina | Latin America & Caribbean |
| BO | Bolivia, Plurinational State of | Latin America & Caribbean |
| BR | Brazil | Latin America & Caribbean |
| CL | Chile | Latin America & Caribbean |
| CO | Colombia | Latin America & Caribbean |
| CR | Costa Rica | Latin America & Caribbean |
| CU | Cuba | Latin America & Caribbean |
| DO | Dominican Republic | Latin America & Caribbean |
| EC | Ecuador | Latin America & Caribbean |
| GD | Grenada | Latin America & Caribbean |
| GT | Guatemala | Latin America & Caribbean |
| GY | Guyana | Latin America & Caribbean |
| HN | Honduras | Latin America & Caribbean |
| HT | Haiti | Latin America & Caribbean |
| KN | Saint Kitts and Nevis | Latin America & Caribbean |
| LC | Saint Lucia | Latin America & Caribbean |
| MX | Mexico | Latin America & Caribbean |
| NI | Nicaragua | Latin America & Caribbean |
| PA | Panama | Latin America & Caribbean |
| PE | Peru | Latin America & Caribbean |
| PY | Paraguay | Latin America & Caribbean |
| SR | Suriname | Latin America & Caribbean |
| SV | El Salvador | Latin America & Caribbean |

| | | |
|---|---|---|
| UY | Uruguay | Latin America & Caribbean |
| VE | Venezuela, Bolivarian Republic of | Latin America & Caribbean |
| AD | Andorra | GOLD BUT SMALL |
| AG | Antigua and Barbuda | GOLD BUT SMALL |
| AI | Anguilla | GOLD BUT SMALL |
| AS | American Samoa | GOLD BUT SMALL |
| AW | Aruba | GOLD BUT SMALL |
| BB | Barbados | GOLD BUT SMALL |
| BL | Saint Barthélemy | GOLD BUT SMALL |
| BM | Bermuda | GOLD BUT SMALL |
| BQ | Bonaire, Sint Eustatius and Saba | GOLD BUT SMALL |
| BS | Bahamas | GOLD BUT SMALL |
| BZ | Belize | GOLD BUT SMALL |
| CC | Cocos (Keeling) Islands | GOLD BUT SMALL |
| CK | Cook Islands | GOLD BUT SMALL |
| CV | Cape Verde | GOLD BUT SMALL |
| CW | Curaçao | GOLD BUT SMALL |
| CX | Christmas Island | GOLD BUT SMALL |
| DM | Dominica | GOLD BUT SMALL |
| FK | Falkland Islands (Malvinas) | GOLD BUT SMALL |
| FM | Micronesia, Federated States of | GOLD BUT SMALL |
| GF | French Guiana | GOLD BUT SMALL |
| GG | Guernsey | GOLD BUT SMALL |

| | | |
|---|---|---|
| GI | Gibraltar | GOLD BUT SMALL |
| GP | Guadeloupe | GOLD BUT SMALL |
| GU | Guam | GOLD BUT SMALL |
| IL | Israel | GOLD BUT SMALL |
| IM | Isle of Man | GOLD BUT SMALL |
| IO | British Indian Ocean Territory | GOLD BUT SMALL |
| JE | Jersey | GOLD BUT SMALL |
| JM | Jamaica | GOLD BUT SMALL |
| KY | Cayman Islands | GOLD BUT SMALL |
| MC | Monaco | GOLD BUT SMALL |
| MF | Saint Martin (French part) | GOLD BUT SMALL |
| MH | Marshall Islands | GOLD BUT SMALL |
| MP | Northern Mariana Islands | GOLD BUT SMALL |
| MQ | Martinique | GOLD BUT SMALL |
| MS | Montserrat | GOLD BUT SMALL |
| MU | Mauritius | GOLD BUT SMALL |
| MV | Maldives | GOLD BUT SMALL |
| NC | New Caledonia | GOLD BUT SMALL |
| NF | Norfolk Island | GOLD BUT SMALL |
| NU | Niue | GOLD BUT SMALL |
| PF | French Polynesia | GOLD BUT SMALL |
| PG | Papua New Guinea | GOLD BUT SMALL |
| PM | Saint Pierre and Miquelon | GOLD BUT SMALL |
| PR | Puerto Rico | GOLD BUT SMALL |

| | | |
|---|---|---|
| RE | Réunion | GOLD BUT SMALL |
| SB | Solomon Islands | GOLD BUT SMALL |
| SC | Seychelles | GOLD BUT SMALL |
| SH | Saint Helena, Ascension and Tristan da Cunha | GOLD BUT SMALL |
| SM | San Marino | GOLD BUT SMALL |
| SX | Sint Maarten (Dutch part) | GOLD BUT SMALL |
| TC | Turks and Caicos Islands | GOLD BUT SMALL |
| TT | Trinidad and Tobago | GOLD BUT SMALL |
| VA | Holy See (Vatican City State) | GOLD BUT SMALL |
| VC | Saint Vincent and the Grenadines | GOLD BUT SMALL |
| VG | Virgin Islands, British | GOLD BUT SMALL |
| VI | Virgin Islands, U,S, | GOLD BUT SMALL |
| WF | Wallis and Futuna | GOLD BUT SMALL |
| YT | Mayotte | GOLD BUT SMALL |
| CY | Cyprus | EUMED 7 |
| ES | Spain | EUMED 7 |
| FR | France | EUMED 7 |
| GR | Greece | EUMED 7 |
| IT | Italy | EUMED 7 |
| MT | Malta | EUMED 7 |
| PT | Portugal | EUMED 7 |
| AU | Australia | English Speaking |
| CA | Canada | English Speaking |
| GB | United Kingdom | English Speaking |

| IE | Ireland | English Speaking |
| NZ | New Zealand | English Speaking |
| US | United States | English Speaking |
| ZA | South Africa | English Speaking |
| AL | Albania | Eastern Europe & Central Asia |
| AM | Armenia | Eastern Europe & Central Asia |
| AZ | Azerbaijan | Eastern Europe & Central Asia |
| BA | Bosnia and Herzegovina | Eastern Europe & Central Asia |
| BY | Belarus | Eastern Europe & Central Asia |
| GE | Georgia | Eastern Europe & Central Asia |
| KG | Kyrgyzstan | Eastern Europe & Central Asia |
| KZ | Kazakhstan | Eastern Europe & Central Asia |
| MD | Moldova, Republic of | Eastern Europe & Central Asia |
| ME | Montenegro | Eastern Europe & Central Asia |
| MK | Macedonia, Republic of | Eastern Europe & Central Asia |
| RS | Serbia | Eastern Europe & Central Asia |
| RU | Russian Federation | Eastern Europe & Central Asia |

| | | |
|---|---|---|
| TJ | Tajikistan | Eastern Europe & Central Asia |
| TM | Turkmenistan | Eastern Europe & Central Asia |
| TR | Turkey | Eastern Europe & Central Asia |
| UA | Ukraine | Eastern Europe & Central Asia |
| UZ | Uzbekistan | Eastern Europe & Central Asia |
| BN | Brunei Darussalam | East Asia & Pacific |
| FJ | Fiji | East Asia & Pacific |
| ID | Indonesia | East Asia & Pacific |
| KH | Cambodia | East Asia & Pacific |
| KI | Kiribati | East Asia & Pacific |
| KP | Korea, Democratic People's Republic of | East Asia & Pacific |
| LA | Lao People's Democratic Republic | East Asia & Pacific |
| MM | Myanmar | East Asia & Pacific |
| MN | Mongolia | East Asia & Pacific |
| MY | Malaysia | East Asia & Pacific |
| NR | Nauru | East Asia & Pacific |
| PH | Philippines | East Asia & Pacific |
| PW | Palau | East Asia & Pacific |
| TH | Thailand | East Asia & Pacific |
| TL | Timor-Leste | East Asia & Pacific |

| | | |
|---|---|---|
| TO | Tonga | East Asia & Pacific |
| TV | Tuvalu | East Asia & Pacific |
| VN | Viet Nam | East Asia & Pacific |
| VU | Vanuatu | East Asia & Pacific |
| WS | Samoa | East Asia & Pacific |
| AT | Austria | DACH |
| CH | Switzerland | DACH |
| DE | Germany | DACH |
| LI | Liechtenstein | DACH |
| BG | Bulgaria | Central Europe and the Baltics |
| CZ | Czech Republic | Central Europe and the Baltics |
| EE | Estonia | Central Europe and the Baltics |
| HR | Croatia | Central Europe and the Baltics |
| HU | Hungary | Central Europe and the Baltics |
| LT | Lithuania | Central Europe and the Baltics |
| LV | Latvia | Central Europe and the Baltics |
| PL | Poland | Central Europe and the Baltics |
| RO | Romania | Central Europe and the Baltics |
| SI | Slovenia | Central Europe and the Baltics |

| | | |
|---|---|---|
| SK | Slovakia | Central Europe and the Baltics |
| BE | Belgium | BeNeLux |
| LU | Luxembourg | BeNeLux |
| NL | Netherlands | BeNeLux |
| CN | China | Asian Tigers |
| HK | Hong Kong | Asian Tigers |
| JP | Japan | Asian Tigers |
| KR | Korea, Republic of | Asian Tigers |
| MO | Macao | Asian Tigers |
| SG | Singapore | Asian Tigers |
| TW | Taiwan, Province of China | Asian Tigers |
| AE | United Arab Emirates | Arab World |
| BH | Bahrain | Arab World |
| DJ | Djibouti | Arab World |
| DZ | Algeria | Arab World |
| EG | Egypt | Arab World |
| IQ | Iraq | Arab World |
| IR | Iran, Islamic Republic of | Arab World |
| JO | Jordan | Arab World |
| KM | Comoros | Arab World |
| KW | Kuwait | Arab World |
| LB | Lebanon | Arab World |
| LY | Libya | Arab World |
| MA | Morocco | Arab World |

| | | |
|---|---|---|
| MR | Mauritania | Arab World |
| OM | Oman | Arab World |
| PS | Palestine, State of | Arab World |
| QA | Qatar | Arab World |
| SA | Saudi Arabia | Arab World |
| SD | Sudan | Arab World |
| SO | Somalia | Arab World |
| SY | Syrian Arab Republic | Arab World |
| TN | Tunisia | Arab World |
| YE | Yemen | Arab World |
| AO | Angola | Africa |
| BF | Burkina Faso | Africa |
| BI | Burundi | Africa |
| BJ | Benin | Africa |
| BW | Botswana | Africa |
| CD | Congo, The Democratic Republic of the | Africa |
| CF | Central African Republic | Africa |
| CG | Congo | Africa |
| CI | Côte d'Ivoire | Africa |
| CM | Cameroon | Africa |
| ER | Eritrea | Africa |
| ET | Ethiopia | Africa |
| GA | Gabon | Africa |
| GH | Ghana | Africa |

| | | |
|---|---|---|
| GM | Gambia | Africa |
| GN | Guinea | Africa |
| GQ | Equatorial Guinea | Africa |
| GW | Guinea-Bissau | Africa |
| KE | Kenya | Africa |
| LR | Liberia | Africa |
| LS | Lesotho | Africa |
| MG | Madagascar | Africa |
| ML | Mali | Africa |
| MW | Malawi | Africa |
| MZ | Mozambique | Africa |
| NA | Namibia | Africa |
| NE | Niger | Africa |
| NG | Nigeria | Africa |
| RW | Rwanda | Africa |
| SL | Sierra Leone | Africa |
| SN | Senegal | Africa |
| SS | South Sudan | Africa |
| ST | Sao Tome and Principe | Africa |
| SZ | Swaziland | Africa |
| TD | Chad | Africa |
| TG | Togo | Africa |
| TZ | Tanzania, United Republic of | Africa |
| UG | Uganda | Africa |
| ZM | Zambia | Africa |

| | | |
|---|---|---|
| ZM | Zambia | Africa |
| ZW | Zimbabwe | Africa |



Did this answer your question?

  

---

Website    Terms & Conditions    Privacy Policy    Cookies Policy    DMCA Notice    Guidelines
Job Candidate Privacy Policy