# EXHIBIT M



START 🚀

## DevOps - TrafficStars

APPLY NOW

**DevOps - TrafficStars**

**Limassol, Cyprus**

Every day our advertising network registers over 6 billion events using 300 servers located in 5 data centres in Europe and the United States. During peak hours the load reaches over 700 thousand requests per second. The ClickHouse cluster has a total size of 1.2 petabytes. At the same time the whole system works like a Swiss watch, made possible only thanks to a team of smart, talented and proactive people. We are looking for real professionals ready to implement new and ambitious plans with us, which will allow us to keep providing the best service for our clients. Due to the growth of the IT department, we are opening a vacancy for the position of DevOps. The vacancy implies a relocation in Limassol, Cyprus and full official employment (whole family relocation is available). Southern Europe (sun, sea, fruits), ecology, safety and a huge Russian-speaking IT community.

**Tasks:**

Development and support of IT infrastructure in a highly loaded geo-distributed project;

Ensuring the smooth operation of infrastructure and services;

Setting up assembly, testing and deployment pipelines;

Process automation;

Maintenance of PostgreSQL, Clickhouse, Kafka, Aerospike clusters;

Creation and operation of various environments from testing to production;

Identification of potential problems and participation in the creation of solutions to eliminate them;

Search, testing and implementation of new solutions that help optimize current processes and improve the quality of services provided.

**What will you work with:**

Highly loaded system, handling up to 600 K Rps;

Clickhouse cluster processing petabytes of statistics data;

Infrastructure built on the principle of Infrastructure as code;

CI / CD built with Gitlab-CI;

We use cookies to provide functionality our TrafficStars Sites, personalize content and advertisements, to enable social media functionality and analyze our traffic. View our Cookie Policy

SHOW OPTIONS    ACCEPT ALL COOKIES




Bare metal, VM, Cloud.

Requirements:

Linux;

Docker;

Nginx;

ClickHouse, PostgreSQL, Redis, Aerospike;

Experience with Kafka message brokers;

Git, Gitlab, Gitlab CI;

Ansible;

Prometheus;

ELK / EFK;

Knowledge of the principles of TCP / IP, network services (DHCP, DNS, IPSEC, VPN, SSH);

Knowledge of any scripting programming language (we use python/golang).

A big plus in your experience will be:

Knowledge of SQL;

Sentry Jaeger;

Experience with cloud platforms;

Experience with orchestrators (k8s, nomad, etc …).

We offer:

All-white salary above the market average;

Lack of dress code and bureaucracy;

A work laptop to choose from: Mac or PC;

Tickets to Cyprus at the expense of the company;

Work visa for employee and visitor visa for family members;

We provide housing for the first month;

Medical insurance and mobile communications;

We use cookies to provide functionality our TrafficStars Sites, personalize content and advertisements, to enable social media functionality and analyze our traffic. View our Cookie Policy

SHOW OPTIONS    ACCEPT ALL COOKIES



Free lunches and drinks;

Always full baskets of fruits and all sorts of goodies in the office;

Free courses in English and Greek;

Payment for sports activities;

Partial fees for schools and kindergartens.

Join our team!

START 🚀

# Application Form

## Application Form

Apply for position

Apply for position

**Full name** *

**Email** *

**Phone number** *

**Telegram or other social network**

**Your CV (PDF Recomended, 5MB)** *

We use cookies to provide functionality our TrafficStars Sites, personalize content and advertisements, to enable social media functionality and analyze our traffic. View our Cookie Policy

SHOW OPTIONS    ACCEPT ALL COOKIES



START 🚀

☐ I give my consent to personal data processing pursuant to the Job Candidate Privacy Policy

Captcha *


I'm not a robot
reCAPTCHA
Privacy - Terms

APPLY NOW

## Advertisers

### Advertisers

Your ads will reach millions of users daily.
Your ads will reach millions of users daily.

Learn more
Learn more →

## Publishers

### Publishers

Maximize the value of your inventory.
Maximize the value of your inventory.

Learn more
Learn more →

## RTB

### RTB

Increase your ROI, reduce costs, and automate media buys.
Increase your ROI, reduce costs, and automate media buys.

Learn more
Learn more →

# TrafficStars

🇬🇧 English ⌄

**Platform**
Advertisers
Publishers
RTB

**Company**
About Us
Our offices
Careers

**Get Started**
Create an account
Sign In

We use cookies to provide functionality our TrafficStars Sites, personalize content and advertisements, to enable social media functionality and analyze our traffic. View our Cookie Policy

SHOW OPTIONS    ACCEPT ALL COOKIES

Partners



START 🚀

Terms & Conditions    Privacy Policy    Cookies Policy    DMCA Notice    Guidelines    Job Candidate Privacy Policy

 

© 2023 TrafficStars Ltd.

124 Arch. Makariou III, 3021, Limassol, Cyprus.

We use cookies to provide functionality our TrafficStars Sites, personalize content and advertisements, to enable social media functionality and analyze our traffic. View our Cookie Policy

SHOW OPTIONS    ACCEPT ALL COOKIES