# EXHIBIT N

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JANE DOES 1-9,<br><br>PLAINTIFFS<br><br>vs.<br><br>COLLINS MURPHY et al.<br><br>DEFENDANTS | C/A No. 7:20-CV-00947-DCC<br><br>**DECLARATION OF DANI PINTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS TRAFFIC STARS, LTD, WISEBITS IP HOLDINGS, AND WISEBITS LTD'S MOTIONS TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT** |

I, Dani Pinter, declare as follows:

1. I am an attorney licensed to practice law in Florida, admitted pro hac vice in this District Court, and counsel of record for Plaintiffs in the above captioned matter. I make this declaration based on my personal knowledge of this matter and the information I obtained following a reasonable investigation of the xHamster.com website described below. If called as a witness, I could and would testify competently to the matters stated herein.

2. On February 9, 2023, I accessed a video on the xHamster website, using my Brave internet browser[1], titled "Robin's Nest (1980)" located at https://xhamster.com/videos/robin-s-nest-1980-xhc3zbM. Then I examined the information the browser was receiving from the website.

3. **Exhibit 1** is a true and accurate copy of the information my internet browser received at the time I accessed the xHamster website on February 9, 2023. I added arrows and annotations to pinpoint the information described herein. The IP address the browser connected to was 104.18.156.3, which is registered to Cloudflare in California. *See* https://viewdns.info/whois/?domain=104.18.156.3.

4. **Exhibit 2** is a true and accurate copy of the information my internet browser received at the time I accessed the xHamster website on February 9, 2023. I added arrows and annotations to pinpoint the information described herein. The browser also shows it received information from tsyndicate.com. This appears to be the domain used to deliver ad content on xhamster.com from TrafficStars. *See* **Exhibit 3.** TrafficStars documentation for website developers identifies tsyndicate.com as the URL used to connect to the TrafficStars platform. *See* https://rtb-docs.trafficstars.com/#/. The browser connected to 8.253.154.227. This server

---

[1] *See* https://brave.com.

is    registered    to    Lumen,    a    U.S.    company.    *See*
https://viewdns.info/whois/?domain=8.253.154.227.

5. **Exhibit 3** is a true and accurate copy of the information displayed when I clicked the URL associated with the Traffic Stars ad connected to the IP address 8.253.154.227 described above in paragraph 4. I added an arrow and annotation to pinpoint the information described herein.

6. **Exhibit 4** is a true and accurate copy of the information my internet browser received at the time I accessed the xHamster website on February 9, 2023 for the video titled "Robin's Nest (1980)". I added arrows and annotations to pinpoint the information described herein. The browser also showed that it received information from other servers, for example servers with the domain "xhcdn.com." This appears to be a server for video content on the site as the URL references "video." Hammy Media LTD identified xhcdn.com as one of their domains. *See* https://cdn.loc.gov/copyright/onlinesp/agents/h/hammy_media2.pdf. The browser connected to    IP    address    8.248.3.236    registered    with    Lumen    in    the    U.S.    *See* https://viewdns.info/whois/?domain=8.248.3.236.

7. **Exhibit 5** is a true and accurate copy of the information my internet browser received at the time I accessed the xHamster website on February 9, 2023. I added arrows and annotations to pinpoint the information described herein. The browser showed that it received information from the server with the domain "xhcdn.com" which also appears to be a server for thumbnail content on the site as the URL references "thumb." Hammy Media LTD identified xhcdn.com as    one    of    their    domains.    *See* https://cdn.loc.gov/copyright/onlinesp/agents/h/hammy_media2.pdf. The browser connected to    IP    address    8.251.181.121    registered    with    Lumen    in    the    U.S.    *See* https://viewdns.info/whois/?domain=8.251.181.121.

8. **Exhibit 6** is a true and accurate copy of the information my internet browser received at the time I accessed the xHamster website on February 9, 2023. I added an arrow and annotation to pinpoint the information described herein. The browser showed that the xHamster website was using    Google    analytics    to    gather    and    analyze    data.    *See* https://analytics.google.com/analytics/web/provision/#/provision.

9. In addition to the video and associated data that I accessed as detailed in above Paragraphs 2-8, I accessed a video titled "Young girl changes clothes in the locker room after school." **Exhibit 7** is a true and accurate copy of information displayed on the xHamster website, with explicit content redacted, when I accessed that video. I used a Virtual Private Network (VPN) to connect to the website using a Washington, D.C. IP address. As a result, the ads displayed by TrafficStars alongside the video were all targeted to the Washington, D.C. area.

10. Additionally, I accessed a third video titled "Camera in Public Bathroom and Girl with Big Ass Pissing, Very Sexy." **Exhibit 8** is a true and accurate copy of information displayed on the xHamster website, with explicit content redacted, when I accessed that video. At the top of the video were suggested related categories of videos, one titled "Hidden Camera." Below the

video were suggested related videos which included similar instances of surreptitious recording.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on February 20, 2023.

 /s/ Dani Pinter_____
Dani Pinter

# Exhibit 1



# Exhibit 2



# Exhibit 3



tsyndicate.com URL associated with Traffic Stars



# Exhibit 4



# Exhibit 5



# Exhibit 6



Using Google analytics

# Exhibit 7



# Exhibit 8

