# EXHIBIT B

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

[Company name or number] [Search]

● Companies ○ Officers

- Log in/Sign up

All Corporate Groupings
User Contributed

# xHamster corporate grouping *

## Most recently added companies (see all 12 in this grouping)

- HAMMY MEDIA LTD (Cyprus, 29 Oct 2009- ) *details*
- TECHNIUS LTD (Cyprus, 30 Nov 2015- ) *details*
- TECOM LTD (Cyprus, 19 Jan 2017- ) *details*
- KULITSO LIMITED (Cyprus, 15 Oct 2014- ) *details*
- CAMON TRADING LTD (Cyprus, 31 Jul 2015- ) *details*
- TREMELLIAN LTD (Cyprus, 1 Mar 2021- ) *details*
- VINTELLI NOMINEE SERVICES LTD (Cyprus, 6 Apr 2009- ) *details*
- WISEBITS AD NET LTD (Cyprus, 12 Nov 2015- ) *details*
- WISEBITS LTD (Cyprus, 24 Jun 2015- ) *details*
- WISEBITS IP LTD (Cyprus, 20 Oct 2015- ) *details*
- BODO PROJECT MANAGEMENT LTD (Cyprus, 5 Feb 2016- ) *details*
- TRAFFIC STARS LTD (Cyprus, 23 Aug 2014- ) *details*

More info on xHamster at http://en.wikipedia.org/wiki/XHamster

## This grouping has been curated by:

Bernd
Recent activity: RWE (eprimo GmbH), RWE (innogy SE), RWE (Renewables Solar Holding GmbH), BASF (BASF SE), BASF (BASF Ludwigshafen Grundbesitz SE & Co. KG)

## Problem/question about this data? Click here

**API** Open Data

For access please Log in / Sign up

## About us

- About
- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Grants