## ORGANISATION DETAILS

| | |
|---|---|
| ORGANISATION NAME: | BODO PROJECT MANAGEMENT LTD |
| REGISTRATION NUMBER: | 352024 |
| TYPE: | Limited Company |
| SUBTYPE: | Private |
| NAME STATUS: | Current Name |
| REGISTRATION DATE: | 05/02/2016 |
| ORGANISATION STATUS: | Active |
| STATUS DATE: | |
| OBJECTS: | Διοίκηση γραφείων, συμβουλευτικές υπηρεσίες και άλλα. |

## ADDRESS

| | |
|---|---|
| REGISTERED OFFICE ADDRESS: | Αρχ. Μακαρίου III, 132, SAGRO BUILDING, 3021, Λεμεσός, Κύπρος |

## DIRECTORS & SECRETARIES

**DIRECTORS**

| | |
|---|---|
| NAME : | ΝΙΚΟΛΕΤΤΑ ΧΑΤΖΗΚΩΣΤΗ |
| ADDRESS: | Πέτρου Αμερικάνου, 14Β  Παρεκκλησιά 4520, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | Κύπρος |
| NAME : | ΚΩΝΣΤΑΝΤΙΝΟΣ ΧΡΙΣΤΟΦΟΡΟΥ |
| ADDRESS: | Χλωρίδος, 3  Μέσα Γειτονιά 4007, Λεμεσός, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | Κύπρος |

**SECRETARIES**

| | |
|---|---|
| NAME : | TREMELLIAN LTD |
| ADDRESS: | Προδρόμου, 75 ONEWORLD PARKVIEW HOUSE, Floor 4  2063, Λευκωσία, Κύπρος |
| COUNTRY OF CITIZENSHIP / REG. NUMBER : | HE 418835 |





## SHARE CAPITAL

**AUTHORISED SHARE CAPITAL**

| EUR 2,000.00 divided as : | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΚΛΑΣΗ Α | 900 | EUR | 1.00 |
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |
| ΚΛΑΣΗ Β | 100 | EUR | 1.00 |

**ISSUED CAPITAL**

| EUR 2,000.00 divided as : | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΚΛΑΣΗ Α | 900 | EUR | 1.00 |
| ΣΥΝΗΘΕΙΣ | 1,000 | EUR | 1.00 |
| ΚΛΑΣΗ Β | 100 | EUR | 1.00 |

## SHAREHOLDERS

NAME : MINDSERVE (TRUSTEES) LIMITED AS TRUSTEES OF THE EAGLE OWL TRUST
ADDRESS : Σπύρου Κυπριανού, 75 , Floor 1 Ποταμός Γερμασόγειας 4042, Λεμεσός, Κύπρος

COUNTRY OF CITIZENSHIP /
REG. NUMBER :

| SHARES OWNED | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΚΛΑΣΗ Β | 100 | EUR | 1.00 |
| ΣΥΝΗΘΕΙΣ | 100 | EUR | 1.00 |

NAME : MINDSERVE (TRUSTEES) LTD AS TRUSTEES OF THE BIGBEE HOLDINGS TRUST
ADDRESS : Σπύρου Κυπριανού, 75 , Floor 1 Ποταμός Γερμασόγειας 4042, Λεμεσός, Κύπρος

COUNTRY OF CITIZENSHIP /
REG. NUMBER :

| SHARES OWNED | | | |
|---|---|---|---|
| CLASS NAME | NO OF SHARES | CURRENCY | UNIT VALUE |
| ΚΛΑΣΗ Α | 900 | EUR | 1.00 |
| ΣΥΝΗΘΕΙΣ | 900 | EUR | 1.00 |


