# EXHIBIT A



## BVI Financial Services Commission, Registry of Corporate Affairs
## Register of Companies Search Report

**Date of Search :** 14/09/2021
This search is accurate as at the Search Date above.

| | |
|---|---|
| **Company Name :** | Online Media Entertainment Limited |
| **Company Number :** | 1883281 |
| **Company Type :** | BC New Incorporation |
| **Date of Incorporation / Registration :** | 17/07/2015 |

**Current Status :**

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 17/07/2015 |
| Current Registered Agent: | QUIJANO & ASSOCIATES (BVI) LIMITED |
| Current Registered Agent Address: | Quijano Chambers<br>P.O. Box 3159<br>Road Town<br>Tortola<br>VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | 284-494-3638 |
| Current Registered Agent Fax Number: | 284-494-7274 |
| Current Registered Office : | Quijano Chambers<br>P.O. Box 3159<br>Road Town<br>Tortola<br>VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Director Register Type : | Private |

**Share/Capital Information:**

| | |
|---|---|
| Maximum Number of Shares the company is authorized to issue: | 50,000 |
| Ability to Issue Bearer Shares: | No |

**Previous Names History**

| | | | Date Range or Cease Date | |
|---|---|---|---|---|
| S.No | Previous Name | Foreign Character Name | From | To |
| 1 | ON MEDIA HOLDING LIMITED | | 17/07/2015 | 24/02/2021 |
| 2 | Online Media Entertainment Limited | | 25/02/2021 | |

**Transaction History**

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 15/07/2015 | T150532156 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 2 | 17/07/2015 | T150537457 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC) |
| | | | | | Memorandum and Articles of the Company |
| 3 | 12/07/2016 | T160473830 | Register of Members or Directors | Approved | Register of Directors |
| 4 | 24/10/2016 | T160893181 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 5 | 30/11/2017 | T171358397 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 6 | 10/10/2018 | T180771850 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 7 | 06/02/2019 | T190073287 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 8 | 10/09/2019 | T190605898 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 9 | 25/09/2020 | T200581259 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 10 | 16/11/2020 | T200718101 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 11 | 23/02/2021 | T210108247 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 12 | 25/02/2021 | T210113630 | Change of Company Name or Add/Change A Foreign Character Name | Approved | Application for Change of Company Name |
| 13 | 03/03/2021 | T210122865 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments Of Memorandum And Or Articles Of Association |
| | | | | | The attachment restated memorandum/articles incorporates the amendment made |
| 14 | 21/07/2021 | T210538806 | Annual Fee Submission (BC) | Approved | Annual Submission |

**Certificate History**

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T190073287 | Certificate of Good Standing | 06/02/2019 |
| 2 | T150537457 | Certificate of Incorporation (Original) | 17/07/2015 |
| 3 | T200718101 | Certificate of Good Standing | 16/11/2020 |
| 4 | T210113630 | Certificate of change of Name | 25/02/2021 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.