# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>             Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,<br><br>             Defendants. | Case No.: 7:20-cv-00947<br><br>MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE IN OPPOSITION TO TRAFFICSTARS, LTD'S MOTION TO DISMISS |

The undersigned counsel requests an extension of time in which to file a reply to Plaintiff's Response in Opposition to Trafficstars, LTD's Motion to Dismiss. The current deadline to file Trafficstars, LTD's reply is February 27, 2023. Counsel for Trafficstars, LTD respectfully requests a one-week extension of time to file their reply. Counsel has several other current deadlines that have prevented counsel from finalizing Trafficstars, LTD's reply. If this motion is granted, the new deadline for Trafficstars, LTD's reply would be March 6, 2023. Counsel for Trafficstars, LTD has conferred with opposing counsel and counsel does not have any objection to an extension of time being granted.

Respectfully requested,

*s/ Hannah Rogers Metcalfe*
Hannah Rogers Metcalfe, Fed. I.D.# 9943
Metcalfe & Atkinson, LLC

        1395 South Church Street
        Greenville, South Carolina 29605
        Telephone: (864) 214-2319
        Facsimile: (864) 214-3067
        hmetcalfe@malawfirmsc.com

        Evan Fray-Witzer (*pro hac vice*)
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, Massachusetts 02116
        Telephone: 617-426-0000
        Facsimile: 617-423-4855
        Evan@CFWLegal.com

        Valentin D. Gurvits (*pro hac vice*)
        Frank Scardino (*pro hac vice*)
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459
        Telephone: 617-928-1804
        Facsimile: 617-928-1802
        vgurvits@bostonlawgroup.com
        frank@bostonlawgroup.com

        *Attorneys for Trafficstars, LTD*

February 27, 2023
Greenville, South Carolina