**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br><br> **MOTION TO EXCEED PAGE LIMITATION OF TRAFFICSTARS LTD'S REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS** |

The undersigned counsel files this Motion to Exceed Page Limitation with respect to Trafficstars, LTD's reply to Plaintiffs' Response in Opposition to its Motion to Dismiss, and would respectfully show the Court the following:

1.  Local Rule 7.05(B)(2) of the District Court for the District of South Carolina states that reply briefs are limited to fifteen pages. Because Trafficstars, LTD's reply to Plaintiffs' response is longer than fifteen pages, Trafficstars, LTD requests leave of Court to exceed the page limitation.

2.  Good cause exists for extending the page limitation. Trafficstars, LTD filed a motion to dismiss the Plaintiff's complaint for lack of jurisdiction and for failure to state a claim, ECF#246, on December 23, 2022. Plaintiffs filed their response to Trafficstars, LTD's motion to dismiss on February 20, 2023, ECF#275.

3. The facts and arguments raised in Trafficstars, LTD's motion to dismiss and Plaintiffs' response thereto are complicated and involve multiple entities. The Plaintiffs response to the motion to dismiss exceeded the number of pages allowed by Local Rule 7.05(B)(1).

4. Due to the multitude of issues, the number of parties, and the length of Plaintiff's response, it is impossible for Trafficstars, LTD to avoid exceeding the page limitation. Moreover, while Defendant's memorandum may exceed the page limitation allowed under the rules, the length of Defendant's single memorandum to be filed is necessitated by the fact that it is submitted in reply to the respective motions to dismiss and responses thereto for three Defendants: Trafficstars, LTD, Wisebits, LTD, and Wisebits IP, LTD.

5. Plaintiff consents to Defendant Trafficstars, LTD's motion to exceed the page limitation.

For the foregoing reasons, Trafficstars, LTD respectfully requests the Court grant it leave to exceed the page limitation for Trafficstars, LTD's Reply to Plaintiff's Response in Opposition to Defendant Trafficstars, LTD's Motions to Dismiss.

Respectfully requested,

*s/ Hannah Rogers Metcalfe*
Hannah Rogers Metcalfe, Fed. I.D.# 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
Telephone: (864) 214-2319
Facsimile: (864) 214-3067
hmetcalfe@malawfirmsc.com

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116

Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorneys for Trafficstars, LTD*

March 10, 2023
Greenville, South Carolina