**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Jane Does 1-9,<br>                    Plaintiffs,<br>vs.<br><br>Collins Murphy, et al.,<br>                    Defendants. | Case No.: 7:20-cv-00947 |

### DECLARATION OF EVAN FRAY-WITZER

I, Evan Fray-Witzer being duly sworn, does hereby depose and state:

1.      My name is Evan Fray-Witzer. I am an attorney of record in this matter for defendants Wisebits Ltd., Wisebits IP Holdings, Ltd., and TrafficStars, Ltd. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2.      Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of the "About" page from a private website, located at https://cyprusregistry.com/about, last accessed March 9, 2023.

3.      Attached hereto as <u>Exhibit 2</u> is a true copy of the first page of results returned when searching for the name " Constantinos Chistoforou" (in Greek) on the website CyprusRegistry.com.

Signed under the pains and penalties of perjury this <u>10th</u> day of March, 2023.

                                                                                                      Evan Fray-Witzer

# CyprusRegistry
Cyprus Corporate Registry

Companies
Officials

# About

___

CyprusRegistry.com is a specialized service provider that gathers, searches, processes and analyses data from the Official Cyprus Company Registry.

We act as agents for our customers to gather data on their behalf but also provide value added services of searching and monitoring the Cyprus Registry as well as providing research and trends.

We provide reports with high quality data on behalf of our customers on any Cyprus Registered company, including current and historic data on shareholders, directors, addresses, mortgages and other charges, previous and current names as well as a view within the Official Cyprus Registry scanned company documents. (Certificates of incorporation, annual reports (if any) and any other official document that exists on the day of a report)

Contact us for any inquries.

CyprusRegistry.com Team
Intergo Interactive Ltd.
Nikolaou Nikolaidi 3, Office 206
Savvas Plazza, Paphos, 8010, Cyprus

_____

# CyprusRegistry
Cyprus Corporate Registry

Companies
Officials

## Cyprus Registered Companies Affiliations for Similarly Named Officials:
### (KONSTANTINOS CHRISTOFOROU)

Show 24 entries

Search:

| Company | Role | Action |
|---|---|---|
| A.P. & A. SHIPPING LIMITED | Director | 👁 |
| A.P. & A. SHIPPING LIMITED | Secretary | 👁 |
| ACEROSE ENTERPRISES LIMITED | Director | 👁 |
| AFINKO LIMITED | Director | 👁 |
| AGROCIPRUS LIMITED | Director | 👁 |
| AI THINKING MACHINES LTD | Director | 👁 |

Exhibit 2

| Company | Role |
|---|---|
| AI THINKING MACHINES LTD | Secretary |
| LTD | Director |
| ALANTONE ENTERPRISES LIMITED | Director |
| ALEKSON LIMITED | Director |
| ALENVALE ENTERPRISES LIMITED | Director |
| ALGETAIWAN OIL AND INVESTMENT CORPORATION LIMITED | Director |
| LOVE MOBILE LTD | Director |
| ALSENBORN CONSULTING LIMITED | Director |
| ANAFI ENTERPRISES LIMITED | Director |
| ANAFI ENTERPRISES LIMITED | Secretary |
| ANNA CHRISTOFOROU PROPERTIES LIMITED | Director |
| ANNA CHRISTOFOROU PROPERTIES LIMITED | Secretary |
| ANTERMOST HOLDINGS LIMITED | Director |
| ARYSTEE LIMITED | Director |
| AVAROM LIMITED | Director |
| AVUS TRADERS AND CONSULTANTS LIMITED | Director |

| Company | Role | Action |
|---|---|---|
| | |  |
| B.R.E. LIMITED | Director |  |
| BAIKAL SHIPPING COMPANY LIMITED | Secretary |  |
| Company | Role | Action |

Showing 1 to 24 of 228 entries

| Previous |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| … |
| 10 |
| Next |

*The above companies have similar named officials.*

Companies A-Z: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

About · Legal/Disclaimer · Contact · Terms of Service · Privacy Policy

CyprusRegistry.com A Product of Intergo Interactive Ltd - Copyright (c) 2023.