**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., <br><br> Defendants. | Case No.: 7:20-cv-00947 <br><br> **WISEBITS IP, LTD'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' FIFTH AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Wisebits IP, Ltd files this Consent Motion for Extension of Time to Respond to Plaintiffs' Fifth Amended Complaint (Dkt. No. 193), and in support thereof states as follows:

1. On June 6, 2022, Plaintiffs filed the Fifth Complaint in this action (Dkt. No. 193).

2. On December 23, 2022, Defendant filed a timely Motion to Dismiss the Fifth Amended Complaint in this action (Dkt. No. 247).

3. On August 16, 2023, the Court held a hearing and orally denied Defendant's Motions to Dismiss.

4. On August 16, 2023, the Court entered a Minute Entry (Dkt. No. 305) denying Defendant's Motion to Dismiss.

5. Pursuant to Rule 12(a)(4), FRCP, Defendant has fourteen (14) days after the

Court's denial of its Motion to Dismiss to file its responsive pleading. Therefore, Defendant's responsive pleadings was to be due on or before August 30, 2023.

6. Counsel for Defendant is working on its responsive pleadings, but due to conflicting schedules with counsel and the client, counsel is unable to finalize the responsive pleadings by the deadline.

7. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. Defendant respectfully requests an additional twenty-one (21) days for it to file its responsive pleading. Therefore, with the extension, Defendant's responsive pleading to Plaintiff's Fifth Amended Complaint would be due on or before September 20, 2023.

8. The requested extension is not sought for dilatory reasons or for any other improper purpose, will not affect any other deadlines, will not prejudice any party or the Court, and no prior extension has been requested from the Court by Defendant.

9. Plaintiffs consent to Defendant's request.

WHEREFORE, Defendant Wisebits IP, Ltd. respectfully requests this Court enter an order enlarging the time within which to respond to the Fifth Amended Complaint an additional twenty-one (21) days which makes Defendant's responses due on or before September 20, 2023.

Respectfully Submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorneys for Defendant Hammy Media LTD, Trafficstars, LTD, and Wisebits IP, LTD*

August 30, 2023
Greenville, South Carolina