**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-CV-00947-DCC |
| Plaintiffs, | |
| vs. | |
| **COLLINS MURPHY et. al.,** | |
| Defendants. | |
| **JANE DOE,** | Case No.: 7:21-CV-03193-DCC |
| Plaintiff, | |
| vs. | |
| **COLLINS MURPHY et. al.,** | |
| Defendants. | |
| **JANE DOE 1 et. al.,** | Case No.: 7:22-CV-03576-DCC |
| Plaintiffs, | |
| vs. | |
| **COLLINS MURPHY et. al.,** | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME**
**TO SUBMIT JOINT AMENDED SCHEDULING ORDER**

Undersigned counsel requests an extension of time to file a joint scheduling order. In its Minute Entry of August 17, 2023, the Court directed the parties to meet and confer on a joint amended scheduling order within thirty (30) days. The parties have conferred and believe that substantial progress has been made, but the number of attorneys involved as well as the issues

presented by the scope of the issues to be addressed, necessitate further discussion to comply with the Court's admonition to come up with something realistically workable. The undersigned believe that an extension of the time for submission to September 25th, 2023 will allow sufficient time. Counsel has attempted to contact counsel for all defendants and has heard no objections.

**WHEREFORE**, the undersigned Parties, respectfully requests this Court grant their Joint Motion and enter an order extending the time in which he may file a joint amended scheduling order to September 25th, 2023.

HAVING SEEN AND AGREED:

**BELL LEGAL GROUP, LLC**

/s/ J. Edward Bell, III
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull ( admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW

Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

*Counsel for Plaintiffs*

**WESLEY D. FEW, LLC**

*/s/Wesley D. Few*
Wesley D. Few, S.C. Bar No. 15565
P.O. Box 9398
Greenville, South Carolina 29604
864-527-5906 | wes@wesleyfew.com

**H. COOPER ELLENBERG**

Attorney at Law
H. Cooper Ellenberg *(Admitted Pro Hac Vice)*
1401 Doug Baker Blvd., Suite 107 492 Birmingham, Alabama 35242
(205) 908-1790 | cooper.ellenberg@gmail.com

*ATTORNEYS FOR PLAINTIFFS JANE DOE 1,*
*JANE DOE 2, JOHN DOE 1 AND JOHN DOE 2*
*Case No. 7:22-cv-03576-DCC*


**TURNER, PADGET, GRAHAM AND LANEY, P.A.**

*/s/ Mark Goddard*
Mark Goddard
J. Kenneth Carter
P.O. Box 1509
Greenville, SC 29602
Telephone: (864) 552-4600
tspeer@turnerpadget.com
kcarter@turnerpadget.com
*Counsel for Defendant, MG Freesites, Ltd.*

**MITCHELL SILBERBERG & KNUPP LLP**

Marc E. Mayer | Attorney ID: *pro hac vice*
Theresa Bowman | Attorney ID: *pro hac vice*
email | mem@msk.com
direct | 310-312-3154

2049 Century Park East
18th Floor
Los Angeles, California 90067
facsimile | 864-282-5993
**Counsel for Defendants**

**Metcalfe & Atkinson, LLC**

*/s/ Hannah Rogers Metcalfe*
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
**Attorneys for Defendant**

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer (pro hac vice )
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com
**Attorneys for Defendant**

**BOSTON LAW GROUP, PC**
Valentin D. Gurvits (pro hac vice)
Frank Scardino (pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com
**Attorneys for Defendant**