# EXHIBIT B

# MINDGEEK DEFENDANTS' 9.13.23 SCHEDULING PROPOSAL

|  |  |
|---|---|
| From: | Goddard, Mark B. on behalf of Goddard, Mark B. <MGoddard@TurnerPadget.com> |
| Sent: | Wednesday, September 13, 2023 5:35 PM |
| To: | Mikahlia Lawrence; Alan Belcher; Pamela Sandford; Thomas Barrow; Shellie Fischer; jhubert@rhp-law.com; jrahimi@rhp-law.com; kkennedy@rhp-law.com; jcluverius@nexsenpruet.com; gclose@nexsenpruet.com; wes@wesleyfew.com; cassy@wesleyfew.com; cooper.ellenberg@gmail.com; hellenberg@consumerprotection.net; Carter, J. Kenneth; Behnke, Lindsey M; Mayer, Marc; Bowman, Theresa; Steinberg, David; Melara, Suguey; vgurvits@bostonlawgroup.com; frank@bostonlawgroup.com; evan@cfwlegal.com; hmetcalfe@malawfirmsc.com |
| Cc: | Liz Shepherd; Tyler Thompson; Jordan Stanton; Jeffrey Freeman; J Edward Bell; Joshua Salley; bbull@ncose.com; dpinter@ncoselaw.org; cprice@ncoselaw.org; pgentala@ncoselaw.org; Casonya Ritchie |
| Subject: | [EXTERNAL] RE: Does v Collins Murphy et al; DEPO OF COLLINS MURPHY 09-13-23 |
| Attachments: | 9.13 Draft Proposed New Schedule Chart(13944917.1).docx |

Counsel,

It was a pleasure speaking with everyone this afternoon.

Attached is a chart with our new proposed deadlines. After further consideration of the discussions during the "Meet and Confer," especially Limestone's concerns as to potential additional merits based issues that may arise during the Plaintiffs' depositions, we propose that ALL merits based discovery be completed by the March 1, 2023 discovery deadline (that Josh suggested). This deadline gives 5 ½ months for the parties to complete merits based discovery and gives us sufficient time for Defendants to also complete both 30(b)(6) and Plaintiffs' depositions. Under this proposal, the only issues that will remain outstanding after the merits based discovery deadline will be damages, namely the completion of the IMEs, Plaintiffs' damages expert disclosures, Defendants' damages expert disclosures and any necessary discovery related to those expert disclosures.

Since we are unsure as to the timing of the Court's ruling on the dispositive motions, and we all appear aligned on not wanting to potentially schedule and conduct IMEs while waiting for the Court to rule on dispositive matters, our initial thought is to request a status conference with the Court to set the remaining schedule after its ruling. However, if the Court desires an amended scheduling order that brings the case to a completion, our current proposal provides contingent dates for the damages expert phase based on the timing of the Court's ruling on the dispositive motions.

As we discussed, we also propose keeping the Mediation deadline in December 2023.

Please review this proposal and give us your thoughts. If additional discussions our needed on this issue, please let us know and we can try to schedule a time tomorrow or Friday that works for everyone.



Mark B. Goddard
Attorney
PO Box 1473 | Columbia, SC 29202
1901 Main Street, Suite 1700 | Columbia, SC 29201
803-227-4334 | Fax 803-400-1542
mgoddard@turnerpadget.com
Bio | vCard | Location

| Event | Old Date | Proposed New Date |
|---|---|---|
| Pls.' Expert Disclosures | October 28, 2023 | November 27, 2023 |
| Defs. Expert Disclosures | November 28, 2023 | January 6, 2024 |
| Records Custodians Affidavits | November 30, 2023 | January 9, 2023 |
| Discovery Cut-Off for all discovery except that related solely to compensatory damages, including IMEs, Plaintiffs' and Defendants' Expert Disclosures, and discovery related to those Expert Disclosures | November 30, 2023 | March 1, 2023 |
| Deadline for filing of Dispositive Motions | December 30, 2023 | March 15, 2024*<br><br>*Briefing to conclude by May 3, 2024 |
| Mediation | December 14, 2023 | December 14, 2023 |
| Hearing on Pending Dispositive Motions | | May _____,2024 |
| Plaintiffs' Damages Expert Disclosures | | Four months from decision on dispositive motions |
| Defs. Damages Expert Disclosures | | Six months from decision on motions |
| Records Custodians Affidavits | | Six months from decision on motions |

| Damages Discovery Cut-Off | | Seven Months from decision on motions |
|---|---|---|
| Dispositive Motions Deadline | | Eight months from decision on motions |
| Trial Not before | | Nine Months from Decision on Motions |