# EXHIBIT C

## PLAINTIFFS' 9.18.23 SCHEDULING PROPOSAL

| | |
|---|---|
| **From:** | Liz Shepherd <lshepherd@kytrial.com> |
| **Sent:** | Wednesday, September 20, 2023 9:18 AM |
| **To:** | Mayer, Marc; Joshua Salley; Goddard, Mark B. |
| **Cc:** | Mikahlia Lawrence; Pamela Sandford; Thomas Barrow; Shellie Fischer; jhubert@rhp-law.com; jrahimi@rhp-law.com; kkennedy@rhp-law.com; jcluverius@nexsenpruet.com; gclose@nexsenpruet.com; wes@wesleyfew.com; cassy@wesleyfew.com; cooper.ellenberg@gmail.com; hellenberg@consumerprotection.net; Carter, J. Kenneth; Behnke, Lindsey M; Bowman, Theresa; Steinberg, David; Melara, Suguey; Frank Scardino; evan@cfwlegal.com; hmetcalfe@malawfirmsc.com; Tyler Thompson; Jordan Stanton; Jeffrey Freeman; J Edward Bell; bbull@ncose.com; dpinter@ncoselaw.org; cprice@ncoselaw.org; pgentala@ncoselaw.org; Casonya Ritchie; Val Gurvits |
| **Subject:** | [EXTERNAL] RE: Does v Collins Murphy et al; DEPO OF COLLINS MURPHY 09-13-23 |
| **Attachments:** | Plaintiffs' 9.18 Draft Proposed New Schedule Chart(13944917.1).docx |

All- attached is Proposed scheduling order.  My concern is that we have yet to schedule our 309(b)(6) depos and I anticipate that we will need to take several. Please let me know your thoughts.  Liz

**From:** Mayer, Marc <marc.mayer@msk.com>
**Sent:** Tuesday, September 19, 2023 6:54 PM
**To:** Liz Shepherd <lshepherd@kytrial.com>; Joshua Salley <JSalley@belllegalgroup.com>; Goddard, Mark B. <MGoddard@turnerpadget.com>
**Cc:** Mikahlia Lawrence <mlawrence@belllegalgroup.com>; Pamela Sandford <PSandford@hallboothsmith.com>; Thomas Barrow <TBarrow@hallboothsmith.com>; Shellie Fischer <SFischer@hallboothsmith.com>; jhubert@rhp-law.com; jrahimi@rhp-law.com; kkennedy@rhp-law.com; jcluverius@nexsenpruet.com; gclose@nexsenpruet.com; wes@wesleyfew.com; cassy@wesleyfew.com; cooper.ellenberg@gmail.com; hellenberg@consumerprotection.net; Carter, J. Kenneth <kcarter@turnerpadget.com>; Behnke, Lindsey M <LBehnke@turnerpadget.com>; Bowman, Theresa <tbb@msk.com>; Steinberg, David <DAS@msk.com>; Melara, Suguey <szm@msk.com>; Frank Scardino <frank@bostonlawgroup.com>; evan@cfwlegal.com; hmetcalfe@malawfirmsc.com; Tyler Thompson <tthompson@kytrial.com>; Jordan Stanton <jstanton@kytrial.com>; Jeffrey Freeman <jfreeman@kytrial.com>; J Edward Bell <jeb@belllegalgroup.com>; bbull@ncose.com; dpinter@ncoselaw.org; cprice@ncoselaw.org; pgentala@ncoselaw.org; Casonya Ritchie <critchie@kytrial.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** RE: Does v Collins Murphy et al; DEPO OF COLLINS MURPHY 09-13-23

All –

I just wanted to follow up on the proposed scheduling order.  I believe that we are waiting on Plaintiffs to provide us with revisions to our draft.  I'd like to avoid getting jammed up again at the end of the week, so please let us know when we can expect to receive Plaintiffs' proposal.

Also, at the deposition of Mr. Murphy, there were documents shown to the witness that we had never seen before (e.g. some sort of handwritten document).   I am concerned that there are documents that have been produced in this action (perhaps by Limestone and/or Murphy?) that have not been provided to us.  **Liz, Josh, or Jeffrey –** would you be able to provide us with copies of all documents produced by any party (other than MindGeek) or third party (other than those we subpoenaed) in this action?  Also, can you confirm that there are no documents produced by Plaintiffs to other parties that have not been provided to us?   If it would be helpful, we can provide an FTP link.

Thanks very much.

1

| Event | Old Date | Proposed New Date |
|---|---|---|
| Pls.' Expert Disclosures | October 28, 2023 | **March 1, 2024** |
| Defs. Expert Disclosures | November 28, 2023 | **April 1, 2024** |
| Records Custodians Affidavits | November 30, 2023 | **July 31, 2024** |
| Discovery Cut-Off for all discovery except that related solely to compensatory damages, including IMEs, Plaintiffs' and Defendants' Expert Disclosures, and discovery related to those Expert Disclosures | November 30, 2023 | **July 31, 2024** |
| Deadline for filing of Dispositive Motions | December 30, 2023 | **September 16, 2024*** <br><br> ***Briefing to conclude by December 20, 2024** |
| Mediation | December 14, 2023 | **December 14, 2024** |
| Hearing on Pending Dispositive Motions | | **???** |
| Plaintiffs' Damages Expert Disclosures | | Four months from decision on dispositive motions |
| Defs. Damages Expert Disclosures | | Six months from decision on motions |
| Records Custodians Affidavits | | Six months from decision on motions |
| Damages Discovery Cut-Off | | Seven Months from decision on motions |

| Dispositive Motions Deadline | | Eight months from decision on motions |
|---|---|---|
| Trial Not before | | Nine Months from Decision on Motions |