

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DIANE LEE CAFFERATA*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DIANE LEE CAFFERATA, #190081, was on the **11th day of November, 1997,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the **13th day of October 2023.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Tao Zhang, Deputy Clerk*