IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>        Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG, FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTS. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD., XHAMSTER IP HOLDINGS LTD., WISEBITS IP LTD.,<br><br>        Defendants. | Civil Action Number: 7:20-cv-00947-DCC<br><br><br>**APPLICATION/AFFIDAVIT**<br>***PRO HAC VICE* ADMISSION** |
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., D/B/A PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,<br><br>        Defendants. | CASE NO.: 7:21-cv-03193-DCC<br><br><br>**APPLICATION/AFFIDAVIT**<br>***PRO HAC VICE* ADMISSION** |

JANE DOE 1, JANE DOE 2, JOHN DOE 1, and
JOHN DOE 2,

        Plaintiffs,

    v.

COLLINS MURPHY; LIMESTONE
UNIVERSITY; BRENDA F. WATKINS;
SHARON HAMMONDS; and MG FREESITES,
LTD. D/B/A PORNHUB.COM,

        Defendants.

CASE NO. 7:22-CV-03576-DCC

**APPLICATION/AFFIDAVIT**
***PRO HAC VICE* ADMISSION**

(1)    Name Michael_____ Ernest_____ Williams
                First               Middle              Last

(2)    Residence. I reside in the following state: California
        If a South Carolina resident, indicate months/years of residence: _____

(3)    Business Address. I am an attorney and practice law under the name of or as a member of the
        following firm:

        Firm name: Quinn Emanuel Urquhart & Sullivan, LLP
        Mailing address: 865 S. Figueroa St., 10th Floor
        City/State/Zip:  Los Angeles, CA, 90017
        Telephone number: (213) 443-3000
        Facsimile number: (213) 443-3100
        E-mail address: michaelwilliams@quinnemanuel.com
        (Application will not be considered without an e-mail address to receive electronic notification.)

(4)    Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to
        comply with the applicable statutes, laws, and rules of the State of South Carolina, with all
        applicable federal statutes, laws, and rules, including Local Rules of the United States District
        Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local
        Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the
        District of South Carolina in all matters of attorney conduct.[1]

(5)    Regular Practice of Law. I am a member in good standing of the bar of the highest court of the
        District of Columbia or the State of ___California_____ where I regularly practice law.
        **Attached is my certificate of good standing.**

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules
of procedure and related materials may be obtained.

(6)     Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

**Court  Date Admitted          Good Standing**

| | | |
|---|---|---|
| State Bar of California____12/01/1995 | ☒Yes | ☐No |
| U.S. Court of Appeals Ninth Circuit___12/01/1996 | ☒Yes | ☐No |
| United Court of Federal Claims___06/01/1998 | ☒Yes | ☐No |
| U.S. District Court, Central District of California  05/01/2001 | ☒Yes | ☐No |
| U.S. District Court, Southern District of California  07/01/2002 | ☒Yes | ☐No |
| U.S. District Court, Northern District of California  05/01/2003 | ☒Yes | ☐No |
| U.S. District Court, Eastern District of California  05/01/2003 | ☒Yes | ☐No |
| U.S. District Court, Western District of Michigan____08/01/2003 | ☒Yes | ☐No |
| U.S. District Court, Colorado  04/27/2004 | ☒Yes | ☐No |
| U.S. Court of Appeals for the Federal Circuit____04/28/2006 | ☒Yes | ☐No |

(7)     Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures?                                                                         ☐Yes  ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)     Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)     Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes  ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)   Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

(11)    Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☒Yes    ☐No

(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.
Michael Kirby v. Red Bull North America Inc., Case No. 3:19-cv-02701-CMC, litigation closed
Applied in January 2020 and application was granted. Local counsel of record was Steve Pugh at Richardson Plowden & Robinson.

(12)    Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

TURNER, PADGET, GRAHAM AND LANEY, P.A.
Post Office Box 1473
Columbia, South Carolina 29202
facsimile | 803-400-1542

Mark B. Goddard | Attorney ID: 09194
email | mgoddard@turnerpadget.com
direct | 803-227-4334

J. Kenneth Carter | Attorney ID: 05108
email | kcarter@turnerpadget.com
direct | 864-552-4611

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(14)    Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)    Electronic Notification. By submitting this application, I consent to electronic notification.

(16)    Represented Party/Parties. I seek to represent the following party/parties: MG Freesites, LTD., MG Freesites II LTD., MindGeek S.A.R.L., MindGeek USA, Inc., MG Billing LTD.

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.


_____
Signature of Applicant


**Sworn to and subscribed before me**
this 20th day of October ,20 23 .


_____
A Notary Public
of the State of California

My Commission expires: 8/23/25

KELLY P. VELAZQUEZ
Notary Public - California
Los Angeles County
Commission # 2368437
My Comm. Expires Aug 23, 2025

Revised 08/15/2020                                    Page 5 of 5

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**        GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

_____    _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

KELLY P. VELAZQUEZ
Notary Public - California
Los Angeles County
Commission # 2368437
My Comm. Expires Aug 23, 2025

*Place Notary Seal Above*

Subscribed and sworn to (or affirmed) before me

on this 20th day of October, 2023,
        *Date*       *Month*     *Year*

by

(1) Michael Ernest Williams

(and (2)_____ ),

*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                *Signature of Notary Public*

──────────────── OPTIONAL ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910