

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MICHAEL ERNEST WILLIAMS*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that *MICHAEL ERNEST WILLIAMS, #181299*, was on the *1st day of December, 1995,* duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **13th day of October 2023.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Tao Zhang, Deputy Clerk*