**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Jane Does 1-9,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Collins Murphy, Limestone College, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com,<br><br>　　　　　Defendants. | Civil Action No.: 7:20-cv-00947-DCC<br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned, Joseph D. Thompson, III of the firm of Hall Booth Smith, P.C. does hereby give notice of appearance as counsel for Defendant Collins Murphy in this case along with Thomas A.D. Barrow of Hall Booth Smith, P.C.  It is requested that all notices given or required to be given in this case be given to and served upon counsel for Collins Murphy as set forth herein.

　　　　The Clerk of Court and any other person who may be sending notices in connection with this case are hereby requested to serve upon the undersigned all notices, motions, pleadings and other documents through the electronic Case Filing System to which the Defendant might be entitled.

*(Signature page to follow)*

**HALL, BOOTH, SMITH, P.C.**

*/s/ Joseph D. Thompson, III*

_____
Joseph D. Thompson, III, Esquire, Bar No. 06062
Thomas A.D. Barrow, Esquire, Bar No. 13364
111 Coleman Blvd., Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Facsimile: (843) 720-3458
jthompson@hallboothsmith.com
tbarrow@hallboothsmith.com

*Attorneys for Collins Murphy*

This 1st day of November, 2023