# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Does 1-9, <br><br>            Plaintiffs, <br><br> v. <br><br> Collins Murphy, Limestone College, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com, <br><br>            Defendants. | Civil Action No.: 7:20-cv-00947-DCC <br><br> **NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT COLLINS MURPHY** |

PLEASE TAKE NOTICE that Alan Belcher, Esq. (Fed. ID No. 9342) is no longer associated with Hall Booth Smith, P.C. Therefore, pursuant to Local Rule 83.I.07(A), Defendant Collins Murphy seeks an Order of the Court allowing Alan Belcher, Esq. to Withdraw as Counsel in this action. Defendant continues to be represented by R. Joseph D. Thompson, III, Esq. and Thomas A.D. Barrow, Esq., and Hall Booth Smith, P.C., all of which consent to Alan Belcher's withdrawal as counsel.

**HALL, BOOTH, SMITH, P.C.**

/s/ Joseph D. Thompson, III
_____
Joseph D. Thompson, III, Esquire, Bar No. 06062
Thomas A.D. Barrow, Esquire, Bar No. 13364
111 Coleman Blvd., Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Facsimile: (843) 720-3458
jthompson@hallboothsmith.com
tbarrow@hallboothsmith.com

*Attorneys for Collins Murphy*

This 1st day of November, 2023