IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,**<br><br>　　　　**Plaintiffs,**<br><br>vs.<br><br>**COLLINS MURPHY et. al.,**<br><br>　　　　**Defendants.** | **Case No.: 7:20-CV-00947-DCC** |
| **JANE DOE,**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**COLLINS MURPHY et. al.,**<br><br>　　　　**Defendants.** | **Case No.: 7:21-CV-03193-DCC** |

**PLAINTIFFS' JOINT STATUS REPORT**

In accordance with the Court's January 17, 2024, Text Order, the Plaintiffs and MindGeek Defendants in Jane Does 1-9 v. Murphy et al., Jane Doe v. Collins Murphy, et al. held a meet and confer on January 26 regarding the current discovery disputes in the case. The parties submit the following Joint Status Report updating the Court on the progress concerning the litigation and discovery.

During the January 26 meet-and-confer, the parties discussed a number of discovery issues and believe that they have made progress. The parties have scheduled a further meet-and-confer for Thursday, February 1, 2024, to discuss some remaining issues that were not covered during the January 26 conference. The parties are also considering possible amendments to the current

Second Amended Conference and Scheduling Order (DE 334). Because the parties feel that the meet-and-confer process has been productive, and in order to allow them sufficient time to continue that process and narrow any remaining discovery disputes, the parties request a 14-day extension of the Motion to Compel Deadline entered by the Court's Text Order.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
jsalley@belllegalgroup.com
*Counsel for Plaintiffs*

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull (admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

*Counsel for Plaintiffs*

January 31, 2024
Georgetown, SC