IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COLLINS MURPHY et. al.,<br><br>　　　　Defendants. | Case No.: 7:20-CV-00947-DCC<br><br><br>PLAINTIFFS' IDENTIFICATION<br>OF EXPERT WITNESS |
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLLINS MURPHY et. al.,<br><br>　　　　Defendants. | Case No.: 7:21-CV-03193-DCC<br><br><br>PLAINTIFFS' IDENTIFICATION<br>OF EXPERT WITNESS |

　　　　Plaintiffs, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure and in compliance with the Amended Scheduling Order, identify the following individuals as expert witnesses in the above-captioned matter:

　　　　Scott Brandon
　　　　The Brandon Agency
　　　　1523 Elizabeth Ave Ste 215
　　　　Charlotte, NC 28204

　　　　Mr. Brandon is expected to testify about his qualifications and opinions in this matter as set forth in his expert report. Plaintiffs are serving Defendants' counsel with Mr. Brandon's expert report, CV, testimony list, and statement of compensation as required by Rule 26(a)(2)(B) of the

1

Federal Rule of Civil Procedure. This expert has reserved the right to amend and/or supplement his written report, if necessary, as additional information is received.

>Peter I. Collins, CD, MD, MCA, FRCP(C)
>Ontario Provincial Police
>General Headquarters
>777 Memorial Avenue, Orillia, ON L3V 7V3

Dr. Collins is expected to testify about his qualifications and opinions in this matter as set forth in his expert report. Plaintiffs are serving Defendants' counsel with Dr. Collins' expert report, CV, testimony list, and statement of compensation as required by Rule 26(a)(2)(B) of the Federal Rule of Civil Procedure. This expert has reserved the right to amend and/or supplement his written report, if necessary, as additional information is received.

>Tim Weaver
>In-Depth Discovery, LLC

Mr. Weaver is expected to testify about his qualifications and opinions in this matter as set forth in his expert report. Plaintiffs are serving Defendants' counsel with Mr. Weaver's expert report, CV, testimony list, and statement of compensation as required by Rule 26(a)(2)(B) of the Federal Rule of Civil Procedure. This expert has reserved the right to amend and/or supplement his written report, if necessary, as additional information is received.

>David Mitchell
>146 Encore Court
>Centreville, Maryland 21617

Mr. Mitchell is expected to testify about his qualifications and opinions in this matter as set forth in his expert report. Plaintiffs are serving Defendants' counsel with Mr. Mitchell expert report, CV, testimony list, and statement of compensation as required by Rule 26(a)(2)(B) of the

Federal Rule of Civil Procedure. This expert has reserved the right to amend and/or supplement his written report, if necessary, as additional information is received.

> Anne Likins
> 1366 S 3rd St
> Louisville Ky 40208

Ms. Edwards is expected to testify about his qualifications and opinions in this matter as set forth in his expert report. Plaintiffs are serving Defendants' counsel with Ms. Edwards expert report, CV, testimony list, and statement of compensation as required by Rule 26(a)(2)(B) of the Federal Rule of Civil Procedure. This expert has reserved the right to amend and/or supplement his written report, if necessary, as additional information is received.

> Respectfully submitted,
>
> **BELL LEGAL GROUP, LLC**
>
> */s/ J. Edward Bell, III*
> J. Edward Bell, III (#1280)
> Eric Flynn (
> Gabrielle Sulpizio (#12715)
> Joshua M. W. Salley (#13214)
> 219 North Ridge Street
> Georgetown, SC 29440
> Telephone: (843) 546-2408
> jeb@edbelllaw.com
> eflynn@belllegalgroup.com
> gsulpizio@belllegalgroup.com
> jsalley@edbelllaw.com
> **COUNSEL FOR PLAINTIFFS**
>
> **DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**
>
> Tyler S. Thompson (admitted Pro Hac Vice)
> Liz J. Shepherd (admitted Pro Hac Vice)
> Jordan A. Stanton (admitted Pro Hac Vice)
> 13800 Lake Point Circle
> Louisville, KY 40223
> Telephone: (502) 244-7772
> tthompson@kytrial.com

lshepherd@kytrial.com
jstanton@kytrial.com
**COUNSEL FOR PLAINTIFFS**

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull (admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org
**COUNSEL FOR PLAINTIFFS**

February 16, 2024
Georgetown, SC

4