IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>    Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG, FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTS. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD., XHAMSTER IP HOLDINGS LTD., WISEBITS IP LTD.,<br><br>    Defendants. | Civil Action Number: 7:20-cv-00947-DCC<br><br><br><br>**CONSENT MOTION IN SUPPORT**<br>***OF PRO HAC VICE* ADMISSION** |

The undersigned local counsel hereby moves, together with the Application and Affidavit attached as <u>Exhibit A</u>, that Marissa Lewis of the law firm Mitchell Silberberg & Knupp, LLP be admitted *pro hac vice* in the above-captioned case as associate counsel.  As local counsel, I understand that:

1.    I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.    All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.    Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted pro hac vice; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully submitted,

DATED February 23, 2024

Columbia, South Carolina

TURNER, PADGET, GRAHAM AND LANEY, P.A.

By: */s/ Mark B. Goddard*
Mark B. Goddard | Attorney ID: 09194
email mgoddard@turnerpadget.com
direct | 803-227-4334

J. Kenneth Carter | Attorney ID: 05108
email | kcarter@turnerpadget.com
direct | 864-552-4611

Post Office Box 1473
Columbia, South Carolina 29202
facsimile | 803-400-1542

*Attorneys for Defendant MG Freesites Ltd. and Mindgeek S.A.R.L.*