# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>    Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,<br><br>    Defendants. | Case No.: 7:20-cv-00947<br><br>**EXHIBIT A – DESCRIPTIVE INDEX OF DOCUMENTS TO BE FILED UNDER SEAL** |
| JANE DOE,<br><br>    Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>    Defendants. | Case No.: 7:21-cv-03193<br><br>**EXHIBIT A – DESCRIPTIVE INDEX OF DOCUMENTS TO BE FILED UNDER SEAL** |

  1.  Exhibit 3 to Wisebits IP, LTD's Memorandum in Support of Motion for Protective Order to Preclude the Reconvening of Deposition is comprised of the Transcript of the Wisebits IP, LTD's 30(b)(6) Deposition, which has been previously designated Confidential - Attorneys' Eyes Only.