# EXHIBIT 4

| | |
|---|---|
| **From:** | Peter Gentala |
| **To:** | evan@fray-witzer.com; Joshua Salley; vgurvits@bostonlawgroup.com; Evan@CFWLegal.com; hmetcalfe@malawfirmsc.com |
| **Cc:** | "Tyler Thompson"; "Casonya Ritchie"; "Liz Shepherd"; "Chad Propst"; J Edward Bell; Ryan Heiskell; Mikahlia Lawrence; Gabrielle Anna Sulpizio; Candice Neves; Dani Pinter; Eric Flynn |
| **Subject:** | Re: Jane Does 1 - 9 v. Hammy Media Entities - Wisebits IP 30(b)(6) deposition |
| **Date:** | Tuesday, February 27, 2024 7:49:35 PM |

Hi Evan,

We believe plaintiffs' statement regarding keeping the deposition open is proper considering that in last week's deposition--and also in the earlier one from Hammy Media--there was a consistent pattern of the witness either not being prepared, not being knowledgeable, or outright refusing to answer questions. Neither witness met the basic requirements of rule 30(b)(6) and we intend to seek compliant depositions.

We agree that the meet and confer requirement as to this issue is met but are happy to discuss further, particularly if you are willing to discuss scheduling new depositions.

Thank you.

Best,

Peter


**Peter Gentala**
Senior Legal Counsel
**National Center on Sexual Exploitation Law Center**
Office: (202) 393-7245
pgentala@ncoselaw.org | EndSexualExploitation.org
1201 F St NW, Suite 200, Washington, DC 20004


NATIONAL CENTER ON SEXUAL EXPLOITATION
EndSexualExploitation.org

This email may be privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you believe you received this email in error, please immediately notify the sender at pgentala@ncoselaw.org.

---

**From:** evan@fray-witzer.com <evan@fray-witzer.com>
**Date:** Tuesday, February 27, 2024 at 3:55 PM
**To:** 'Joshua Salley' <jsalley@belllegalgroup.com>, vgurvits@bostonlawgroup.com <vgurvits@bostonlawgroup.com>, Evan@CFWLegal.com <Evan@CFWLegal.com>,

hmetcalfe@malawfirmsc.com <hmetcalfe@malawfirmsc.com>
**Cc:** 'Tyler Thompson' <tthompson@kytrial.com>, 'Casonya Ritchie' <critchie@kytrial.com>, 'Liz Shepherd' <lshepherd@kytrial.com>, 'Chad Propst' <cpropst@kytrial.com>, 'J Edward Bell' <jeb@belllegalgroup.com>, 'Ryan Heiskell' <RHeiskell@belllegalgroup.com>, 'Mikahlia Lawrence' <mlawrence@belllegalgroup.com>, 'Gabrielle Anna Sulpizio' <gsulpizio@belllegalgroup.com>, 'Candice Neves' <cneves@belllegalgroup.com>, Peter Gentala <pgentala@ncoselaw.org>, Dani Pinter <dpinter@ncoselaw.org>, 'Eric Flynn' <EFlynn@belllegalgroup.com>
**Subject:** Jane Does 1 - 9 v. Hammy Media Entities - Wisebits IP 30(b)(6) deposition

Hello all –

Given counsel's statement at the end of Wisebits' 30(b)(6) deposition last week that Plaintiffs were reserving their right to move the court to reconvene the deposition based on the witness declining to answer certain questions (which we believe to have been outside the scope of the deposition), it is our intent to file a Motion for Protective Order tomorrow to have the deposition ruled closed.

If Plaintiffs are NOT going to seek to reconvene the deposition, please let us know that as soon as possible so that we may avoid unnecessary motion practice.

Also, given the on-the-record discussions of the issue, we assume that we can consider whatever meet and confer requirement that might otherwise exist to have been met. If you disagree on this point, please let us know that as well as soon as possible so that we can set up a time tomorrow to meet and confer before we file our motion.

Thank you.

Evan

---

Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com