# EXHIBIT G

| | |
|---|---|
| **From:** | Joshua Salley |
| **To:** | vgurvits@bostonlawgroup.com; Evan@CFWLegal.com; evan@fray-witzer.com; hmetcalfe@malawfirmsc.com |
| **Cc:** | Tyler Thompson; Casonya Ritchie; Liz Shepherd; Chad Propst; J Edward Bell; Ryan Heiskell; Mikahlia Lawrence; Gabrielle Anna Sulpizio; Candice Neves; Peter Gentala; Dani Pinter; Eric Flynn |
| **Subject:** | RE: Jane Does 1 - 9 v. Hammy Media Entities; MEET AND CONFER ZOOM |
| **Date:** | Friday, February 9, 2024 6:03:32 PM |
| **Attachments:** | image002.png |
| | image003.png |

Counsel,

Thank you for speaking with us during our meet-and-confer today. Below is a summary from our call. Please let me know if any of the below is not accurate:

**Hammy Media Ltd.'s Answers to Pls' 1st Rogs**

#1 – Defendant stated they do not intend to supplement.
#2 – Defendant stated they do not intend to supplement.
#5 – Defendant stated they do not intend to supplement.
#7 – Defendant stated they do not intend to supplement.
#8 – Defendant stated they do not intend to supplement.
#10 – Defendant will review and confirm their position Monday.
#11 – Defendant stated they do not intend to supplement.
#12 - Defendant stated they do not intend to supplement.
#13 - Defendant stated they do not intend to supplement.
#14 – Defendant will review and confirm their position Monday.
#15- Defendant will review and confirm their position Monday.
#16 – Defendant will review and confirm their position Monday.
#17 - Defendant stated they do not intend to supplement.
#18 Defendant stated they do not intend to supplement.

**TrafficStar Ltd.'s Answers to Pls' 1st Rogs.**

#5 – Defendant stated they do not intend to supplement.
#6 - Defendant stated they do not intend to supplement.
#7 - Defendant stated they do not intend to supplement.
#8 - Defendant stated they do not intend to supplement.
#14 - Defendant stated they do not intend to supplement.
#15 – Defendant will review and confirm their position Monday.

**Hammy Media Ltd.'s Resps. to Pls' 2nd RFPDs – 1/31/24**

#7 - Defendant stated they do not intend to supplement.
#8 - Defendant stated they do not intend to supplement.
#11- Defendant will provide bates range to responsive documents.
#12 – Defendant will provide privilege log.
#13 – Defendant will provide bates range to responsive documents.
#14 – Defendant will provide bates range to responsive documents.
#15- Defendant will provide bates range to responsive documents.
#16 – Defendant will provide bates range to responsive documents.
#17 - Defendant stated they do not intend to supplement.
#19 – Defendant will provide bates range to responsive documents.
#20 – Defendant will provide bates range to responsive documents.

#21- Defendant will provide bates range to responsive documents.
#27 - Defendant stated they do not intend to supplement.
#29 - Defendant stated they do not intend to supplement.
#30 - Defendant stated they do not intend to supplement.
#32 - Defendant stated they do not intend to supplement.

### TrafficStar LTD's Resps. to Pls' 2nd RFPDs – 1/31/24

#3 – Defendant will provide bates range to responsive documents.
#6 – Defendant will provide bates range to responsive documents.
#14- Defendant stated they do not intend to supplement.
#15 – Defendant will review and confirm their position Monday.

The Plaintiffs plan on filing a Motion to Compel on the issues that remain outstanding. Additionally, a Proposed ESI Order will be circulated shortly for your review.

Respectfully,

Josh

**Joshua M. W. Salley**
*Attorney*
**219 North Ridge Street
Georgetown, SC 29440**
*o:* **843.546.2408**
**JSalley@belllegalgroup.com
www.BellLegalGroup.com**

