# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, ) | |
| ) | Case No: 7:20-cv-00947-DCC |
| Plaintiffs, ) | |
| ) | |
| vs. ) | LIMESTONE UNIVERSITY f/k/a |
| ) | LIMESTONE COLLEGE, SHARON |
| COLLINS MURPHY, SHARON ) | HAMMONDS, and BRENDA |
| HAMMONDS, BRENDA F. WATKINS, ) | WATKINS' CERTIFICATE OF |
| LIMESTONE UNIVERSITY, MG ) | SERVICE OF EXPERT REPORT |
| FREESITES, LTD., d/b/a ) | |
| PORNHUB.COM, MG FREESITES II ) | |
| LTD., MINDGEEK S.A.R.L., MINDGEEK ) | |
| USA, INC., MG BILLING LTD. d/b/a ) | |
| XHAMSTER.COM, TRAFFICSTARS ) | |
| LTD., WISEBITS LTD, XHAMSTER IP ) | |
| HOLDINGS LTD, WISEBITS IP LTD, ) | |
| Defendants. | |

Defendants **Limestone University**, **Sharon Hammonds, and Brenda F. Watkins**, Defendants in the above-styled civil action, disclose the following expert witness under Rule 26(a)(2) and certifies that written reports prepared and signed by its expert witness has been served upon the other parties.

The above-referenced Defendants disclose the following expert:

**Dr. Steve Albrecht, SHRM PHR, ASIS CPP, ATAP CTM
901 E. Saint Louis Street, Suite 107
Springfield, MO 65806**

**Dr. Albrecht is a security consultant and workplace violence prevention trainer as well as a Human Resources consultant and trainer. He is expected to testify regarding the reasonableness of Defendants' hiring and supervision of Collins Murphy, as well as address the substance of Plaintiffs' identified experts' opinions. Dr. Albrecht's opinions are more**

**fully contained in the written report served upon the other parties pursuant to Rule 26(a)(2)(B).**

This 18th day of March, 2024.

**RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
**ATTORNEYS FOR DEFENDANTS LIMESTONE, HAMMONDS, and WATKINS**

33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**JENNIFER S. CLUVERIUS**
 (Federal ID No. 9992)
**L. GRANT CLOSE III**
(Federal ID No. 10810)
**ATTORNEYS FOR DEFENDANT LIMESTONE**

**NEXSEN PRUET, LLC**
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Phone: (864) 370-2211
jcluverius@nexsenpruet.com
gclose@nexsenpruet.com