**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9,<br><br>        Plaintiffs,<br>v.<br><br>COLLINS MURPHY et al.,<br><br>        Defendants. | CASE NO. 7:20-CV-00947-DCC |
| JANE DOE,<br><br>        Plaintiff,<br>v.<br><br>COLLINS MURPHY et al.,<br><br>        Defendants. | CASE NO. 7:21-CV-03193-DCC |

**JOINT STIPULATION REGARDING INDEPENDENT MENTAL EXAMINATIONS**
**(FED. R. CIV. P. 35)**

**WHEREAS** on March 11, 2024, counsel for Defendants MG Freesites and MindGeek S.A.R.L. ("Defendants") and counsel for Plaintiffs participated in an informal conference with the Court on the topic of independent mental examinations ("IMEs") pursuant to Federal Rule of Civil Procedure 35;

**WHEREAS** Plaintiffs' depositions will be completed by **April 26, 2024**;

**NOW, THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED** by and between Plaintiffs and Defendants (collectively the "Parties") as follows:

1.     The Parties reserve all arguments in support of and against IMEs. The Parties will revisit their positions on IMEs, in good faith, following Plaintiffs' depositions.

2. By **May 10, 2024**, the Parties will meet and confer on all remaining issues relating to the IMEs, including but not limited to (a) whether an IME is proper for each Plaintiff, and (b) what tests (if any) may be performed for each Plaintiff.

3. By **May 15, 2024**, Defendants will file any necessary motion regarding IMEs, including but not limited to a motion to compel IMEs or a motion regarding the scope of the IMEs.

4. By **May 22, 2024**, Plaintiffs will file their opposition to the aforementioned motion.

5. By **May 29, 2024**, Defendants will file their reply in support of the aforementioned motion.

6. As recognized by the Court during the informal conference on March 11, 2024, the Parties agree to cooperate on scheduling the IMEs, to the extent IMEs are agreed upon by the Parties or ordered by the Court.

7. Further, the Parties agree that any IMEs agreed upon by the Parties or ordered by the Court may be conducted after the **May 31, 2024** discovery cutoff.

*SIGNATURE PAGE TO FOLLOW*

DATED:  March 20, 2024  Respectfully submitted,

| WE CONSENT: | WE CONSENT: |
|---|---|
| **BELL LEGAL GROUP, LLC** | **TURNER PADGET GRAHAM & LANEY, P.A.** |

s/ Gabrielle Anna Sulpizio
J. Edward Bell, III, Fed. ID No. 1280
Gabrielle Anna Sulpizio, Fed. ID No.12715
Joshua M. W. Salley, Fed. ID No. 13214
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
GSulpizio@belllegalgroup.com
jsalley@belllegalgroup.com

s/Mark B. Goddard
Mark B. Goddard, Fed. ID 9691
1901 Main Street, 17th Floor
Columbia, SC  29201
Telephone: (803) 227-4334
mgoddard@turnerpadget.com

J. Kenneth Carter, Fed. ID 05108
P.O. Box 1509
Greenville, SC 29602
Telephone: (864) 552-4611
kcarter@turnerpadget.com

**ATTORNEYS FOR DEFENDANTS MINDGEEK S.A.R.L., MG FREESITES, LTD.**