## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,<br><br>　　　　Defendants. | Case No.: 7:20-cv-00947<br><br>**WISEBITS IP, LTD'S MOTION TO CONTINUE** |
| JANE DOE,<br><br>　　　　Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>　　　　Defendants. | Case No.: 7:21-cv-03193<br><br>**WISEBITS IP, LTD'S MOTION TO CONTINUE** |

　　　This matter is before the Court on motion of the defendant, Wisebits IP, LTD, to continue the Hearing on All Pending Motions currently scheduled for May 29, 2024. Counsel for Wisebits IP, LTD, have a scheduling conflict that will prevent them from arguing the motions on the day set. Specifically, on May 29, 2024, the undersigned counsel will be in the second day of a date-certain jury trial in circuit court. Defendant's other counsel are also unavailable as they will be

1

attending the previously-scheduled graduation for the child of one defendant's counsel and on a previously scheduled vacation overseas.

Undersigned counsel has consulted with all counsel of record and is authorized to inform the court that all counsel of record consent to this motion. Defendant also proposed fourteen possible dates for the hearing and all counsel have indicated that they are available for any hearing that may be scheduled on June 10, 2024.

Accordingly, the undersigned counsel respectfully requests the Court to continue the Hearing on All Pending Motions.

> Respectfully submitted,
>
> /s/ Hannah Rogers Metcalfe
> Hannah Rogers Metcalfe, Fed ID. 9943
> Metcalfe & Atkinson, LLC
> 1395 South Church Street
> Greenville, South Carolina 29605
> (864) 214-2319
>
> Evan Fray-Witzer (*pro hac vice*)
> CIAMPA FRAY-WITZER, LLP
> 20 Park Plaza, Suite 505
> Boston, Massachusetts 02116
> Telephone: 617-426-0000
> Facsimile: 617-423-4855
> Evan@CFWLegal.com
>
> Valentin D. Gurvits (*pro hac vice*)
> Frank Scardino (*pro hac vice*)
> BOSTON LAW GROUP, PC
> 825 Beacon Street, Suite 20
> Newton Centre, Massachusetts 02459
> Telephone: 617-928-1804
> Facsimile: 617-928-1802
> vgurvits@bostonlawgroup.com
> frank@bostonlawgroup.com
> *Attorneys for Defendant Wisebits IP, Ltd.*

May 15, 2024
Greenville, South Carolina