# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>  Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, et al.,<br><br>  Defendants. | Case No.: 7:20-cv-00947<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| JANE DOE,<br><br>  Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>  Defendants. | Case No.: 7:21-cv-03193<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

Evan Fray-Witzer and Valentin D. Gurvits, counsel for Defendants Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter on June 21, 2025 through June 28, 2025 and August 4, 2025 through August 8, 2025 during which time they are scheduled to be out of state on a previously-planned family vacation.

Respectfully requested,

s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed. I.D.# 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
Telephone: (864) 214-2319

1

>
> Facsimile: (864) 214-3067
> hmetcalfe@malawfirmsc.com
>
> Evan Fray-Witzer (*pro hac vice*)
> CIAMPA FRAY-WITZER, LLP
> 20 Park Plaza, Suite 505
> Boston, Massachusetts 02116
> Telephone: 617-426-0000
> Facsimile: 617-423-4855
> Evan@CFWLegal.com
>
> Valentin D. Gurvits (*pro hac vice*)
> Frank Scardino (*pro hac vice*)
> BOSTON LAW GROUP, PC
> 825 Beacon Street, Suite 20
> Newton Centre, Massachusetts 02459
> Telephone: 617-928-1804
> Facsimile: 617-928-1802
> vgurvits@bostonlawgroup.com
> frank@bostonlawgroup.com
>
> *Attorney for Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD*

May 2, 2025
Greenville, South Carolina