**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, | CASE NO. 7:20-CV-00947-DCC |
| Plaintiffs, | |
| v. | |
| COLLINS MURPHY et al., | |
| Defendants. | |

**EXHIBIT A – DESCRIPTIVE INDEX OF DOCUMENTS TO BE FILED UNDER SEAL**

1. Unredacted version of Defendants MG Freesites Ltd and Mindgeek S.à r.l.'s Memorandum in Support of Defendants' Motion to Compel Independent Medical Examinations;

2. Exhibit H to the Declaration of Marc E. Mayer ("Mayer Declaration"), which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 2;

3. Exhibit I to the Mayer Declaration, which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 4;

4. Exhibit J to the Mayer Declaration, which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 5;

5. Exhibit K to the Mayer Declaration, which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 6;

6. Exhibit L to the Mayer Declaration, which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 7;

7. Exhibit M to the Mayer Declaration, which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 9.