# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>      Plaintiffs,<br>v.<br><br>COLLINS MURPHY et al.,<br><br>      Defendants. | CASE NO. 7:20-CV-00947-DCC<br><br>**DEFENDANT MG FREESITES AND MINDGEEK S.A.R.L'S MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATIONS (FED. R. CIV. P. 35)** |

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, defendant MG Freesites Ltd. and Mindgeek S.à r.l. (together, "Defendants"), by and through their undersigned counsel, hereby move the Court to compel certain Plaintiffs—namely, Does 2, 4, 5, 6, 7, and 9—to appear for an independent mental examination by Dr. Janine Shelby, Ph.D, in accordance with the reasonable parameters set forth in the accompanying Proposed Order. In support of their Motion, Defendants submit the accompanying Memorandum of Law, Declaration of Dr. Janine Shelby, Ph.D. with supporting Exhibit A, and Declaration of Marc E. Mayer, Esq. with supporting Exhibits A-N. Pursuant to Local Rule 7.02 of the U.S. District Court for the District of South Carolina, prior to filing this Motion, counsel for Defendants conferred with Plaintiffs' counsel and attempted in good faith to resolve the matter set forth in this Motion to no avail.

| | |
|---|---|
| DATED: May 30, 2024<br><br>Columbia, South Carolina | TURNER, PADGET, GRAHAM AND LANEY, P.A.<br><br>By: /s/ Mark Goddard<br>Mark Goddard \| Attorney ID: 09194<br>email \| mgoddard@turnerpadget.com<br>direct \| 803-227-4334<br>1901 Main Street, 17th Floor<br>Columbia, South Carolina 29209 |

|  |  |
|---|---|
|  | J. Kenneth Carter | Attorney ID: 05108 |
|  | email | kcarter@turnerpadget.com |
|  | direct | 864-552-4611 |
|  | Post Office Box 1509 |
|  | Greenville, South Carolina 29602 |
|  | facsimile | 864-282-5993 |
| Los Angeles, California | MITCHELL SILBERBERG & KNUPP LLP |
|  | Marc E. Mayer | admitted *pro hac vice* |
|  | email | mem@msk.com |
|  | direct | 310-312-3154 |
|  | 2049 Century Park East |
|  | 18th Floor |
|  | Los Angeles, California 90067 |
|  | *Attorneys for Defendant MG Freesites, Ltd. and Mindgeek S.à r.l* |

2