**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

JANE DOES 1-9,                          CASE NO. 7:20-CV-00947-DCC

            Plaintiffs,

v.

COLLINS MURPHY et al.,

            Defendants.

## DECLARATION OF JANINE S. SHELBY, PH.D.

I, Janine S. Shelby, Ph.D., hereby declare as follows:

1.      I am a trauma psychologist with expertise derived from a 30-year career dedicated to the study, assessment, and treatment of trauma survivors.  I have been licensed in the state of California since 1997, and I currently hold short-term licenses or practice permits in several other states.  I am certified in the practice and supervision of several evidence-based treatments for trauma survivors.  After retiring from the Los Angeles County Department of Mental Health/UCLA organizations, where I founded and directed the Child Trauma Clinic and was an Associate Clinical Professor in the Department of Psychiatry and Biobehavioral Sciences, I have remained on UCLA's faculty as a volunteer Associate Clinical Professor and attending psychologist in UCLA's Stress, Trauma, and Resilience clinic.  I am also the Clinical Supervisor (part-time) at UCLA Santa Monica Hospital's Rape Treatment Center.  Previously, I served as the Clinical Director of the Rape Treatment Center at UCLA Santa Monica Medical Center and the Director of Research/Lead Forensic Interviewer at Harbor-UCLA's Child Crisis Center, which provided forensic child abuse interviews and child abuse medical examinations to children and adolescents.  Currently, I am a part-time faculty member at California State University, Long

Beach (CSULB).  In addition to my teaching duties, I serve as a part-time clinical supervisor in the CSULB Trauma Recovery Center, and I work as a forensic consultant and expert witness, primarily in areas related to psychological trauma.  I have conducted over 150 independent mental examinations during the course of my career.  A true and correct copy of my curriculum vitae is attached as **Exhibit A**.

2.      I have been retained by Defendants MG Freesites Ltd. and Mindgeek S.à r.l. to conduct independent mental examinations ("IMEs") of the Plaintiffs in this action.

3.      The purpose of an IME is to assess the presence and/or extent of each Plaintiff's alleged psychological injuries.  Specifically, during the course of each IME, I would assess each Plaintiff's claimed psychological injuries resulting from the events at issue in the litigation in the context of, where applicable, each Plaintiff's pre-existing injuries, disorders, experiences, and functioning level.  The scope of the examination can include factors that have bearing on the etiologies, contexts, and manifestations of disorders/symptoms/difficulties.  For example, the examination can include Plaintiff's developmental, academic, social/familial, occupational, criminal, medical, mental health, and psychological/psychiatric treatment history.  In addition, the examination can include an assessment of Plaintiff's exposure to adversity, as well as current mental status, symptoms, response bias, and functional impairment.

4.      For each IME, I would conduct psychological testing, using standard psychological assessment instruments, followed by a forensic clinical interview.  The IME would last approximately eight hours, exclusive of breaks, which is a standard length for an IME.  It is important for me to have a full eight hours so that I can complete all of the following portions of the IME: (a) consent procedures and rapport building (20 - 30 min); (b) testing (3.5 - 4 hours); (c) mental status examination – which measures appearance, behavior, mood and affect, speech and

thought form, speech and thought content, perception, cognition, and insight and judgment (30 minutes); and (d) clinical interview (3.5 hours).

5.     I have specialized education, training, and experience in the administration, scoring, and interpretation of psychological tests.  The psychological testing for the IME would consist of the following potential tests:

A.  **Cognitive Instruments:** Selected subtests of the WAIS-IV, TOMAL-2, or the NAB Digits Forward and Backward Test, but *only one* of these instruments will be used.

B.  **Wide-Scope Assessment Instruments:** PAI, MMPI-2-RF, MMPI-3, or MCMI-IV, but usually *only one* of these four assessment measures will be administered.

C.  **Instruments designed to assess specific symptoms or issues:** (1) Risk Inventory and Strengths Evaluation (RISE); (2) Suicide Probability Scale and/or SASSI-4; (3) TSI-2 and/or CAPS-5; and (4) Adult Manifest Anxiety Scale will be administered *if I determine they are relevant.*

D.  **Instruments designed to assess adverse experiences, response style, and life quality/functional impairment:** (1) Adverse Childhood Experiences Scale or Impact of Events Scale-Revised; (2) M-FAST, MENT, VIP, SIMS, SIRS-2, or TOMM, but no more than two of these instruments; and (3) Quality of Life Inventory and/or Barkley Functional Impairment Scale for Adults (BFIS).

E.  **Additional instrumentation:** (1) BDI-2 or Hamilton Depression Rating Scale, but not both; and (2) BAI will be administered *if I determine they are warranted and relevant.*

These standardized tests will provide reliable information pertinent to the assessment of Plaintiff's psychological conditions, including their complaints of emotional distress, humiliation, embarrassment, mental and psychological damage, and permanent mental anguish.  It is important

that I have the flexibility to pick which specific instruments I use and customize the IME for each Plaintiff, based on that Plaintiff's reported symptoms. In my experience, IME participants often raise new issues during the course of the IME that they have not previously disclosed during deposition – or even to their own counsel. Having a menu of instruments to choose from allows me to conduct the most effective IME possible.

6.    I would not use any medically invasive procedures during the IMEs.

7.    I can conduct the IMEs remotely using the Zoom video conferencing platform, provided that each Plaintiff is physically present in the state of Kentucky for her IME. I require that each Plaintiff participate in the examination from a private, quiet setting, where she has a strong internet connection.

8.    As part of my standard protocol for conducting IMEs, no other person would be allowed in the room with Plaintiff during the IME. This is because research shows that having a another person present during a psychological assessment can affect the participant's responses. Also under my standard protocol, the examination would not be broadcast or transmitted live, and Plaintiff would not be coached during breaks.

9.    Each IME would be recorded, except for the portion of the psychological assessment involving standardized administration of tests that contain trade secrets, which I am ethically and legally obliged to keep secure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 30th day of May, 2024 at Torrance, California.

_Janine S. Shelby, Ph.D._
Janine S. Shelby, Ph.D.

4

16558955.2

# Exhibit A

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email:   expert@parkdietzassociates.com
Website:   www.parkdietzassociates.com

- Forensic Psychiatry
- Forensic Psychology
- Forensic Pathology
- Forensic Neurology
- Forensic Social Work
- Child Welfare
- Criminology
- Security

CURRICULUM VITAE

**Janine S. Shelby, Ph.D.**

JanineShelby@gmail.com
3655 Torrance Blvd, Ste. #300
Torrance, CA 90503
(310) 625-6661


**EDUCATION:**

**Post-Doctoral Fellowship**

**Harbor-UCLA Medical Center**
Clinical Child Psychology
Child & Adolescent Psychiatry Department
Torrance, California
September 1994 to August 1996

**Internship**
(APA Accredited)

**St. John's Hospital**
St. John's Child and Family Development Center
Santa Monica, California
September 1993 to August 1994

**Doctor of Philosophy**
(APA Accredited)

**University of Miami**
Dept. of Educational and Psychological Studies
Counseling Psychology
Coral Gables, Florida
December 1994

**M.S.**

**University of South Alabama**
Community Counseling
Mobile, Alabama
December 1989

**B.A.**

**Samford University**
Major:  Psychology
Birmingham, Alabama
December 1987

International Education:

**Universidad de Filologia y Español**,
Saltillo, México
Winter Quarter, 1986

**PROFESSIONAL LICENSURE:**          **Licensed Psychologist, CA #15429**

| **LANGUAGES:** | **Conversational Spanish**<br>**Basic Spoken Japanese** |

**PROFESSIONAL EXPERIENCE:**

| **Part-Time Clinical Supervisor** | **CSULB Foundation**<br>Trauma Recovery Center<br>Long Beach, CA<br>July 2019- |

| **Kobe College Foundation**<br>**Distinguished Fellow** | **Kobe College**<br>Department of Psychological and Behavioral<br>Studies<br>Nishinomiya, Japan<br>September 2016 - September 2017 |

| **Director of Child Psychology Training**<br>**Director of the Child Trauma Clinic**<br>(Clinical Psychologist II, County Title) | **Harbor-UCLA Medical Center**<br>Child and Adolescent Psychiatry<br>Torrance, California<br>Department of Mental Health<br>Los Angeles, CA<br>April 2006 - July 2016 |

| **Director of Training and Research**<br>**Lead Forensic Interviewer**<br>(Clinical Psychologist II, County Title) | **Harbor-UCLA Medical Center**<br>Child Crisis Center, Pediatrics<br>Torrance, California<br>Department of Health Services<br>Los Angeles County, California<br>February 2005 - April 2006 |

| **Clinical Supervisor** | **St. Francis Medical Center**<br>Children's Counseling Center<br>Lynwood, California<br>May 2003 - February 2005 |

| **Program Director** | **Didi Hirsch Mental Health Center**<br>Child and Family Outpatient Clinic<br>Inglewood, California<br>December 2000 - January 2002 |

| **Director of Emergency Services** (2000)<br>**Clinical Director** (1996-1999)<br>**Sexual Assault Counselor** (1995-1996) | **Santa Monica-UCLA Medical Center**<br>Rape Treatment Center<br>Santa Monica, California<br>October 1995 - March 2000 |

**ACADEMIC AFFILIATIONS**:

**University of California at Los Angeles**
Geffen School of Medicine
Department of Psychiatry
Los Angeles, CA

| Clinical Instructor (Voluntary) | September 2000 through April 2006 |
| Visiting Assistant Professor | April 2006 through July 2006 |
| Assistant Clinical Professor<br>    of the Health Sciences | July 2006 - 2012 |

Associate Clinical Professor                    July 2012 - July 2016
   of the Health Sciences
Associate Clinical Professor (Voluntary)    March 2017 - present

**California State University, Long Beach**  August 2019-present
Department of Education
Education and Counseling Educational Psychology
   Part-Time Lecturer

**Kobe College**                                Sept. 2016 - Sept. 2017
School of Human Sciences
Department of Psychological and Behavioral Sciences
Nishinomiya, Hyogo Japan

   Bryant Drake Guest Professor and Distinguished Fellow

**PROFESSIONAL ACTIVITIES:**

**<u>Committee and Task Force Service</u>**

1. ***Secretary**, California State Branch of the Association for Play Therapy, October 1993-October 1995

2. ***President-Elect**, California State Branch of the Association for Play Therapy, October 1995-October 1996

3. ***President**, California State Branch of the Association for Play Therapy, October 1996-October 1997

4. ***Elections and Nominations Committee Member*, Association for Play Therapy, October 200-October 2002

5. ***State Branch Committee Member**, Association for Play Therapy, October 2002-October 2003

6. ***Co-Chair**, Research Task Force, Association for Play Therapy, December 2004-October 2005

7. ***President**, Foundation Board of Directors, Association for Play Therapy, 2003-2006

8. ***Secretary**, Foundation Board of Directors, Association for Play Therapy, 2006-2007

9. ***Vice-President**, Foundation Board of Directors, Association for Play Therapy, 2007- 2008

10. ***Officer, Hospital Disaster Preparedness Committee and Chair, Mental Health Sub-committee*, Harbor-UCLA Medical Center, February 2007-present (multiple disaster drills)

11. ***Chair, South Bay Disaster Resources Center Mental Health Committee*, March 2007-June 2009

12. ***Chair, Research Committee*, Association for Play Therapy, October 2009-April 2012

13. ***Research Committee Member*, Association for Play Therapy, October 2005-October 2012

14. ***Editorial Board Member,*** International Journal for Play Therapy, APA, March 2008-October 2012

15. **Chair, Training Committee**, Psychology Division, Department of Psychiatry, Harbor-UCLA Medical Center, February 2013-December 2014

16. **Membership Committee Member**, International Society for Traumatic Stress Studies, January 2017-

17. **Co-Chair (with another Co-Chair), Membership Committee**, International Society for Traumatic Stress Studies, November 2018-

18. **Co-Chair**, Data Subcommittee, International Society for Traumatic Stress Studies, November 2020-2021.

19. **Chair,** New Conference Attendee Subcommittee, International Society for Traumatic Stress Studies, November 2020-2021.

## Membership in Professional Associations and Societies

1. American Academy of Experts in Traumatic Stress, 2000-2001 (Board Certified Expert in Traumatic Stress)
2. American Counseling Association, 1994-2016 (noncontiguous)
3. American Psychological Association Member and Affiliate Member, 1993-2004 (noncontiguous)
4. American Psychological Association Division 56 Affiliate (2015-present)
5. Association for Play Therapy, 1992-present
6. California Psychological Association, 2012-2013
7. International Society for Traumatic Stress Studies, 2001-present (noncontiguous)
8. Los Angeles Biomedical Research Institute, 2007-2016 (noncontiguous)
9. Kobe College Research Institute, 2016-2017

## Community Service

1. Rape Crisis Center Volunteer, Mobile, AL
October 1988 to August 1990

2. American Red Cross (ARC) Post-Hurricane Andrew Volunteer, Dade County Chapter, Perrine, FL
August 1991 to October 1991

3. UCLA Humanitarian Relief Mission for Kosovar Refugees, team member and Lead Mental Health Officer, Tirane, Albania
May to June 1999

4. Board of Directors member, American Red Cross-Santa Monica, Santa Monica, CA
June 1998 to June 2000

5. Program for Torture Victims Assessor and Therapist, Los Angeles, CA
August 1999 to August 2002

6. Advisory Board, American Red Cross Santa Monica, Santa Monica, CA
June 2000 to May 2002

7. American Red Cross Disaster Services, Human Resources (DSHR) National Response Team, Mental Health Specialist
March 1995 to January 2004
 (Including deployment for the 1995 Watsonville, CA and the Lake County, CA floods)

8. American Red Cross (ARC), Disaster Action Team and Other ARC Volunteer Work, Santa Monica CA Chapter
August 1992- August 2006
(Including service for the Northridge Earthquake, 1994 Malibu Fires, 1996 Malibu California Flood, Santa Monica Pier Shootings, Hostage Situations, and multiple Santa Monica Police Department debriefings following critical incidents)

### International and Disaster-Related Consulting Activities

| | |
|---|---|
| Consultant | National Center for Child Traumatic Stress |
| | University of California at Los Angeles |
| | Los Angeles, California |
| | July 2004-July 2005 |
| | |
| Consultant | Operation U.S.A. |
| | Culver City, CA |
| | May 1998-August 2010 |
| | |
| Specific Projects: | *Peru: Earthquake Recovery* |
| | September 2001; November 2001 |
| | *Taiwan:  Earthquake Recovery* |
| | August-September 2000 |
| | *Nicaragua:  Hurricane Mitch* |
| | March-April 2000 |
| | *Sri Lanka: Tsunami Recovery* |
| | January 2005-August 2006 |
| | |
| Consultant | Doctors of the World |
| | Saint-Petersburg, Russia: Economic Crisis |
| | October-November 1998 |
| | |
| Consultant | Government of Singapore |
| | Singapore, Singapore |
| | April 2003 |

## HONORS AND AWARDS:

**Volunteer of the Year**
American Red Cross-Santa Monica Chapter
Santa Monica, CA
1996

**International Scholarship**
The Association for Play Therapy
Ede, The Netherlands
Date: June, 1996

**Mayoral Commendation (received as a team)**
Richard Riordan, Los Angeles Mayor
UCLA-International Medical Corps Kosovar Refugee Humanitarian Relief Team
Los Angeles, CA
1998

**St. Francis "Hero" Award**
St. Francis Medical Center
Tsunami Relief Work
February 2005

**Humanitarian Service Award**
Association for Play Therapy
October 2005

**Faculty Teaching Award**
Harbor-UCLA Medical Center Child Psychiatry Fellowship Program
June, 2016

**ISTSS Sarah Haley Clinical Excellence Award**
International Society for Traumatic Stress Studies (ISTSS)
November, 2021

**RESEARCH GRANTS RECEIVED:**

**1. Involuntarily Sedated Rape Victims.** Research grant funded by the Rape Treatment Center Foundation to study symptoms and posttraumatic reactions of adult women who reported that they had been involuntarily sedated and sexually assaulted.

Principal Investigator: J.S. Shelby
Grant Amount: $20,000
Funding Source: The Rape Foundation, Santa Monica, CA
Site of Study: The Rape Treatment Center, Santa Monica-UCLA Medical Center
Date: January 1999 to July 1999

**2. Practices and Attitudes of Child Therapists in Japan**
Principal Investigators: J.S. Shelby and H. Sudo
Funding Source: Kobe College Research Institute
Site of Study: Japan
Date: May, 2017 to present

**LECTURES AND PRESENTATIONS:**

**Presentations Accepted from Peer-Reviewed Proposals**

1.  Shelby, J.S. (1993, October).  *Play therapy for crisis intervention:  Lessons from Hurricane Andrew.* Paper presented at the 10th annual meeting of the International Association for Play Therapy, Atlanta, GA.

2.  Shelby, J.S., & Tredinnick, M.G. (1994, April).  *Professional counselors as "Instant Experts:" Lessons from Hurricane Andrew.*  Paper presented at the meeting of the American Counselors' Association, Minneapolis, MN.

3.  Shelby, J.S. (1994, October).  *Post-Earthquake adjustment among preschoolers following the Northridge Earthquake.* Paper presented at the annual meeting of the Los Angeles County Psychological Association, Los Angeles, CA.

4.  Shelby, J.S. (1995, June).  *Children of Disaster:  Guidelines for play therapists.* Paper presented at the 1st annual meeting of the California Association for Play Therapy, Long Beach, CA.

5.  Shelby, J.S. (1995, October).  *Treating children following disaster and first-aid for their therapists.* Paper presented at the 12th annual meeting of the International Association for Play Therapy, San Francisco, CA.

6.  Shelby, J.S. (1996, May). *Play therapy for the children of disaster*.   Paper presented at the meeting of the International Play Therapy Association, Ede, The Netherlands.

7.  Shelby, J.S. (1996, June). *Preventing emotional disaster after natural disaster*. In S. Hormuth (Chair) Psychology's Role in Disaster Intervention and Research. Symposium conducted at the Scientific Committee for the International Decade for Natural Disaster Reduction of the German Red Cross, Dresden, Germany.

8.  Shelby, J.S. (1997, April). *Posttraumatic adjustment in a developmental context*. Paper presented at the 3rd annual meeting of the California Association for Play Therapy, San Diego, CA.

9.  Shelby, J.S. (1997, June). *Play therapy with young Bosnian and Croatian refugees and displaced persons*. Paper presented at the annual Northwest Play Therapy Institute, Forest Grove, OR.

10. Shelby, J.S. (1997, October). *Posttraumatic coping among rape survivors.* Paper presented at the annual meeting of the Los Angeles County Psychological Association, Los Angeles, CA.

11. Shelby, J.S. (1997, November). *Posttraumatic responses of involuntarily sedated rape victims.* Poster session presented at the Annual meeting of the International Society for Traumatic Stress Studies, Montreal, Quebec, Canada.

12. Shelby, J.S. (1998). *Secondary stress among sexual assault survivors: Interactions with law enforcement personnel.* Poster session presented at the Annual meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

13. Shelby, J.S. (1999, July).  *A developmental approach to posttraumatic play therapy*. Paper presented at the Annual Northwest Play Therapy Institute, Forest Grove, OR.

14. Shelby, J.S. (1999, October). *Developmentally sensitive posttraumatic play therapy*. Preconference workshop presented at the 16th annual meeting of the Association for Play Therapy, Baltimore, MD.

15. Shelby, J.S. (1999, November). *Crisis intervention with children following Hurricane Andrew.* Poster session presented at the annual meeting of the International Society for Traumatic Stress Studies, Miami, FL.

16. Shelby, J.S. (2000, June). *Developmentally sensitive posttraumatic play therapy*. Paper presented at the annual Northwest Play Therapy Institute, Forest Grove, OR.

17. Shelby, J.S. (2000, June). *Play therapy for sexual assault survivors.* Paper presented at the annual Northwest Play Therapy Institute, Forest Grove, OR.

18. Shelby, J.S. (2000, October). *Treating childhood survivors of sexual assault.* Paper presented at the 17th annual meeting of the Association for Play Therapy, New Orleans, LA.

19. Shelby, J.S. (2001, October). *Developmentally sensitive therapy with trauma survivors*. Pre-conference workshop presented at the 18th annual meeting of the Association for Play Therapy, Portland, OR.

20. Shelby, J.S. (2001, October). *Treating childhood survivors of sexual assault.* Paper presented at the 18th annual meeting of the Association for Play Therapy, Portland, OR.

21. O'Connor, K., Shelby, J.S., and Van Fleet, R. (2001, October). *Psychological response to terrorism.* Panel discussion presented at the 18th annual meeting of the Association for Play Therapy, Portland, OR.

22. Shelby, J.S. (2002, February). *Developmentally sensitive approaches to treating common childhood disorders.* Paper presented at the annual meeting of the Michigan Association for Play Therapy, East Lansing, MI.

23. Shelby, J.S. (2003, February). *Developmentally sensitive approaches to treating childhood mood disorders.* Paper presented at the annual meeting of the Michigan Association for Play Therapy, East Lansing, MI.

24. Shelby, J.S. (2003, October). *Developmentally sensitive therapy with trauma survivors.* Pre-conference workshop presented at the 20th annual meeting of the Association for Play Therapy, Norfolk, VA.

25. Shelby, J.S. (2003, October). *Treating childhood survivors of sexual assault.* Paper presented at the 20th annual meeting of the Association for Play Therapy, Norfolk, VA.

26. Shelby, J.S. (2004, October). *Treating childhood survivors of sexual assault.* Paper presented at the 21st annual meeting of the Association for Play Therapy, Broomfield, CO.

27. Shelby, J.S. (2004, October). *100 techniques, 10 years, and 20 nations.* Pre-conference workshop presented at the 21st annual meeting of the Association for Play Therapy, Broomfield, CO.

28. Shelby, J.S., Bond, D., & Felix, E (2005, October). *Play therapists go to Sri Lanka.* Paper presented at the 22nd Annual meeting of the Association for Play Therapy, Nashville, TN.

29. Shelby, J.S. (2005, October). *Treating childhood survivors of sexual assault.* Pre-conference workshop presented at the 22nd annual meeting of the Association for Play Therapy, Nashville, TN.

30. Felix, E., Layne, C., Hoagwood, K., Walden, R., Bond, D., and Shelby, J.S. (2005, November). *Psychological First Aid for children: Lessons learned from Sri Lanka.* Panel discussion presented at the Annual International Society for Traumatic Stress Studies conference, Toronto, Canada.

31. Shelby, J.S. (2007, June). *Crisis intervention with young survivors of trauma.* Paper presented (in absentia) at the 7th International Congress on Psychic Trauma and Traumatic Stress, Buenos Aires, Argentina.

32. Drewes, A., Shelby, J.S., Stewart, A. and Landry, T.L. (2007, August). *Culturally sensitive, developmentally appropriate child treatment.* Panel discussion presented at the Annual American Psychological Association conference, San Francisco, CA.

33. Shelby, J.S. (2007, October). *Comprehensive sexual assault treatment: From forensic interviewing to psychological treatment.* Pre-conference workshop presented at the 24th annual meeting of the Association for Play Therapy, Los Angeles, CA.

34. Shelby, J.S., Urquiza, A, Berk, M., and Bond, D. (2007, October). *Innovations in Treatment: Evidence-based treatment in common clinical settings.* Symposium presented at the 24th Annual meeting of the Association for Play Therapy, Los Angeles, CA.

35. Murase, K., Shelby, J.S., & Ohnogi, A. (2008 August). *Support and intervention to children's psychological trauma*. Symposium hosted by the Japan Play Therapy Association, Tokyo, Japan.

36. Shelby, J.S. & Warnick, H.D. (2008, October). *Posttraumatic Parenting: A parent-child dyadic treatment*. Presentation at the 25th annual meeting of the Association for Play Therapy, Dallas, TX.

37. Shelby, J.S. & Maltby, L.  (2009, October). *Posttraumatic Play Therapy: A caregiver child dyadic treatment*. Presentation at the 26th annual meeting of the Association for Play Therapy, Atlanta, GA.

38. Shelby, J.S. (2009, October). *Therapy for traumatized children: Trends, directions, and suggestions for growth*. Presentation at the 26th annual meeting of the Association for Play Therapy, Atlanta, GA.

39. Shelby, J.S., Walden, R., & Bond, D. (2010, September). *Responding to natural disaster: Innovations in psychosocial programming*. Symposium presented at the annual Institute for Violence & Abuse Treatment conference, San Diego, CA.

40. Goodyear-Brown, P., Kinney-Noziska, S., Lowenstein, L., Riviere, S.A., & Shelby, J.S. (2010, October). *Play therapy issues: The best and the worst*. Presentation at the 27th annual meeting of the Association for Play Therapy, Louisville, KY.

41. Shelby, J.S. & Combs-Ronto, L. (2012, March). *Technology-facilitated sexual exploitation of adolescents: Treatment implications*. 28th National Symposium on Child Abuse. Huntsville, AL

42. Shelby, J.S. (2012, October). *Play therapy for childhood trauma*. Pre-conference workshop presented at the 29th annual meeting of the Association for Play Therapy, Cleveland, OH.

43. Shelby, J.S. (2012, October). *Too tired to play? How to replenish and renew a play therapist's passion*. Seminar to be presented at the 29th annual meeting of the Association for Play Therapy, Cleveland, OH.

44. Christensen, L., Maltby, L., & Shelby, J. (2013, September). *Adapting Parent-Child Interaction Therapy for intellectual disability*. Break-out session presented at the annual University of California at Davis Parent Child Interaction Therapy Conference, Los Angeles, CA.

45. Shelby, J.S. (2013, October). *Treating childhood sexual assault through CBT-play therapy*. Pre-conference workshop presented at the 30th annual meeting of the Association for Play Therapy, Palm Springs, CA.

46. Shelby, J.S. (2014, September). *Safety-based interventions for trauma*. Symposium presented at the annual Institute for Violence & Abuse Treatment conference, San Diego, CA.

47. Maltby, L., Shelby, J.S., & Litvinov, L. (2014, September). *Making informed treatment decisions: Use of a PCIT/CPP decision tree*. Break out session presented at the annual University of California at Davis Parent Child Interaction Therapy Conference, Los Angeles, CA.

48. Shelby, J.S. (2014, October). *Safety-based interventions for play therapists*. Pre-conference workshop presented at the 31st annual meeting of the Association for Play Therapy, Houston, TX.

49. Shelby, J.S. (2015, October). *Safety-based interventions for play therapists.* Pre-conference workshop presented at the 32nd annual meeting of the Association for Play Therapy, Atlanta, GA.

50. Felix, E., Shelby, J.S., Sturtz-Sreetharan, C., & Zavala, J. (2017, November). *Diversity in the traumatic stress field: A psychologist, anthropologist/linguist, and Buddhist minister raise questions about delivering Western trauma-focused treatments in Asia.* Panel presentation provided at the 33rd annual meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

**Invited Keynote Addresses and Conference Workshops**

1. Shelby, J.S. (1996, August). *After the trauma: Helping children survive Post-Traumatic Stress Disorder.* Workshop presented at National University, Vista, CA.

2. Shelby, J.S. (1997, July). *Posttraumatic play therapy for survivors of abuse, disaster, and community violence.* Workshop presented at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

3. Shelby, J.S. (1997, July). *Posttraumatic play therapy for survivors of sexual violence.* Workshop conducted at the 12th annual Summer Play Therapy Training Institute, Hackensack, NJ.

4. Shelby, J.S. (1998, July). *Posttraumatic play therapy with traumatized children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

5. Shelby, J.S. (1998, July). *Posttraumatic play therapy with sexually abused children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

6. Shelby, J.S. (1998, October). *Secondary stress.* Invited paper presented at the Annual meeting of the Los Angeles County Psychological Association, Los Angeles, CA.

7. Shelby, J.S. (1998, December). *Posttraumatic play therapy.* Workshop conducted at the Philadelphia Center for Play Therapy, Philadelphia, PA.

8. Shelby, J.S. (1999, July). *Posttraumatic play therapy with traumatized children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

9. Shelby, J.S. (1999, July). *Posttraumatic play therapy with sexually abused children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

10. Shelby, J.S. (2000, April). *Developmental aspects of posttraumatic play therapy.* Invited workshop sponsored by the Illinois Association for Play Therapy, Champaign, IL.

11. Shelby, J.S. (2000, April). *Therapy with sexually traumatized children.* Invited workshop sponsored by the Illinois Association for Play Therapy, Champaign, IL.

12. Shelby, J.S. (2000, June). *Developmentally sensitive posttraumatic play therapy.* Invited workshop presented at the Annual Play by The Sea Conference, Monterey, CA.

13. Shelby, J.S. (2000, June). *Play therapy for sexual assault survivors.* Invited Workshop presented at the Annual Play by the Sea Conference, Monterey, CA.

14. Shelby, J.S. (2002, April).  *Developmentally sensitive play therapy*. Workshop sponsored by the California Association for Play Therapy, Los Angeles, CA.

15. Shelby, J.S. (2002, July). *Developmentally sensitive posttraumatic play therapy*. Workshop conducted at the Annual Summer Play Therapy Training Institute, Hackensack, NJ.

16. Shelby, J.S. (2002, July).  *Posttraumatic play therapy with sexually abused children*. Workshop conducted at the Annual Summer Play Therapy Training Institute, Hackensack, NJ.

17. Shelby, J.S. (2002, July).  *Developmentally sensitive posttraumatic play therapy*. Workshop conducted at the University of North Texas Center for Play Therapy Summer Institute Workshops, Denton, TX.

18. Shelby, J.S. (2002, July).  *Posttraumatic play therapy with sexually abused children*. Workshop conducted at the Annual Summer Play Therapy Training Institute, Hackensack, NJ.

19. Shelby, J.S. (2003, February).  *Treating childhood survivors of sexual assault*.  Invited workshop conducted at the Annual meeting of the Hawaii Association for Play Therapy, Honolulu, HI.

20. Shelby, J.S. (2003, February).  *Developmentally sensitive posttraumatic therapy for children*.  Invited workshop conducted at the Annual meeting of the Hawaii Association for Play Therapy: Honolulu, HI.

21. Shelby, J.S. (2003, March). *Developmentally sensitive treatment for childhood mood, anxiety, and elimination disorders*. Workshop presented at the 2003 Play Therapy Institute. Culver City, CA.

22. Shelby, J.S. (2004, March). *Practical play therapy techniques for sexually traumatized children*. Workshop presented at the 11th Annual Kentucky Association for Play Therapy conference, Louisville, KY.

23. Shelby, J.S. (2004, April). *Evidence-based treatment for common childhood disorders*. Workshop presented at the Kansas Association for Play Therapy Conference, Wichita, KY.

24. Shelby, J.S. (2004, May). *Developmentally sensitive posttraumatic play therapy*. Training sponsored by Chesapeake Beach Professional Seminars, Baltimore, MD.

25. Shelby, J.S. (2004, July). *Reaching Boys*. Workshop presented at the 1st Annual West Coast Child & Adolescent Therapy Conference, Los Angeles, CA.

26. Shelby, J.S. (2004, July). *Treating child & adolescent sexual abuse*. Workshop presented at the 1st Annual West Coast Child & Adolescent Therapy Conference, Los Angeles, CA.

27. Shelby, J.S. (2004, October). *Evidence-based treatment for common childhood disorders*. Workshop presented at the Idaho Branch of the Association for Play Therapy, Boise, ID.

28. Shelby, J.S. (2004, October). *Developmentally sensitive play therapy*. Workshop presented at the Idaho Branch of the Association for Play Therapy, Boise, ID.

29. Shelby, J.S. (2005, February).  *25 techniques, 10 years, and 20 nations*.  Keynote address presented at the Arizona Association for Play Therapy, Tempe, Arizona.

30. Shelby, J.S. (2006, February). *Healing the wounds of Hurricane Katrina:  Posttraumatic therapy with children and adolescents*. Keynote address to the Louisiana Branch of the Association for Play Therapy, Baton Rouge, LA.

31. Shelby, J.S. (2006, April). *Evidence-based child treatment for common childhood disorders*. Full-day workshop conducted at the Michigan Branch of the Association for Play Therapy, Bay City, MI.

32. Shelby, J.S. (2006, April). *Developmentally sensitive posttraumatic play therapy*.  Full-day workshop conducted at the Michigan Branch of the Association for Play Therapy, Bay City, MI.

33. Shelby, J.S. (2006, June). *Evidence-based child treatment for common childhood disorders*.  Full-day presentation at the Tennessee Branch of the Association for Play Therapy, Murphreesboro, TN.

34. Shelby, J.S. (2006, June). *Developmentally sensitive posttraumatic play therapy*. Keynote full-day presentation to the Tennessee Branch of the Association for Play Therapy, Murphreesboro, TN.

35. Shelby, J.S. (2006, July). *Evidence-based child treatment for common childhood disorders*.  Keynote full-day presentation to the Missouri Branch of the Association for Play Therapy, Springfield, MO.

36. Shelby, J.S. (2007, January). *Evidence-based child treatment for common childhood disorders*.  Keynote full-day presentation conducted at the Alabama Branch of the Association for Play Therapy, Birmingham, AL.

37. Shelby, J.S. (2007, May). *Child therapy that fits: Treating common childhood disorders*. Keynote full-day presentation conducted at the University of South Dakota School of Psychology and Education, Vermillion, SD.

38. Shelby, J.S. (2007, June). *100 best play therapy techniques*. Keynote two-day presentation at the Annual conference of the Indiana Association for Play Therapy, Nashville, IN.

39. Shelby, J.S. (2008, April). *Treating adult survivors of sexual victimization*. Two-day workshop provided for Campbell County Memorial Hospital, Campbell County, Wyoming.

40. Shelby, J.S. (2008, June). *Developmentally sensitive posttraumatic play therapy*. Keynote presentation for the 12th annual conference of the Virginia branch of the Association for Play Therapy, Harrisonburg, VA.

41. Shelby, J.S. (2008, June). *Posttraumatic parenting*. Full-day presentation conducted at the 12th annual conference of the Virginia branch of the Association for Play Therapy, Harrisonburg, VA.

42. Shelby, J.S. (2009, March). *Developmentally sensitive posttraumatic play therapy*. Keynote presentation at the 7th annual conference of the Nevada branch of the Association for Play Therapy, Las Vegas, NV.

43. Shelby, J.S. (2009, April). *Developmentally sensitive posttraumatic play therapy*. Keynote presentation for the 10th Annual conference of the Ney York branch of the Association for Play Therapy, Rochester, NY.

44. Bratton, S., LeBlanc, T., Silverman, W., and Shelby, J.S. (2009, October). The state of play therapy research. In *play therapy research forum*. Panel Discussion conducted at the meeting of the 26th annual Association for Play Therapy conference, Atlanta, GA.

45. Shelby, J.S. (2010, June). *Developmentally sensitive therapy with children: Play therapy in an evidence-based era*. Keynote seminar presented at the 10th annual meeting of the George Fox University Play Therapy Summer Conference, Portland, Oregon.

46. Shelby, J.S. *(2010, June). Posttraumatic Parenting: A parent-child dyadic treatment*. Keynote seminar presented at the 10th annual meeting of the George Fox University Play Therapy Summer Conference, Portland, Oregon.

47. Shelby, J.S. (2010, June). *Play therapy in a new era: Blending EBTs into play therapy practice*. Keynote presentation at the 4th annual meeting of the Multicultural Play Therapy Conference, University of North Carolina, Charlotte, NC.

48. Shelby, J.S. (2010, June). *Posttraumatic Parenting: A parent-child dyadic treatment*. Keynote presentation presented at the 4th annual meeting of the Multicultural Play Therapy Conference, University of North Carolina, Charlotte, NC.

49. Shelby, J.S. (2010, September). *Posttraumatic Parenting: A parent-child dyadic treatment*. Keynote presentation presented at the College of Education, Minnesota State University, Mankato, MN.

50. Bratton, S., Sprang, G. & Shelby, J.S. (2010, October). *Play therapy research*. In play therapy research forum. Symposium conducted at the meeting of the 27th annual Association for Play Therapy conference, Louisville, KY.

51. Lily, J.P. & Shelby, J.S. (2010, October). *Play therapy: Art vs. science*. Debate held as the keynote speech at the 27th annual meeting of the Association for Play Therapy, Louisville, KY.

52. Shelby, J.S. & Berk, M.J. (2011, October). *CBT: The good, the bad, and the ugly*. Full-day workshop presented at 28th annual meeting of the Association for Play Therapy, Sacramento, CA.

53. Shelby, J.S. (2011, November). *Compassion fatigue, vicarious traumatization, and secondary stress*. Keynote speech presented at the 10th annual Skip Hinchman Memorial Symposium sponsored by The Guidance Center. Los Angeles, CA.

54. Shelby, J.S. (2012, March). *Play-based treatment for young survivors and their parents*. Sponsored by Life Skills Organization. Bowling Green, KY.

55. Shelby, J.S. (2012, July). *CBT and play therapy: How play therapists can make use of their skill in an EBT-driven county*. Full-day seminar presented at the Los Angeles Chapter of the Association for Play Therapy. Los Angeles, CA.

56. Shelby, J.S. (2012, September). *Cognitive behavioral play therapy*. Full-day keynote seminar presented at the Colorado Association for Play Therapy Fall Conference. Englewood, CO.

57. Shelby, J.S. (2012, September). *Play Therapists in a strange new world: How to survive and thrive in an era of evidence-based treatments*. Full-day keynote seminar presented at the Colorado Association for Play Therapy Fall Conference. Englewood, CO.

58. Shelby, J.S. (2015, Sept.). *Safety-based interventions for play therapists*. Keynote seminar presented at the Northern California Chapter of the California Branch of the Association for Play Therapy, Sacramento, CA.

59. Shelby, J.S. (2015, October). *Trauma-based interventions for Asian American youth: Blending Western treatments with Eastern values*. Invited presentation at the 21st Annual Asian American Mental Health Conference. Invited address sponsored by the Los Angeles County Department of Mental Health. Alhambra, CA.

60. Barbour, JM, Ramos, T., Shelby, J.S. (2016, January). *Homeless Individuals and Trauma*. Panel presentation at the 24th Annual Empowerment Congress Summit. Sponsored by the Los Angeles County Board of Supervisors and Mark Ridley Thomas. Los Angeles, CA.

61. Shelby, J.S. (2016, January). *Safety-based interventions for play therapists*. Keynote seminar presented at the Orange County Chapter of the California Branch of the Association for Play Therapy, Orange, CA.

62. Shelby, J.S. (2016, March). *Safety-based interventions for play therapists*. Keynote presentation workshop presented at the Wisconsin Branch of the Association for Play Therapy, Milwaukee, WI.

63. Shelby, J.S. (2016, March). *Safety-based interventions for childhood maltreatment*. Keynote presentation at the Guidance Center, Long Beach CA.

64. Shelby, J.S. (2016, May). *Evidence-based treatments in real world settings*. Invited seminar. Sponsored by PE the Los Angeles County Department of Mental Health. Hawaiian Gardens, CA

65. Shelby, J.S. (2016, June). *Trauma-based interventions for Asian American youth: Blending Western treatments with Eastern values*. Invited full-day county-wide seminar sponsored by the Los Angeles County Department of Mental Health. Gardena, CA

66. Shelby, J.S. (2017, June). *Cognitive Behavioral Play Therapy*. Japanese Psychological Association. Kobe, Japan.

67. Shelby, J.S. (2017, September). *Evidence-Based Psychological Interventions*. Annual meeting of the Kobe College Corporation-Japan Education Exchange. Chicago, IL.

68. Shelby, J.S. (2017, October). *Inside the mind of the perpetrator: College campus sexual offenders*. Invited lecture sponsored by the National District Attorneys' Association. New Orleans, LA.

69. Shelby, J.S. & Van Nice, A. (2017, October). *Understanding victims' responses*. Invited lecture sponsored by the National District Attorneys' Association. New Orleans, LA.

70. Shelby, J.S. (2018, August). *Inside the mind: Understanding Paraphilic Disorders*. Invited lecture sponsored by the National District Attorneys' Association. Bellevue, WA.

71. Shelby, J.S. (2018, August). *Neurophysiology of trauma*. Invited lecture sponsored by the National District Attorneys' Association. Bellevue, WA.

72. Shelby, J.S. (2018, October). *Responding to tragedy and mass-scale disaster with play therapy*. Invited presentation at the Annual Association for Play Therapy, Phoenix, AZ.

73. Shelby, J.S. (2018, October). *Play therapists in troubled times: The art of bearing hope in a culture of violence.* Keynote speech at the Annual Association for Play Therapy, Phoenix, AZ.

74. *Shelby, J.S. (2019, October). Trauma-informed care.* Invited keynote presentation at Aspiranet Leadership meeting. Turlock, CA.

75. *Shelby, J.S. (2019, November). Compassion fatigue.* Invited keynote presentation at Aspiranet recruitment fair. Turlock, CA.

76. Shelby, J.S. (2020, February). *Secondary traumatic stress reduction strategies for play therapists*. Invited full-day, keynote presentation at the Annual Hawaii Association for Play Therapy, Honolulu, HI.

77. Shelby, J.S. (2020, February). *Acute intervention following disasters and other tragic events*. Invited full-day, keynote presentation at the Annual Hawaii Association for Play Therapy, Honolulu, HI.

78. Shelby, J.S. (2021, February). *Acute intervention following disasters and other tragic events*. Invited full-day, keynote presentation at the Colorado Association for Play Therapy, Denver, CO.

**Grand Rounds Lectures**

1. Shelby, J.S. (2006, May). *International disaster relief and mental health*. Department of Psychiatry Grand Rounds. Harbor-UCLA, Torrance, CA.

2. Shelby, J.S. (2006, October). *Developmentally sensitive posttraumatic treatment for children*. Child and Adolescent Psychiatry Grand Rounds, Harbor-UCLA, Torrance, CA.

3. Shelby, J.S. (2007, August). *Childhood Posttraumatic Stress Disorder.* Pediatrics Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

4. Shelby, J.S. (2007, September). *Childhood sexual assault forensics and treatment.* Pediatrics Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

5. Shelby, J.S. (2008, March). *Innovations in Posttraumatic Stress Disorder treatments for children*. Psychiatry Grand Rounds, UCLA Semel Institute, Los Angeles, CA.

6. Shelby, J.S. (2009, August). *Child psychological assessment.* Child Psychiatry Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

7. Shelby, J.S. (2015, January). *Child psychological assessment in clinical practice*. Child and Adolescent Psychiatry Grand Rounds presentation. Harbor-UCLA. Torrance, CA.

8. Shelby, J.S. (2015, April). *Teenagers and sexting: When privates go public*. Psychiatry Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

9. Shelby, J.S. (2016, February). *Compassion Fatigue for Helping Professionals*. Nursing Department Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

10. Shelby, J.S. (2016, October). *Family-based trauma treatment*. Psychology Division Grand Rounds/Case Conference. Kobe College. Hyogo, Japan.

11. Shelby, J.S. (2016, November). *Psychological Assistance Following Disaster: Western Interventions for Eastern Cultures*? Kobe College Research Rounds. Hyogo, Japan.

## Selected Additional Lectures and Presentations

1. Shelby, J.S. (1996, June). *Crisis intervention with children and their parents*.  Paper presented at the Society for Psychological Assistance Public Lecture Series, Zagreb, Croatia.

2. Shelby, J.S. (1996, September). *Responding to traumatized children*. Seminar conducted at the Children's Bureau of Los Angeles, Los Angeles, CA.

3. Shelby, J.S. (1996, November). *Treating young survivors of natural disaster*. Presented at the Pasadena Chapter of the American Red Cross, Pasadena, CA.

4. Shelby, J.S. (1997, April). *Ethical treatment of sexual assault patients*.  Presentation conducted at the VA Hospital, West Los Angeles, California.

5. Shelby, J.S. (1999, July). *Healing the wounds of trauma:  Posttraumatic therapy with children and the treatment of sexual assault survivors*.  Two-day, self-sponsored seminar conducted in Santa Monica, CA.

6. Shelby, J.S. (2000, April). *Responding to sexual assault patients*.  Seminar conducted at the Adolescent Medicine Clinic, Children's Hospital, Los Angeles, CA.

7. Shelby, J.S. (2000, May). *Compassion fatigue.*  Workshop conducted at the Department of Psychiatry, Kaiser Permanente Hospital, Los Angeles, CA.

8. Shelby, J.S. (2000, June). Compassion fatigue.  Workshop conducted at Didi Hirsch Community Mental Health Center for the Children's Mental Health Program, Culver City, CA.

9. Shelby, J.S. (2000, September). *Treating adult survivors of sexual assault*.  Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

10. Shelby, J.S. (2000, September). *Healing the wounds of trauma:  Posttraumatic therapy for adults*.  Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

11. Shelby, J.S. (2001, May). *Developmentally sensitive play therapy*. Seminar sponsored by Didi Hirsch Community Mental Health Center, Culver City, CA.

12. Shelby, J.S. (2001, July). *Healing the wounds of trauma:  Treating adult survivors of sexual assau*lt. Self-sponsored seminar, Hollywood, CA.

13. Shelby, J.S. (2001, July). *Healing the wounds of trauma:  Developmentally sensitive posttraumatic play therapy*. Self-sponsored seminar, Hollywood, CA.

14. Shelby, J.S. (2001, November). *Compassion fatigue.*  Invited address at Los Angeles County Sponsored "Mental Health in Schools:  Partners in Promoting School Success" Conference, Pasadena, CA.

15. Shelby, J.S. (2002, January). *Compassion fatigue.*  Seminar presented at Hollygrove, Los Angeles, CA.

16. Shelby, J.S. (2002, February). *Developmentally sensitive play therapy*. Seminar sponsored by Didi Hirsch Community Mental Health Center, Culver City, CA.

17. Shelby, J.S. (2002, March). *Developmentally sensitive play therapy.* Seminar presented for El Nido, North Hills, CA.

18. Shelby, J.S. (2002, April). *Compassion fatigue.* Seminar presented for Child and Family Services, Montecito, CA.

19. Shelby, J.S. (2002, June). *Compassion fatigue.* Seminar presented for The Sycamores, Pasadena, CA.

20. Shelby, J.S. (2002, November). *Compassion fatigue.* Seminar presented for the California Professional Society on the Abuse of Children (CAPSAC), Santa Monica, CA.

21. Shelby, J.S. (2003, January). *Healing the wounds of trauma: Posttraumatic therapy.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

22. Shelby, J.S. (2003, January). *Posttraumatic play therapy.* Seminar sponsored by Didi Hirsch Community Mental Health Center, Culver City, CA.

23. Shelby, J.S. (2004, August). *Healing the wounds of trauma: Posttraumatic therapy.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

24. Shelby, J.S. (2004, October). *Posttraumatic play therapy.* Seminar presented at the University of North Texas Annual play therapy fall conference. Denton, TX.

25. Shelby, J.S. (2004, December). *Play therapy for sexually abused children.* Invited workshop presented for the Kentucky Coalition Against Sexual Assault, Louisville, KY.

26. Shelby, J.S. (2005, January). *Healing the wounds of trauma: Posttraumatic therapy.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

27. Shelby, J.S. (2005, April). *Developmentally sensitive posttraumatic play therapy.* Workshop conducted at Baylor University, Waco, TX.

28. Shelby, J.S. (2005, April). *Healing the wounds of trauma: Posttraumatic therapy.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

29. Shelby, J.S. (2005, May). *Healing the wounds of trauma: Posttraumatic therapy.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

30. Shelby, J.S. (2005, June). *Healing the wounds of trauma: Posttraumatic therapy.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

31. Shelby, J.S. (2005, November). *Psychological First Aid.* Quarterly meeting of the Southern California Child Abuse Prevention Coalition, City of Orange, CA.

32. Shelby, J.S. (2007, March). *Psychological First Aid.* Presented at South Bay Disaster Resources Center, Torrance, CA.

33. Shelby, J.S. (2007, March). *Compassion fatigue.* Seminar presented for the Westside Domestic Violence Network, Santa Monica, CA.

34. Shelby, J.S. (2007, September). *Psychological First Aid and related interventions.* Presented at Medical Reserve Corps, Redondo Beach, CA.

35. Shelby, J.S. (2007, September). *Compassion fatigue and vicarious traumatization.* Seminar presented at the Chadwick Center for Children and Families, San Diego, CA.

36. Shelby, J.S. & Tredinnick, M.G. (2007, September). *Psychological First Aid.* Presented at Didi Hirsch Community Mental Health Center, Culver City, CA.

37. Shelby, J.S. (2007, October). *Childhood PTSD.* Presented at Pepperdine University, Culver City, CA.

38. Shelby, J.S. (2007, November). *Compassion fatigue.* Seminar presented at Public Counsel, Los Angeles, CA.

39. Shelby, J.S. (2008, January). *Evidence-based treatments of childhood trauma-related disorders.* Inservice Training presented at the Long Beach Child and Adolescent Psychiatry Clinic of the Department of Mental Health, Long Beach, CA.

40. Shelby, J.S. (2008, January). *Evidence-based treatments for children.* Inservice Training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

41. Shelby, J.S., Avina, C., & Warnick, H. (2008, February). *Using CBT to treat childhood anxiety.* Inservice Training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

42. Shelby, J.S. (2008, February). *Psychological First Aid and brief intervention.* Seminar presented at the South Bay Disaster Resources Center, Torrance CA.

43. Shelby, J.S., Avina, C., & Warnick, H. (2008, March). *Using CBT to treat childhood depression.* Inservice training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

44. Shelby, J.S. & Wright, M. (2008, April). *Assessment supervision.* Presentation provided at the Psychology Case Conference, Harbor-UCLA Medical Center, Torrance, CA.

45. Shelby, J.S. (2008, May). *Psychological First Aid and crisis intervention.* Seminar presented at Kaiser Permanente of Harbor City Department of Psychiatry, Los Angeles, CA.

46. Shelby, J.S. (2008, June). *Using CBT to treat PTSD and Acute Stress Disorder.* Inservice training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

47. Shelby, J.S. (2008, July). *Practical Applications of and problems with evidence-based treatments for children.* Inservice training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

48. Shelby, J.S. (2008, October) *Psychological First Aid.* Seminar Presented at the South Bay Disaster Resources Center Disaster Mental Health Subcommittee Meeting, Torrance CA.

49. Shelby, J.S. (2009, January). *Evidence-based treatments of childhood trauma-Related Disorders.* Inservice training presented at the St. Francis Medical Center Children's Counseling Center. Lynwood, CA.

50. Shelby, J.S. (2009, February). *Diagnosis of childhood trauma-related disorders.* Inservice training presented at the St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

51. Shelby, J.S. (2009, February). *Treating victims of trauma and violence.* Los Angeles County Department of Mental Health-UCLA Clinical Forum, Los Angeles, CA.

52. Shelby, J.S. (2009, March). *Familial and dyadic treatments for childhood trauma-related disorders.* Inservice training presented at the St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

53. Shelby, J.S. (2009, July). *Clinical supervision using CBT.* Childnet Mental Health Services. Long Beach, CA.

54. Shelby, J.S. (2009, July). *Introduction to CBT for children and adolescents.* Inservice training at Childnet Mental Health Services. Long Beach, CA.

55. Shelby, J.S. (2009, August). *CBT for children and adolescents.* Inservice training at Childnet Mental Health Services, Long Beach, CA.

56. Shelby, J.S. (2011, December). *Compassion fatigue, vicarious traumatization, and secondary stress.* Panelist speech presented at the Psychological Services Development Committee meeting, Department of Mental Health, Los Angeles County. Los Angeles, CA.

57. Shelby, J.S. (2012, March). *Blending play therapy with cognitive behavioral therapy.* Inservice training at Didi Hirsch Mental Health Services. Culver City, CA.

*58.* Shelby, J.S. (2021, October). Assessment of Child Trauma Survivors. Invited lecture to harbor-UCLA Post-doctoral fellows affiliated with the Safe Harbor. Harbor-UCLA, Torrance, CA.

### Selected International Seminars and Trainings

1. Shelby, J.S. (1996, May). *Crisis intervention with children and their parents.* Lecture provided at the University of Zagreb, Croatia.

2. Shelby, J.S. (1996, May). *Crisis intervention with children and their parents.* Lecture provided at the University of Zagreb, Croatia.

3. Shelby, J.S. (1998, October). *Harm-reduction in sexually traumatized prostitutes.* Seminar conducted at Medicens du Monde, Saint-Petersburg, Russia.

4. Shelby, J.S. (1998, November). *Treating traumatized children.* Seminar conducted at Doctors of the World, Saint-Petersburg, Russia.

5. Shelby, J.S. (1999, May). *The neurobiophysiology of trauma and contemporary psychological treatment models.* Lecture sponsored by International Medical Corps, Tirane, Albania.

6. Shelby, J.S. (2000, March). *Compassion fatigue among therapists.* Workshop conducted at the Centro de Antonio Villagrosa, Managua, Nicaragua.

7. Shelby, J.S. (2000, August). *Treating young survivors of trauma.* Invited address to the School of Medicine, Hualien University, Hualien, Taiwan.

8. Shelby, J.S. (2000, August). *Compassion fatigue.* Invited address to the School of Medicine, Hualien University, Hualien, Taiwan.

9. Shelby, J.S. (2000, August). *Treating young survivors of trauma*. Invited address to the Tzu Chi Organization, Nantou County, Taiwan.

10. Shelby, J.S. (2000, August). *Treating young survivors of trauma: What teachers can do to assist young survivors*. Invited address sponsored jointly by Tzu Chi and Operation USA, Nantou County, Taiwan.

11. Shelby, J.S. (2001, August). *Treating young survivors of trauma*. Invited address to Save the Children and SUMBI, Lima, Peru.

12. Shelby, J.S. (2001, November). *Treating young survivors of earthquakes*. Invited address to Save the Children and SUMBI, Lima, Peru.

13. Shelby, J.S. (2005, January). *Crisis and acute intervention with children and their caretakers*. Invited presentation for Sarvodaya Buddhist Relief Organization Preschool Teachers, Colombo, Sri Lanka.

14. Shelby, J.S. (2005, January). *Crisis and acute intervention with children and their caretakers*. Invited presentation at Sarvodaya Headquarters, Colombo, Sri Lanka.

15. Shelby, J.S. (2005, January). *Crisis and acute intervention for relief organizations responding to the Sri Lankan Tsunami*. Seminar sponsored by Operation U.S.A., Colombo, Sri Lanka.

16. Shelby, J.S. (2008, August). *Children's psychological trauma*. Five-day workshop sponsored by the Japan Play Therapy Association, Tokyo, Japan.

17. Shelby, J.S. (June, 2010). *Play therapy in a new era: How play therapists must change to meet the demands of evidence-based practice*. Paper presented at the 10th annual International Play Therapy Study Group, Wroxton, England.

18. Kobayashi, T. & Shelby, J.S. (February, 2017). *Psychological assistance with children following traumatic events: A comparison of Western and Japanese approaches*. Symposium sponsored by the Nishinomiya Children's Counseling Center. Nishinomiya, Japan.

19. Shelby, J.S. and Tominaga, T. (June, 2017). *Posttraumatic psychological interventions*. Japanese Psychological Association, Kobe, Japan.

20. Shelby, J.S. (2017, July). *Disaster mental health*. Presentation to graduate students of the Japan Disaster Reduction and Human Renovation Institution, Kobe, Japan.

21. Shelby, J.S. (2017, July). *Evidence-based treatments for childhood trauma*. Two-day workshop sponsored by the Japan Play Therapy Association, Tokyo, Japan.

22. Shelby, J.S. (2022, August upcoming). *Contemporary psychotherapeutic approach to managing psychological crises*. Seminar sponsored by the Universidad Nexum de México, Sinaloa, México

**BIBLIOGRAPHY**:

RESEARCH PAPERS - PEER REVIEWED

1. **Shelby, J. S**. & Tredinnick, M. G. (1995). Crisis intervention with survivors of natural disaster: Lessons from Hurricane Andrew. *Journal of Counseling & Development, 73*, 491-497.

2.  Tominaga, Y., Goto, T., **Shelby, J.S.**, Oshio, A., Nishi, D. & Takahashi, S. (2019) Secondary trauma and posttraumatic growth among mental health clinicians involved in disaster relief. *Counselling Psychology Quarterly* DOI: 10.1080/09515070.2019.1639493.

RESEARCH PAPERS - NON-PEER REVIEWED

1.  **Shelby, J. S**. (1994). "Dr. Circle Teacher" talks about play therapy with children following natural disaster. *California Association for Play Therapy Newsletter, 2*, 3-5.

2.  **Shelby, J. S**. (1994). Group crisis intervention with children in disaster-relief shelters. *The Child, Youth, and Family Services Quarterly (a Division of the American Psychological Association), 12*, 12-16.

3.  **Shelby, J.S**. (1996). Children used to play here. *California Association for Play Therapy Newsletter, 5*, 3-6.

4.  **Shelby, J.S**. (1997). The effects of play therapy on the play therapist. *California Association for Play Therapy Newsletter, 6*, 1-2.

5.  **Shelby, J.S**., Bond, D., Hall, R., & Hsu, C. (2004, Fall). *A treatment manual to enhance coping among young tsunami survivors.* (Available from Operation USA, 3617 Hayden Av., Culver City, CA, 90232).

6.  **Shelby, J.S**. (2007) *Posttraumatic Play Therapy: An evidence-informed treatment manual for children.* Unpublished Manuscript.

7.  **Shelby, J.S.** (2007). Play therapy and evidence-based practice for traumatized children. *Play Therapy Magazine, 2 (3)*, 23-25.

8.  Baggerly, J., Burns, B., Bratton, S., Crenshaw, D., Gil, E., Ray, D., **Shelby, J.,** Sweeney, D. (September, 2008). *Task Force Report: APT responds to the CDC regarding play therapy.* Retrieved from http://www.a4pt.org/download.cfm?ID=27127

9.  **Shelby, J.S.** (2009, August). *Developmental Trauma.* Association for Play Therapy Mining Report. Retrieved from http://www.a4pt.org//ps.index.cfm?ID=1996

10. Baggerly, J., **Shelby, J.S**., Benedict, H., Bratton, S., Gil, E., LeBlanc, M., Ray, D., & Stewart, A. (2009, October). *Association for Play Therapy Research Statement.* Retrieved from http://www.a4pt.org/download.cfm?ID=28318

11. **Shelby, J.S.** (September, 2010). The state of the evidence for play therapy crisis intervention with traumatized children. *Association for Play Therapy Magazine, 5 (3,)* pp.11-14.

12. **Shelby, J.S.** (Fall, 2017). Psychological care following natural disasters: When Western-oriented treatments collide with cultural norms and values. *Kobe College Newsletter.*

13. **Shelby, J.S.** (Fall, 2017). Cognitive Behavioral Therapy (CBT) for Japanese children: A cultural and conceptual-linguistic perspective. *Kobe College Scientific Journal.* Nishinomiya, JP

14. **Shelby, J.** (2019, June). Too tired to play? Play therapists and secondary traumatic stress. *Association for Play Therapy Magazine, 14 (2),* pp. 16-19.

CHAPTERS

1. **Shelby, J. S.** (1997). Rubble, disruption, and tears:  Helping young survivors of natural disaster. In H. Kaduson, D. Cangelosi, and C. Schaefer (Eds.), *The playing cure* (pp. 143-169). Northvale, NJ: Jason Aronson.

2. **Shelby, J.S.** (2000).  Brief play therapy with traumatized children: A developmental perspective.  In H. Kaduson, and C. Schaefer (Eds.), *Short-term play therapy interventions with children* (pp.169-243).  New York, NY: Guilford.

3. **Shelby, J.S.** & Felix, E. (2005).  Posttraumatic Play Therapy:  An integrated model of directive and non-directive approaches.  In L. Reddy, T. Files-Hall, and C. Schaefer (Eds.), *Empirically based play therapy* (pp.79-103).  Washington, DC:  APA Press.

4. Felix, E., Bond, D., & **Shelby, J.S.** (2006). Coping with disaster: Psychosocial interventions for children. In C. Schaefer and H. Kaduson (Eds.), *Contemporary play therapy: Theory, research, and practice* (pp.307-326). New York, NY: Guilford.

5. **Shelby, J.S.** & Berk, M.J. (2008). CBT, play therapy, and pedagogy: An argument for synthesis. In A.A. Drewes (Ed.), *Effectively blending play therapy and cognitive behavioral therapy: A convergent approach* (pp. 17-40). New York, NY: Wiley & Sons.

6. **Shelby, J.S.**, Avina, C., & Warnick, H.  (2010). Posttraumatic Parenting: A Parent-Child Dyadic treatment for young children's posttraumatic adjustment. In C.S. Schaefer (Ed.), *Play therapy for preschool children* (pp.69-87). Washington, D.C.: APA Press.

7. **Shelby, J.S.** (2010). Cognitive behavioral therapy and play therapy for Childhood Trauma and Loss. In N. Webb (Ed.), *Helping bereaved children: A handbook for practitioners* (3rd ed., pp. 263-277). New York, NY: Guilford.

8. Tangeman, K. & **Shelby, J.S.** (2011). Intervention applications for self-injurious behavior following sexual abuse. In P. Goodyear-Brown (Ed.), *Handbook of play therapy for sexual abuse*. New York, NY: Wiley & Sons.

9. **Shelby, J.S.** & Campos, K.B. (2011). Cognitive behavioral play therapy for traumatized children: Evidence, ideology, and practice. In A.A. Drewes, C.S. Schaefer, and S. Bratton (Eds.), *Integrative play therapy*. New York, NY: Wiley & Sons.

10. Berk, M., **Shelby, J.S.**, Avina, C. & Tangemann, K. (2014). Dialectical Behavior Therapy for suicidal and self-harming adolescents with trauma symptoms. In S. Timmer and A. Urquiza (Eds.), *Evidence-based approaches for the treatment of maltreated children* (pp. 215-236). New York, NY: Springer.

11. **Shelby, J.S.** & Maltby, L. (2014). Child Maltreatment: Safety-based clinical strategies for play therapists. In D.A. Crenshaw & A.L. Stewart (Eds.), *Play therapy: A comprehensive guide to theory and practice* (pp. 336-352). New York, NY: Guilford.

12. **Shelby, J.S.**, Aranda, Asbill, L., and Gallagher, J. (2015). Simple interventions for complex trauma: Play-based safety and affect regulation strategies for child survivors. In E. Green & A. Myrick (Eds.), *Play therapy with vulnerable populations: No child forgotten* (pp. 43-64). Lanham, MD: Rowman and Littlefield.

13. **Shelby, J.S.** (2015). Family-based cognitive behavioral therapy. In E. Green, J., Baggerly, and A. Myrick (Eds.), *Integrative family play therapy: A new paradigm* (pp. 3-20). Lanham, MD: Rowman and Littlefield.

14. **Shelby, J**., Ellingsen, R., & Schaefer, CE (2016). Play therapy: 21st century progress. In C. E. Schaefer, K. O'Conner, & L. Braverman (Eds.), *Handbook of play therapy, second edition* (pp. 563-581). New York, NY: John Wiley & Sons.

15. **Shelby, J.S.** (2018). Cognitive behavioral therapy. In E. Green, J., Baggerly, and A. Myrick (Eds.), *Cognitive Behavioral Therapy with Pre-Adolescents* (pp. 15-33). Lanham, MD: Rowman and Littlefield.

16. **Shelby, J.S.** (2019). Play interventions for young survivors of disaster, terrorism, and other tragic events. In H. G. Kaduson, D. Cangelosi, and C.E. Schaefer (Eds.), *Prescriptive play therapy: Tailoring interventions for specific childhood problems* (pp. 107-126). New York, NY: Guilford.

17. **Shelby, J.S.** (2021). Early play-based interventions for children following disastrous events: From principles to practice. In C. Mellenthin, J. Stone, Grant (Eds.). Implementing play therapy with groups (pp. 203-217). Oxfordshire, United Kingdom: Routledge.

DIGITAL VIDEO DEVICE

Goodyear-Brown, P., Riviere, S., & **Shelby, J.S.** (Speaker and Actor). (2004) *Evidence-Based Play Therapy Interventions* [DVD]. Mill Valley, CA: Psychotherapy.net.

SPECIAL CONTRIBUTION TO A PUBLISHED PROTOCOL

Brymer, M., Jacobs, A., Layne, C.S., Pynoos, R., Ruzek, J., Steinberg, A., Vernberg, E., & Watson, P. (2006). *Psychological first aid: Field operations guide*. Los Angeles, CA: National Child Traumatic Stress Network.

**CERTIFICATIONS AND SPECIALIZED TRAINING:**

**Selected Certifications, Credentials, and Designations**
1. Child Forensic Interviewer Certificate: Child Abuse Training and Technical Assistance Center (CATTA) compliant
2. American Red Cross Mental Health Services and Disaster Services Human Resources (DSHR)
3. Registered Play Therapist (RPT) and Registered Play Therapist-Supervisor (RPT-S)
4. Rape Victim Advocate
5. American Academy of Forensic Psychology Trainings
6. Specific Treatment Certifications:
   - Parent Child Interaction Training (PCIT), On-Site Trainer
   - Trauma-Focused Cognitive Behavioral Therapy (TF-CBT), Supervisor
   - Alternatives for Families CBT (AF-CBT)
   - Cognitive Behavioral Therapies (for childhood/adolescent depression and anxiety disorders), Supervisor
   - Eye Movement Desensitization & Reprocessing
   - Brief Strategic Family Therapy (BSFT)
   - Psychological First Aid (PFA) for Hospitals, Trainer
   - Prolonged Exposure

**ACADEMIC COURSES TAUGHT:**

**Full Semester Graduate Classes**

| | |
|---|---|
| Childhood Psychological Assessment for Children and Adolescents (UCLA*) | 2006-2010 |
| Trauma-Focused Psychological Treatments for Children and Adolescents (UCLA*) | 2006-2017 |
| Evidence-Based Psychological Treatments (UCLA*) | 2008-2017 |
| Cognitive Behavioral Theory and Therapy (Kobe College) | 2016-2017 |
| Counseling Theories (CSULB) | 2019-2021 |

**Full Semester Undergraduate Classes**

| | |
|---|---|
| Disaster, Adjustment and Recovery (University of Miami) | 1991-1992 |
| Childhood Development (Kobe College) | 2016-2017 |

**Mini-Courses or Sections in a Series**

| | |
|---|---|
| Childhood Trauma Symptoms | 1996-1999 |
| Community Violence and Trauma Reactions | 1998-2000 |
| Vicarious Traumatization | 2007-2016 |
| Childhood Psychological Assessment | 2007-2017 |
| Cultural Diversity Issues | 2015-2016 |
| Trauma-Informed Care | 2019-2020 |

*Taught at Harbor-UCLA