# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-CV-00947-DCC |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION TO SEAL** |
| **COLLINS MURPHY et. al.,** | |
| Defendants. | |

Under Local Civil Rule 5.03 of the United States District Court District of South Carolina, Plaintiffs Jane Does 1-9 hereby move the Court to seal Exhibits 1-6 and the unredacted response in opposition to Defendants' MG Freesites Ltd. and Mindgeek S.à.r.l.'s (Pornhub Defendants) motion to compel independent medical examinations of the Does. The aforementioned exhibits and redacted material in the response brief are either confidential documents under paragraph 4 or contain confidential information under paragraph 3 of the Confidentiality Order (DE 138) that require the Court's order to disclose.

A memorandum of law in support of the Does' motion is attached, as required by Local Civil Rule 5.03. Under section 13.4.3 of the Court's Electronic Case Filing Policies and Procedures and Local Rule 7.02, the Does' counsel provided appropriate notice to counsel for the Pornhub Defendants about the Does' need to file the foregoing confidential materials, and the Pornhub Defendants' counsel consented to filing such material under seal.

A non-confidential descriptive index of documents the Does seeks to file under seal is attached hereto as **Exhibit 1**. Under Section 8.1 of the Court's Electronic Case Filing Policies and Procedures, copies of the documents that the Does seek to seal through this motion will be

emailed to chambers for an in-camera review and will not be filed on the docket.

By filing below, counsel certifies that he has complied with Local Civil Rule 5.03 in filing this motion. WHEREFORE, the Does respectfully request that the Court grant their motion and allow the documents identified in the index attached hereto as Exhibit 1 be filed under seal with the Court.

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
Gabrielle A. Sulpizio (#12715)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
jsalley@belllegalgroup.com
gsulpizio@belllegalgroup.com

~ and ~

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

TYLER S. THOMPSON (admitted *Pro Hac Vice*)
LIZ J. SHEPHERD (admitted *Pro Hac Vice*)
CHAD O. PROPST (Admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
cpropst@kytrial.com

~ and ~

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull (admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C. 20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

*Counsel for Plaintiffs Jane Does 1-9*

June 10, 2024
Georgetown, SC

3