**JANE DOES 1-9,**

        **Plaintiffs,**

**vs.**

**COLLINS MURPHY et. al.,**

        **Defendants.**

**Case No.: 7:20-CV-00947-DCC**

**EXHIBIT 1 – DESCRIPTIVE INDEX OF DOCUMENTS TO BE FILED UNDER SEAL**

1.  Unredacted version of Defendants MG Freesites Ltd and Mindgeek S.à r.l.'s Memorandum in Support of Defendants' Motion to Compel Independent Medical Examinations;

2.  Exhibit 1 - deposition of Jane Doe 2;

3.  Exhibit 2 - deposition of Jane Doe 5;

4.  Exhibit 3 - deposition of Jane Doe 7;

5.  Exhibit 4 - deposition of Jane Doe 9;

6.  Exhibit 5 - Curriculum Vitae of Michael Herkov M.D.;

7.  Exhibit 6 - Affidavit of Michael Herkov M.D.