**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, | CASE NO. 7:20-CV-00947-DCC |
| Plaintiffs, | |
| v. | |
| COLLINS MURPHY et al., | |
| Defendants. | |

**EXHIBIT A – DESCRIPTIVE INDEX OF DOCUMENTS TO BE FILED UNDER SEAL**

1. Unredacted version of Defendants MG Freesites Ltd and Mindgeek S.à r.l.'s Reply Memorandum of Law in Support of Defendants' Motion to Compel Independent Medical Examinations;

2. Exhibit A to the Declaration of Marc E. Mayer ("Mayer Declaration"), which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 4; and

3. Exhibit B to the Mayer Declaration, which contains excerpts of the transcript from the deposition of Plaintiff Jane Doe 6.