# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>Plaintiffs,<br><br>v.<br><br>COLLINS MURPHY, et al.,<br><br>Defendants. | CASE NO. 7:20-CV-00947-DCC |
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>Defendants. | CASE NO. 7:21-CV-03193-DCC |

### DEFENDANTS MG FREESITES LTD AND MINDGEEK S.À R.L.'S MOTION FOR SUMMARY JUDGMENT

Defendants MG Freesites Ltd and MindGeek S.à r.l. (together, the "MindGeek Defendants"), by and through their undersigned counsel, hereby move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in the MindGeek Defendants' favor on each and every cause of action contained in Plaintiffs Jane Does 1-9's Fifth Amended Complaint and Plaintiff Jane Doe's Third Amended Complaint.

In support of their Motion, the MindGeek Defendants submit the accompanying Memorandum of Law, Declaration of Marc E. Mayer dated January 10, 2025 (with supporting

Exhibits), Declaration of Andreas Ignatiou dated January 9, 2025 (with supporting Exhibits), and Declaration of Andreas Alkiviades Andreou dated January 10, 2025 (with supporting Exhibit).

Respectfully submitted,

DATED: January 10, 2025

TURNER, PADGET, GRAHAM AND LANEY, P.A.

Columbia, South Carolina

By: /s/ Mark Goddard
Mark Goddard | Attorney ID: 09194
email | mgoddard@turnerpadget.com
direct | 803-227-4334
1901 Main Street, 9th Floor
Columbia, SC 29201

MITCHELL SILBERBERG & KNUPP LLP

Marc E. Mayer | admitted *pro hac vice*
email | mem@msk.com
direct | 310-312-3154

Los Angeles, California

2049 Century Park East
18th Floor
Los Angeles, California 90067

*Attorneys for Defendants MG Freesites Ltd and MindGeek S.à r.l.*