**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9,<br><br>   Plaintiffs,<br><br> v.<br><br>COLLINS MURPHY, et al.,<br><br>   Defendants. | CASE NO. 7:20-CV-00947-DCC |
| JANE DOE,<br><br>   Plaintiff,<br><br> v.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>   Defendants. | CASE NO. 7:21-CV-03193-DCC |

## <u>DECLARATION OF MARC E. MAYER</u>

I, Marc E. Mayer, hereby declare as follows:

1.   I am an attorney at law, duly licensed to practice law in the State of California. I have been admitted on a *pro hac vice* basis to practice before this Court in connection with this matter. I am, through my professional corporation, a partner of the law firm Mitchell Silberberg & Knupp LLP, counsel of record for Defendants MG Freesites Ltd and MindGeek S.à r.l. (together, the "MindGeek Defendants") in this action. I make the following declaration in support of the MindGeek Defendants' Motion for Summary Judgment. Unless otherwise noted, I make all of the following statements of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

2.    Attached hereto as **Exhibit A** is true and correct copy of excerpts of the transcript of the deposition of the MindGeek Defendants' Fed. R. Civ. P. 30(b)(6) corporate designee, Ramsey Belmaaza, taken in this action on October 18, 2024.

3.    On July 23, 2021, Plaintiffs Jane Does 1-9 (each, "Jane Doe 1," "Jane Doe 2," etc. and, collectively, the "Bellarmine Plaintiffs") in the action *Jane Does 1-9 v. Collins Murphy, et al.*, Case No. 7:20-CV-00947-DCC (D.S.C.), served answers to Defendant Limestone University's First Interrogatories.  Copies were produced to my office.  Attached hereto as **Exhibit B** are true and correct excerpts of the Bellarmine Plaintiffs' answers to Interrogatory No. 1.

4.    On February 16, 2024, Plaintiff Jane Doe (the "IUP Plaintiff") in the action *Jane Doe v. Limestone University, et al.*, Case No. 7:21-CV-03193-DCC (D.S.C.), served answers to Defendant MG Freesites Ltd's First Set of Requests for Production.  Attached hereto as **Exhibit C** is a true and correct excerpt of IUP Plaintiff's answer to Request No. 1.

5.    This lawsuit concerns certain video recordings (the "Videos") depicting the Bellarmine Plaintiffs and the IUP Plaintiff (collectively, "Plaintiffs").  Attached hereto as **Exhibits D-F** are true and correct copies of the Videos, which were provided by the MindGeek Defendants to my office, and which were produced by the MindGeek Defendants, Bates-numbered MGMURPHY0001197, MGMURPHY001198, and MGMURPHY000006.[1]  While there were eight Videos uploaded, the three Videos submitted herewith contain the vast majority of the content at issue.

6.    Attached hereto as **Exhibit G** is true and correct copy of excerpts of the transcript of the deposition of the IUP Plaintiff, taken in this action on July 31, 2024.

---

[1] The MindGeek Defendants are concurrently providing the Court with a flash drive containing a copy of these Videos.

7.     Attached hereto as **Exhibit H** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 1, taken in this action on April 24, 2024.

8.     Attached hereto as **Exhibit I** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 2, taken in this action on April 18, 2024.

9.     Attached hereto as **Exhibit J** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 3, taken in this action on April 16, 2024.

10.     Attached hereto as **Exhibit K** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 4, taken in this action on April 11, 2024.

11.     Attached hereto as **Exhibit L** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 5, taken in this action on April 12, 2024.

12.     Attached hereto as **Exhibit M** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 6, taken in this action on April 15, 2024.

13.     Attached hereto as **Exhibit N** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 7, taken in this action on April 17, 2024.

14.     Attached hereto as **Exhibit O** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 8, taken in this action on April 25, 2024.

15.     Attached hereto as **Exhibit P** is true and correct copy of excerpts of the transcript of the deposition of Plaintiff Jane Doe 9, taken in this action on April 19, 2024.

16.     Attached hereto as **Exhibit Q** is true and correct copy of excerpts of the transcript of the deposition of defendant Collins Murphy, taken in this action on September 13, 2023.

17.     Attached hereto as **Exhibit R** is a true and correct copy of a document produced by the Bellarmine Plaintiffs in this action, which contains a police report from the Gaffney Police Department issued October 10, 2019.

18.     Based on my review of the website 4chan.org, I am aware that the website 4chan.org is an image-based bulletin board where anyone can post images and comments. Content posted on 4chan.org is archived on the website 4archive.org. Attached hereto as **Exhibit S** is a true and correct copy of a document produced by the MindGeek Defendants in this action, Bates-numbered MGMURPHY059975-95, which contains a printout of a thread captured from https://4archive.org/, captured by a member of my firm on July 23, 2024, and redacted to remove sensitive content not relevant to this case. The printout shows (at the bottom of the page stamped MGMURPHY059985) an "Anonymous 2016-03-23" post containing an image that appears to have been taken from one of the Videos at issue.

19.     Attached hereto as **Exhibit T** a true and correct copy of Plaintiff Jane Doe 1's answers to Defendant MG Freesites Ltd's First Set of Interrogatories dated August 27, 2021.

20.     Attached hereto as **Exhibit U** is a true and correct copy of a document produced by the MindGeek Defendants in this action, Bates-numbered MGMURPH000021-24, which is a search warrant from the Gaffney Police Department dated October 17, 2019.

21.     Attached hereto as **Exhibit V** is a true and correct copy of a document produced by the MindGeek Defendants in this action, Bates-numbered MGMURPH000025-29, which is a search warrant from the Gaffney Police Department dated October 21, 2019.

22.     On August 16, 2023, this Court held a hearing on the MindGeek Defendants' Motion to Dismiss the Bellarmine Plaintiffs' Fifth Amended Complaint. Attached hereto as **Exhibit W** is a true and correct copy of excerpts of the transcript of such hearing.

23.     Attached hereto as **Exhibit X** is true and correct copy of excerpts of the transcript of the deposition of the MindGeek Defendants' Fed. R. Civ. P. 30(b)(6) corporate designee, Graham Collie, taken in this action on October 19, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 10th day of January, 2025 at Calabasas, California.

Marc E. Mayer

FILED UNDER SEAL

# EXHIBIT A

FILED UNDER SEAL

# EXHIBIT B

FILED UNDER SEAL

# EXHIBIT C

FILED UNDER SEAL
MANUALLY LODGED WITH THE COURT ON USB

# EXHIBIT D

FILED UNDER SEAL
MANUALLY LODGED WITH THE COURT ON USB

# EXHIBIT E

FILED UNDER SEAL
MANUALLY LODGED WITH THE COURT ON USB

# EXHIBIT F

FILED UNDER SEAL

# EXHIBIT G

FILED UNDER SEAL

# EXHIBIT H

FILED UNDER SEAL

# EXHIBIT I

FILED UNDER SEAL

# EXHIBIT J

FILED UNDER SEAL

# EXHIBIT K

FILED UNDER SEAL

# EXHIBIT L

FILED UNDER SEAL

# EXHIBIT M

FILED UNDER SEAL

# EXHIBIT N

FILED UNDER SEAL

# EXHIBIT O

FILED UNDER SEAL

# EXHIBIT P

EXHIBIT Q

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                 SPARTANBURG DIVISION

 3   --------------------------x
                                )
 4   JANE DOES 1-9,             )
                                )
 5             Plaintiffs       )
                                )
 6       vs.                    )  CASE NO.:
                                )
 7   COLLINS MURPHY, LIMESTONE  )  7:20-CV-00947-DCC
     COLLEGE, MG FREESITES,     )
 8   LTD., d/b/a PORNHUB.COM,   )
     and HAMMY MEDIA LTD.       )
 9   d/b/a XHAMSTER.COM         )
                                )
10             Defendants.      )
     _____x
11                              )
     JANE DOE                   )
12                              )
               Plaintiff,       )
13                              )
       vs.                      )  CASE NO.:
14                              )
     LIMESTONE UNIVERSITY       )  7:21-CV-03193-DCC
15   f/k/a LIMESTONE COLLEGE,   )
     COLLINS MURPHY, MG         )
16   FREESITES, LTD., d/b/a     )
     PORNHUB.COM, and HAMMY     )
17   MEDIA LTD. d/b/a           )
     XHAMSTER.COM,              )
18                              )
               Defendants.      )
19   --------------------------x

20

21          DEPOSITION OF COLLINS MURPHY

22          Wednesday, September 13, 2023
```

7:20-cv-00947-DCC     Date Filed 01/10/25     Entry Number 475-2     Page 24 of 78

Deposition of Collins Murphy     Jane Does 1-9 vs. Collins Murphy, et al.

1   Let's go from there.

2      **A**     **Respectfully, I assert my Fifth**

3 **Amendment rights.**

4      Q    Do you have any type of computer, iPad,

5 tablet, or phone that would access the internet

6 since leaving Gaffney, South Carolina and moving

7 to Maryland?

8      **A**     **Respectfully, I assert my Fifth**

9 **Amendment rights.**

10      Q    Have you ever purchased a spy camera or

11 hidden camera?

12      **A**     **Respectfully, I assert my Fifth**

13 **Amendment rights.**

14      Q    Have you ever videotaped anyone without

15 their knowledge?

16      **A**     **Respectfully, I assert my Fifth**

17 **Amendment rights.**

18      Q    Did you ever place a camera that would

19 record the activities within the locker room at

20 Limestone College?

21      **A**     **Respectfully, I assert my Fifth**

22 **Amendment rights.**

7:20-cv-00947-DCC    Date Filed 01/10/25    Entry Number 475-2    Page 25 of 78

Deposition of Collins Murphy    Jane Does 1-9 vs. Collins Murphy, et al.

1      Q    Did you ever place a hidden camera or

2  spy camera in any of the girls' bathrooms while

3  you were at Limestone College?

4      **A    Respectfully, I assert my Fifth**

5  **Amendment rights.**

6      Q    Did you place a hidden camera in any of

7  the men's locker rooms or bathrooms while at

8  Limestone College?

9      **A    Respectfully, I assert my Fifth**

10  **Amendment rights.**

11      Q    Have you ever uploaded any videos to a

12  pornographic website?

13      **A    Respectfully, I assert my Fifth**

14  **Amendment rights.**

15      Q    Have you ever received any monetary

16  compensation from any pornographic site?

17      **A    No.**

18      Q    Have you ever had an account with any

19  pornographic site?

20      **A    Respectfully, I assert my Fifth**

21  **Amendment rights.**

22      Q    Have you ever had a user name with any

7:20-cv-00947-DCC        Date Filed 01/10/25        Entry Number 475-2        Page 26 of 78

Deposition of Collins Murphy                                    Jane Does 1-9 vs. Collins Murphy, et al.

1    pornographic site?

2        **A     Respectfully, I assert my Fifth**

3    **Amendment rights.**

4        Q     Are you familiar with the website

5    Pornhub?

6        **A     Respectfully, I assert my Fifth**

7    **Amendment rights.**

8        Q     Are you familiar with the website

9    whatboyswant.com?

10        **A     Respectfully, I assert my Fifth**

11    **Amendment rights.**

12        Q     Are you familiar with the website

13    motherless.com?

14        **A     Respectfully, I assert my Fifth**

15    **Amendment rights.**

16        Q     Have you ever gone by the user name

17    Lord Fogger18?

18        **A     No.**

19        Q     Have you ever gone by a user name

20    CW Distribution?

21        **A     No.**

22        Q     Have you ever gone any other user name

7:20-cv-00947-DCC    Date Filed 01/10/25    Entry Number 475-2    Page 27 of 78

Deposition of Collins Murphy    Jane Does 1-9 vs. Collins Murphy, et al.

1       Q   Do you know who Lord Fogger18 is?

2       **A**   **No.**

3       Q   Has anyone ever told you that they

4 uploaded videos of women that were taken -- strike

5 that.

6         Has anyone ever told you that they have

7 uploaded any of the videos from Alderson Broaddus

8 women that were taken unknowingly of them in the

9 bathrooms?

10      **A**   **Respectfully, I assert my Fifth**

11 **Amendment rights.**

12      Q   Have you ever been in the Kincaid dorm

13 at Alderson Broaddus?

14      **A**   **Respectfully, I assert my Fifth**

15 **Amendment rights.**

16      Q   Do you know who Corrine Villers

17 (phonetic)is?

18      **A**   **Respectfully, I assert my Fifth**

19 **Amendment rights.**

20      Q   Did you meet with any of the law

21 enforcement with Alderson Broaddus?

22      **A**   **Respectfully, I assert my Fifth**

1      A     Respectfully, I assert my Fifth

2   Amendment rights.

3      Q     Did you have a cell phone when you were

4   at Limestone?

5      A     Respectfully, I assert my Fifth

6   Amendment rights.

7      Q     Are you aware of any lawsuits pending

8   against you besides the ones we're -- one we're

9   here for today and the two others that you were

10  deposed in?

11     A     Respectfully, I assert my Fifth

12  Amendment rights.

13     Q     Are you part of any online communities?

14     A     Respectfully, I assert my Fifth

15  Amendment rights.

16     Q     I want to ask you about Lord Fogger18.

17  You said that was not you.  That user name has

18  never been associated with you?

19     A     Correct.  It was not associated with

20  me.

21     Q     You don't know who would go by that

22  user name or screen name?

7:20-cv-00947-DCC    Date Filed 01/10/25    Entry Number 475-2    Page 29 of 78

Deposition of Collins Murphy                                  Jane Does 1-9 vs. Collins Murphy, et al.

1       **A     No, I do not.**

2       Q     Have you ever seen Lord Fogger18

3  anywhere?

4       **A     No.  Not that I can recall, no.**

5       Q     Same question for, like,

6  CW Distribution.  You say you're not associated

7  with that --

8       **A     -- No.**

9       Q     -- user name and you don't know who is?

10      **A     No.**

11      Q     Have you ever seen CW Distribution on

12  any website or platform, social media platform?

13      **A     Not that I'm aware of, no.**

14      Q     Do you have the same email today that

15  you had back in your time that you were working at

16  Limestone College?

17      **A     Respectfully, I assert my Fifth**

18  **Amendment rights.**

19      Q     Have you ever created an email account

20  for the purposes of loading up content onto a

21  website?

22      **A     Respectfully, I assert my Fifth**

1    Amendment rights.

2        Q    Have you ever had an account on the

3    Pornhub website?

4        A    Respectfully, I assert my Fifth

5    Amendment rights.

6        Q    Okay.  Have you ever had any, any

7    communications whatsoever, oral or written, with

8    any representatives of the Pornhub website?

9        A    Respectfully, I assert my Fifth

10   Amendment rights.

11       Q    Are you familiar with the company

12   called MindGeek or MG Freesites?

13       A    Respectfully, I assert my Fifth

14   Amendment rights.

15       Q    Have you ever to your knowledge or

16   recollection had any communications or

17   correspondence with anyone from any of the

18   MindGeek companies or MG Freesites?

19       A    Respectfully, I assert my Fifth

20   Amendment rights.

21       Q    Okay.  And I believe you testified

22   earlier that you have never gone by the user name

1   Lord Fogger18.  Is that correct?

2       **A     That's correct.**

3       Q     Have you ever had any communications

4   with Lord Fogger18 or someone using the name Lord

5   Fogger18?

6       **A     Not that I'm aware of.**

7       Q     Have you ever heard the name Bobe

8   Denis-Nicusor.  And that's B-O-B-E.  Last name

9   D-E-N-I-S, dash, N-I-C-U-S-O-R.  Does that sound

10  familiar?

11      **A     Not that I can recall, no.**

12      Q     Do you know who that is?

13      **A     No, I do not.**

14      Q     So fair to say you've never had any

15  communications that you can recall with that

16  person.  Is that correct?

17      **A     That is correct.**

18      Q     Okay.  And I believe you also said that

19  you've never gone by the user name

20  CW Distribution.  Is that correct?

21      **A     That's correct.**

22      Q     Okay.  Have you ever had any

7:20-cv-00947-DCC     Date Filed 01/10/25     Entry Number 475-2     Page 32 of 78

Deposition of Collins Murphy                          Jane Does 1-9 vs. Collins Murphy, et al.

1   communications with anyone using the name CW

2   Distribution?

3         **A     No, I have not.**

4         Q     Okay.  Have you ever uploaded any

5   content to the pornhub.com website?

6         **A     Respectfully, I assert my Fifth**

7   **Amendment rights.**

8         Q     Have you ever had a premium membership

9   to the pornhub.com website?

10         **A     No.**

11         Q     Okay.  Have you ever paid any money to

12   the pornhub.com website?

13         **A     No.**

14         Q     Have you ever received any money from

15   pornhub.com or anybody related to pornhub.com?

16         **A     Respectfully, I assert my Fifth**

17   **Amendment rights, but not that I recall.**

18         Q     Have you ever requested that you be

19   paid any money from the pornhub.com website?

20         **A     No.**

21         Q     Okay.  Have you ever heard of anybody

22   using the user name Axiom12, A-X-I-O-M, 12?

1                    REPORTER'S CERTIFICATE

2              I, DONNA M. LEWIS, RPR No. 16531,

3    Certified Shorthand Reporter, certify;

4              That the foregoing proceedings were

5    taken before me at the time and place therein set

6    forth;

7              That all statements made at the time of

8    the proceeding were recorded stenographically by

9    me and were thereafter transcribed;

10             That the foregoing is a true and

11   correct transcript of my shorthand notes so taken.

12   I declare under the laws of the State of Maryland

13   that the foregoing is true and correct.

14             Dated this 25th day of September, 2023.

15

16

17   _____

18             Donna M. Lewis, RPR, CCR, CSR (HI)

19

20        My Commission expires:

21        December 30, 2023

22

EXHIBIT R

# PLAINTIFF'S RESPONSES

## TO REQUEST FOR PRODUCTION

# 11

# Gaffney Police Department

201 North Limestone Street
Gaffney, SC 29342
(864) 489-8115



Case GInc1902637 - UNAPPROVED DRAFT                    Printed on October 22, 2019

| | |
|---|---|
| **Status** | Active |
| **Report Type** | Incident |
| **Primary Officer** | Gaby Bridges |
| **Investigator** | Brian Blanton |
| **Reported At** | 10/19/19 10:07 |
| **Incident Date** | 10/07/19 10:07 - 10/10/19 11:00 |
| **Incident Code** | Peeping Tom |
| **Location** | 1115 College Dr, GAFFNEY, SC 29340 (Limestone College College Dr) |
| **Zone** | |
| **Beat** | |
| | |
| **Disposition** | Under Investigation |
| **Disposition Date/Time** | 10/10/19 10:26 |
| **Review for Gang Activity** | None |
| | |
| **Status Indicator** | Administrative Filler |
| **Status Change Date** | 10/10/19 |

## Offense Information

| | |
|---|---|
| **Offense** | SEX/PEEPING VOYEURISM OR AGGRAVATED VOYEURISM |
| **Statute** | 16-17-470(A) |
| **SCIBRS Code** | 90H - Peeping Tom |
| **Counts** | 1 |
| **Date** | 10/10/19 |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Bias Motivation** | None (no bias) |
| **Location** | School - College/University |
| **Entry Forced** | No |
| **DID YOU FILL OUT THE SCIBRS CODE?** | YES |

## Complainant

**LIMESTONE COLLEGE**

1115 COLLEGE DR
GAFFNEY, SC 29340

(864) 488-4608 Business
(864) 488-8344 Cell

16-17-470(A) - SEX/PEEPING VOYEURISM OR
AGGRAVATED VOYEURISM

## Victim

**LIMESTONE COLLEGE**

1115 COLLEGE DR

GAFFNEY, SC 29340

(864) 488-4608 Business
(864) 488-8344 Cell

16-17-470(A) - SEX/PEEPING VOYEURISM OR
AGGRAVATED VOYEURISM

# Primary Narrative By Gaby Bridges

On 10/10/2019 at 10:13 AM, SRGT Huggin arrived at the City of Gaffney Police Department located within the City Limits of Gaffney, SC 29340 to file a report.  Huggin stated that there had been 5 different video surveillance  of 5 different female teams in the male  soccer locker room. Huggins stated that the surveillance was between the dates of 09/2012- 10/2013 of the females changing clothes and taking showers. Huggin stated that the video shows the entrance to the shower and the changing area of the locker room. Huggins stated that two months ago the 5 videos were uploaded on a Porn Hub website. Huggin stated that the security division is unsure who would be responsible  for the videos. Huggin stated that the video seemed to be sitting on a sink in the males locker room recording the females.  Huggin stated that he talked to Captain Ron Ramsey and was advised to file a police report. No further information was given at this time.

0121
xxxxxxxxxxxxx
xxxxxxxxxx

FILED UNDER SEAL

# EXHIBIT S

FILED UNDER SEAL

# EXHIBIT T

EXHIBIT U

CONFIDENTIAL

# STATE OF SOUTH CAROLINA

County of <u>Cherokee</u>

---

# SEARCH WARRANT

---

Date     <u>10/17/2019</u>

Officer   <u>Det. Sgt. Brian Blanton</u>

MGMURPH000021

**STATE OF SOUTH CAROLINA}**
                          }                    **SEARCH WARRANT**
COUNTY OF CHEROKEE        }

TO ANY BONDED LAW ENFORCEMENT OFFICER OF THIS STATE OR COUNTY OR OF THE MUNICIPALITY OF _____Gaffney_____ :

It appearing from the attached affidavit that there are reasonable grounds to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises:

### DESCRIPTION OF PREMISES (PERSON, PLACE OR THING) TO BE SEARCHED

Pornhub
Custodian of Records

Now, therefore, you are hereby authorized to search the subject premises for the property described below, and to seize such property if found:

### DESCRIPTION OF PROPERTY SOUGHT

1) All account details, Ip addresses and personal identifiers for Pornhub Community Member: "cwdistribution"
2) All video upload details for link http://pornhub.com/users/cwdistribution/videos/public to include videos:
   **locker8, locker7, locker6, locker5, lockerroom4, lockerroom3, locker room2 and locker room 1.**

This Search Warrant shall not be valid for more than ten days from the date of issuance.
A written inventory of all property seized pursuant to this Search Warrant shall be made to

Municipal Court Judge

within ten days from the date of this warrant, such inventory to be signed by the officer executing this warrant, and a copy of such inventory shall be furnished to the person whose premises are searched if demand for such copy is made.

A copy of this Search Warrant shall be delivered to the person in charge of the premises searched at the time of such search if practicable, and, if not, to such person as soon thereafter as is practicable; in the event the identity of the person in charge is not known or if such person cannot be found after reasonable diligence in attempting to locate the person, a copy shall be attached to a prominent place on such premises.

Gaffney                          , S.C.

October 17th            , 2019          _Kaye Allison_____ (L.S.)
                                         Signature of Judge
                                                    4:02 pm

**CONFIDENTIAL**                                                    MGMURPH000022

# STATE OF SOUTH CAROLINA }

}                    **AFFIDAVIT**

COUNTY OF CHEORKEE            }

     Personally appeared before me, one <u>Det./Sgt. Brian Blanton</u> who, being duly sworn, says that there is probable cause to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises in this County:

## DESCRIPTION OF PROPERTY SOUGHT

1) All account details, Ip addresses and personal identifiers for Pornhub Community Member: "cwdistribution"
2) All video upload details for link http://pornhub.com/users/cwdistribution/videos/public to include videos: **locker8, locker7, locker6, locker5, lockerroom4, lockerroom3, locker room2** and **locker room 1.**

## DESCRIPTION OF PREMISES (PERSON, PLACE OR THING) TO BE SEARCHED

Pornhub
Custodian of Records

## REASON FOR AFFIANT'S BELIEF THAT THE PROPERTY SOUGHT IS ON THE SUBJECT PREMISES

Affiant's belief is based upon an ongoing investigation by the Gaffney Police Dept. in reference to Voyeurism and Invasion of Privacy. Officials at Limestone College in Gaffney were made aware of several videos that were discovered on Pornhub.com that revealed unknowing female athletes changing clothes and showering in a locker room on their campus. Limestone was able to provide authorities with the link to access the videos. (see property sought) It is affiants belief that information obtained as a result of this search will prove critical in possibly identifying the person(s) responsible for uploading the video clips.

Sworn to and Subscribed before me                          }

this __17__ day of __October__, 20 __19__ }

_____ (L.S.)}
Signature of Judge
    4:02pm

_____
Affiant

Address <u>201 N. Limestone St.</u>

<u>    Gaffney, S.C.  29340__</u>

Phone <u>(864) 489-8115_____</u>

**CONFIDENTIAL**

**MGMURPH000023**

## RETURN

I received the attached Search Warrant _____, 20_____, and have executed it as follows:

On _____, 20____ at _____ o'clock _____ .M, I searched

(the person) described in the warrant and (the premises)

     I left a copy of the warrant with _____

(Name of person searched or "at the place of search") together with a receipt for the items seized.

     The following is an inventory of property taken pursuant to the warrant:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     This inventory was made in the presence of _____

AND _____

     I swear that this Inventory is a true and detailed account of all property taken by me on the warrant.

SWORN to before me this _____}

day of _____, 20_____}    _____

                                   (Signature of Officer Executing Warrant)

_____(L.S.)}

Signature of Judge

CONFIDENTIAL                                                 MGMURPH000024

# EXHIBIT V

CONFIDENTIAL

# STATE OF SOUTH CAROLINA

County of <u>Cherokee</u>

# SEARCH WARRANT

Date  <u>10/21/2019</u>

Officer  <u>Det. Sgt. Brian Blanton</u>

MGMURPH000025

**STATE OF SOUTH CAROLINA**}

                     }           **SEARCH WARRANT**

COUNTY OF CHEROKEE      }

TO ANY BONDED LAW ENFORCEMENT OFFICER OF THIS STATE OR COUNTY OR OF THE MUNICIPALITY OF _____Gaffney_____:

It appearing from the attached affidavit that there are reasonable grounds to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises:

### DESCRIPTION OF PREMISES (PERSON, PLACE OR THING) TO BE SEARCHED

**MG Freesites LTD**
**195-197 Old Nicosia-Limassol Road**
**Block 1 Dali Industrial Zone, Cyprus 2540**

Now, therefore, you are hereby authorized to search the subject premises for the property described below, and to seize such property if found:

### DESCRIPTION OF PROPERTY SOUGHT

1) All account details, Ip addresses and personal identifiers for Pornhub Community Member: "cwdistribution" and "Lordfauger18"
2) All video upload details for link http://pornhub.com/users/cwdistribution/videos/public to include videos: **locker8, locker7, locker6, locker5, lockerroom4, lockerroom3, locker room2** and **locker room 1.**
3) All video upload details for link http://pornhub.com/model/lordfauger18 to include videos: **LOCKERROOM SPY CAM 2 and LOCKERROOM SPY CAM**
4) A disc to include a copy of all videos detailed above for prosecution purposes.

This Search Warrant shall not be valid for more than ten days from the date of issuance.
A written inventory of all property seized pursuant to this Search Warrant shall be made to

  Municipal Court Judge

within ten days from the date of this warrant, such inventory to be signed by the officer executing this warrant, and a copy of such inventory shall be furnished to the person whose premises are searched if demand for such copy is made.

A copy of this Search Warrant shall be delivered to the person in charge of the premises searched at the time of such search if practicable, and, if not, to such person as soon thereafter as is practicable; in the event the identity of the person in charge is not known or if such person cannot be found after reasonable diligence in attempting to locate the person, a copy shall be attached to a prominent place on such premises.

Gaffney                   , S.C.

October 21ˢᵗ           , 2019                                 8:43 AM (L.S.)

                                                Signature of Judge

**CONFIDENTIAL**                                                         **MGMURPH000026**

**STATE OF SOUTH CAROLINA**  }
                                 }                    **AFFIDAVIT**
**COUNTY OF CHEORKEE**           }

      Personally appeared before me, one Det./Sgt. Brian Blanton who, being duly sworn, says that there is probable cause to believe that certain property subject to seizure under provisions of Section 17-13-140, 1976 Code of Laws of South Carolina, as amended, is located on the following premises in this County:

<b>DESCRIPTION OF PROPERTY SOUGHT</b>

5) All account details, Ip addresses and personal identifiers for Pornhub Community Member: "cwdistribution" and "Lordfauger18"
6) All video upload details for link http://pornhub.com/users/cwdistribution/videos/public to include videos: **locker8, locker7, locker6, locker5, lockerroom4, lockerroom3, locker room2 and locker room 1.**
7) All video upload details for link http://pornhub.com/model/lordfauger18 to include videos: **LOCKERROOM SPY CAM 2 and LOCKERROOM SPY CAM**
8) A disc to include a copy of all videos detailed above for prosecution purposes.

<b>DESCRIPTION OF PREMISES (PERSON, PLACE OR THING)<br>TO BE SEARCHED</b>

**MG Freesites LTD**
**195-197 Old Nicosia-Limassol Road**
**Block 1 Dali Industrial Zone, Cyprus 2540**

<b>REASON FOR AFFIANT'S BELIEF THAT THE<br>PROPERTY SOUGHT IS ON THE SUBJECT PREMISES</b>

Affiant's belief is based upon an ongoing investigation by the Gaffney Police Dept. in reference to Voyeurism and Invasion of Privacy. Officials at Limestone College in Gaffney were made aware of several videos that were discovered on Pornhub.com that revealed unknowing female athletes changing clothes and showering in a locker room on their campus. Limestone was able to provide authorities with the link to access the videos. (see property sought) It is affiants belief that information obtained as a result of this search will prove critical in possibly identifying the person(s) responsible for uploading the video clips.

Sworn to and Subscribed before me                    }
this 21st day of October        , 20 19 }

_____  8:43 (L.S.)}
    Signature of Judge        AM

_____
                Affiant
Address 201 N. Limestone St.  .
        Gaffney, S.C.  29340__
Phone  (864) 489-8115_____

**CONFIDENTIAL**                                                    **MGMURPH000027**

## RETURN

I received the attached Search Warrant _____, 20_____, and have executed it as follows:

On _____, 20____ at _____ o'clock _____ .M, I searched

(the person) described in the warrant and (the premises)

      I left a copy of the warrant with _____
(Name of person searched or "at the place of search") together with a receipt for the items seized.
      The following is an inventory of property taken pursuant to the warrant:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      This inventory was made in the presence of _____

AND _____

      I swear that this Inventory is a true and detailed account of all property taken by me on the warrant.

SWORN to before me this _____}

day of _____, 20_____}     _____
                                                  (Signature of Officer Executing Warrant)

_____(L.S.)}
Signature of Judge

CONFIDENTIAL                                                                 MGMURPH000028

EXHIBIT W

```
          IN THE UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF SOUTH CAROLINA

                 SPARTANBURG DIVISION

Jane Does 1-9,                      )
                                    )
                 Plaintiffs,        )
            vs.                     )    7:20cv00947
                                    )
Collins Murphy, Sharon              )
Hammons, Brenda F. Watkins,         )
Limestone University, MG            )
Freesites, LTD d/b/a                )
Pornhub.com, MG Freesites II,       )
LTD, MindGeek S.A.R.L.,             )
MindGeek USA, Inc., MG Billing      )
LTD., and Hammy Media LTD           )
d/b/a xHamster.com,                 )
Trafficstars LTD, Wisebits          )
LTD, xHamster IP Holdings LTD,      )
Wisebits IP LTD,                    )
                                    )
                 Defendants.        )
_____)
                                    )
Jane Doe                            )
                                    )
                 Plaintiff,         )
            vs.                     )    7:21cv03193
                                    )
Limestone University F/K/A          )
Limestone College, Collins          )
Murphy, MG Freesites LTD d/b/a      )
Pornhub.com and Hammy Media         )
LTD d/b/a xHamster.com,             )
                                    )
                 Defendants.        )
_____)
```

```
                                          )
Jane Doe 1, Jane Doe 2, John              )
Doe 1, and John Doe 2                     )
                                          )
                 Plaintiffs,              )
            vs.                           )    7:22cv03576
                                          )
Collins Murphy; Limestone                 )
University, a/k/a Limestone               )
College, Brenda F. Watkins,               )
Sharon Hammonds, MindGeek                 )
Holding a/ka/ MindGeek USA                )
Inc. a/k/a MG Holdings USA                )
Corp. d/b/a Pornhub.com, and              )
Hammy Media LTD. d/b/a                    )
xHamster.com,                             )
                                          )
                 Defendants.              )    August 16, 2023
_____)
```

## TRANSCRIPT OF MOTIONS HEARING

BEFORE THE HONORABLE DONALD C. COGGINS, JR.
United States District Judge, presiding

A P P E A R A N C E S :

For Plaintiffs:                     Peter Andrew Gentala, Esquire
                                    National Center on Sexual
                                    Exploitation
                                    1201 F. Street, Suite 200 NW
                                    Washington, DC  20004

                                    Joshua Salley, Esquire
                                    Bell Legal Group
                                    P.O. Box 2590
                                    Georgetown, SC  29442


For Defendants Hammy Media LTD:

                                    Evan Fray-Witzer, Esquire
                                    Ciampa Fray-Witzer, LLP
                                    20 Park Plaza, Suite 505
                                    Boston, Massachusetts  02116

For Defendant MG Freesites:   Marc E. Mayer
                              Mitchell Silberberg and Knupp LLP
                              2049 Century Park East 18th Floor
                              Los Angeles, CA 90067

ALSO PRESENT:

Hannah Rogers Metcalfe, Esquire
Valentin D. Gurvits, Esquire
Mark Brandon Goddard, Jr., Esquire
Tyler Smyth Thompson, Esquire
Liz Jeannette Shepherd, Esquire
Wesley D. Few, Esquire

Teresa B. Johnson, CVR-M-CM, RVR, RVR-M
U.S. District Court Reporter
250 East North Street, Room 3401
Greenville, SC 29601

Proceeding recorded by stenomask, transcript produced by
computer-aided software.

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | (Court is called to order on Wednesday, the 16th day of |
| 3 | August 2023, at 2:00 p.m.) |
| 4 | **THE COURT:**  All right. |
| 5 | We're here this afternoon in the case of, or cases, |
| 6 | involving Does versus Murphy, et. al., which is 20cv947, and |
| 7 | Doe versus Limestone University, et. al., which is 21-3193. |
| 8 | And we have yet another grouping that will join us to talk |
| 9 | about status after we take care of these motions. |
| 10 | Motions in this case that are pending this afternoon, |
| 11 | if I have gotten these correct, are a motion for judgment on |
| 12 | the pleadings by Defendant Hammy Media.  I note that in the -- |
| 13 | this is in the 20-947 case.  In the 21-3193 case, there's a |
| 14 | renewed motion for judgment on the pleadings.  But I believe |
| 15 | it's largely identical.  We also have a motion to dismiss for |
| 16 | failure to state a claim and a motion to dismiss for lack of |
| 17 | jurisdiction filed on behalf of MG Billing, LTD, MindGeek |
| 18 | S.A.R.L. and MindGeek USA Inc.  Have a motion to dismiss for |
| 19 | lack of jurisdiction and for failure to state a claim filed by |
| 20 | Trafficstars LTD. |
| 21 | We have a motion to dismiss for lack of jurisdiction |
| 22 | filed by xHamster IP Holdings LTD.  We have a motion to dismiss |
| 23 | for failure to state a claim and a motion to dismiss for lack |
| 24 | of jurisdiction by Wisebits IP LTD; a motion to dismiss for |
| 25 | failure to state a claim and a motion to dismiss for lack of |

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1   jurisdiction filed by Wisebits LTD.  And I believe that covers

2   the motions that I have.

3           Now, normally, if we didn't have so many, I would

4   turn you loose on these motions in turn.  But if we do that,

5   and particularly in light of what you have so graciously

6   inundated me with, we're liable to be here until 10 o'clock

7   tonight.  And I don't think any of us wants to do that.  So let

8   me see if we can short-circuit a little bit.  Because all of

9   these -- we do have one motion for judgment on the pleadings.

10  But pretty much all the rest of them are jurisdiction and

11  12(b)(6) issues.

12          It's my understanding from the amended complaint,

13  which I think now is the Fifth Amended Complaint if I recall

14  correctly, the film of these young ladies was uploaded to

15  Pornhub, which I believe is MG Freesites, and xHamster, which

16  is Hammy Media.

17          As to these other entities, which are MG Freesites II

18  LTD, MindGeek S.A.R.L, MindGeek USA, Inc, MG Billing LTD, and

19  Trafficstars, Wisebits and Wisebits IP and xHamster IP

20  Holdings, all of those, I believe, have allegations related to

21  alter ego and joint and several liability and some type of

22  relationship.  Since those are more tenuous in their

23  connection, let's -- let's start with those first.

24          And we'll start with the MG Billing, MindGeek crowd

25  on those related ones and then we'll -- we'll get to

6

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1    Trafficstars, Wisebits, and those.  And I'll let you give me

2    just a very brief overview on jurisdiction and failure to state

3    a claim.  And then I'll hear from the plaintiff.  And what I

4    really -- I know what they're going to tell me.  What I really

5    want to hear from the plaintiff is, you know, what facts we

6    have that establish some type of alter ego or some type of

7    joint liability.  Because as you-all know, under 12(b)(6), it's

8    not enough just to make some legal conclusion, throw something

9    up against the wall and see if it sticks.  We need to have some

10   facts as to what those folks had to do with this.

11            So let me hear from the defense first.  And then,

12   I'll hear from the plaintiff.

13            **MR. MAYER:**  Thank -- thank you, Your Honor.

14            Marc Mayer on behalf of the MindGreek entities.  I

15   think the -- the issue as far as we're concerned is fairly

16   straightforward.  MG Freesites is the company that operates the

17   Pornhub website.  MG Freesites is not contesting jurisdiction.

18   We are in the case, and we've been in the case for quite a

19   while.  The issue we have is these four other entities really

20   have either no relationship to -- to the Pornhub website and

21   there are insufficient allegations, as we see it, of an alter

22   ego relationship.  So just a very quickly, and I won't spend a

23   lot of time, but just very quickly through these entities.

24            MG Freesites II is -- no longer exist.  Its assets

25   have been absorbed into MG Freesites.  So -- so they are -- are

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

```
1    obviously not a proper party.

2            MG USA is a California company that's involved in

3    pay-per-view and cable viewing of premium -- what they call

4    "premium content," which is the professionally-produced

5    content, which is not at issue in this case.  It's a separate

6    part of the business.  It's the hotels and -- and -- and so

7    forth.  So they have really nothing to do with the case.

8            MG Billing handles the billing for those premium

9    sites, again, for the professionally-produced content.  They

10   have nothing to do with the Pornhub website.

11           And the last one is MG -- MindGreek S.A.R.L., which

12   is the parent holding company.  They are a Luxembourg company.

13   I understand that they do not have employees.  They have an

14   office in Luxembourg.  And they are simply a holding company.

15           MG Freesites, which is, we believe the proper

16   defendant, is a -- a real company.  It's got bank accounts.

17   It's adequately capitalized.  There's a full observation of

18   corporate formalities.  And -- and as I mentioned, we believe

19   that there's really no basis for any sort of alter ego

20   allegation.  So the -- the --

21           THE COURT:  Let me ask this:  On the holding company,

22   does it have any financial assets?  Or is it just on -- on

23   paper?

24           MR. MAYER:  My understanding is, it's just a holding

25   company for the other subsidiaries.  And so the relationship
```

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L.,
MindGeek USA, Inc.

1    between MG -- MindGeek S.A.R.L. and MG Freesites is just a

2    parent subsidiary holding company and a subsidiary company.

3    They don't --

4         **THE COURT:**  But -- but the assets are in MG

5    Freesites, correct?

6         **MR. MAYER:**  The -- the -- the assets, including those

7    assets related to the operation of the Pornhub website, are all

8    with MG Freesites.  That's correct.

9         **THE COURT:**  All right.

10        Mr. Salley, let me hear from you on these parties.

11        **MR. SALLEY:**  Yes, Your Honor.  May it please the

12   Court?

13        **THE COURT:**  Yes, sir.

14        **MR. SALLEY:**  For the purpose of explaining our

15   process, we put together a little presentation to kind of

16   understand information.  If it's okay, we can present some of

17   the slides for you.

18        **THE COURT:**  Sure.

19        **MR. SALLEY:**  Tim, if you could start with No. 21.

20        So first and foremost, Your Honor, it's not just that

21   our allegations -- the plaintiffs don't allege that these

22   entities are separate and that they are kind of fulfilling

23   different parts of the process in they endeavor -- in their --

24   they put forth this transmission against our clients.  It's

25   more so that these entities were created for the specific

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L.,
MindGeek USA, Inc.

```
1    purpose of separating liability in order for them to --
2         THE COURT:  Let me ask you something.  I mean, in
3    many industries, separate subsidiaries are created for
4    different purposes for -- for exactly that reason.  There's
5    nothing illegal about that.
6         MR. SALLEY:  So inherently, there's nothing illegal.
7    However, in this case, each of these entities based off of the
8    information that we were able to receive -- now, granted, we
9    did serve the defendants with some discovery to help establish
10   some of these facts so we can get a better picture of how this
11   corporate entity operates; however, we didn't -- we weren't
12   able to receive those responses from the defendant.  So we were
13   ultimately left to our own investigation, which revealed --
14        THE COURT:  Let -- let me ask you this -- and I'm
15   going to tell all of you right now, I've tried to absorb all of
16   this.  Y'all lived with this case for two years; I haven't.  If
17   I get anything wrong, don't be bashful; tell me it's wrong.
18        But I seem to recall that with respect to -- I think
19   it's the holding company, MindGeek S.A.R.L., you submitted
20   something in one of your attachments that indicated there's
21   something like 59 subsidiaries.  Well, you know, we've hit
22   four.  Am I going to see the other 55 over the next year or so?
23   I mean, how -- if -- if -- if the only thing that causes them
24   to be a viable party here is because they're under the same
25   umbrella, then you know, what's -- what's to keep you from
```

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1   naming everybody?  I mean, it's hard for me to see how premium

2   streaming service has -- has anything to do with Pornhub and

3   anything that may be uploaded to -- to Pornhub.  So do you have

4   any facts that --

5           **MR. SALLEY:**  Certainly.

6           So, first and foremost, we're not alleging that these

7   individual entities are just related in some way that's not

8   specific to the claims that have been brought in this case.  We

9   specifically allege that each individual entity, part of this

10  huge conglomerate, take some specific part in the furtherance

11  of this endeavor.

12          And so, first and foremost, if you go to --

13          You can pull up next slide, No. 22.

14          So if we look here, like you mentioned, MindGeek

15  S.A.R.L., the holding company as you were, they represent the

16  majority ownership of all of these entities that we've named as

17  defendants in this case.

18          Now, we've submitted as an exhibit to our response in

19  opposition a financial statement, which does include several

20  other -- I think it's about 48 other entities that are also

21  included within this conglomerate.  At the time and through our

22  own investigative process, we were able to identify these

23  specific defendants to be directly related to the Pornhub

24  industry.  Based off of our understanding and based off of what

25  we've been told by opposing counsel, this is the scope of these

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1    entities.  However, I can't guarantee you that through

2    discovery may not -- we might discover some more information

3    that would link these groups to the, you know, process that

4    we've bought forth to the Court.

5              At this time, without the opportunity to even

6    investigate some of the facts in relation to how these -- how

7    these companies were set up, how they operate, what information

8    has flowed through, where the money goes, we have not had an

9    opportunity to investigate any of that.  And so at this point

10   and at this stage of the game based off of what we have

11   alleged, we believe these facts are sufficient.

12             **THE COURT:**  Do you have any facts that show that

13   these companies have, like, interlocking management or

14   directors or --

15             **MR. SALLEY:**  So --

16             **THE COURT:**  -- or direction?  Or is it just simply

17   the fact that this is a conglomerate and -- and -- and you

18   can't really tell at this point how the cash flows and you want

19   to ask more questions about that?

20             **MR. SALLEY:**  Your Honor, first, we've -- we've got

21   information in evidence to support that many of the key

22   individuals that operate the MindGeek S.A.R.L. entity are also

23   directly related with the coming and goings of the subsequent

24   businesses.  For example, the consolidation and liquidation of

25   the MindGeek Freesites II, if you look at exhibit -- bear with

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L.,
MindGeek USA, Inc.

```
1    me, Your Honor.

2              It is the transfer agreement.  It is signed by

3    both -- it's signed by the same person for both companies.

4    That's clear indication to us that these two companies aren't

5    different.  It's one person who's using, you know, two

6    corporate entities to exercise one concerted effort.  And so as

7    we go through --

8              If you can hit the next slide for me, please.

9              Like I mentioned -- mentioned earlier, we've got this

10   consolidated financial statement that establishes the breakdown

11   of all of the different entities that are within the MindGeek

12   umbrella.  These are all under the one group of MindGeek.

13   MindGeek advertises itself as a whole under this umbrella.  And

14   it's part of its business model to utilize the skills and tools

15   to facilitate the sex trafficking that we've alleged in the

16   complaint.

17             If you'll go to the next slide.  You can keep going.

18             So like you mentioned, these are several companies

19   that are all related to the MindGeek.  As you indicate, there

20   are MindGeek Freesites II, MG Billing, MindGeek USA.  These are

21   all part of the overall business structure and how they

22   generate revenues.

23             Now, if you look closely --

24             If you go ahead to the next slide for me, please.

25             So the revenue recognition, generally speaking, is
```

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1    all from ad revenue, which is directly from the porn websites

2    in which they then transient and sale ads and representations.

3         Now, specifically here in South Carolina, they've

4    made several recognitions -- and -- and consentience with that.

5         The next slide for me, please.

6         So if you look here.  Just by volume, you know, the

7    United States is the largest trafficked destination for this

8    company.

9         If you go to the next slide for me, please.

10         Specifically, in South Carolina, they've collected

11    data to review how long individual viewers in South Carolina

12    are viewing their contents specifically for the purpose to

13    target and sell ads.

14         Continue.

15         They've even taken a look at some of the legal

16    transactions that are happening in South Carolina related to

17    their industry.  Their concern is that, you know, pornography

18    was going to be blocked on state computers in the state.  And

19    so they wanted to kind of get out there to their viewership to

20    help have South Carolinians push back against that.

21         **THE COURT:**  Well, I mean, if I -- I don't want to

22    stop you unnecessarily, but I also don't want to waste time.

23    MG Freesites AKA Pornhub, they're not contesting jurisdiction.

24    They're in the case.  You've got them.  You've got all of this

25    information about that.

14

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L.,
MindGeek USA, Inc.

1    What I'm trying to figure out is, other than the fact

2    that there may be some common reporting of revenue under a --

3    a -- a financial statement, what do you have that shows that

4    like the subscription services and streaming services and these

5    other related media services that those subsidiaries, those

6    companies, have anything to do with this?

7        **MR. SALLEY:**  Well, first and foremost, Your Honor, as

8    I mentioned, Pornhub doesn't represent itself as multiple small

9    companies that handle various different aspects of the

10   pornography industry.  They hold themselves out as an umbrella

11   of Pornhub, the largest and most successful pornography company

12   known -- known to man.  Each of these individual entities

13   aren't independently identified as this is the Pornhub that's

14   solely for, you know, movies.  This is the Pornhub that's

15   solely for, you know, paid content.

16       Pornhub in and of itself is what drives people.  It's

17   what drives the business.  It's the name.  It's the marketing

18   tool in which they utilize to gain financial success.

19       And so it's through using content like the

20   search-to-see film footage that was then uploaded, which they

21   then marketed.  They created their own tags through the

22   services and pieces of technology that they developed to

23   advance that.

24       One of the biggest things when you pull up MindGeek's

25   website is they pride themselves on SEO technology, the ability

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1   to provide high access to billions of viewers or billions of

2   searchers around the world.  Right?  And part in doing so is

3   their ability to take that technology and apply it through the

4   rest of their -- their business.

5           And essentially, what they're doing is they're taking

6   that specific technology to facilitate the wrongdoings that

7   taken place in this case.  And -- and it's -- they're not

8   unilateral in that -- in that endeavor.

9           If we go to Slide 28 and 29 -- excuse me. I said 34.

10  31.  31.  Sorry.

11          So again, on MG Freesites' website, they inform you

12  that they're collecting your information and your user data,

13  right?  But MG Freesites is not the entity that collects and

14  uses that data to sell ads.  They, then, transfer that

15  information to their -- to -- to the -- to their advertising ad

16  revenue arm such that they can use that information to then

17  create their unique tags, to create the specific targeted

18  geolocated ad marketing to South Carolinians to maintain some

19  of the software and server information that they've collected

20  from users to determine what's trending and what's not

21  trending, how they can use that information to better their

22  revenues and their sales.

23          So ultimately, the two are -- are working -- they

24  like to present as they're independently of one another.  But

25  they're working together through that line of shared

16

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L.,
MindGeek USA, Inc.

1    information and facilitation.  So yes -- so -- so -- and --

2    and --

3              You want to add?

4              MR. GENTALA:  Your Honor, my name is Peter Gentala.

5    And I'm with the National Center on Sexual Exploitation.  And

6    just to speak specifically to the premium services, I -- you

7    know, I hear counsel that there's a premium area that's

8    separated and there might be entities that are there for it.

9    But according to the allegations in the complaint, like

10   paragraph 45, these Jane Doe plaintiffs were victimized.  It

11   was placed on Pornhub.  And then, it was distributed out across

12   all of the Pornhub sites.  Some users of Pornhub might decide

13   that they want to access through the premium service.  Others

14   might use the free version.  But it's still part of their

15   victimization overall.

16             The two forms of revenue that we're aware of related

17   to the content on the site, the reason why these spy cam videos

18   would have been placed there in the first place, are

19   advertising revenue and then previous -- premium service

20   revenue.  So the fact that some of the people who would go and

21   access this abuse video are coming -- coming there and paying a

22   premium to be on Pornhub to see it linked to other videos is

23   still relevant to this case and still part of the allegations

24   that we've made related to how the abuse has taken place in the

25   United States.

17

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1    Does that -- is there anything else related to -- I

2    heard you asking about premiums.

3    **THE COURT:** Yeah. I understand there's an allegation

4    there. But is there -- is there a good faith factual basis

5    that anybody accessed these videos through the premium service?

6    **MR. GENTALA:** Well, Your Honor, we haven't had

7    discovery yet. So we could find out, if we have the

8    opportunity to ask that question of Pornhub, how many users are

9    free users that are just seeing advertisements, and that's the

10   way Pornhub is able to have revenue in first place, or how many

11   of the users are using the premium side that also accesses

12   video.

13        But the point is, it's all there available. And the

14   premium user is the superuser. They get more time on the site

15   or whatever is there, and including the access that they're

16   seeking by paying that premium includes access to a video like

17   this. They might get other things, but they can still get

18   access to a video like this. At this point in time --

19   **THE COURT:** Is there --

20   **MR. GENTALA:** -- without --

21   **THE COURT:** I understand. Is there any -- what's the

22   connection with the billing company other than it just handles

23   money?

24   **MR. GENTALA:** Your Honor, I heard some mention of the

25   United States. I'm understanding where the money is handled in

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1   with regard to delivery of the content in the United States and

2   uses of the United States is -- is relevant to the case overall

3   and to -- to those allegations in particular.

4           Now, it's been difficult to track all of the

5   different subsidiaries, the way they move, the way they open,

6   the way that close.  Sometimes it's been feeling like we've

7   been taking picture of running water.  You know, we might have

8   had that picture in time.  We need to be able to have discovery

9   to understand the true nature of the abuse that's happened and

10  who's connected with it.  If there's actually a subsidiary

11  that's not connected with it and never was connected with it,

12  then perhaps they don't belong in the lawsuit.  But we need the

13  actual ability to have discovery to understand what's happening

14  there.

15          And the other side, you mentioned assets is we need

16  to understand where the money actually is, the revenue that

17  comes in as a result of this kind of behavior in the United

18  States.  So maintaining -- with -- without the ability to do

19  some fact-finding in the normal standard civil legal process,

20  it's going to be hard for the plaintiffs to be able to say,

21  well, that -- that company has no relation to this at all

22  whatsoever and then find out that that's the place where our

23  clients can actually recover from the harm that's been done to

24  them.

25          **THE COURT:**  Well, I understand the risk.  But I know

19

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

1   that you can appreciate, too, that typically, I don't care how

2   early in a proceeding it is, we just don't turn people's loose

3   on a fishing expedition and say, "Okay, you've got -- you've

4   got this company up here and it's got multiple subsidiaries.

5   And one of them may have harmed your plaintiff.  But we're

6   going to let you just, you know, kind of do a proctology exam

7   on all of them until you determine whether or not you -- you

8   think you've gotten everybody."  That generally isn't how it

9   works, although I -- I -- I do get your point.

10          Let me ask this:  Since MG Freesites II apparently is

11  defunct and even on your own slide, you show it's been closed

12  down, is there any reason why it should be an active party to

13  this case?

14          **MR. SALLEY:**  Your Honor, it's at this time that we

15  understand or we've been told that MG Freesites assumed all of

16  the assets and information that was held by MG Freesites II.

17  So if -- if that is in the case the truth and they are a viable

18  company that's in existence, then we have no problem with them

19  not being in the case.

20          However, if a later date, we determine through the

21  invest- -- through discovery that company does exist or that

22  there weren't assets that were transferred or anything like

23  that, then we would like the right to at least investigate that

24  rather than just close the door on that.  Because, again, all

25  of this information has been private.  It's not as if we were

Motions to Dismiss - MG Billing LTD, MindGeek S.A.R.L,
MindGeek USA, Inc.

```
1    able to go look this information up and get definitive answers

2    to our questions.  And so out of abundance of caution.

3              THE COURT:  I understand.

4              All right.

5              Mr. Mayer, let me ask you a couple of questions.  Can

6    you access these films through the premium service?

7              MR. MAYER:  No.  And there's no allegation that these

8    have ever been on any of the -- and just to be clear, when we

9    referred to the subscription sites, those are sites like the

10   Brazzers website and Babes.com and some of the others.  So

11   those are the pay-per-view or pay-for-subscription sites.

12   These videos were never -- and there's no allegation and

13   there's no evidence that these videos were ever on any of those

14   premium sites.  And there's no evidence that there's any

15   revenue that's been generated from any premium sites or by MG

16   Billing that relates in any way to these videos.

17             So our view is that absolutely this is a fishing

18   expedition.  These are companies that represent a completely

19   different part of the -- the business.  They are not alter

20   egos.  And they have no place in this case.

21             And I just wanted to mention there were a lot of

22   slides here about Pornhub and -- and so forth.  Pornhub is just

23   one asset or one brand of -- of -- of MindGeek.  MindGeek is a

24   large technology company that has various subsidiaries.  Some

25   of them handle mobile apps and games.  Some of them handle, I
```

Ruling of the Court

1    guess, search engine optimization work.  Some of them handle

2    the subscription sites.  But the entity that is responsible for

3    the Pornhub.com website is MG Freesites.  And they are in this

4    case.

5              THE COURT:  All right.

6              MR. SALLEY:  Your Honor, if I may?

7              THE COURT:  Yes, sir.

8              MR. SALLEY:  Ultimately, our -- our -- our allegation

9    here and how it balls down to is that MG Freesites would not be

10   able to exist or operate without the technology facilitation

11   and other means that are provided by MindGeek S.A.R.L. through

12   that concerted effort.  The sole purpose of MindGeek S.A.R.L.

13   is to put forth this industry of pornography.

14             Yes, they have multiple pieces like they've just

15   represented.  But all of those pieces come together for one --

16   for one endeavor, which is the promotion of pornographic

17   material and to manage -- manage and maintain of Pornhub, the

18   porn brand.

19             THE COURT:  Okay.  All right.

20             We need to move this thing along.  And I'm not

21   unsympathetic to the plaintiffs' desire to engage in -- in a

22   broad front, if not a crusade, against, you know, the porn

23   industry as it affects victims like this.  However, you've got

24   a distinct, specific set of plaintiffs who have a distinct,

25   specific wrong done against them for which they're entitled to

Ruling of the Court

1    recover.

2         Based upon the arguments of counsel and the

3    submissions that the Court has received, I find that as to MG

4    Freesites II and MG Billing LTD and MindGeek USA, Inc,

5    plaintiffs have failed to state facts sufficient to state a

6    claim against those parties at this time.

7         With respect to MindGeek S.A.R.L., which acknowledged

8    to be the parent company, I'm going to leave that in for right

9    now.  And -- and let the plaintiff do some additional discovery

10   solely to see what that relationship is.  And if that

11   relationship is not such that there is any evidence of any

12   actual control, then I'll be open to another motion on that

13   matter.

14        The flip side of that, Mr. Mayer, is if in their

15   discovery related to how all this happened with MG Freesites

16   and uploading to Pornhub and how it was viewed and all that,

17   they determine that premium members could access this through

18   MindGeek USA or that MG Billing has any kind of control or

19   direction about the money, I'm also going to entertain a motion

20   to bring them back in.

21        But I think based on the pleadings as of this time,

22   those -- those need to be dropped off at this point.

23        All right.  All right.

24        Along those lines, let me next take up Trafficstars.

25   And who has that?

Ruling of the Court

1    tube site that is there.

2         And of course, the Ninth Circuit in the *Gonzales* case

3    recognized that the revenue sharing claim is outside of

4    Section 230 in the first place. And so we would respectfully

5    suggest we need to at least be able to have discovery on

6    that -- that aspect of things to be able to look at that.

7         I would say, you know, on *Roommates*, there's an

8    important phrase in that case, and that is, Congress didn't

9    create Section 230 to have a legal no man's land where nothing

10   is illegal anymore. And here, you've got a case where you've

11   got wealthy companies that have invited people to break the law

12   and upload the evidence to their -- the website and they might

13   even get a share of the profits afterwards. That sounds like a

14   legal no man's land to me.

15        **THE COURT:** All right.

16        With respect to the motion, or motions, I think it

17   was actually one in each case, by Hammy Media, I find that at

18   this procedural posture in the case, and given the allegations

19   made in the Fifth Amended Complaint, I believe that the motion

20   should be denied.

21        I do find that there is at -- at least a showing of

22   sufficient jurisdiction. And likewise, there are sufficient

23   allegations to state a claim outside of Section 230. And I

24   find that the complaint at least as alleged states sufficient

25   facts to state claims as set out; and therefore, I'm going to

Ruling of the Court

1   deny the motion at this time.

2            Having said that, I want to caution the plaintiffs

3   because I think you understand that there is a very narrow path

4   to navigate for these claims to ever get to a jury.  This idea

5   of financial remuneration, whether it took place, the

6   methodology under which it took place, how that relates to the

7   publication and who published it, you've alleged those things,

8   but you're going to have to elicit evidence in discovery to

9   support those things.

10           From the defense side, the defense, although I'm not

11  granting their motion today, it's pretty clear from the case

12  law that they sit in a position of strength.  They have the

13  protections of 230.  There are questions about exactly how

14  these entities work together, how they reach into this

15  jurisdiction, whether or not your showing of purposeful

16  availment is ultimately justified based upon the facts that

17  will be demonstrated through discovery.  Jurisdiction is

18  something that can be raised at any -- any time and all of

19  these other things can be raised on summary judgment.

20           And in the interest of judicial economy, I will tell

21  all of you now, as you do this targeted discovery to find out

22  these things, and you get the answers, there's no reason that

23  the defense has to wait until the close of all the evidence

24  with respect to Limestone and Mr. Murphy and everything else

25  before they come back with a motion.

63

Ruling of the Court

```
1          If Hammy Media has -- you've had the opportunity and
2    y'all have discovered what the facts are and if Hammy Media
3    believes there's no genuine issue of material fact, they're
4    entitled to the protections of the law, and for one or more
5    reasons that may have been brought in these motions or that may
6    show themselves later that they can get out, just because we
7    stick summary judgment dispositive motions at the end of the
8    scheduling order doesn't mean you have to wait until then to
9    file.  So I will encourage all of you to work diligently to get
10   the answers to those questions.  And then, we'll go from there.
11          Mr. Fray-Nitzer -- is it Witzer or Nitzer?
12          MR. FRAY-WITZER:  Yes, Your Honor, Fray-Witzer.
13          THE COURT:  Witzer.  I'm sorry.  I'm misreading my
14   note here.
15          I agree with you.  If I follow the Reddit case,
16   plaintiff loses.  I think that may be how this ultimately comes
17   out.  I think given the state of the law that at this point in
18   the process, it -- it would be premature to short-circuit that.
19   And that's why I've reached the decision that I have.
20          So motion Hammy Media, both of those motions, are
21   denied.
22          As to MG Billing LTD, MindGeek USA, and MG Freesites
23   II, those motions are granted.
24          As to Trafficstars, it's denied.
25          As to xHamster IP Holdings LTD, it's granted.
```

Ruling of the Court

```
1            Anything else?

2            All right.

3            Hear -- hearing nothing else, I believe that takes

4    care of today.  Thank you for coming in.  And we are adjourned.

5    Thank you.

6        (The Court adjourns at 3:50 p.m.)

7

8                          ********

9                  C E R T I F I C A T E

10      I certify that the foregoing is a correct transcript from

11   the record of proceedings in the above-entitled matter.

12

13    /s/Teresa B. Johnson                    08/24/2023

14   Teresa B. Johnson, CVR-M-CM, RVR, RVR-M          Date

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

**DESCRIPTION**                                                          **PAGE**

Motions to Dismiss – MindGeek ..........................4

        Ruling of the Court ...........................21

Motion to Dismiss – Trafficstars .....................23

        Ruling of the Court ...........................32

Motion for Judgment on the Pleadings – Hammy Media ...35

        Ruling of the Court ...........................61

Certificate of Reporter ..............................68

FILED UNDER SEAL

# EXHIBIT X