UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COLLINS MURPHY, et al.,<br><br>　　　　Defendants. | CASE NO. 7:20-CV-00947-DCC |
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>　　　　Defendants. | CASE NO. 7:21-CV-03193-DCC |

### **DECLARATION OF ANDREAS ALKIVIADES ANDREOU**

I, Andreas Alkiviades Andreou, hereby declare as follows:

1.　I am employed by Aylo Group Ltd as Director of Corporate Finance and Accounting. I have worked for Aylo Group Ltd (or its predecessor) in this position since 2013. I have also served as a Class A manager (the equivalent of a director) for Aylo Holdings S.à r.l. (formerly known as MindGeek S.à r.l.) since 2016.

2.　I understand that this lawsuit concerns certain videos (the "Videos") that were posted on the website Pornhub.com (the "Pornhub Website") in 2019. I also understand that Plaintiffs have named MG Freesites Ltd and MindGeek S.à r.l. as defendants in this lawsuit. These entities are currently known as Aylo Freesites Ltd and Aylo Holdings S.à r.l., respectively. The

name changes are the result of a rebranding that occurred after this lawsuit was filed. For ease of reference, I will refer to both Aylo and MindGeek as "MindGeek," and I will refer to the defendants as MG Freesites Ltd and MindGeek S.à r.l.

3. Through my employment and experience, I am familiar with the corporate structure and operations of the MindGeek group of companies, including MG Freesites Ltd and MindGeek S.à r.l. Almost every day, as part of my regular job responsibilities, I deal with issues involving the corporate structure of these legal entities in some capacity.

4. I offer this declaration to provide background and context on MG Freesites Ltd and MindGeek S.à r.l. Because the Videos were posted in 2019, my declaration is focused on the 2019 time period and describes conditions as they existed in 2019. Notably, all of the conditions that I describe in this declaration have remained constant beginning in or before 2019 through the present.

**A.    MG Freesites Ltd**

5. In 2019, MG Freesites Ltd operated a portfolio of websites, including the Pornhub Website.

6. I understand that Plaintiffs claim that the Videos were made available on multiple websites. I have reviewed the list of websites on which the Videos allegedly appeared that Plaintiffs produced in this lawsuit, a copy of which is attached hereto as **Exhibit A**. Apart from the Pornhub Website, none of the websites on Plaintiffs' list—*e.g.*, fap18.net, pj222.top, xmobi.pro, m4porn.space, and adultjoy.net—has ever been owned, operated, or affiliated with MG Freesites Ltd, MindGeek S.à r.l., or any other company in the MindGeek group of companies.

7. I also understand that the Videos appear to have been available or referenced on the website 4chan.org, which I understand is shown in the printout attached as Exhibit S to the

2

accompanying Declaration of Marc E. Mayer. The website 4chan.org has never been owned, operated, or affiliated with MG Freesites Ltd, MindGeek S.à r.l., or any other company in the MindGeek group of companies.

8. In 2019 (as today), MG Freesites Ltd was a foreign limited liability company organized and operating under the laws of the Republic of Cyprus, having its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus.

9. In 2019 (as today), MG Freesites Ltd was an indirect wholly-owned subsidiary of MindGeek S.à r.l.

10. In 2019 (as today), MG Freesites Ltd was adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MG Freesites Ltd also had the equivalent of its own designated board of directors and observed all necessary corporate formalities.

**B.     MindGeek S.à r.l.**

11. In 2019 (as today), MindGeek S.à r.l. was been a private limited liability company (société à responsabilité limitée) incorporated under the laws of Luxembourg, having its registered office at 32, boulevard Royal, L-2449 Luxembourg and registered with the Luxembourg Register of Commerce and Companies under number B 181337.

12. MindGeek S.à r.l. has never been anything more than a holding company that directly and indirectly owns certain affiliated entities. In 2019 (as today), MindGeek S.à.r.l. was the ultimate corporate parent of MG Freesites Ltd. In 2019 (as today), MindGeek S.à.r.l. did not exercise any control over the day-to-day operations on business decisions of MG Freesites Ltd, or, for that matter, of any other MindGeek corporate entities.

13. MindGeek S.à.r.l. has never had any employees or conducted any business operations of its own, let alone the United States.

14. In 2019 (as today), MindGeek S.à r.l. was adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts. MindGeek S.à r.l. also had the equivalent of its own designated board of directors and observed all necessary corporate formalities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this <u>10th</u> day of January 2025, at Nicosia, Cyprus.

Signed by:

*Andreas Alkiviades Andreou*

BC969CBBEAE2454

Andreas Alkiviades Andreou

4

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> v. <br><br> COLLINS MURPHY, LIMESTONE COLLEGE, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, <br><br> Defendants. | CASE NO. 7:20-CV-00947-TMC <br><br><br> **ANSWERS OF JANE DOE 1 TO DEFENDANT MG FREESITES, LTD.'S FIRST SET OF INTERROGATORIES** |

**PROPOUNDING PARTY:**     Defendant MG Freesites, Ltd.

**RESPONDING PARTY:**     Plaintiff Jane Doe 1

**SET NUMBER:**     One (1)

COMES NOW **JANE DOE 1**, a Plaintiff in the above-titled action, and hereby serves her Answers to this first set of Interrogatories propounded by Defendant, MG Freesites, Ltd., and served upon Defendant's attorneys via USPS and electronic mail, Attn: Taylor Speer, PO Box 1509 | Greenville, SC 29602, tspeer@turnerpadget.com.

**ALL IDENTIFYING INFORMATION OF ANY JANE DOE, INCLUDING NAMES, ADDRESSES, CONTACT INFORMATION AND ANY INFORMATION THAT CORRELATES A PARTICULAR PLAINTIFF TO TIME STAMP INFORMATION ON ANY SUBJECT VIDEOS IS HEREBY DESIGNATED AS <u>CONFIDENTIAL</u> AND SUBJECT TO ALL TERMS AND RESTRICTIONS CONTAINED IN ANY AGREED ORDER OF CONFIDENTIALITY.**

## INTERROGATORIES

**GENERAL OBJECTION:** The Plaintiff objects to the disclosure of identifying information into

the public record due to the nature of the subject matter that forms the basis of the action. Plaintiff provides the following answers without waiving this objection, and subject to the Agreed Order of Confidentiality entered in this action.

## INTERROGATORIES

### INTERROGATORY NO. 1:

State YOUR full name, address, and any email addresses or online handles YOU have used over the past 5 years.

**ANSWER:** 

### INTERROGATORY NO. 2:

IDENTIFY all URLs or online locations where YOU contend the VIDEOS have appeared, including but not limited to any URLs or online locations on any website owned or controlled by Defendant.

**ANSWER:  Plaintiff does not know all the URLs or online locations where the videos have appeared.  The videos keep cropping up in different places.  Additionally, Plaintiff does not know all the websites owned or controlled by the Defendant.  The URLs and websites which the Plaintiff is aware of at present, where the videos, or still images from them, were found are as follows:**

**https://Pornhub.com/view_video.php?viewkey=ph5d6f817008bfb**

- https://www.pornhub.com/model/lordfauger18

- https://fap18.net/video/65729562/lockerroom-spy-cam-2

- https://pj222.top/videos/frente-a-su-novio-11831022

- https://xmobi.pro/xh5264695.html

- https://pj222.top/videos/frente-a-su-novio-11831022

- https://xmobi.pro/xh5264695.html

- https://xhamster.adultiq.club/videos/spring-break-college-girl-shower-window-spy-10257637

- https://mp4porn.space/video/hidden+locker+8+12197039

- https://xmobi.pro/xh12954667.html

- http://adultjoy.net/movies/12327800/sexy-ebony-teen-in-bathroom-hidden-cam-clip

- http://adultjoy.net/movies/12947334/webslut-claire-k-amazing-tits

- https://thumb-v-cl2.xhcdn.com/a/npJjnq81uOBm4KRojfPgYQ/012/197/039/240x135.2.jpg

- https://mp4porn.space/video/hidden+locker+7+12197038.

- https://thumb-v-cl2.xhcdn.com/a/PYzJfswocO1_jwSrXxukrQ/012/197/039/2000x2000.3.jpg

- https://xhamster.com/videos/hidden-locker-8-12197039

- https://xhamster.com/videos/hidden-locker-7-12197038

- https://www.faptube.xyz/media/xh12197038.html

- https://mp4porn.space/video/hidden+locker+7+12197038

- https://xmobi.pro/xh12197038.html

- https://mp4porn.space/video/hidden+locker+8+12197039

- https://xmobi.pro/xh13115477.html

- http://adultjoy.net/movies/12197038/hidden-locker-7

3

- http://adultjoy.net/movies/12197039/hidden-locker-8
- http://www.hothomemade.com/video/156842/hidden-locker-7
- https://xhamster.one/videos/hidden-locker-7-12197038
- https://pimpandhost.com/image/121833006
- https://pimpandhost.com/image/121833011
- https://xhamster.com/videos/hidden-locker-1-12197032
- https://xhamster.com/videos/hidden-locker-2-12197034
- https://xhamster.com/videos/hidden-locker-4-12197033
- https://xhamster.com/videos/hidden-locker-5-12197036
- https://xhamster.com/videos/hidden-locker-6-12197037
- https://mp4porn.space/video/hidden+locker+8+12197039
- https://mp4porn.space/video/hidden+locker+7+12197038
- https://xhamster.com/videos/hidden-locker-7-12197038
- https://xhamster.com/videos/hidden-locker-8-12197039
- https://xhamster.sitescrack.site/videos/hidden-locker-7-12197038
- https://xhamster.sitescrack.site/videos/hidden-locker-8-12197039
- https://xhamster.one/videos/hidden-locker-7-12197038
- https://xhamster.one/videos/hidden-locker-8-12197039
- http://www.hothomemade.com/video/156842/hidden-locker-7
- http://adultjoy.net/movies/12197039/hidden-locker-8
- http://adultjoy.net/movies/12197038/hidden-locker-7
- https://thumb-v-cl2.xhcdn.com/a/PYzJfswocO1_jwSrXxukrQ/012/197/039/2000x2000.3.jpg
- https://thumb-v-

- cl2.xhcdn.com/a/1zoLtReKuaQz0aVop2D2nw/012/197/039/240x135.4.jpg
- https://thumb-v-cl2.xhcdn.com/a/shaFMZwexqjo7F3cp3b8kw/012/197/039/240x135.3.jpg
- https://thumb-v-cl2.xhcdn.com/a/npJjnq81uOBm4KRojfPgYQ/012/197/039/240x135.2.jpg
- https://thumb-v-cl2.xhcdn.com/a/3brY02A1TCInjq1HxSuUJg/012/197/039/240x135.7.jpg
- https://thumb-v-cl2.xhcdn.com/a/ljFlE-3uuY1UOQ0XU3ryvA/012/197/039/240x135.8.jpg
- https://thumb-v-cl2.xhcdn.com/a/E4h67bz1NAOlgExiQofBqg/012/197/039/240x135.9.jpg
- https://thumb-v-cl2.xhcdn.com/a/s_7mV6KFyL4hZDAlHSwmAQ/012/197/038/2000x2000.1.jpg
- http://thumb-v8.xhcdn.com/a/Zab_08QnyZHe4POIzYHWXg/012/197/038/320x240.1.jpg
- https://thumb-v-cl2.xhcdn.com/a/6lu4f1CDnvnrbhVsTSRKdQ/012/197/038/240x135.1.jpg
- https://thumb-v-cl2.xhcdn.com/a/XKzG14sdMCnjyueR09-Qyg/012/197/038/1280x720.1.jpg
- http://img.ohcdn.top/i/6434/2332.jpg
- https://10438-13.s.cdn13.com/contents/videos_screenshots/15000/15421/preview.jpg
- https://im0-tub-com.yandex.net/i?id=efe0e38c37e0d5311c425f6698f76627&n=13&exp=1
- https://im0-tub-com.yandex.net/i?id=1ed2e4485aa76b720b069ea36bd16177&n=16
- https://im0-tub-com.yandex.net/i?id=e0ad19799f7766c7c75223faac778426&n=16
- https://pimpandhost.com/image/121833011
- https://pimpandhost.com/image/121833006
- https://xhamster.com/videos/voyeur-from-sports-team-locker-room-full-of-shy-teens-xhdoqGX

- https://xhamster1.desi/videos/voyeur-from-sports-team-locker-room-full-of-shy-teens-xhdoqGX

- https://xhamster7.com/videos/voyeur-from-sports-team-locker-room-full-of-shy-teens-xhdoqGX

- http://adultjoy.net/movies/xhdoqGX/voyeur-from-sports-team-locker-room-full-of-shy-teens

- http://www.tube3.com/search-voyeur%20from%20sports%20team/1.html

- http://voyeurteen.hteenz.com/dtr/link.php?gr=2&id=591e7f&url=nUE0pQbiY3MirJI1paEyMJ4hnUEyMJ56YzAioF94YaObpQ9jLKEbCJIUnTgvZ0MVI0L1ATSQAGWuI1WfLax5ARjmnT9nEmy4HwSaCFMwLKD9qz95MKIlK3EyMJ4zMQ1JoGx1JyuJrHyUJayvZwOaLmAPqzAhHacWFSWfJIpjM2WUBJcuZyM5FHuXqzVlZTqnoyMmLxAPqyccDacuFTgaMRqJoTWhGzIBIT94G1R9CD==

- http://www.foxporns.com/straight-video-48051642.html?track=338422084045911097532332311121821878

- https://mofosex.net/play/KTiRiQ6ebbk/voyeur-from-sports-team-locker-room-full-of-shy-teens/

- http://livehomemade.com/voyeur-from-sports-team-locker-room-full-of-shy-teens-3868020.html

- http://www.paradisenudes.com/click/4-98/video/voyeur-from-sports-team-locker-room-full-of-shy-teens-8wgXXGnXE3y.html

**These URLs represent only instances of which Plaintiff has become aware. They are almost certainly not the only URLs where the videos, or images from them, have appeared and as Discovery is still ongoing, Plaintiff reserves the right to supplement this answer.**

**INTERROGATORY NO. 3:**

State each category of damages that YOU claim to have suffered in connection with the facts that give rise to the ACTION and the amount of such damages.

**ANSWER:** ██████████████████████████████
██████████████████████████████

6

Respectfully submitted,

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiffs*

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing **ANSWERS OF JANE DOE 1 TO MG FREESITES, LTD.'S FIRST SET OF INTERROGATORIES** has been served on counsel for all parties via electronic mail to all other counsel of record to ensure delivery to:

**Attorneys for Limestone University**

Joseph Y. Rahimi II
John A. Hubert
Rahimi, Hughes & Padgett LLC
33 Bull Street, Suite 590
Savannah, Georgia 31401
jrahimi@rhp-law.com
jhubert@rhp-law.com