UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>       Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, et al.,<br><br>       Defendants. | Case No.: 7:20-cv-00947<br><br>**TRAFFICSTARS LTD'S MOTION FOR SUMMARY JUDGMENT** |
| JANE DOE,<br><br>       Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>       Defendants. | Case No.: 7:21-cv-03193<br><br>**TRAFFICSTARS LTD'S MOTION FOR SUMMARY JUDGMENT** |

      Defendant TrafficStars Ltd hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting summary judgment in its favor on each and every one of the Plaintiffs' claims against Defendant TrafficStars Ltd in the above-captioned actions. Defendant's Motion is made on the following grounds: (1) Plaintiffs have failed to adduce any evidence that this Court can assert personal jurisdiction over TrafficStars; (2) neither the alter ego theory nor the single business entity theory saves Plaintiffs' jurisdictional arguments; and (3) TrafficStars is entitled to judgment on each of Plaintiffs' claims as a matter of law.

      This Motion is supported by the pleadings that have been filed in the case, as well as the supporting memoranda, declarations, and exhibits being filed in connection herewith.

1

Respectfully submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorneys for Defendant TrafficStars Ltd*

January 10, 2025
Greenville, South Carolina