UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,<br><br>    Defendants. | Case No.: 7:20-cv-00947 |
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>    Defendants. | Case No.: 7:21-cv-03193 |

## DECLARATION OF DOROTHEA LEONIDOU

Dorothea Leonidou, being duly sworn, does hereby depose and state:

1. My name is Dorothea Leonidou. Unless otherwise stated, I make this affidavit of my own personal knowledge, as well as information that I have obtained by consulting with the employees of TrafficStars, Ltd. ("TrafficStars") and/or the records of TrafficStars.

2. I am the Director of TrafficStars.

3. TrafficStars and Hammy are separate and distinct corporate entities. I am the sole director of TrafficStars and, since I am not a director of Hammy, I can state that the two companies do not share any Directors.

4. The CEO of TrafficStars is not the CEO of Hammy and there is no overlap in officers between the two companies.

5. To the best of my knowledge, there is no overlap in employees between TrafficStars and Hammy.

6. TrafficStars and Hammy operate independently and, as far as I know, have entirely different operating procedures.

7. TrafficStars has never owned or operated the xHamster.com website.

8. TrafficStars is an online advertising company that operates as a platform connecting advertisers and publishers. It was founded in 2014. It has offices in Cyprus, where it is headquartered. It has no offices in either South Carolina or the United States, nor has it ever had offices in those locations.

9. TrafficStars has approximately 60 employees, none of whom are located in South Carolina or the United States. TrafficStars has never had employees in South Carolina or the United States.

10. TrafficStars has two types of clients: advertisers and publishers. Publishers are the companies or individuals that publish the websites on which TrafficStars places advertisements and the advertisers are the companies or individuals that pay to have their ads appear on those websites.

11. So, for example, Hammy Media, Ltd. ("Hammy") is a publisher that operates the xHamster.com website. TrafficStars facilitates the placement of ads on thousands of websites, xHamster being one. More specifically, in 2019, TrafficStars placed ads on 3,054 different websites, including xHamster.com. In 2020, that number rose to 4,194 websites.

12. In 2019, TrafficStars had 4,407 advertiser clients. That number rose to 4,812 in 2020.

13. As detailed in TrafficStars' Answers to Interrogatories, a certain number of TrafficStars' advertising clients identified themselves as United States businesses – approximately 13% in each of 2019 and 2020. It is important to note that most of TrafficStars' clients come to TrafficStars of their own accord, having found TrafficStars through independent sources such as referrals, search engines, or conferences. To the extent that TrafficStars solicits clients at all, it does not do so on a geographic basis but rather it does so on a product basis. In other words, it does not solicit clients from the United States (or any other geographic location), but it may, for example, solicit publishers who have dating websites, e-commerce websites, or gambling websites, regardless of where in the world the publishers are located.

14. All of TrafficStars' client relationships are governed by the Terms and Conditions published on TrafficStars' website, which are accepted by publishers and advertisers when creating an account on the platform. These Terms and Conditions specify that they are governed by the laws of Cyprus, and both publishers and advertisers agree to the exclusive jurisdiction of the courts of Cyprus for any disputes arising therefrom.

15.    As with all advertising brokers, TrafficStars offers its advertising clients (those placing the ads, not the websites where the ads appear) the ability to direct their ads to a specific location. In 2019, approximately 14.5% of our advertising clients chose to direct their ads towards the United States and 0.09% of our advertising clients chose to direct their ads towards South Carolina. It should be stressed that TrafficStars is not advertising *itself* into these locations, it is simply directing its clients' ads where the clients have asked them to be directed.

16.    Other than the placement of the ads themselves, TrafficStars has no control over the content on its clients' websites. This includes the xHamster.com website. Indeed, other than the ads themselves, TrafficStars has no knowledge of the specific content that appears on webpages where the ads appear. To fully appreciate this, the Court should understand the magnitude of the number of ad views at issue. In 2019, TrafficStars placed a total of 625,502,467,512 advertisements on its clients' websites and in 2020, TrafficStars placed a total of 863,522,096,070 advertisements on its clients' websites.

17.    TrafficStars has no interactions or communications with the users of its clients' websites whatsoever and it does not compensate those users in any way because its role is strictly limited to facilitating the placement of advertisements.

Signed under the pains and penalties of perjury this 9th day of January, 2025.

_____
Dorothea Leonidou, Director
TrafficStars, Ltd.