ATTORNEYS' EYES ONLY

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., HAMMY MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., <br><br> Defendants. | Case No.: 7:20-cv-00947-DCC |

### TRAFFICSTAR LTD.'S ANSWERS TO INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, TrafficStars, Ltd. ("TrafficStars") hereby responds to Plaintiffs' First Set of Interrogatories.

### ANSWERS TO INTERROGATORIES

### INTERROGATORIES

**INTERROGATORY 1:** Provide the names of every website on which Traffic Stars places advertisements.

**OBJECTION:** TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the

Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:** TrafficStars places advertisements on thousands of , one of which is xHamster.com.

**INTEROGATORY 2:** For the calendar years 2013 to the present, what was the advertising revenue generated by Traffic Stars each year?

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:** The full revenue of TrafficStars can be found in the management accounts produced as part of TrafficStars' production of documents.

**INTEROGATORY 3:** For the calendar years 2013 - present, how many advertisers used the Traffic Stars platform each year?

**ATTORNEYS' EYES ONLY**

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2023. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:**

For the relevant years, TrafficStars had the following number of advertisers using the TrafficStars platform:

2019 - 4,407

2020 - 4,812

2021 - 8,615

2022 - 11,728

2023 - 23,718

**INTERROGATORY 4:** Of the number stated in answer to Interrogatory No. 3, how many advertisers represented themselves to be United States businesses?

**OBJECTION:**

TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2023.

**ANSWER:**

For the relevant years, the following number advertisers represented themselves to be United States businesses:

2019 - 571

2020 - 620

2021 - 830

2022 - 1,663

2023 - 1,923

**INTEROGATORY 5:** For the calendar years 2013-present, how many ads were placed each year by the Traffic Stars platform?

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:**

In 2019, TrafficStars placed a total of 625,502,467,512 advertisements on its clients' websites.

In 2020, TrafficStars placed a total of 863,522,096,070 advertisements on its clients' websites.

**INTEROGATORY 6:** For the calendar years 2013-present, how many ad campaigns were run each year by the Traffic Stars platform?

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:**

In 2019, TrafficStars ran a total of 109,044 ad campaigns for its clients.

In 2020, TrafficStars ran a total of 117,527 ad campaigns for its clients.

**INTEROGATORY 7:** For the calendar years 2013-present, how many ad campaigns, in whole or in part, targeted United States traffic each year? For the purposes of this Interrogatory, "targeted" means specifically selecting the United States or any part thereof as a geographic area for geolocation of ads.

**OBJECTION:**

TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2023.

5

**ANSWER:**

In 2019, ad campaigns that were geolocated for United States web traffic represented 14.58% of the total number of ad campaigns run by TrafficStars.

In 2020, ad campaigns that were geolocated for United States web traffic represented 11.53% of the total number of ad campaigns run by TrafficStars.

In 2021, ad campaigns that were geolocated for United States web traffic represented 13.17% of the total number of ad campaigns run by TrafficStars.

In 2022, ad campaigns that were geolocated for United States web traffic represented 13.23% of the total number of ad campaigns run by TrafficStars.

In 2023, ad campaigns that were geolocated for United States web traffic represented 10.67% of the total number of ad campaigns run by TrafficStars

**INTEROGATORY 8:** For the calendar years 2013-present, how many ad campaigns targeted South Carolina traffic each year?

**OBJECTION:**

TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020.

**ANSWER:**

In 2019, ad campaigns that were geolocated for South Carolina web traffic represented 0.09% of the total number of ad campaigns run by TrafficStars.

In 2020, ad campaigns that were geolocated for South Carolina web traffic represented 0.08% of the total number of ad campaigns run by TrafficStars

In 2021, ad campaigns that were geolocated for South Carolina web traffic represented 0.09% of the total number of ad campaigns run by TrafficStars.

In 2022, ad campaigns that were geolocated for South Carolina web traffic represented 0.09% of the total number of ad campaigns run by TrafficStars

In 2023, ad campaigns that were geolocated for South Carolina web traffic represented 0.08% of the total number of ad campaigns run by TrafficStars

**INTEROGATORY 9:** Describe any business affiliation between xHamster and Traffic Stars, Ltd.

**OBJECTION:**

TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020.

**ANSWER:**

TrafficStars places advertisements on thousands of websites, one of which is xHamster.com. More specifically, in 2019, TrafficStars placed advertisements on 3,054 different websites and in 2020, TrafficStars placed advertisements on 4,194 different websites. As with all of the websites for which TrafficStars provides service, advertisements were placed on the xHamster.com website pursuant to TrafficStars' standard terms of service.

**INTEROGATORY 10:** Describe any program or process through which any ad revenue can be shared with users of the xHamster and/or Traffic Stars platform.

**OJECTIONS:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally,

TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:**

TrafficStars does not share ad revenues with the users of the xHamster platform. TrafficStars shares revenues with its client, pursuant to agreements with those clients but does not share revenues with any users of its clients' websites.

**INTEROGATORY 11:** For the calendar years 2013-present, how much gross revenue was generated by those participating in any ad revenue sharing program?

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. TrafficStars also objects to this interrogatory as being incomprehensible, vague, and confusing. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:** Because TrafficStars does not itself compensate its clients' users, it does not know (nor does it care) which of its clients have ad revenue sharing arrangements or what portion of the ad revenues relate to content posted by users participating in ad revenue sharing programs.

**INTEROGATORY 12:** For the calendar years 2013-present, how much revenue was paid out to those participating in any ad revenue sharing program?

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. TrafficStars also objects to this interrogatory as being incomprehensible, vague, and confusing. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars. TrafficStars further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, TrafficStars states as follows.

**ANSWER:** Because TrafficStars does not itself compensate its clients' users, it does not know (nor does it care) which of its clients have ad revenue sharing arrangements or what portion of the ad revenues relate to content posted by users participating in ad revenue sharing programs.

**INTEROGATORY 13:** Describe any business association between Traffic Stars, Ltd and Cloudflare, Inc.

**OBJECTION:**

TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020.

**ANSWER:**

During the relevant time period, TrafficStars utilized CloudFlare's http proxy services, pursuant to CloudFlare's standard terms of service. In further answering, TrafficStars attaches to this answer the relevant agreement with CloudFlare.

**INTEROGATORY 14:** For the calendar years 2013-present, list any categories, tags, keywords, or key terms that could be selected by advertisers to direct presentation of their content and which contained the word "voyeur," "cam," "camera," "hidden," "spy," "secret," "locker room" or "public nudity."

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. TrafficStars also objects to this interrogatory as being incomprehensible, vague, and confusing. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars.

**ANSWER:**

During the relevant time period, TrafficStars did not have an option for advertisers to select specific keywords for the placement of advertisements, but they could select relevant categories

10

for the placement of advertisements. A list of the categories available in the relevant time period is included with TrafficStars' production of documents.

**INTEROGATORY 15:** For the calendar years 2013-2020, how many advertising campaigns whitelisted or otherwise included the category "Voyeur/Public Nudity," or any other category, tag, keyword, or key term that included the words "voyeur," "cam," "camera," "hidden," "spy," "secret," or "public nudity?"

**OBJECTION:**

TrafficStars objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. TrafficStars also objects to this interrogatory as being incomprehensible, vague, and confusing. Additionally, TrafficStars objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. TrafficStars also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against TrafficStars.

**ANSWER:**

[redacted]

Signed under the pains and penalties of perjury this 26th day of January, 2024

_____
Constantinos Zarnas, Director
TrafficStars, Ltd.

Signed as to objections only:

TrafficStars, Ltd.

By its attorneys:

_____
Evan Fray-Witzer, Esq,
Valenin Gurvits, Esq.