# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, et al.,<br><br>　　　　　Defendants. | Case No.: 7:20-cv-00947<br><br><br>**WISEBITS IP LTD'S MOTION FOR SUMMARY JUDGMENT** |
| JANE DOE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Case No.: 7:21-cv-03193<br><br><br>**WISEBITS IP LTD'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Defendant Wisebits IP Ltd hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting summary judgment in its favor on each and every one of the Plaintiffs' claims against Defendant Wisebits IP Ltd in the above-captioned actions. Defendant's Motion is made on the following grounds: (1) Plaintiffs have failed to adduce any evidence that this Court can assert personal jurisdiction over Wisebits IP; (2) neither the alter ego theory nor the single business entity theory saves Plaintiffs' jurisdictional arguments; and (3) Wisebits IP is entitled to judgment on each of Plaintiffs' claims as a matter of law.

　　　　This Motion is supported by the pleadings that have been filed in the case, as well as the supporting memoranda, affidavits and exhibits being filed in connection herewith.

        Respectfully submitted,

        /s/ Hannah Rogers Metcalfe
        Hannah Rogers Metcalfe, Fed ID. 9943
        Metcalfe & Atkinson, LLC
        1395 South Church Street
        Greenville, South Carolina 29605
        (864) 214-2319

        Evan Fray-Witzer (*pro hac vice*)
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, Massachusetts 02116
        Telephone: 617-426-0000
        Facsimile: 617-423-4855
        Evan@CFWLegal.com

        Valentin D. Gurvits (*pro hac vice*)
        Frank Scardino (*pro hac vice*)
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459
        Telephone: 617-928-1804
        Facsimile: 617-928-1802
        vgurvits@bostonlawgroup.com
        frank@bostonlawgroup.com

        *Attorneys for Defendant Wisebits IP Ltd.*

January 10, 2025
Greenville, South Carolina