CONFIDENTIAL - ATTORNEYS'-EYES ONLY
UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

JANE DOES 1-9,                          Case No.: 3:20-av-99999

    Plaintiffs,

vs.

COLLINS MURPHY, LIMESTONE
COLLEGE, MINDGEEK HOLDING
SARL a/ka/a MINDEGEEK USA INC.,
d/b/a PORNHUB.COM, and HAMMY
MEDIA LTD, d/b/a XHAMSTER.COM,

    Defendants.

                                   /


CONFIDENTIAL - ATTORNEYS'-EYES ONLY


REMOTE VIDEO-RECORDED DEPOSITION OF
CONSTANTINOS CHRISTOFOROU
{Pages 1 - 126}

Wednesday, February 21, 2024
9:04 a.m. - 12:54 p.m.
U.S. Legal Support, Inc.


Stenographically Reported By:
Deanne M. Moore, RMR, CRR, FPR, FPR-C

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

```
 1                      APPEARANCES

 2   On Behalf of the Plaintiffs:

 3      NATIONAL CENTER ON SEXUAL EXPLOITATION
        1201 F Street NW, Suite 200
 4      Washington, DC  20004
        (202) 393-7245
 5      dpinter@ncoselaw.org
        cprice@ncoselaw.org
 6      pgentala@ncoselaw.org
        thirsch@ncoselaw.org
 7      BY:  PETER GENTALA, Esquire         (Via Zoom)
             DANIELLE BIANCULLI PINTER, Esquire
 8

 9      BELL LEGAL GROUP, LLC
        219 Ridge Street
10      Georgetown, South Carolina  29440
        (843) 546-2408
11      jsalley@belllegalgroup.com
        gsulpizio@bellegalgroup.com
12      BY:  JOSH SALLEY, Esquire          (Via Zoom)
             GABRIELLE SULPIZIO, Esquire
13

14      DOLT THOMPSON SHEPHERD & CONWAY, PSC
        13800 Lake Point Circle
15      Louisville, Kentucky  40223
        (502) 244-7772
16      cpropst@kytrial.com
        lshepherd@kytrial.com
17      BY:  CHAD PROPST, Esquire          (Via Zoom)
             LIZ J. SHEPHERD, Esquire
18

19   On Behalf of the Defendant Collins Murphy:

20      HALL BOOTH SMITH, P.C.
        111 Coleman Boulevard
21      Suite 301
        Mt. Pleasant, South Carolina 29464
22      (843) 720-3460
        tbarrow@hallboothsmith.com
23      BY:  THOMAS A.D. BARROW, Esquire      (Via Zoom)

24

25
```

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

```
 1                    APPEARANCES (Cont'd)

 2   On Behalf of the Defendants Sharon Hammonds, Brenda F.
     Watkins and Limestone University:
 3
        RAHIMI, HUGHES & PADGETT, LLC
 4      33 Bull Street
        Suite 590
 5      Savannah, Georgia  31401
        jhubert@rhp-law.com
 6      (912) 421-9988
        BY:  JOHN A. HUBERT, Esquire        (Via Zoom)
 7

 8   On Behalf of the Defendant MG Freesites LTD., d/b/a
     Pornhub.com, MG Freesites II, Ltd:
 9
        TURNER PADGET GRAHAM & LANEY, P.A.
10      1901 Main Street
        17th Floor
11      Columbia, South Carolina 29201
        (803) 254-2200
12      mgoddard@turnerpadget.com
        BY:  MARK B. GODDARD, Esquire       (Via Zoom)
13

14   On behalf of the Defendant MindGeek USA Inc.:

15      MITCHELL SILBERBERG & KNUPP, LLP
        437 Madison Avenue
16      25th Floor
        New York, New York 10022
17      (917) 546-7695
        mbl@msk.com
18      BY:  MARISSA B. LEWIS, Esquire      (Via Zoom)

19   On behalf of the Defendant Hammy Media:

20      CIAMPA FRAY-WITZER, LLP
        20 Park Plaza
21      Suite 505
        Boston, Massachusetts 02116
22      (617) 426-0000
        evan@cfwlegal.com
23      BY:  EVAN FRAY-WITZER, Esquire      (Via Zoom)

24

25
```

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

```
 1                     APPEARANCES (Cont'd)

 2  On behalf of the Defendants Hammy, Wisebits & Traffic
    Stars:
 3
        BOSTON LAW GROUP, PC.
 4      825 Beacon Street
        Suite 20
 5      Newton Centre, Massachuseets 02459
        vgurvitz@bostonlawgroup.com
 6      BY:  VAL GURVITS, Esquire              (Via Zoom)

 7

 8  ALSO PRESENT:

 9  Chelsea Gilchrist, Video Technician, U.S. Legal Support,
    Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1      A     No.

2      Q     Have you been an officer or director of

3   Wisebits IP before in the past?

4      A     Yes.

5      Q     When did you -- which one, was it an officer or

6   a director?

7      A     Director.

8      Q     When did you cease to be a director of Wisebits

9   IP?

10     A     Last year.

11     Q     Was it -- when you say "last year," was it in

12   2023?

13     A     Yes.

14     Q     Do you remember what month in 2023 you ceased

15   to become a director of Wisebits IP?

16     A     I -- I don't remember exactly.

17     Q     Do you remember which season; fall, spring,

18   summer, winter?

19     A     No.

20     Q     Does Wisebits IP have a successor director to

21   yourself?

22     A     Yes.

23     Q     What is that person's name?

24     A     Constantinos Zarnas.

25     Q     Will you please spell the last name?

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1    A    Z-A-R-N-A-S.

2    Q    Thank you.

3         Are there any other directors besides him?

4    A    No, only one director.

5    Q    Does the -- does Wisebits IP have any officers?

6    A    No, only one director.

7    Q    When you were a director of Wisebits IP, were

8  you compensated in that position?

9    A    Yes.

10   Q    Were you compensated on a salary basis or on a

11 per diem for time served basis?

12   A    Not -- not salary.  I never had salary.  It --

13 it was a fee.

14   Q    I'm sorry, what was that last thing you said?

15   A    It was a fee for my services.

16   Q    Fee for service.  Thank you.

17        How long were you a director of Wisebits IP

18 Limited?

19   A    Since its formation, 2015.

20   Q    Do you remember what month in 2015 it was

21 formed?

22   A    No.

23   Q    Were you a founding director?

24   A    What does it mean?

25   Q    I'm sorry.  At the time that Wisebits IP was

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1  founded in 2015, were you a director on the original

2  paperwork?

3     A    I was -- I was the initial director, yes.

4     Q    Thank you.  Will you please describe the

5  responsibilities and duties of your role as a director

6  of Wisebits IP?

7     A    Wise IP -- Wisebits IP has ownership of

8  intellectual property which it licenses out.  My role

9  was to engage the company into commercial agreements.

10    Q    Did you have ultimate authority to exercise

11 judgment and discretion in your job?

12    A    Yes.

13    Q    Did you -- were there circumstances where you

14 needed to report to another individual before you made a

15 decision or took an action?

16    A    No.

17    Q    In your current role in the job that you hold

18 now, do you perform fee for service work for Wisebits

19 IP?

20    A    No.

21    Q    Do you perform fee for service work for any of

22 the defendants in this case?

23    A    I'm sorry, what defendants?  I'm --

24    Q    Do you perform fee for service work for Hammy

25 Media Limited?

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1    Q    Will you read it out loud, please?

2    A    Yes.  "On October 5th, 2012, the Bellarmine

3  University Knights traveled to Gaffney, South Carolina,

4  to face the Limestone College Saints in women's field

5  hockey.  Plaintiffs were members of the Bellarmine

6  Knights field hockey team."

7    Q    Thank you.

8         MR. GENTALA:  Chelsea, would you mind scrolling

9    to paragraph 78, please.

10  BY MR. GENTALA:

11    Q    Mr. Christoforou, will you read paragraph 78,

12  please.

13    A    78.  "Defendant Murphy secretly recorded

14  multiple women, including women who are not plaintiffs

15  in this action, changing clothes and taking showers in

16  locker rooms between September 2012 and October '13."

17    Q    Based off of those two paragraphs, did some of

18  the facts in this case take place before Wisebits IP was

19  formed as a corporation?

20    A    Yes.

21    Q    What entity performed the functions of Wisebits

22  IP before it was formed in 2015?

23    A    I'm here to answer about Wisebits IP and for

24  the years '19 and '20.

25    Q    Do you know the answer to that question?  It's

Constantinos Christoforou   Attorneys Eyes Only
February 21, 2024

1  related to Wisebits I- -- Wisebits IP.  Did it -- let me

2  ask it different way.

3      A    Yes.

4      Q    Did any -- did any entity perform the functions

5  of Wisebits IP prior to 2015?

6      A    I don't know.

7      Q    What is the principle business purpose of

8  Wisebits IP?

9      A    Intellectual property which it licenses out.

10      Q    What kind of intellectual property?

11      A    The trades -- names -- trade names or the

12  trademark example.

13      Q    Is that an example or is that the only piece of

14  intellectual property it registers?

15      A    No, it had to register the trademark xHamster,

16  the logo and I think a phrase "just porn, no bullshit."

17  That was the -- I don't know how to call it.  That was

18  the punch line that they had on the website in the past.

19  This is the intellectual property held by Wisebits IP

20  during the years '19 and '20.

21      Q    What about since 2015 when -- when it was

22  formed?

23      A    From -- from its incorporation.  If it was

24  incorporated in 2015, then the intellectual property was

25  contributed by its shareholder sometime after

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1  incorporation, so . . .

2      Q    Okay.

3      A    And it had it's -- in '19 and '20, it had

4  intellectual property.

5      Q    As the former director of Wisebits IP, are you

6  familiar with each and every item of intellectual

7  property that it is the custodian of?

8      A    This was the intellectual property that I

9  described.  The trademark xHamster, the logo and the

10  phrase.  And there was nothing else, no other

11  intellectual property.  And the -- sorry, the code, like

12  the software, that existed at the time.  It didn't have

13  any others' intellectual property.

14      Q    Did you say the code to the software that

15  existed at the time?

16      A    Yes.

17      Q    Thank you.

18          Are you aware of any other additional

19  intellectual property becoming part of Wisebit IP's

20  portfolio since you stepped down as director?

21      A    Nothing else was added while I was director.  .

22      Q    Would you please read paragraph 81 of the

23  complaint.

24      A    Yes.  "At some point prior to October 2019, the

25  recordings of the plaintiffs were uploaded to defendant

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1  Pornhub and defendant xHamster and then disseminated to

2  countless other pornographic websites, stripping the

3  plaintiffs of their innocence and subjecting them to

4  painful humiliation and embarrassment. "

5      Q    This time frame, October of 2019, is that when

6  you understood the -- the videos to have been uploaded

7  to the xHamster website?

8      A    It never came to my knowledge that these

9  specific videos were uploaded to xHamster website.

10 Wisebits IP simply licenses the intellectual property

11 out.  It does not operate the -- it has nothing to do

12 with the actual website.

13     Q    When did the harm occur to the plaintiffs in

14 this case?

15          MR. GURVITS:  Objection.

16     A    Excuse me?  I don't understand the question.

17     Q    Were the plaintiffs in this case harmed?

18     A    Yes.

19     Q    When were they harmed?

20          MR. GURVITS:  Objection.

21     A    I don't know.  In 2012 when it was uploaded.

22 Both.

23     Q    When was it originally recorded?

24     A    I believe it was before 2012.

25     Q    So they were harmed at that time in 2012 when

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1    it was originally recorded?

2            MR. GURVITS:   Objection.

3    BY MR. GENTALA:

4        Q    You can answer the question.

5            Were they harmed in 2012 when they were

6    originally recorded?

7            MR. GURVITS:   Objection.

8        A    I will not answer.

9        Q    Were they harmed in 2019 when they were posted

10   to xHamster.com?

11           MR. GURVITS:   Objection.

12       A    I will not answer.

13       Q    Does Wisebits IP have -- have employees?

14       A    No.

15       Q    So let me -- let me ask that question in two

16   ways.

17           Presently, currently right now, does it have

18   employees?

19       A    No.

20       Q    Did the entity Wisebits IP ever have employees?

21       A    No.

22       Q    When you were compensated for being the

23   director of Wisebits IP, from what entity did your

24   compensation come from?

25       A    I will not answer that.

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1    Q    So you served as a director and you received

2  compensation for your service as a director, correct?

3    A    Yes.

4    Q    And you won't answer the question about where

5  your compensation came from to serve as a director for

6  this entity that we're discussing in this interview; is

7  that correct?

8    A    Yes.

9    Q    Are you aware of where your compensation came

10  from or -- or is -- is there something unclear about it

11  to you?

12    A    Yes, I am aware.

13    Q    Is the current director of Wisebits IP aware of

14  where your compensation came from?

15    A    I cannot answer on his behalf.  I will -- I

16  will not answer.

17    Q    Is there a current organizational chart for

18  Wisebits IP?

19    A    Wisebits IP does not have any subsidiaries.  It

20  was one corporate shareholder.  That is the

21  organizational structure of it.

22    Q    What is the corporate shareholder?

23    A    It is a company registered in Antigua.

24    Q    What is the name of the company?

25    A    XHamster IP Holdings.

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1         MR. GURVITS:  The last statement you made,

2     repeat the last sentence you said.

3     A     Wisebits IP has one shareholder, corporate

4  shareholder, that I described before.  The name is

5  xHamster IP Holdings.

6         THE STENOGRAPHER:  Thank you.

7  BY MR. GENTALA:

8     Q     Do you know if there is an organizational chart

9  that shows Wisebits IP in relationship to other

10  organizations?

11     A     No.

12     Q     Could such a chart exist and you -- and you not

13  be aware of it?

14     A     Wisebits IP does not have any relationships

15  with any other companies than the one I described now,

16  the shareholder corporation, but no other subsidiaries.

17  And the shareholder company does not have any other

18  subsidiaries as well.

19     Q     The shareholder that you mentioned, did you say

20  that that company is xHamster IP Holdings?

21     A     Yes.

22     Q     How long has xHamster IP Holdings been a

23  shareholder of Wisebits IP?

24     A     Since its incorporation.

25         MR. GENTALA:  Chelsea, could we use Tab 3,

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1  reasonably know the answer to on behalf of the company?

2      A    This is outside the categories that my counsel

3  accepted.  And I'm offering voluntarily Wisebits

4  financials.

5      Q    Did your counsel state in writing that

6  financial statements were not permitted?

7      A    He didn't state that they were included.

8          MR. GURVITS:  Can we just all agree -- all the

9      documents we're referring to now speak for

10     themselves.  There's really no reason to have him

11     categorize them in any other way.  They are what

12     they are.

13         MR. GENTALA:  Val, are you instructing the

14     witness not to answer this question about the

15     amortization being a negative number?

16         MR. GURVITS:  I'm not instructing him not to

17     answer, but generally I'm objecting to you simply

18     having him read the document for -- it speaks for

19     itself.  Those are the numbers.

20  BY MR. GENTALA:

21     Q    Are you aware of what the sources of revenue

22  were for the royalties that were referred to in this

23  report?

24     A    Yes.

25     Q    Who paid the royalties?

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1    A    The licensee paid the royalty.

2    Q    Was there more than one licensee?

3    A    No, it was only one licensee.

4    Q    Who is the licensee?

5    A    A company called Wisebits Ad Net.

6    Q    Would you say that name just one more time?

7    A    Wisebits Ad Net.

8    Q    Wisebits Ad Net?

9    A    You want me to spell it?

10   Q    Thank you.  Okay.

11        MR. GENTALA:  Well, we've been going for a

12   little over an hour.  Is it okay if we take a

13   five-minute break and I'll go relieve my dog's

14   misery and hopefully some of the other angst in the

15   room as well, and we can check back in here maybe

16   around -- let's go for 20 minutes after the hour.

17   Will that work?

18        MR. GURVITS:  Yeah.  That's perfect.  That

19   gives us --

20        MR. GENTALA:  Okay.  We can go off the record.

21        MR. GURVITS:  Okay.

22        THE VIDEOGRAPHER:  All right.  We are going off

23   the record.  The time is 15:13 UTC.

24        (Break taken.)

25        THE VIDEOGRAPHER:  I'll bring us back on.  One

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1     Q     Do any of the royalties come because of the

2  website xHamster.com?

3     A     The income of Wisebits IP comes from its

4  licensing agreement.  How it's utilized is business of

5  the licensee.

6     Q     Did you yourself sign licensing agreements on

7  behalf of Wisebits IP?

8     A     Yes.

9     Q     How many times did you do that?

10     A     As far as I can recall, it was only one --

11  there was only one agreement in place with the only one

12  licensee, one agreement.

13     Q     What year was that single agreement entered

14  into?

15     A     Since it was made incorporation, 2015.

16     Q     Has that agreement now lapsed?

17     A     Yes.

18     Q     When did it lapse?

19     A     I believe in 2021.  I'm not sure of the year.

20  Maybe '20 or '21.

21     Q     But before that --

22     A     If you have the financial statement, you can

23  have a look.

24     Q     I'm sorry, I talked over you.  I didn't get the

25  full answer.

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1  ended 31st December 2020 for Wisebits Limited.

2      Q    Is there another -- did -- did you -- did you

3  sign any other financial statements or annual reports

4  for Wisebits IP Limited after this one?

5      A    Yes, '21 and '22.  If I'm not mistaken, yes,

6  they are -- they are done.  They are finished, so I

7  signed them, yes, sir.

8      Q    Thank you.

9          MR. GENTALA:  Page 1, please.  That's good.

10     Thank you.

11 BY MR. GENTALA:

12     Q    You're listed as the sole director and the

13 company secretary on this document; is that right?

14     A    Yes.

15         MR. GENTALA:  Page 2, please.  You can stop

16     there.

17 BY MR. GENTALA:

18     Q    Under incorporation, the date of incorporation

19 for Wisebits IP Limited is 20th of October 2015,

20 correct?

21     A    Yes.

22     Q    Was the agreement for royalties in place after

23 this date?

24     A    As I'm reading the line below, "the companies

25 are in the process of signing an agreement to merge with

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1   BY MR. GENTALA:

2      Q    That's your electronic signature, right?

3      A    Yes.

4      Q    Have you ever executed an independent

5   contractor agreement similar to this one on behalf of

6   Wisebits IP Limited?

7      A    Not that I am aware of.

8      Q    What is the relationship between Wisebits IP

9   Limited and Traffic Stars Limited?

10     A    There is no contractual agreement there.

11     Q    Has there ever been a contractual agreement

12  between the two entities?

13     A    No.

14     Q    Has there ever been -- been any form of

15  cooperation related to xHamster.com?

16     A    XHamster IP is licensee of Wisebits, that's it.

17  It doesn't do anything else to incorporate in any way --

18  in any other way.

19     Q    Is any of the license by Wisebits IP Limited

20  used by Traffic Stars Limited?

21     A    This is not something that Wisebits IP would

22  know.  It's the business of the licensee.

23     Q    Are you personally aware if Traffic Stars

24  Limited uses the IP that is licensed by Wisebits IP?

25     A    I am not here to answer that question.

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1     Q     Are you refusing to answer that question?

2     A     Yes.

3     Q     Okay.  What is your understanding of the

4   relevant time period for which you are testifying?

5     A     What do you mean my understanding?  What is the

6   question?  About what?

7     Q     What time period are you willing to answer

8   questions about?

9     A     As communicated, '19 and '20.  That's what my

10  legal advisors consulted me.

11    Q     Was there voyeuristic content on xHamster.com

12  before 2019?

13    A     Wisebits IP wouldn't know anything about the

14  domain, the website, the material, the uploads.

15  Wisebits IP licenses out the intellectual property.

16    Q     I understand.  But will you answer questions

17  about periods of time before 2019?

18    A     About what?  I have answered many questions

19  before '19.  I have answered everything that has to do

20  with Wisebits IP before and after the time period that

21  my legal advisors agreed what they would advise me.  I

22  gave the whole history of Wisebits IP, the trademarks,

23  the shareholders, (indiscernible) the restructuring,

24  everything.

25    Q     Who licensed --

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1      A    -- the question.  Sorry?

2      Q    Who licensed the IP before Wisebits IP?

3      A    I was not there to know.

4      Q    Were you there when the -- the rights to the

5   intellectual property were obtained by Wisebits?

6      A    Yes.

7      Q    Who were they obtained from?

8      A    From the shareholding company.

9      Q    Which shareholding company?

10     A    XHamster IP Holdings.

11     Q    Do you know how long xHam- -- xHamster IP

12   Holdings had the -- those intellectual property rights?

13     A    I don't remember.  It was also incorporated in

14   '15.

15     Q    Is there any shared management between Wisebits

16   IP Limited and Hammy Media?

17     A    No.

18     Q    Was there any --

19     A    -- has director (indiscernible).

20     Q    Was there ever any shared management between

21   Wisebits IP and Hammy Media?

22     A    No.

23     Q    You identified -- I don't want to

24   mischaracterize your testimony, but I think -- I think

25   it was three different trademarks that constitute the

Constantinos Christoforou  Attorneys Eyes Only
February 21, 2024

1  portfolio for which is Wisebits IP.  Is that -- do I

2  have that right?

3       A     Yes.

4       Q     And could you repeat what the three are?

5       A     It was the name xHamster, the logo which is a

6  hamster and the phrase "just porn, no bullshit."

7       Q     Has Wisebit IP ever had any tangible assets

8  besides those --

9       A     No.

10      Q     -- those marks?

11      A     No.  The software as I said.  The source code.

12      Q     What does -- what does the source code do?

13      A     It's the software that existed at the time.

14      Q     What does the software do, what's its purpose?

15      A     I'm sorry, can you repeat the question?

16      Q     What does the software do, what was its

17  purpose?

18      A     To operate the website.

19      Q     Is the software a content management system?

20      A     What is a -- I don't know what is a content

21  management system.

22      Q     Is it an internal system that allows the

23  functioning of editing and hosting the website?

24      A     I ask you -- I don't know.

25      Q     What is the proper name of the software, do you