## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

JANE DOES 1-9,

                Plaintiffs,

vs.

COLLINS MURPHY, SHARON
HAMMONDS, BRENDA F. WATKINS,
LIMESTONE UNIVERSITY, MG
FREESITES, LTD., d/b/a
PORNHUB.COM, MG FREESITES II
LTD., MINDGEEK S.A.R.L., HAMMY
MINDGEEK USA, INC., MG BILLING
LTD., and HAMMY MEDIA LTD. d/b/a
XHAMSTER.COM, WISEBITS LTD.,
WISEBITS LTD, XHAMSTER IP
HOLDINGS LTD, WISEBITS IP LTD.,

                Defendants.

Case No.: 7:20-cv-00947-DCC

### WISEBITS IP LTD.'S ANSWERS TO INTERROGATORIES[1]

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Wisebits IP Ltd. ("WIP") hereby responds to Plaintiffs' First Set of Interrogatories.

### ANSWERS TO INTERROGATORIES

### INTERROGATORIES

**INTEROGATORY 1:** Please identify and discuss, in detail, the various business purposes of Wisebits LTD., to include a list of all intellectual property rights currently held by the company, and which entities said intellectual property is related to.

---

[1] Plaintiffs incorrectly addressed their interrogatories to "Wisebits, Ltd.," an entity no longer part of the litigation. Defendants assume that the interrogatories were intended for Defendant Wisebits IP, Ltd.

**OBJECTIONS:**

WIP objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, WIP objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. WIP also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against WIP. Subject to these objections, WIP states as follows.

**ANSWER:**

During the relevant time period, WIP owned and maintained the xHamster trademark, as well as the intellectual property rights in the computer code and software used to run the xHamster.com website.

**INTEROGATORY 2:** Please identify and discuss, in detail, the source of all business income streams for Wisebits LTD. For each, list the relative percentages of each source of income to the gross revenue of Hammy Media LTD.

**OBJECTIONS:** WIP objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, WIP objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. WIP also objects to this interrogatory to the extent that it seeks information about companies other than WIP. WIP also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against WIP. WIP further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, WIP states as follows.

2

**ANSWER:** During the relevant time period, 100% of WIP's revenues were generated by licensing the intellectual properties referenced in response to interrogatory #1.

**INTEROGATORY 5 [sic]:**

Please identify and discuss, in detail, the corporate structure for Wisebits LTD. This includes, but is not limited to, the names, contact information, and address of the individuals who are tasked with making decisions regarding the operation of the company.

**OBJECTIONS:** WIP objects to this interrogatory as being overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible information. Additionally, WIP objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020. WIP also objects to this interrogatory as being wholly irrelevant to Plaintiffs' actual claims in this litigation and not proportional to the claims against WIP. WIP further objects to this interrogatory as being designed solely to harass or annoy. Subject to these objections, WIP states as follows.

**ANSWER:** During the relevant time period, WIP (which was simply a holding company for intellectual property) had no employees. During the relevant time period, Constantinos Christoforou was the sole director of WIP.

**INTEROGATORY 6 [sic]:** Please identify and discuss, in detail, any business affiliation or relationship with Traffic Stars LTD.

**OBJECTIONS:** WIP objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020.

3

**ANSWER:** During the relevant time period, WIP had no relationship with TrafficStars.

**INTEROGATORY 7 [sic]:** Please identify and discuss, in detail, any business affiliation or relationship with Hammy Media LTD.

**OBJECTIONS:**

WIP objects to the time frame for this interrogatory as defined by the Plaintiffs. Accordingly, any response to this interrogatory is limited to the relevant time period of 2019-2020.

**ANSWER:** Hammy Media Ltd. appointed WIP to be the holding company for certain intellectual property, specifically the xHamster trademark and the software and computer code used for the xHamster website.

Signed under the pains and penalties of perjury this 12th day of January, 2024

Constantinos Zamas, Director
Wisebits IP, Ltd.

Signed as to objections only:

Wisebits IP, Ltd.
By its attorneys:

Evan Fray-Witzer, Esq,
Valenin Gurvits, Esq.

4