```
                                         Volume: I
                                         Pages: 11
                                         Exhibits: None
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

                        Case No.: 7:20-CV-00947-DCC

*******************************

JANE DOES 1-9,

Plaintiffs,

v.

COLLINS MURPHY et. al.,

Defendants.

*******************************    Case No. 7:21-CV-03193-DCC

JANE DOE,

Plaintiff,

v.

LIMESTONE UNIVERSITY et al.,

Defendants.

*********************************

Advanced Court Reporting, LLC
(781) 383-1188

DEPOSITION BY WRITTEN QUESTIONS OF WISEBITS IP, LTD'S 30(b)(6) WITNESS, CONSTANTINOS CHRISTOFOROU, a witness called on behalf of the Defendants, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Julianne Ryan, a Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, Remotely, on Tuesday, August 27, 2024 at 11:49 a.m.

```
 1                    I N D E X
 2   WITNESS:              DIRECT   CROSS   REDIRECT   RECROSS
 3   CONSTANTINOS CHRISTOFOROU
 4   By Court Reporter:       4
 5
 6                    E X H I B I T S
 7   NO.         DESCRIPTION                              PAGE
 8   (No Exhibits Offered.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
1                    P R O C E E D I N G S
2                       COURT REPORTER: Good afternoon.  My
3           name is Julianne Ryan.  I'm the court reporter
4           assigned to this proceeding today.  The date is
5           August 27, 2024, and the time is 11:49 a.m.  This
6           is the deposition by written questions of Wisebits
7           IP, Ltd.'s 30(b)(6) witness, Constantinos
8           Christoforou.  Mr. Christoforou, will you please
9           raise your right hand to be sworn?
10          CONSTANTINOS CHRISTOFOROU, after being
11          satisfactorily identified and duly sworn by the
12          Notary Public, was examined and testified as
13          follows:
14                      COURT REPORTER: Thank you.  Okay.  So
15          we can begin with the questions.
16                          DIRECT EXAMINATION
17     BY COURT REPORTER:
18  Q       Question No. 1: Please identify the computer
19          software in effect from 2017 to 2019 that Wisebits
20          IP, Ltd. licensed in connection with the
21          xHamster.com website.
22  A       The computer software is the software -- the source
23          code that enables the website xHamster.com to
24          operate.  Its functionality, everything that is
```

1              necessary for the users to see.
2      Q       Thank you.
3              Question No. 2: Please describe the function of the
4              computer software in effect from 2017 to 2019 that
5              Wisebits IP, Ltd. licensed in connection with the
6              xHamster.com website.
7      A       The software -- the computer software is
8              facilitating a video-sharing platform.  This
9              includes the -- what the user -- the general user
10             sees, a separate part where they upload the --
11             upload the videos, a separate part -- the
12             administration panel; it includes a video player,
13             and it's written in PHP program language.
14     Q       Thank you.
15             Question No. 3: Please identify any shared
16             management between Wisebits IP, Ltd. and Hammy
17             Media Ltd. that was in effect from 2019 to -- 2017
18             to 2019, excuse me.
19     A       During the period of 2017 to 2019 I was the only
20             manager and the -- of the company, Wisebits IP,
21             Ltd.  No other employees, no other management.  And
22             I was not involved in the management of the
23             company, Hammy Media.
24     Q       Thank you.

1            Question No. 4: Please describe any connection
2            through common ownership, control, management,
3            controlling shareholder interest or contract,
4            between Wisebits IP, Ltd, and any Hammy Media Ltd.
5            entity or subsidiary from 2017 to 2019.
6       A    Wisebits IP was wholly owned subsidiary of the
7            company, xHamster IP Holdings.  Wisebits IP held
8            the software and the trademark, and it was licensed
9            to Wisebits Ad Net, the intellectual property.
10           Wisebits IP also had the contract with a company
11           for the project management that provided
12           administration and consulting services.
13      Q    Thank you.
14           Question No. 5: Please identify the person or
15           entity able to -- sorry, I'll start over.
16           Please identify the person or entity able to direct
17           management, or otherwise exercise control of
18           Wisebits IP, Ltd.'s activities in any way from 2017
19           to 2019.
20      A    The person that exercised control in the company,
21           Wisebits Management during 2017 to 2019 was myself.
22           As I said, I was the only manager and director of
23           the company.
24      Q    Thank you.

1  A   And its only operations -- and its only activity
2      was to hold the intellectual property and license
3      it out.
4  Q   Question No. 6: Please identify the persons or
5      entities with ultimate decision-making authority
6      over Wisebits IP, Ltd. from 2017 to 2019.
7  A   I was the person with ultimate decision-making for
8      this period.
9  Q   Question No. 7: Please identify the companies and
10     any subsidiaries for which you have served as a
11     director and provide the complete terms of your
12     service.
13 A   I was -- during that period I was director of the
14     company, Wisebits IP, and the Wisebits IP does not
15     have any information about any other companies.
16 Q   Question No. 8: Please describe or identify the
17     responsibilities associated with maintaining
18     ownership of the xHamster.com domain name,
19     including but not limited to any legal obligations.
20 A   Wisebits IP did not have ownership or internal
21     responsibilities over the domain, xHamster.com.
22 Q   Thank you.
23     And Question No. 9: Please identify all third-party
24     vendors used by Wisebits IP, Ltd., including but

```
1                    not limited to email providers, web services,
2                    servers, cloud services, messaging applications,
3                    internal messaging software, virtual private
4                    networks, or CDN services, from 2017 to 2019.
5       A            Wisebits IP -- only vendor during that period was
6                    the company, Bodo Project Management providing
7                    administration and consulting services.  It did not
8                    have any technical vendors, including email
9                    service, web -- cloud services.  Also any other
10                   software-related vendors.
11                            COURT REPORTER:  Okay.  Thank you.  So
12                   those are all the questions that I have.  So with
13                   that, I will go off the record.
14            (Whereupon, the deposition in the above-entitled matter
15            concluded at 11:55 a.m.)
16
17
18
19
20
21
22
23
24
```

1           E R R A T A   S H E E T

2    RE: CIVIL ACTION NO: 7:20-CV-00947-DCC and 7:21-CV-03193-DCC

3    DEPOSITION OF: CONSTANTINOS CHRISTOFOROU

4    PAGE    LINE    PRESENTLY READS                SHOULD READ

5    5       1       To be added at the end: "The software was created internally by the founders."

6    5       13      To be added at the end: "The software also has code that allows an advertising

7                    company to place banner advertisements on the website."

8    6       11      "for the project management"            "Bodo Project Management"

9    5       20      "and the -- of the company"             "and the director of the company"

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Advanced Court Reporting, LLC
(781) 383-1188

```
 1                    C E R T I F I C A T E
 2              I, CONSTANTINOS CHRISTOFOROU, hereby certify
 3      that I have read the foregoing transcript of my
 4      testimony given in the aforementioned matter, and
 5      further certify that said transcript is a true,
 6      accurate and complete record of said testimony.
 7
 8                        _____
 9                        CONSTANTINOS CHRISTOFOROU
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
1                    C E R T I F I C A T E

2   COMMONWEALTH OF MASSACHUSETTS

3   COUNTY OF PLYMOUTH, ss.

4              I, Julianne Ryan, a Professional Court Reporter

5   and Notary Public in and for the Commonwealth of Massachusetts,

6   do hereby certify that the foregoing deposition of CONSTANTINOS

7   CHRISTOFOROU, was taken by me on August 27, 2024.  The said

8   witness was satisfactorily identified and duly sworn by me

9   before the commencement of their testimony; that the said

10  testimony was taken audiographically and then transcribed under

11  my direction.

12             To the best of my knowledge, the within

13  transcript is a complete, true and accurate record of said

14  deposition.

15             I am not connected by blood or marriage with any

16  of the said parties, nor interested directly or indirectly in

17  the matter in controversy.

18             In witness whereof, I have hereunto set my

19  hand and Notary Seal this 27th day of August, 2024.

20

21                                       Julianne Ryan

22                                       COURT REPORTER
                                         MY COMMISSION EXPIRES:
23                                       OCTOBER 12, 2029

24
```