**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,** | **Case No.: 7:20-CV-00947-DCC** |
| **Plaintiffs,** | |
| **vs.** | |
| **COLLINS MURPHY et. al.,** | |
| **Defendants.** | |
| **JANE DOE** | **Case No.: 7:21-CV-03193-DCC** |
| **Plaintiffs,** | |
| **vs.** | |
| **LIMESTONE UNIVERSITY et. al.,** | |
| **Defendants.** | |

**PLAINTIFFS' 26(a)(3) PRETRIAL DISCLOSURES**

In accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and as otherwise directed by the Court per the Scheduling Order in this case and agreed upon by counsel, the Plaintiffs have the following pretrial disclosures[1]:

**(A)(i)   Full name of the witnesses Plaintiffs intend to and/or may call at trial in this matter.**

Plaintiffs reserve the right to supplement this list but at this time intend to call the following at the trial of this matter:

---

[1] The parties are still waiting on an Order from the Court regarding Defendants' Motions for Summary Judgement. Once an Order is issued, Plaintiffs' 26(a)(3) pretrial disclosures will change. Plaintiffs reserve the right to supplement or amend their Pretrial Disclosures at that time.

1

1. Jane Doe 1
   c/o Bell Legal Group, LLC
   219 N. Ridge St.
   Georgetown, SC 29440
   (843) 546-2408

2. Melissa Hardin, NP
   Norton Healthcare
   213 N. Hurstbourne Pkwy.
   Louisville, KY 40222
   (502) 327-5135

3. Jane Doe 2
   c/o Bell Legal Group, LLC
   219 N. Ridge St.
   Georgetown, SC 29440
   (843) 546-2408

4. Crystal Bohannon, APRN
   8111 Bardstown Rd.
   Louisville, KY 40291
   (502) 231-7680

5. Jane Doe 3
   c/o Bell Legal Group, LLC
   219 N. Ridge St.
   Georgetown, SC 29440
   (843) 546-2408

6. Dr. Dennis Gray PCP
   1169 Eastern Pkwy.
   Louisville, KY 40217
   (502) 456-4100

7. Jane Doe 4
   c/o Bell Legal Group, LLC
   219 N. Ridge St.
   Georgetown, SC 29440
   (843) 546-2408

8. Diane Sawyer, APRN
   4002 Kresge Way
   Ste. 124

Louisville, KY 40207
(502) 259-3341

9.     Jane Doe 5
c/o Bell Legal Group, LLC
219 N. Ridge St.
Georgetown, SC 29440
(843) 546-2408

10.    Sarah Dorf APRN
Cross Point Ministries
2400 Eastpoint Pkwy.
Ste. 450
Louisville, KY 40223

11.    Sallie Plass Life Coach
Crosspoint Ministries
1055 W. Main Street
Madison, IN 47250
(502) 210-1193

12.    Jane Doe 6
c/o Bell Legal Group, LLC
219 N. Ridge St.
Georgetown, SC 29440
(843) 546-2408

13.    Robin Herrington, LPCA
Haruko Counseling
921 Charles St.
Louisville, KY 40204
(502) 851-3058

14.    Jane Doe 7
c/o Bell Legal Group, LLC
219 N. Ridge St.
Georgetown, SC 29440
(843) 546-2408

15.    Dr. Clayton Smith
UofL Physicians
401 East Chestnut Street
Suite 370

Louisville, KY 40202
(502) 588-4500

16.     Jane Doe 8
    c/o Bell Legal Group, LLC
    219 N. Ridge St.
    Georgetown, SC 29440
    (843) 546-2408

17.     Jane Doe 9
    c/o Bell Legal Group, LLC
    219 N. Ridge St.
    Georgetown, SC 29440
    (843) 546-2408

18.     Dr. Katherine Varga
    Ochna Health
    1821 Westinghouse Rd.
    Suite 1190
    Georgetown, TX 78626

19.     Cristiana Angelelli MD
    1821 Westinghouse Rd.
    Georgetown, Texas 78626
    (512) 348-6399

20.     Nate DeGraaf, LCSW
    623 E Main Street
    Ste. 4
    Hendersonville, TN 37075
    (615) 828-8488

21.     Jane Doe 10
    c/o Bell Legal Group, LLC
    219 N. Ridge St.
    Georgetown, SC 29440
    (843) 546-2408

22.     Amanda Byrd
    Family Medicine Clinic
    Spangdahlem Air Base, Germany

23.  Lacey Binkley
     Nikkischer & Associates
     1738 Blakeslee Blvd. West
     Suite 2
     Leighton, PA 18235
     (484) 263-0197

The above-referenced witnesses are expected to testify regarding the facts alleged in the Complaint, including, but not limited to: their lack of knowledge and consent to being recorded; the circumstances under which the recordings were made; the manner in which the videos were discovered; efforts made to have the content removed; the resulting emotional distress and reputational harm; any financial losses incurred as a result of the recordings; the impact on their personal and professional lives; and the ongoing emotional suffering, anxiety, or fear stemming from the unauthorized distribution of the videos.

The above-referenced doctors and healthcare providers are expected to testify regarding their evaluation, diagnosis, and treatment of the Plaintiffs' mental health conditions. Their testimony will include, but is not limited to the nature and extent of the psychological conditions diagnosed (such as anxiety, depression, PTSD, or related disorders); and detailed descriptions of the Plaintiffs' reported symptoms and behaviors. Additionally, these providers will also address the frequency, duration, and nature of the treatment of therapeutic interventions provided.

24.  Peter Collins (Plf. Expert)
     c/o Bell Legal Group, LLC
     219 N. Ridge St.
     Georgetown, SC 29440
     (843) 546-2408

The above-referenced witness is expected to provide testimony concerning his expert opinions articulated in his written report, in addition to those expressed during his deposition. His testimony will encompass, but is not limited to, matters involving he psychological and behavioral dimensions of video voyeurism. Specifically, the witness is expected to testify that video voyeurism constitutes a form of sexually deviant behavior. He will also address the psychological and emotional consequences such conduct may have on victims, including potential trauma, anxiety, and feelings of violation.

25.  Scott Brandon (Plf. Expert)
     c/o Bell Legal Group, LLC
     219 N. Ridge St.
     Georgetown, SC 29440
     (843) 546-2408

The above-referenced witness is expected to testify regarding the expert opinions outlined in his written report, as well as those provided during his deposition. His testimony will address, among other subjects, the business practices of the Defendants, with a particular focus on how these practices contributed to the amplification and monetization of non-consensual content on their platform. Specifically, the witness will explain the ways in which the Defendants employ search engine optimization ("SEO") tactics to increase the visibility and discoverability of their content across major search engines. Additionally, the witness is expected to testify regarding how the Defendants' platform design, content recommendation algorithms, and marketing tactics contributed to the widespread dissemination of Plaintiffs videos, and how such dissemination directly benefited the Defendants financially through advertising revenue and increased site engagement.

26.    Tim Weaver (Plf. Expert)
       c/o Bell Legal Group, LLC
       219 N. Ridge St.
       Georgetown, SC 29440
       (843) 546-2408

The above-referenced witness is expected to testify regarding the expert opinions set forth in his written report as well as those expressed during his deposition. His testimony will include, but is not limited to, matters concerning the content moderation policies and procedures employed by Defendants, the adequacy and effectiveness of those measures, and the extent to which such policies may have contributed to or failed to prevent the proliferation of non-consensual content on Defendants' websites. Additionally, the witness may address the broader industry standards for content moderation, the technological and operational capabilities available to Defendants for identifying and removing non-consensual material, and any related issues that bear on Defendants' knowledge, intent, or responsibility concerning the presence and persistence of such content on their platforms.

27.    Collins Murphy
       c/o Thomas Barrows
       Hall Booth Smith
       111 Coleman Blvd.
       Mount Pleasant, SC 29464

28.    Detective Brian Blanton
       Gabby Bridges
       Gaffney Police
       210 N. Limestone Street
       Gaffney, SC 29341

The above-referenced witnesses are expected to testify regarding the discovery of the illegal videos online, the subsequent investigation that ensued, and the steps taken to identify the

source of the recordings. Additionally, the witness is expected to testify regarding the identification of the individual responsible for taking the videos. The individual who recorded the illegal hidden camera videos is expected to testify regarding his involvement in the creation, possession, and distribution of the recordings. His testimony may include how he secretly installed or concealed the recording devices, the locations where the recordings took place, his motives for creating the videos, and how he selected and targeted the victims.

29.　Records Custodians ABU
　　　c/o Thomas H Fluharty
　　　408 Lee Avenue
　　　Clarksburg, WV 236301

30.　Records Custodian
　　　West Virginia State Police
　　　725 Jefferson Road
　　　South Charleston, WV 25309

31.　Records Custodian
　　　Gaffney Police Department
　　　210 N. Limestone Street
　　　Gaffney, SC 29341

32.　Shawn  Hevener
　　　West Virginia State Police

　　　The above referenced records custodians are expected to testify regarding the authenticity, maintenance, and regular business practices surrounding the records in question. This includes confirming that the records were created, maintained, and stored in the ordinary course of business, that they have not been altered, and that they accurately reflect the information as it was recorded at the relevant time. The custodians may also testify regarding how the records were generated, who had access to them, and what safeguards are in place to ensure their integrity.

33.　Andra Ignatiou
　　　c/o Turner Padget Graham & Laney P.A.
　　　1901 Main Street, Suite 170
　　　Columbia, SC 29201

34.　Andreas Andreou
　　　c/o Turner Padget Graham & Laney P.A.
　　　1901 Main Street, Suite 170
　　　Columbia, SC 29201

35.     Braden Bulloch
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

36.     Graham Collie
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

37.     Ibrhim Sabbagh
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

38.     Jaun Duque
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

39.     Ashley Walling
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

40.     Corey Urman
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

41.     Lauren Franklin
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

42.     Matt Killici
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170
         Columbia, SC 29201

43.     Ramsey Belmaaza
         c/o Turner Padget Graham & Laney P.A.
         1901 Main Street, Suite 170

Columbia, SC 29201

44.   Sana Gaziani
      c/o Turner Padget Graham & Laney P.A.
      1901 Main Street, Suite 170
      Columbia, SC 29201

45.   Janine Shelby
      c/o Turner Padget Graham & Laney P.A.
      1901 Main Street, Suite 170
      Columbia, SC 29201

46.   Sherrie Caltagirone
      c/o Turner Padget Graham & Laney P.A.
      1901 Main Street, Suite 170
      Columbia, SC 29201

47.   Constantinos Christoforou
      c/o Ciampa Fray-Witzer, LLP
      101 Federal St., Suite 1900
      Boston, MA 02110

48.   Nikita Popov
      c/o Ciampa Fray-Witzer, LLP
      101 Federal St., Suite 1900
      Boston, MA 02110

49.   Mardiros Haladjian
      c/o Ciampa Fray-Witzer, LLP
      101 Federal St., Suite 1900
      Boston, MA 02110

50.   Sgt. Huggins
      Campus Security-Limestone
      c/o John A. Hubert
      Rahimi, Hughes & Padgett
      1004 Memorial Lane, Suite 300
      Savannah, Georgia 31410

51.   Officer Martin
      Campus Security-Limestone
      c/o John A. Hubert
      Rahimi, Hughes & Padgett
      1004 Memorial Lane, Suite 300

Savannah, Georgia 31410

52.    Robert Overton
       c/o John A. Hubert
       Rahimi, Hughes & Padgett
       1004 Memorial Lane, Suite 300
       Savannah, Georgia 31410

Additionally, the Plaintiffs reserve the right to call any and all witnesses identified in

Defendants' Rule 26(a)(3) Pretrial Disclosures and Pre-trial Brief.

**(A)(ii)  The designation of those witnesses whose testimony Plaintiffs expect to present**

**by deposition:**

At this time, Plaintiffs expect to present live testimony for witnesses. Plaintiffs may present

testimony via deposition if witnesses are unavailable and/or outside Plaintiffs subpoena power. At

this time there has been no identification of a witness being unavailable. Plaintiffs reserve the right

to supplement this list in the event a witness is determined to be unavailable or outside of subpoena

power and will promptly identify the deposition designations of those witnesses. In addition, the

parties are still waiting on an Order from the Court regarding Defendants' Motions for Summary

Judgement. Once an Order is issued, Plaintiffs' 26(a)(3) pretrial disclosures regarding potential

unavailable witnesses will change for being outside of the subpoena power. Plaintiffs reserve the

right to supplement or amend this pretrial disclosures at that time.

**(A)(iii) Exhibits to be used at trial.**

At this time, the Plaintiffs expect to offer the following exhibits:

| # | TITLE/DESCRIPTION |
|---|---|
| 1 | Limestone 683 |

| | |
|---|---|
| **2** | Limestone 684-695 |
| **3** | Limestone 697 |
| **4** | Limestone 698-9 |
| **5** | Limestone 715-719 |
| **6** | Limestone 720-721 |
| **7** | Limestone 726 |
| **8** | Limestone 737-752 |
| **9** | ABU Subpoena – pg. 15 |
| **10** | ABU Subpoena- pg. 34-36 |
| **11** | ABU Subpoena- pg. 37-38 |
| **12** | ABU Subpoena- pg. 1-2 |
| **13** | Murphy Indictment- ABU Subpoena |
| **14** | Murphy West Virginia State Police Documents |
| **15** | Jane Doe 4 Medicals:<br>• Baptist Health<br>• CVS Pharmacy<br>• Walgreens |
| **16** | Jane Doe 5 Medicals<br>• Baptist Health<br>• Sallie Plass Life Coach |
| **17** | Jane Doe 6 Medicals<br>• Haruko Counseling<br>•Norton HealthCare<br>• Robin Herrington, LPCA |

| | |
|---|---|
| 18 | Jane Doe 7 Medicals<br>•ULP Center |
| 19 | Jane Doe 9 Medicals<br>• Ochna Health Direct Primary Care<br>• Nate De Graaf, LCSW<br>• Leah Bowen, PMHNMP-BC-Steadfast-Wellness |
| 20 | Jane Doe 10 Medicals<br>• Alternatives for Women<br>• Tricare<br>• Amanda Byrd and Marylene Goode Records<br>• Lacey L Binkley, LPC Records<br>• Ty Whyte, LCSW (Records/correspondence)<br>•JANEDOE000014-JANEDOE000053<br>•JANEDOE000054-107 |
| 21 | JANEDOE000053-105<br>•2012 Bellarmine Women's Field Hockey Roster and Schedule<br>(000053-57)<br>• Bellarmine v Limestone Women's Field Hockey Scores (000058 – 000061)<br>• Bellarmine v Limestone Women's Field Hockey Play by Play<br>(000062-000069)<br>• Goal & Defense Lead Limestone to 1-0 Win over Bellarmine<br>(000070-000071)<br>• Gaffney Police Department Case Glnc1902637<br>(000072-000073)<br>• Washington Post (10/24/2019)<br>(000077 – 000082)<br>• Gaffney Ledger (11/08/2019) (000083)<br>• WYFF – TV ( 05/25/2020)<br>(000084-000095)<br>• Bellarmine – Limestone College Incident - investigation status<br>(000096)<br>• Porn Hub website (000097-000105) |
| 22 | Bates Nos. 0106 – 0181 |
| 23 | Bates Nos. 0182-184 |
| 24 | Bates Nos. 0185 – 0186 |

| 25 | Bates Nos. 0187-94 |
|----|--------------------|
| 26 | Bates Nos. 0195-200 |
| 27 | Bates Nos. 0201-202 |
| 28 | Bates Nos. 0203 |
| 29 | Bellermine 1. MOV |
| 30 | Bellermine 2. MP4 |
| 31 | MGMURPHY000001_CONFIDENTIAL |
| 31 | MGMURPHY000002_CONFIDENTIAL |
| 33 | MGMURPHY000003_CONFIDENTIAL |
| 34 | MGMURPHY000004_CONFIDENTIAL |
| 35 | MGMURPHY000005_CONFIDENTIAL |
| 36 | MGMURPHY000006_CONFIDENTIAL |
| 37 | MGMURPHY000007_CONFIDENTIAL |
| 38 | MGMURPHY000008_CONFIDENTIAL |
| 39 | MGMURPHY000009_CONFIDENTIAL |
| 40 | MGMURPHY000010-28 |
| 41 | MGMURPHY000011-44 |
| 42 | MGMURPHY000046-48 |

| 43 | MGMURPHY000049-151 |
|----|----|
| 44 | MGMURPHY000162-163 |
| 45 | MGMURPHY000166-172 |
| 46 | MGMURPHY000227-231, 236-237, 244, 248, 252-261, 264, 281 (Various Org Charts) |
| 47 | MGMURPHY000549-559 |
| 48 | MGMURPHY00558 |
| 49 | MGMURPHY560-670 |
| 50 | MGMURPHY671-757 |
| 51 | MGMURPHY816-1015, 1019-169 |
| 52 | MGMURPHY001093-1104 |
| 53 | MGMURPHY001105.mp4 |
| 54 | MGMURPHY001106.mp4 |
| 55 | MGMURPHY001107.mp4 |
| 56 | MGMURPHY001108.mp4 |
| 57 | MGMURPHY001109.mp4 |
| 58 | MGMURPHY001110.mp4 |
| 59 | MGMURPHY001111.mp4 |
| 60 | MGMURPHY001112.mp4 |

| 61 | MGMURPHY001113.mp4 |
|----|---------------------|
| 62 | MGMURPHY001114.mp4 |
| 63 | MGMURPHY001115.mp4 |
| 64 | MGMURPHY001116.mp4 |
| 65 | MGMURPHY001117.mp4 |
| 66 | MGMURPHY001118.mp4 |
| 67 | MGMURPHY001119.mp4 |
| 68 | MGMURPHY000672 |
| 69 | MGMURPHY00689 |
| 70 | MGMURPHY00701, 705, 709 |
| 71 | MGMURPHY00719 |
| 72 | MGMURPHY001070 |
| 73 | MGMURPHY001120-1196 |
| 74 | MGMURPHY001197-8 |
| 75 | MGMURPHY001199-1200 |
| 76 | MGMURPHY001201-1347 |
| 77 | MGMURPHY001375-1391 |
| 78 | MGMURPHY001348-1366 |

| 79 | MGMURPHY 1367-1374 |
|----|---|
| 80 | MGMURPHY001393-1394 |
| 81 | MGMURPHY001468-69 |
| 82 | MGMURPHY001470-1561 |
| 83 | MGMURPHY001562-1641<br>(Corresponding Natives MGMURPHY001401-12,18,26,60-64,1605,1611) |
| 84 | MGMURPHY001466 |
| 85 | MGMURPHY003105 |
| 86 | MGMURPHY003639-41 |
| 87 | MGMURPHY003632-33 |
| 88 | MGMURPHY003624-25 |
| 89 | MGMURPHY003627 |
| 90 | MGMURPHY002870, 2854-55 |
| 91 | MGMURPHY01642-1833 (MGMURPHY 58267-70 NEW BATES), 1834-2199 |
| 92 | MGMURPHY003159- 3197 |
| 93 | MGMURPHY003477-3602 |
| 94 | MGMURPHY003617-3638 |
| 95 | MGMURPHY002871-2940 |

| 96 | MGMURPHY002591-92 |
|-----|---------------------|
| 97 | MGMURPHY003198-3417 |
| 98 | MGMURPHY022992- MGMURPHY023002 |
| 99 | MGMURPHY023003-  MGMURPHY023039 |
| 100 | MGMURPHY023040-  MGMURPHY024449 |
| 101 | MGMURPHY024656- MGMURPHY024713, MGMURPHY024761-MGMURPHY024797 |
| 102 | MGMURPHY024714-MGMURPHY024757 |
| 103 | MGMURPHY024801-MGMURPHY024813 |
| 104 | MGMURPHY023071, 23098, 23142, 23179,23232,23264,23301,233362,23404,23440,23455,23478,23497,23514, 23541, 23564,23584,23620,23643,23689,23699,23709,23719, 23766, 23775,23781, 24759 |
| 105 | MGMURPHY024648 |
| 106 | MGMURPHY024607, 024600 |
| 107 | MGMURPHY0033288-89 |
| 108 | MGMURPHY 040147 |
| 109 | MGMURPHY 040153 |
| 110 | MGMURPHY059947-059995 |
| 111 | MGMURPHY060553 |

| | |
|---|---|
| 112 | MGMURPHY060554-60970 |
| 113 | MGMURPHY060971 |
| 114 | MGMURPHY060972- MGMURPHY060981 |
| 115 | MGMURPHY061238-061263 |
| 116 | MGMURPHY062104-08 |
| 117 | MGMURPHY062110 |
| 118 | MGMURPHY 057402 |
| 119 | MGMURPHY004780 |
| 120 | MGMURPHY 043216-043229 |
| 121 | MGMURPHY040424 |
| 122 | MGMURPHY 039790 |
| 123 | MGMURPHY 024798-024800 |
| 124 | MGMURPHY007657<br>See also MGMURPHY007666 &<br>MGMURPHY009058 |
| 125 | MGMURPHY004810 |
| 126 | MGMURPHY004823 |
| 127 | MGMURPHY004829 |
| 128 | MGMURPHY003722 |

| 129 | MGMURPH758-811 |
| --- | --- |
| 130 | TRA001361 - 1394 |
| 131 | TRA001395 - 1425 |
| 132 | TRA001428 – 1429 |
| 133 | TRA001430 – 1444 |
| 134 | TRA001445 - 1458 |
| 135 | TRA001459 |
| 136 | TRA001474 - 1476 |
| 137 | HAM000111 |
| 138 | HAM000120 - 127 |
| 139 | HAM000166 – 167 |
| 140 | HAM00171 – 184 |
| 141 | HAM000185 - 194 |
| 142 | HAM000195 |
| 143 | HAM000323 - 351 |
| 144 | HAM000352 - 365 |
| 145 | HAM000511; HAM000613-614; HAM000682 |
| 146 | Documents produced 8-28-24: 12197032 – 37. Clsx (NOT BATES) |

| 147 | HAM000852-853 |
|-----|---------------|
| 148 | HAM00088 |
| 149 | HAM002272 – 2311 |
| 150 | HAM002312 |
| 151 | Hammy Financial Statements |
| 152 | JDF TrafficJunky Presentation |
| 153 | IMG_0467.jpeg |
| 154 | IMG_8822.jpeg |
| 155 | IMG_1373.jpeg |
| 156 | IMG_5909.jpeg<br>IMG_7864.jpeg<br>IMG_8138.jpeg<br>IMG_8152.jpeg<br>IMG_8808.jpeg |
| 157 | IMG_1576.jpeg |
| 158 | IMG_2498.jpeg |
| 159 | IMG_1387-91,1406 |
| 160 | IMG_1403 |
| 161 | Social Media Screen Capture - SENSITIVE ATTORNEYS EYES ONLY.jpg |
| 162 | View recent photos.jpeg |

| 163 | Video Report Screenshot.pdf (x3) |
|-----|----------------------------------|
| 164 | MGMURPHY059957 – 58 |
| 165 | MGMURPHY05876; MGMURPHY058769 |
| 166 | MGMURPHY058800 |
| 167 | Twitter Post |
| 168 | Wayback Machine Screen Shots |
| 169 | MGMURPHY058860-63 |
| 170 | MGMURPHY059159-60 |

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*s/ Gabrielle Sulpizio*
J. Edward Bell, III (FED ID #1280)
Gabrielle A. Sulpizio (FED ID #12715)
Auguste Fout (FED ID #14364)
219 Ridge Street
Georgetown, SC 29440
Office: (843) 546-2408
Fax: (843) 546-9604

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**
TYLER S. THOMPSON (admitted *Pro Hac Vice*)
LIZ J. SHEPHERD (admitted *Pro Hac Vice*)
CHAD O. PROPST (Admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com

**NATIONAL CENTER ON SEXUAL EXPLOITATION**
Danielle Bianculli Pinter (admitted Pro Hac Vice)

1201 F Street NW
Washington, D.C. 20004
dpinter@ncoselaw.org

**ATTORNEYS FOR THE PLAINTIFF**

September 2, 2025
Georgetown, South Carolina