UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD,<br><br>    Defendants. | Case No: 7:20-cv-00947-DCC |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, | Case No: 7:21-cv-03193-DCC |

| | |
|---|---|
| **Defendants.** | |

# DEFENDANTS LIMESTONE UNIVERSITY, SHARON HAMMONDS, AND BRENDA WATKINS' MOTION TO ENFORCE SETTLEMENT

**COMES NOW, LIMESTONE UNIVERSITY, SHARON HAMMONDS, AND BRENDA WATKINS** (hereinafter the "Moving Defendants"), Defendants to the above-captioned action, and moves this Court, pursuant to Local Rule 7.01, for an order enforcing the settlement reached with Plaintiffs.

Pursuant to Local Rule 7.04, this motion is supported by a memorandum arguing that a binding settlement was reached and should be enforced by this Court. On these grounds and as set out more fully in the supporting memorandum, Limestone respectfully requests this Court partially dismiss the action with prejudice.

The Moving Defendants certify that they have consulted with opposing counsel in compliance with Local Rule 7.02.

This 5th day of September, 2025.

**RAHIMI, HUGHES & PADGETT, LLC**

**/s/ JOSEPH Y. RAHIMI II**
**JOSEPH Y. RAHIMI II**
Federal ID No. 9670
**JOHN A. HUBERT**
Federal ID No. 13154
*Attorneys For Defendant Limestone University*

1004 Memorial Lane, Suite 300
Savannah, Georgia 31410
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com