UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Jane Does 1-9, | ) | Civil Action No. 7:20-cv-00947-DCC |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Collins Murphy, Limestone College, | ) | |
| Hammy Media Ltd., MG Freesites | ) | |
| Ltd., Sharon Hammonds, Brenda F. | ) | |
| Watkins, Mindgeek S.A.R.L., | ) | |
| TrafficStars LTD., Wisebits IP LTD., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| Jane Doe, | ) | Civil Action No. 7:21-cv-03193-DCC |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Limestone University, Collins | ) | |
| Murphy, MG Freesites Ltd., | ) | |
| Hammy Media Ltd., Sharon | ) | |
| Hammonds, Brenda F. Watkins, | ) | |
| Mindgeek S.A.R.L., TrafficStars | ) | |
| LTD., Wisebits IP LTD., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | | |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above-captioned cases hereby appeal to the United States Court of Appeals for the Fourth Circuit from this

Court's order granting entry of final judgment under Federal Rule of Civil Procedure 54(b), entered in these actions on the 22nd day of October, 2025.

        Respectfully Submitted,

**BELL LEGAL GROUP, LLC**
*/s/ J. Edward Bell, III*
J. EDWARD BELL, III (#1280)
GABRIELLE A. SULPIZIO (#12715)
AUGUSTE FOUT (#14364)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD,**
**& CONWAY, PSC**
TYLES S. THOMPSON
    (admitted *Pro Hac Vice*)
LIZ J. SHEPHERD
    (admitted *Pro Hac Vice*)
CHAD O. PROPST
    (admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
cpropst@kytrial.com

**NATIONAL CENTER ON SEXUAL**
**EXPLOITATION**
DANIELLE BIANCULLI PINTER
    (admitted *Pro Hac Vice*)
PETER GENTALA
    (admitted *Pro Hac Vice*)
1201 F Street NW
Washington, D.C. 20004

November 17, 2025  
Georgetown, SC

dpinter@ncoselaw.org  
pgentala@ncoselaw.org

**Counsel for Plaintiffs Jane Does 1-10**

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court for the District of South Carolina by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ J. Edward Bell, III*
J. Edward Bell, III
