**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, | ) Civil Action No: 7:20-cv-00947-DCC |
| Plaintiffs, | ) |
| v. | ) **MOTION TO WITHDRAW AS** |
| | ) **COUNSEL FOR COLLINS MURPHY** |
| Collins Murphy, Limestone College, Hammy Media Ltd., MG Freesites Ltd., Sharon Hammonds, Brenda F. Watkins, Mindgeek S.A.R.L., TrafficStars LTD., Wisebits IP LTD, | ) |
| Defendants. | ) |
| | ) Civil Action No: 7:21-cv-03193-DCC |
| JANE DOE, | ) |
| Plaintiff, | ) |
| v. | ) |
| Limestone University, Collins Murphy, MG Freesites Ltd., Hammy Media Ltd., Sharon Hammonds, Brenda F. Watkins, Mindgeek S.A.R.L., TrafficStars, LTD., Wisebits IP LTD., | ) |
| Defendants. | ) |

COMES NOW, Thomas A. D. Barrow of Woolsey Morcom, PLLC d/b/a Pillar Property Law, counsel for Defendant, Collins Murphy, ("Defendant") and hereby respectfully moves this court for an order relieving him and Woolsey Morcom, PLLC d/b/a Pillar Property Law as counsel for Defendant in this matter pursuant to Local Civil Rule 83.I.07 (D.S.C.).

1. Undersigned counsel previously appeared as counsel of record for Defendant in this matter while employed at Hall Booth Smith, P.C.

1

2. Undersigned counsel has since departed Hall Booth Smith, P.C. and is no longer practicing with the firm.

3. Defendant has elected to remain represented by Hall Booth Smith, P.C. and remains represented by Hall Booth Smith, P.C. (ECF Nos. 329 & 591).

4. Due to the undersigned counsel's separation from Hall Booth Smith, P.C., undersigned counsel no longer has access to client files, client communications, or any means of contacting Defendant directly to obtain consent to withdrawal pursuant to Local Civil Rule 83.I.07 (D.S.C.). Undersigned counsel has made reasonable efforts to provide notice to the client and remaining counsel through Hall Booth Smith, P.C. prior to filing this Motion.

5. Consent of remaining counsel has not been obtained as of the date of this motion.

6. Justifiable cause for the undersigned counsel's withdrawal exists based on the above and the fact that Defendant shall remain represented by its chosen firm of Hall Booth Smith, P.C.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant his Motion to Withdraw as Counsel of Record for Collins Murphy in this matter.

Respectfully submitted this 20th day of May 2026.

**PILLAR PROPERTY LAW**

/s/*Thomas Barrow*
Thomas A. D. Barrow
Fed Bar No.: 13364
170 Meeting Street, Suite 110
Charleston, SC 29401
(843) 410-2026 (telephone)
(904) 638-9302 (facsimile)
tbarrow@pillar.law

2