FILED: June 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2411 (L)
(7:20-cv-00947-DCC)

_____

JANE DOES 1-9

          Plaintiff - Appellant

v.

HAMMY MEDIA LTD., d/b/a xHamster.com; MG FREESITES LTD., d/b/a
Pornhub.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP
LTD.

          Defendants - Appellees

 and

SHARON HAMMONDS; BRENDA F. WATKINS; LIMESTONE COLLEGE;
MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.;
WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.; COLLINS MURPHY

          Defendants

_____

O R D E R

_____

The court grants the motion to withdraw Sonali Mehta from further

representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk